# EXHIBIT A

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use XCOPRI safely and effectively. See full prescribing information for XCOPRI.**

**XCOPRI® (cenobamate tablets), for oral use, CV**
**Initial U.S. Approval: 2020**

───────────**RECENT MAJOR CHANGES**───────────
Dosage and Administration, Administration Instructions (2.3)        4/2024

───────────**INDICATIONS AND USAGE**───────────
XCOPRI is indicated for the treatment of partial-onset seizures in adult patients. (1)

───────────**DOSAGE AND ADMINISTRATION**───────────
- The recommended initial dosage of XCOPRI is 12.5 mg once daily, titrated to the recommended maintenance dosage of 200 mg once daily. The recommended titration schedule should not be exceeded. The maximum dosage is 400 mg once daily. (2.1)
- Hepatic impairment: For patients with mild or moderate hepatic impairment, the maximum recommended dosage is 200 mg once daily. (2.2, 8.7, 12.3)
- XCOPRI can be taken whole or the tablets can be crushed. The crushed tablet can be mixed with water and either administered by mouth as an oral suspension or administered via a nasogastric tube. (2.3)

───────────**DOSAGE FORMS AND STRENGTHS**───────────
- Tablets: 12.5 mg, 25 mg, 50 mg, 100 mg, 150 mg, and 200 mg. (3)

───────────**CONTRAINDICATIONS**───────────
- Hypersensitivity to cenobamate or any of the inactive ingredients in XCOPRI. (4)
- Familial Short QT syndrome. (4)

───────────**WARNINGS AND PRECAUTIONS**───────────
- *Drug Reaction with Eosinophilia and Systemic Symptoms (DRESS)/ Multi-Organ Hypersensitivity:* Discontinue if no alternate etiology. (5.1)
- *QT Shortening:* Use caution when administering XCOPRI with other drugs that shorten the QT interval (5.2)
- *Suicidal Behavior and Ideation:* Monitor patients for suicidal behavior and ideation. (5.3)
- *Neurological Adverse Reactions:* Monitor for somnolence and fatigue and advise patients not to drive or operate machinery until they have gained

sufficient experience on XCOPRI. Concomitant use with other CNS depressants or alcohol may have additive effects. (5.4)
- *Withdrawal of Antiepileptic Drugs:* XCOPRI should be gradually withdrawn to minimize the potential of increased seizure frequency. (5.5)

───────────**ADVERSE REACTIONS**───────────
The most common adverse reactions in patients receiving XCOPRI (at least 10% for XCOPRI and more frequently than placebo) include somnolence, dizziness, fatigue, diplopia, and headache. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact SK Life Science, Inc. at 1-866-657-5574 or FDA at 1-800-FDA-1088 or *www.fda.gov/medwatch*.**

───────────**DRUG INTERACTIONS**───────────
- Phenytoin: Gradually decrease phenytoin dosage by up to 50% (7.1)
- Phenobarbital and Clobazam: Reduce dosage as needed when used concomitantly with XCOPRI. (7.1)
- Lamotrigine, Carbamazepine: Increase dosage as needed when used concomitantly with XCOPRI. (7.1)
- CYP2B6 and CYP3A Substrates: Increase dosage as needed when used concomitantly with XCOPRI. (7.1)
- CYP2C19 Substrates: Reduce dosage as needed when used concomitantly with XCOPRI. (7.1)
- Oral Contraceptives: Effectiveness of hormonal oral contraceptives may be reduced when administered concomitantly with XCOPRI. Women should use additional or alternative non-hormonal birth control. (7.1)

───────────**USE IN SPECIFIC POPULATIONS**───────────
- Pregnancy: Based on animal data, may cause fetal harm. (8.1)
- Renal Impairment: Use with caution and dosage reduction may be considered in patients with mild to moderate (CLcr 30 to < 90 mL/min) and severe (CLcr < 30 mL/min) renal impairment. Use not recommended in end-stage renal disease (CLcr < 15 mL/min) undergoing dialysis. (8.6)
- Hepatic Impairment: Use with caution in patients with mild to moderate hepatic impairment; lower maximum dosage and additional dosage reduction may be considered. Use of XCOPRI in patients with severe hepatic impairment is not recommended. (2.2, 8.7, 12.3)

**See 17 for PATIENT COUNSELING INFORMATION and Medication Guide.**

**Revised: 4/2024**

───────────────────────────────────────────

**FULL PRESCRIBING INFORMATION: CONTENTS\***

**1      INDICATIONS AND USAGE**
**2      DOSAGE AND ADMINISTRATION**
   2.1      General Dosing Recommendations
   2.2      Dosage Modifications in Patients with Hepatic Impairment
   2.3      Administration Instructions
   2.4      Discontinuation of XCOPRI
**3      DOSAGE FORMS AND STRENGTHS**
**4      CONTRAINDICATIONS**
**5      WARNINGS AND PRECAUTIONS**
   5.1      Drug Reaction with Eosinophilia and Systemic Symptoms
              (DRESS)/Multiorgan Hypersensitivity
   5.2      QT Shortening
   5.3      Suicidal Behavior and Ideation
   5.4      Neurological Adverse Reactions
   5.5      Withdrawal of Antiepileptic Drugs
**6      ADVERSE REACTIONS**
   6.1      Clinical Trials Experience
   6.2      Postmarketing Experience
**7      DRUG INTERACTIONS**
   7.1      Effect of XCOPRI on Other Drugs
   7.2      Drugs that Shorten the QT Interval
   7.3      CNS Depressants and Alcohol
**8      USE IN SPECIFIC POPULATIONS**
   8.1      Pregnancy
   8.2      Lactation
   8.3      Females and Males of Reproductive Potential
   8.4      Pediatric Use
   8.5      Geriatric Use
   8.6      Patients with Renal Impairment
   8.7      Patients with Hepatic Impairment
**9      DRUG ABUSE AND DEPENDENCE**
   9.1      Controlled Substance
   9.2      Abuse
   9.3      Dependence
**10     OVERDOSAGE**
**11     DESCRIPTION**
**12     CLINICAL PHARMACOLOGY**
   12.1     Mechanism of Action
   12.2     Pharmacodynamics
   12.3     Pharmacokinetics
**13     NONCLINICAL TOXICOLOGY**
   13.1     Carcinogenesis, Mutagenesis, Impairment of Fertility
**14     CLINICAL STUDIES**
**16     HOW SUPPLIED/STORAGE AND HANDLING**
   16.1     How Supplied
   16.2     Storage and Handling
**17     PATIENT COUNSELING INFORMATION**
\*Sections or subsections omitted from the full prescribing information are not listed.

# FULL PRESCRIBING INFORMATION

## 1        INDICATIONS AND USAGE

XCOPRI is indicated for the treatment of partial-onset seizures in adult patients.

## 2        DOSAGE AND ADMINISTRATION

### 2.1     General Dosing Recommendations

Monotherapy and Adjunctive Therapy

XCOPRI is administered orally once daily with or without food. The recommended dosage and titration, which should not be exceeded because of the potential for serious adverse reactions *[see Warnings and Precautions (5.2)]*, is included in Table 1.

**Table 1: Recommended Dosage for Partial-Onset Seizures in Adults**

| Initial Dosage | |
|---|---|
| Week 1 and 2 | 12.5 mg once daily |
| Titration Regimen | |
| Week 3 and 4 | 25 mg once daily |
| Week 5 and 6 | 50 mg once daily |
| Week 7 and 8 | 100 mg once daily |
| Week 9 and 10 | 150 mg once daily |
| Maintenance Dosage | |
| Week 11 and thereafter | 200 mg once daily |
| Maximum Dosage | |
| If needed based on clinical response and tolerability, dose may be increased above 200 mg by increments of 50 mg once daily every two weeks to 400 mg. | 400 mg once daily |

### 2.2     Dosage Modifications in Patients with Hepatic Impairment

For patients with mild to moderate (Child-Pugh Class A to B) hepatic impairment, the maximum recommended dosage is 200 mg once daily *[see Use in Specific Populations (8.7)]*.  XCOPRI is not recommended for use in patients with severe (Child-Pugh Class C) hepatic impairment *[see Clinical Pharmacology (12.3)]*.

### 2.3     Administration Instructions

XCOPRI can be taken whole or the tablets can be crushed.  The crushed tablet can be mixed with water and either administered by mouth as an oral suspension or administered via a nasogastric tube, as described below *[see Clinical Pharmacology (12.3)]*.

<u>Administration of Crushed Tablets by Mouth as Oral Suspension</u>

1. Crush the appropriate number of tablet(s) for the prescribed dose.
2. In a cup, combine the crushed tablet(s) and 25 mL of water.
3. Swirl to suspend the crushed tablet(s).
4. Drink the suspension immediately. Do not store the tablet-water mixture for later use.
5. To ensure no tablet residue is left in the container, rinse the container with 25 mL of water and drink.
6. Visually confirm that no particles are left in the container. If particles remain, repeat step 5.

<u>Administration of Crushed Tablets via Nasogastric (NG) Tube</u>

1. Crush the appropriate number of tablet(s) for the prescribed dose.
2. In an appropriate container, combine the crushed tablet(s) and 25 mL of water.
3. Swirl to suspend the crushed tablet(s).
4. Ensuring no particles are left in the container, instill the suspension with a syringe into the NG tube.
5. Refill the catheter-tip syringe again with 10 mL of water, swirl gently, and administer.
6. Visually confirm that no particles are left in the syringe. If particles remain, repeat step 5.

## 2.4    Discontinuation of XCOPRI

If XCOPRI is discontinued, the dosage should be gradually reduced over a period of at least 2 weeks, unless safety concerns require abrupt withdrawal *[see Warnings and Precautions (5.1, 5.5)]*.

## 3        DOSAGE FORMS AND STRENGTHS

XCOPRI tablets are available in the following strengths, shapes, colors, and tablet markings (Table 2).

**Table 2:    XCOPRI Tablet Presentations**

| Tablet Strength | Tablet Color/Shape | Tablet Markings |
|---|---|---|
| 12.5 mg | Uncoated round white to off-white tablets | SK on one side and 12 on the other side |
| 25 mg | Film coated round brown tablets | SK on one side and 25 on the other side |
| 50 mg | Film coated round yellow tablets | SK on one side and 50 on the other side |
| 100 mg | Film coated round brown tablets | SK on one side and 100 on the other side |
| 150 mg | Film coated round light orange tablets | SK on one side and 150 on the other side |
| 200 mg | Film coated modified oval light orange tablets | SK on one side and 200 on the other side |

# 4      CONTRAINDICATIONS

XCOPRI is contraindicated in patients with:

- Hypersensitivity to cenobamate or any of the inactive ingredients in XCOPRI *[see Warnings and Precautions (5.1) and Description (11)]*
- Familial Short QT syndrome *[see Warnings and Precautions (5.2)]*

# 5      WARNINGS AND PRECAUTIONS

## 5.1    Drug Reaction with Eosinophilia and Systemic Symptoms (DRESS)/Multiorgan Hypersensitivity

Drug Reaction with Eosinophilia and Systemic Symptoms (DRESS), also known as multiorgan hypersensitivity, has been reported in patients taking XCOPRI. DRESS has occurred, including one fatality, when XCOPRI was titrated rapidly (weekly or faster titration). No cases of DRESS were reported in an open-label safety study of 1339 partial-onset seizure patients when XCOPRI was initiated at 12.5 mg once daily and titrated every two weeks. This finding does not establish that the risk of DRESS is prevented by a slower titration; however, XCOPRI should be initiated at 12.5 mg once daily and titrated every two weeks *[see Dosage and Administration (2.2)]*. DRESS typically, although not exclusively, presents with fever, rash, lymphadenopathy, and/or facial swelling, in association with other organ system involvement, such as hepatitis, nephritis, hematological abnormalities, myocarditis, or myositis sometimes resembling an acute viral infection. Eosinophilia is often present. This disorder is variable in its expression, and other organ systems not noted here may be involved. It is important to note that early manifestations of hypersensitivity, such as fever or lymphadenopathy, may be present even though rash is not evident. If such signs or symptoms are present, the patient should be evaluated immediately. XCOPRI should be discontinued immediately and not restarted if an alternative etiology for the signs or symptoms cannot be established *[see Contraindications (4)]*.

## 5.2    QT Shortening

In a placebo-controlled study of the QT interval, a higher percentage of subjects who took XCOPRI (31% at 200 mg and 66% at 500 mg) had a QT shortening of greater than 20 msec compared to placebo (6-17%). Reductions of the QTc interval below 300 msec were not observed *[see Clinical Pharmacology (12.2)]*. Familial Short QT syndrome is associated with an increased risk of sudden death and ventricular arrhythmias, particularly ventricular fibrillation. Such events in this syndrome are believed to occur primarily when the corrected QT interval falls below 300 msec. Nonclinical data also indicate that QT shortening is associated with ventricular fibrillation. Patients with Familial Short QT syndrome should not be treated with XCOPRI *[see Contraindications (4)]*. Caution should be used when administering XCOPRI and other drugs that shorten the QT interval as there may be a synergistic effect on the QT interval that would increase the QT shortening risk.

## 5.3    Suicidal Behavior and Ideation

Antiepileptic drugs (AEDs), including XCOPRI, increase the risk of suicidal thoughts or behavior in patients taking these drugs for any indication. Patients treated with any AED for any indication

should be monitored for the emergence or worsening of depression, suicidal thoughts or behavior, and/or any unusual changes in mood or behavior.

Pooled analyses of 199 placebo-controlled clinical trials (mono- and adjunctive therapy) of 11 different AEDs showed that patients randomized to one of the AEDs had approximately twice the risk (adjusted Relative Risk 1.8, 95% CI:1.2, 2.7) of suicidal thinking or behavior compared to patients randomized to placebo. In these trials, which had a median treatment duration of 12 weeks, the estimated incidence rate of suicidal behavior or ideation among 27,863 AED-treated patients was 0.43%, compared to 0.24% among 16,029 placebo-treated patients, representing an increase of approximately one case of suicidal thinking or behavior for every 530 patients treated. There were four suicides in drug-treated patients in the trials and none in placebo-treated patients, but the number is too small to allow any conclusion about drug effect on suicide.

The increased risk of suicidal thoughts or behavior with AEDs was observed as early as one week after starting drug treatment with AEDs and persisted for the duration of treatment assessed. Because most trials included in the analysis did not extend beyond 24 weeks, the risk of suicidal thoughts or behavior beyond 24 weeks could not be assessed.

The risk of suicidal thoughts or behavior was generally consistent among drugs in the data analyzed. The finding of increased risk with AEDs of varying mechanisms of action and across a range of indications suggests that the risk applies to all AEDs used for any indication. The risk did not vary substantially by age (5-100 years) in the clinical trials analyzed.

Table 3 shows absolute and relative risk by indication for all evaluated AEDs.

**Table 3:    Risk of Suicidal Thoughts or Behaviors by Indication for Antiepileptic Drugs in the Pooled Analysis**

| Indication | Placebo Patients with Events Per 1000 Patients | Drug Patients with Events Per 1000 Patients | Relative Risk: Incidence of Events in Drug Patients/Incidence in Placebo Patients | Risk Differences: Additional Drug Patients with Events Per 1000 Patients |
|---|---|---|---|---|
| Epilepsy | 1.0 | 3.4 | 3.5 | 2.4 |
| Psychiatric | 5.7 | 8.5 | 1.5 | 2.9 |
| Other | 1.0 | 1.8 | 1.9 | 0.9 |
| Total | 2.4 | 4.3 | 1.8 | 1.9 |

The relative risk for suicidal thoughts or behavior was higher in clinical trials in patients with epilepsy than in clinical trials in patients with psychiatric or other conditions, but the absolute risk differences were similar for epilepsy and psychiatric indications.

Anyone considering prescribing XCOPRI or any other AED must balance this risk with the risk of untreated illness. Epilepsy and many other illnesses for which AEDs are prescribed are themselves associated with morbidity and mortality and an increased risk of suicidal thoughts and behavior. Should suicidal thoughts and behavior emerge during treatment, the prescriber needs to

consider whether the emergence of these symptoms in any given patient may be related to the illness being treated.

## 5.4    Neurological Adverse Reactions

Somnolence and Fatigue

XCOPRI causes dose-dependent increases in somnolence and fatigue-related adverse reactions (somnolence, fatigue, asthenia, malaise, hypersomnia, sedation, and lethargy) *[see Adverse Reactions (6.1)]*. In Study 1 and Study 2, 31% of patients randomized to receive XCOPRI at 100 mg/day, 36% of patients randomized to receive XCOPRI at 200 mg/day, and 57% of patients randomized to receive XCOPRI at 400 mg/day reported at least one of these adverse reactions, compared to 19% of patients who received placebo.  Somnolence and fatigue-related adverse reactions were serious in 0.4% of XCOPRI-treated patients compared to no patients who received placebo and led to discontinuation in 2% of XCOPRI-treated patients compared to 1% of patients who received placebo.

Dizziness and Disturbance in Gait and Coordination

XCOPRI causes dose-dependent adverse reactions related to dizziness and disturbance in gait and coordination (dizziness, vertigo, balance disorder, ataxia, nystagmus, gait disturbance, and abnormal coordination) *[see Adverse Reactions (6.1)]*.  In Study 1 and Study 2, 21% of patients randomized to receive XCOPRI at 100 mg/day, 31% of patients randomized to receive XCOPRI at 200 mg/day, and 52% of patients randomized to receive XCOPRI at 400 mg/day reported at least one of these adverse reactions, compared to 18% of patients who received placebo.  Dizziness and disturbance in gait and coordination adverse reactions were serious in 2% of XCOPRI-treated patients compared to no patients who received placebo and led to discontinuation in 5% of XCOPRI-treated patients compared to 1% of patients who received placebo.

Cognitive Dysfunction

XCOPRI causes adverse reactions related to cognitive dysfunction related-events (i.e., memory impairment, disturbance in attention, amnesia, confusional state, aphasia, speech disorder, slowness of thought, disorientation, and psychomotor retardation) *[see Adverse Reactions (6.1)]*. In Study 1 and Study 2, 6% of patients randomized to receive XCOPRI at 100 mg/day, 6% of patients randomized to receive XCOPRI at 200 mg/day, and 9% of patients randomized to receive XCOPRI at 400 mg/day reported at least one of these adverse reactions, compared to 2% of patients who received placebo. No cognitive dysfunction-related events were serious in XCOPRI-treated patients or in patients who received placebo. Cognitive dysfunction related adverse reactions led to discontinuation in 0.4% of XCOPRI-treated patients compared to no patients who received placebo.

Visual Changes

XCOPRI causes adverse reactions related to visual changes including diplopia, blurred vision, and impaired vision *[see Adverse Reactions (6.1)]*. In Study 1 and Study 2, 9% of patients randomized to receive XCOPRI at 100 mg/day, 9% of patients randomized to receive XCOPRI at 200 mg/day, and 18% of patients randomized to receive XCOPRI at 400 mg/day reported at least one of these adverse reactions, compared to 2% of patients who received placebo.  No visual change-related events were serious in XCOPRI-treated patients or in patients who received placebo. Visual

change led to discontinuation in 0.5% of XCOPRI-treated patients compared to no patients who received placebo.

Risk Amelioration

Prescribers should advise patients against engaging in hazardous activities requiring mental alertness, such as operating motor vehicles or dangerous machinery, until the effect of XCOPRI is known. Patients should be carefully observed for signs of central nervous system (CNS) depression, such as somnolence and sedation, when XCOPRI is used with other drugs with sedative properties because of potential additive effects.

## 5.5    Withdrawal of Antiepileptic Drugs

As with most antiepileptic drugs, XCOPRI should generally be withdrawn gradually because of the risk of increased seizure frequency and status epilepticus *[see Dosage and Administration (2.4) and Clinical Studies (14)]*. But if withdrawal is needed because of a serious adverse event, rapid discontinuation can be considered.

## 6        ADVERSE REACTIONS

The following serious adverse reactions are described in more detail in the Warnings and Precautions section of the labeling:

- Drug Reaction with Eosinophilia and Systemic Symptoms (DRESS)/Multiorgan Hypersensitivity *[see Warnings and Precautions (5.1)]*

- QT Shortening *[see Warnings and Precautions (5.2)]*

- Suicidal Behavior and Ideation *[see Warnings and Precautions (5.3)]*

- Neurological Adverse Reactions *[see Warnings and Precautions (5.4)]*

- Withdrawal of Antiepileptic Drugs *[see Warnings and Precautions (5.5)]*

## 6.1    Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions and for varying durations, adverse reaction frequencies observed in the clinical trials of a drug cannot be directly compared with frequencies in the clinical trials of another drug and may not reflect the frequencies observed in practice.

In all controlled and uncontrolled trials performed in adult partial-onset seizure patients, XCOPRI was administered as adjunctive therapy to 1944 patients. Of these patients, 1575 were treated for at least 6 months, 710 for at least 12 months, 349 for at least 24 months, and 320 for at least 36 months. A total of 658 patients (442 patients treated with XCOPRI and 216 patients treated with placebo) constituted the safety population in the pooled analysis of placebo-controlled studies in patients with partial-onset seizures (Studies 1 and 2) *[see Clinical Studies (14)]*. The adverse reactions presented in Table 4 are based on this safety population; the median length of treatment in these studies was 18 weeks. Of the patients in those studies, approximately 49% were male, 76% were Caucasian, and the mean age was 39 years.

In Study 1 and Study 2, adverse events occurred in 77% of patients treated with XCOPRI and 68% treated with placebo. Table 4 gives the incidence of adverse reactions that occurred in subjects with partial-onset seizures in any XCOPRI treatment group and for which the incidence was greater than placebo during the controlled clinical trials. The most common adverse reactions that occurred in XCOPRI-treated patients (incidence at least 10% and greater than placebo) were somnolence, dizziness, fatigue, diplopia, and headache.

The discontinuation rates because of adverse events were 11%, 9%, and 21% for patients randomized to receive XCOPRI at doses of 100 mg/day, 200 mg/day, and 400 mg/day, respectively, compared to 4% in patients randomized to receive placebo. The adverse reactions most commonly (1% or greater in any XCOPRI treatment group, and greater than placebo) leading to discontinuation, in descending order of frequency, were ataxia, dizziness, somnolence, diplopia, nystagmus, and vertigo.

**Table 4:** **Adverse Reactions in Pooled Placebo-Controlled Adjunctive Therapy Studies in Patients with Partial-Onset Seizures with XCOPRI Frequency in Any Treatment Arm Greater Than 1% Over Placebo**

| | XCOPRI | | | Placebo |
|---|---|---|---|---|
| | 100mg | 200mg | 400mg | |
| Adverse Reaction | n = 108 % | n= 223 % | n=111 % | n=216 % |
| **Cardiac Disorders** | | | | |
| Palpitations | 0 | 0 | 2 | 0 |
| **Ear and Labyrinth Disorders** | | | | |
| Vertigo | 1 | 1 | 6 | 1 |
| **Eye Disorders** | | | | |
| Diplopia | 6 | 7 | 15 | 2 |
| Vision Blurred | 2 | 2 | 4 | 0 |
| **Gastrointestinal Disorders** | | | | |
| Nausea | 6 | 6 | 9 | 3 |
| Constipation | 2 | 4 | 8 | 0 |
| Diarrhea | 1 | 3 | 5 | 0 |
| Vomiting | 2 | 4 | 5 | 0 |
| Dry Mouth | 1 | 1 | 3 | 0 |
| Abdominal Pain | 2 | 2 | 1 | 0 |
| Dyspepsia | 2 | 2 | 0 | 0 |
| **Infections and Infestations** | | | | |
| Nasopharyngitis | 2 | 4 | 5 | 3 |
| Pharyngitis | 1 | 2 | 0 | 0 |
| Urinary Tract Infection | 2 | 5 | 0 | 2 |
| **Injury, Poisoning and Procedural Complications** | | | | |
| Head Injury | 1 | 0 | 2 | 0 |
| **Investigations** | | | | |
| Alanine Aminotransferase Increased[*] | 1 | 1 | 4 | 0 |

| | | | | |
|---|---|---|---|---|
| Aspartate Aminotransferase Increased | 1 | 1 | 3 | 0 |
| Weight Decreased | 2 | 0 | 1 | 0 |
| **Metabolism and Nutrition Disorders** | | | | |
| Decreased Appetite | 3 | 1 | 5 | 1 |
| **Musculoskeletal and Connective Tissue Disorders** | | | | |
| Back Pain | 4 | 2 | 5 | 3 |
| Musculoskeletal Chest Pain | 2 | 1 | 0 | 0 |
| **Nervous System Disorders** | | | | |
| Somnolence | 19 | 22 | 37 | 11 |
| Dizziness | 18 | 22 | 33 | 15 |
| Fatigue | 12 | 14 | 24 | 7 |
| Headache | 10 | 12 | 10 | 9 |
| Balance Disorder | 3 | 5 | 9 | 1 |
| Gait Disturbance | 1 | 3 | 8 | 1 |
| Dysarthria | 2 | 1 | 7 | 0 |
| Nystagmus | 3 | 7 | 6 | 0 |
| Ataxia | 2 | 3 | 6 | 2 |
| Aphasia | 2 | 1 | 4 | 0 |
| Asthenia | 0 | 1 | 3 | 1 |
| Dysgeusia | 2 | 0 | 2 | 0 |
| Memory Impairment | 2 | 1 | 2 | 0 |
| Migraine | 0 | 0 | 2 | 0 |
| Sedation | 1 | 1 | 2 | 0 |
| Tremor | 0 | 3 | 1 | 1 |
| **Psychiatric Disorders** | | | | |
| Confusional State | 2 | 2 | 3 | 0 |
| Euphoric Mood | 0 | 0 | 2 | 0 |
| Irritability | 1 | 0 | 2 | 0 |
| Suicidal Ideation | 2 | 1 | 0 | 0 |
| **Renal and Urinary Disorders** | | | | |
| Pollakiuria | 0 | 1 | 0 | 0 |
| **Reproductive System and Breast Disorders** | | | | |
| Dysmenorrhea | 1 | 2 | 1 | 0 |
| **Respiratory, Thoracic and Mediastinal Disorders** | | | | |
| Hiccups | 0 | 1 | 1 | 0 |
| Dyspnea | 0 | 3 | 0 | 0 |
| **Skin and Subcutaneous Tissue Disorders** | | | | |
| Pruritus | 2 | 1 | 0 | 0 |
| Rash Papular | 2 | 0 | 0 | 0 |

\* Reported as an adverse reaction; see Laboratory Abnormalities for ALT changes from collected laboratory values

Laboratory Abnormalities

*Hepatic Transaminases*

In Study 2, there was a post-baseline elevation of alanine aminotransferase (ALT) to greater than 3 times the upper limit of normal (ULN) in 1 (0.9%) patient treated with 100 mg XCOPRI, 2 (1.8%) patients treated with 200 mg, and 3 (2.7%) patients treated with 400 mg, compared to no patients who took placebo. The maximum ALT elevation was 7.6 times ULN in patients treated with 400 mg XCOPRI.

*Potassium*

In clinical studies, there was a post-baseline elevation of potassium values greater than 5 meq/L (upper reference range) in patients treated with XCOPRI. In Study 1, there were 17 (17%) patients treated with XCOPRI 200 mg compared to 8 (7%) patients who took placebo with normal baseline potassium values who had at least one post-baseline maximum value greater than 5 meq/L. In Study 2, there was a dose-related distribution where at least one post-baseline potassium value was greater than 5 meq/L, occurring in 8.3%, 9.1%, and 10.8% of the patients treated with XCOPRI 100 mg, 200 mg, and 400 mg, respectively, compared to 5.6% of patients who took placebo. Two patients had a maximum potassium value of 5.9 meq/L.

Other Adverse Reactions

Gastrointestinal disorders: There was an incidence of appendicitis in the overall clinical trial safety population of 2.9 cases of appendicitis/1000 patient-years of exposure that is in excess of the expected background rate in the general population.

Adverse Reactions Based on Gender

No significant gender differences were noted in the incidence of adverse reactions.

## 6.2    Postmarketing Experience

The following adverse reactions have been identified during post approval use of XCOPRI. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

Psychiatric Disorders: Psychosis (hallucinations, delusions/paranoia), hostility, aggression.

Hepatobiliary Disorders: Hepatic failure

## 7    DRUG INTERACTIONS

## 7.1    Effect of XCOPRI on Other Drugs

Table 5 summarizes the effect of XCOPRI on other drugs *[see Clinical Pharmacology (12.3)]*.

**Table 5:  Pharmacokinetic Drug Interactions**

| Drug or Substrate Type | Effect of XCOPRI on Drug or Substrate | Clinical Recommendation |
|---|---|---|
| Antiepileptic Drugs | | |
| lamotrigine | ↓ plasma concentrations | Because of a potential for reduced efficacy of these drugs, increase the dosage of lamotrigine or carbamazepine, as needed, when used concomitantly with XCOPRI. |
| carbamazepine | ↓ plasma concentrations | |
| phenytoin | ↑ plasma concentrations | Because of a potential 2-fold increase in phenytoin levels, gradually decrease phenytoin dosage by up to 50% as XCOPRI is being titrated. |
| phenobarbital | ↑ plasma concentrations | Because of a potential for an increase in the risk of adverse reactions from these drugs, consider a reduction in dosage of phenobarbital or clobazam, as clinically appropriate, when used concomitantly with XCOPRI. |
| desmethylclobazam, the active metabolite of clobazam | ↑ plasma concentrations | |
| | | |
| CYP2B6 Substrates | ↓ plasma concentrations | Because of a potential for reduced efficacy of these drugs, increase the dosage of CYP2B6 or CYP3A4 substrates, as needed, when used concomitantly with XCOPRI. |
| CYP3A Substrates | ↓ plasma concentrations | |
| Oral contraceptives | ↓ plasma concentrations | Because of the potential for reduced efficacy of oral contraceptives, women should use additional or alternative non-hormonal birth control while taking XCOPRI. |
| | | |

| Drug or Substrate Type | Effect of XCOPRI on Drug or Substrate | Clinical Recommendation |
|---|---|---|
| CYP2C19 Substrates | ↑ plasma concentrations | Because of a potential for an increase in the risk of adverse reactions from these drugs, consider a reduction in dosage of CYP2C19 substrates, as clinically appropriate, when used concomitantly with XCOPRI. |

## 7.2    Drug that Shorten the QT Interval

XCOPRI can shorten the QT interval; therefore, caution should be used when administering XCOPRI and other drugs that shorten the QT interval *[see Warnings and Precautions (5.2) and Clinical Pharmacology (12.2)]*.

## 7.3    CNS Depressants and Alcohol

Concomitant use of XCOPRI with other CNS depressants, including alcohol, may increase the risk of neurological adverse reactions, including sedation and somnolence *[see Warnings and Precautions (5.4)]*.

# 8       USE IN SPECIFIC POPULATIONS

## 8.1    Pregnancy

Pregnancy Exposure Registry

There is a pregnancy exposure registry that monitors pregnancy outcomes in women exposed to antiepileptic drugs (AEDs), such as XCOPRI, during pregnancy. Encourage women who are taking XCOPRI during pregnancy to enroll in the North American Antiepileptic Drug (NAAED) Pregnancy Registry by calling the toll-free number 1-888-233-2334 or visiting http://www.aedpregnancyregistry.org/.

Risk Summary

There are no adequate data on the developmental risk associated with the use of XCOPRI in pregnant women.

In animal studies, administration of cenobamate during pregnancy or throughout pregnancy and lactation resulted in adverse effects on development (increased embryofetal mortality, decreased fetal and offspring body weights, neurobehavioral and reproductive impairment in offspring) at clinically relevant drug exposures *[see Data]*.

In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2-4% and 15-20%, respectively. The background risk of major birth defects and miscarriage for the indicated population is unknown.

Data

*Animal Data*

Oral administration of cenobamate (0, 10, 30, or 60 mg/kg/day) to pregnant rats during the period of organogenesis resulted in increased embryofetal mortality, reduced fetal body weights, and incomplete fetal skeletal ossification at the highest dose tested, which was associated with maternal toxicity. There was a small increase in visceral malformations at the high dose; however, teratogenic potential could not be fully evaluated because of the high rate of embryofetal deaths, which resulted in an inadequate number of fetuses examined. Maternal plasma exposure (AUC) at the no-effect dose for adverse effects on embryofetal development (30 mg/kg/day) was less than that in humans at the maximum recommended human dose (MRHD) of 400 mg.

Oral administration of cenobamate (0, 4, 12, or 36 mg/kg/day) to pregnant rabbits during the period of organogenesis resulted in increased embryofetal mortality at the highest dose tested, which was associated with maternal toxicity. Maternal plasma exposure at the no-effect dose (12 mg/kg/day) for adverse effects on embryofetal development was less than that in humans at the MRHD.

When cenobamate (0, 11, 22, or 44 mg/kg/day) was orally administered to female rats throughout pregnancy and lactation, neurobehavioral impairment (learning and memory deficit and increased auditory startle response) was observed in the offspring at all doses and decreased preweaning body weight gain and adverse effects on reproductive function (decreased numbers of corpora lutea, implantations, and live fetuses) were seen in the offspring at the high dose. Maternal plasma exposure at the lowest effect dose (11 mg/kg/day) for adverse effects on pre- and postnatal development was less than that in humans at the MRHD.

## 8.2    Lactation

Risk Summary

There are no data available on the presence of cenobamate in human milk, the effects on the breastfed infant, or the effects of the drug on milk production. Cenobamate was present in rat milk at concentrations similar to those in maternal plasma.

The developmental and health benefits of breastfeeding should be considered along with the mother's clinical need for XCOPRI and any potential adverse effects on the breastfed infant from XCOPRI or from the underlying maternal condition.

## 8.3    Females and Males of Reproductive Potential

Contraception

Women of reproductive potential concomitantly using oral contraceptives should use additional or alternative non-hormonal birth control *[see Drug Interactions (7.1) and Clinical Pharmacology (12.3)]*.

## 8.4    Pediatric Use

Safety and effectiveness in pediatric patients have not been established.

Juvenile Animal Toxicity Data

Cenobamate was administered orally to juvenile rats from postnatal day (PND) 7 to 70. To maintain consistent plasma drug exposures, doses were increased during the dosing period, up to 120 and 80 mg/kg/day in males and females, respectively. Adverse effects included mortality, delayed sexual maturation, neurological (decreased grip strength) and neurobehavioral (learning and memory deficits) impairment, decreased sperm count, decreased brain weight, and ocular histopathology. Recovery from these effects was observed following discontinuation of dosing. Overall, a no-effect dose for adverse effects on postnatal development was not identified. At the lowest doses tested, plasma cenobamate exposures (AUC) were less than that in humans at the maximum recommended human dose (MRHD) of 400 mg.

## 8.5    Geriatric Use

Clinical studies of XCOPRI did not include sufficient numbers of patients aged 65 and over to determine the safety and efficacy of XCOPRI in the elderly population. In general, dose selection for an elderly patient should be cautious, usually starting at the low end of the dosing range, reflecting the greater frequency of decreased hepatic, renal, or cardiac function, and of concomitant disease or other drug therapy *[see Clinical Pharmacology (12.3)]*.

## 8.6    Renal Impairment

XCOPRI should be used with caution and dosage reduction may be considered in patients with mild to moderate (CLcr 30 to less than 90 mL/min) and severe (CLcr less than 30 mL/min) renal impairment. Use in patients with end-stage renal disease undergoing dialysis is not recommended *[see Clinical Pharmacology (12.3)]*.

## 8.7    Hepatic Impairment

XCOPRI should be used with caution in patients with mild to moderate (5-9 points on Child-Pugh assessment; Class A or B) hepatic impairment. In these patients, the maximum recommended dosage is 200 mg once daily and additional dosage reduction may be considered *[see Dosage and Administration (2.2) and Clinical Pharmacology (12.3)]*. Use of XCOPRI in patients with severe (10-15 points on Child-Pugh assessment; Class C) hepatic impairment is not recommended.

# 9        DRUG ABUSE AND DEPENDENCE

## 9.1    Controlled Substance

XCOPRI contains cenobamate, a schedule V controlled substance.

## 9.2    Abuse

Abuse is the intentional, non-therapeutic use of a drug, even once, for its desirable psychological or physiological effects. In a human abuse potential study conducted in recreational sedative

abusers (n=39), single doses of XCOPRI (200 mg and 400 mg) were compared to placebo. XCOPRI at single doses of 400 mg produced responses on positive subjective measures such as "Drug Liking," "Overall Drug Liking," "Take Drug Again," and "Good Drug Effects" that were statistically greater than the responses produced on these measures by placebo. In this study, euphoric mood occurred at greater extent with XCOPRI (400 mg) (8%) than with placebo (0%). Phase 1 multiple ascending dose studies in healthy subjects showed rates of euphoria and feeling drunk of about 3% and disturbance in attention of about 5% in subjects who received supratherapeutic doses of cenobamate, but these adverse events were absent in the placebo group. In Phase 2 and 3 studies in subjects with epilepsy, euphoric mood, confusional state, and sedation occurred at low rates in subjects who received XCOPRI (0.5-2.5%).

## 9.3    Dependence

Physical dependence is a state that develops as a result of physiological adaptation in response to repeated drug use, manifested by withdrawal signs and symptoms after abrupt discontinuation or a significant dose reduction of a drug. Clinical studies in healthy subjects indicate that XCOPRI may cause physical dependence and lead to a withdrawal syndrome characterized by insomnia, decreased appetite, depressed mood, tremor, and amnesia. XCOPRI should be withdrawn gradually *[see Warnings and Precautions (5.5)]*.

## 10    OVERDOSAGE

There is limited clinical experience with XCOPRI overdose in humans.

There is no specific antidote for overdose with XCOPRI. In the event of overdose, standard medical practice for the management of any overdose should be used. An adequate airway, oxygenation and ventilation should be ensured; monitoring of cardiac rate and rhythm and vital signs is recommended. A certified poison control center should be contacted for updated information on the management of overdose with XCOPRI. There are no data on the removal of XCOPRI using dialysis.

## 11    DESCRIPTION

The chemical name of XCOPRI (cenobamate) is [(1$R$)-1-(2-Chlorophenyl)-2-(tetrazol-2-yl) ethyl] carbamate. Its molecular formula is $C_{10}H_{10}ClN_5O_2$ and its molecular weight is 267.67 g/mol. The chemical structure is:

Cenobamate is a white to off-white crystalline powder. It is slightly soluble in aqueous solutions (water 1.7 mg/mL) and has higher solubility in organic solvents like ethanol (209.4 mg/mL).

XCOPRI tablets are for oral administration and contain the following inactive ingredients: colloidal silicon dioxide, lactose monohydrate, magnesium stearate, microcrystalline cellulose, and sodium starch glycolate and film coating agents specified below:

12.5 mg tablets: Not applicable, since 12.5 mg tablets are uncoated.

25 mg and 100 mg tablets: FD&C Blue# 2/indigo carmine aluminum lake, iron oxide red, iron oxide yellow, polyethylene glycol 3350, polyvinyl alcohol-part hydrolyzed, talc, and titanium dioxide.

50 mg tablets: iron oxide yellow, polyethylene glycol 3350, polyvinyl alcohol-part hydrolyzed, talc, and titanium dioxide.

150 mg and 200 mg tablets: iron oxide red, iron oxide yellow, polyethylene glycol 3350, polyvinyl alcohol-part hydrolyzed, talc, and titanium dioxide.

# 12    CLINICAL PHARMACOLOGY

## 12.1    Mechanism of Action

The precise mechanism by which cenobamate exerts its therapeutic effects in patients with partial-onset seizures is unknown. Cenobamate has been demonstrated to reduce repetitive neuronal firing by inhibiting voltage-gated sodium currents. It is also a positive allosteric modulator of the γ-aminobutyric acid (GABA$_A$) ion channel.

## 12.2    Pharmacodynamics

Interactions with Alcohol

No clinically significant differences on objective attention, psychomotor performance, and memory tests, in addition to other subjective CNS tests, were observed following concomitant use of XCOPRI and ethanol (preparation of 40% ethanol in orange juice dosed at 0.7 g/kg for males and 0.57 g/kg for females) in healthy subjects.

Cardiac Electrophysiology

In a placebo-controlled QT study in healthy volunteers, dose-dependent shortening of the QTcF interval has been observed with XCOPRI *[see Warnings and Precautions (5.2)]*. The mean ΔΔQTc is -11 [-13, -8] msec for 200 mg once daily and -18 [-22, -15] msec for 500 mg once daily (1.25 times the maximum recommended dosage). A higher percentage of XCOPRI-treated subjects (31% at 200 mg and 66% at 500 mg) had a QT shortening of greater than 20 msec compared to placebo (6-17%). Reductions of the QTc interval below 300 msec were not observed.

## 12.3    Pharmacokinetics

Cenobamate AUC increases in a greater than dose-proportional manner following single oral doses from 5 to 750 mg (0.0125 to 1.88 times the maximum recommended dosage). Cenobamate $C_{max}$

increases in a dose proportional manner. Steady-state plasma concentrations are attained after approximately two weeks of once daily dosing.

The pharmacokinetics of cenobamate are similar when used as monotherapy or as adjunctive therapy for the treatment of partial-onset seizures, except plasma cenobamate multiple-dose exposure ($C_{max}$, AUC) decreased with co-administration of phenytoin by 27-28%.

<u>Absorption</u>

At least 88% of XCOPRI is absorbed following oral administration, with median $T_{max}$ ranging from 1 to 4 hours.

Plasma $C_{max}$ and AUC for XCOPRI crushed tablets mixed in water, administered either orally or through a nasogastric tube, were similar to whole tablets. The median $T_{max}$ for crushed tablets is 0.5 hours.

*Effect of Food*

No clinically significant differences in cenobamate pharmacokinetics were observed following administration of a high-fat meal (800 -1000 calories with 50% fat).

<u>Distribution</u>

The apparent volume of distribution (Vd/F) of cenobamate after oral administration of XCOPRI is approximately 40-50 L. Plasma protein binding of cenobamate is 60% and independent of concentration *in vitro*. Cenobamate primarily binds with human albumin protein.

<u>Elimination</u>

The apparent terminal half-life of cenobamate is 50-60 hours and apparent oral clearance is approximately 0.45-0.63 L/hour over a dose range from 100 mg/day to 400 mg/day.

*Metabolism*

Cenobamate is extensively metabolized. The primary metabolic pathways are by glucuronidation via UGT2B7 and to a lesser extent by UGT2B4, and by oxidation via CYP2E1, CYP2A6, CYP2B6, and to a lesser extent by CYP2C19 and CYP3A4/5.

Following administration of radiolabeled cenobamate, unchanged cenobamate accounted for greater than 98% of the total AUC of radioactivity in plasma. Unchanged cenobamate accounted for 6.8% of the dose which was mainly excreted in the urine (6.4%).

*Excretion*

Following administration of radiolabeled cenobamate, a mean of 93.0% of the total radioactive dose was recovered in urine (87.8%) and feces (5.2%). More than 50% of the radioactivity was excreted within 72 hours of dosing.

<u>Specific Populations</u>

No clinically significant differences in the pharmacokinetics of cenobamate were observed based on age based on data from subjects age 18 years to 77 years, sex, or race/ethnicity based on data from subjects categorized as Asian, Black, Caucasian, Hispanic, or Other.

*Patients with Renal Impairment*

Cenobamate plasma AUC was 1.4 fold to 1.5 fold higher in subjects with mild (CLcr 60 to less than 90 mL/min) and moderate (CLcr 30 to less than 60 mL/min) following a single oral 200 mg dose of XCOPRI compared to healthy controls. In subjects with severe (CLcr less than 30 mL/min) renal impairment, cenobamate plasma AUC did not change significantly compared to healthy controls following single oral 100 mg dose of XCOPRI *[see Use in Specific Populations (8.6)]*. The effect of hemodialysis on cenobamate pharmacokinetics has not been studied.

*Patients with Hepatic Impairment*

Cenobamate plasma AUC was 1.9-fold, 2.3-fold, and 4.2-fold higher in subjects with mild (5-6 points, Child-Pugh Class A), moderate (7-9 points, Child-Pugh Class B), and severe (10-15 points, Child-Pugh Class C) hepatic impairment, respectively, following a single oral 200 mg dose of XCOPRI in subjects with mild and moderate hepatic impairment and 100 mg dose of XCOPRI in subjects with severe hepatic impairment compared to matched healthy controls *[see Dosage and Administration (2.2) and Use in Specific Populations (8.7)]*.

Drug Interaction Studies

*Clinical Studies*

Alcohol

No clinically significant pharmacokinetic differences were observed for either cenobamate or alcohol when administered concomitantly.

AEDs

Multiple doses of concomitant XCOPRI 200 mg once daily increased phenytoin mean $C_{max}$ and AUC by 70% and 84%, respectively, and phenobarbital mean $C_{max}$ and AUC by 34% and 37%, respectively *[see Drug Interactions (7.1)]*. Multiple doses of concomitant XCOPRI 200 mg once daily decreased carbamazepine mean $C_{max}$ and AUC each by 23% *[see Drug Interactions (7.1]*.

No clinically significant differences in the pharmacokinetics of the following drugs were observed when used concomitantly with cenobamate: valproic acid, levetiracetam or lacosamide.

Based on population PK analyses, during treatment within the 100-400 mg/day XCOPRI dose range, lamotrigine concentrations are expected to decrease by 21-52% *[see Drug Interactions (7.1)]*; and levetiracetam concentrations are expected to decrease by 4-13%, which is not expected to be clinically significant.

In subjects treated with XCOPRI in Study 1 and Study 2, there was no clear relationship between efficacy and concomitant oxcarbazepine use. As such, the efficacy data from Study 1 and Study 2 do not support the existence of a clinically relevant interaction perpetrated by XCOPRI against oxcarbazepine.

CYP Substrates

Multiple doses of concomitant XCOPRI 200 mg once daily decreased total bupropion (CYP2B6 substrate) mean $C_{max}$ and AUC by 23% and 39%, respectively, and decreased midazolam (CYP3A substrate) mean $C_{max}$ and AUC by 61% and 72%, respectively *[see Drug Interactions (7.1)]*. Multiple doses of concomitant XCOPRI 200 mg once daily increased the omeprazole (CYP2C19 substrate) mean $C_{max}$ and AUC by 83% and 107%, respectively *[see Drug Interactions (7.1)]*. No

clinically significant differences in the pharmacokinetics of warfarin (CYP2C9 substrate) were observed when used concomitantly with cenobamate.

The effects of concomitant AEDs on cenobamate PK

Plasma cenobamate multiple-dose exposure ($C_{max}$, AUC) decreased with co-administration of phenytoin by 27-28%. However, repeated dosing of valproate, phenobarbital, and carbamazepine did not have any significant impact on plasma cenobamate multiple-dose exposure.

*In Vitro Studies*

CYP Enzymes

Cenobamate inhibits CYP2B6, CYP2C19, and CYP3A, but cenobamate does not inhibit CYP1A2, CYP2C8, CYP2C9, or CYP2D6.

Cenobamate induces CYP2B6, CYP2C8, and CYP3A4, but cenobamate does not induce CYP1A2, CYP2C9, or CYP2C19.

Transporters Systems

Cenobamate was not a substrate of P-gp, BCRP, OAT1, OAT3, OCT2, MATE1, or MATE2-K, and cenobamate did not inhibit P-gp, OAT1, OCT1, OCT2, OATP1B3, BSEP, OAT3, or OATP1B1.

# 13    NONCLINICAL TOXICOLOGY

## 13.1    Carcinogenesis, Mutagenesis, Impairment of Fertility

Carcinogenesis

Oral administration of cenobamate (0, 5, 15, or 35 mg/kg/day) to Tg.rasH2 mice for up to 26 weeks did not result in an increase in tumors. Oral administration of cenobamate (0, 4, 8, or 20 mg/kg/day) to male and female rats for up to 87 or 90 weeks, respectively, did not result in an increase in tumors. Plasma exposure at the highest dose tested in rats was less than that in humans at the maximum recommended human dose (MRHD) of 400 mg/day.

Mutagenesis

Cenobamate was negative for genotoxicity in in vitro (Ames, mouse lymphoma) and in vivo (rat bone marrow micronucleus) assays.

Impairment of Fertility

Oral administration of cenobamate (0, 11, 22, or 44 mg/kg/day) to male and female rats prior to and throughout mating and continuing in females to Gestation Day 6 did not produce adverse effects on fertility, general reproductive performance, or early embryonic development. Plasma exposure (AUC) at the highest dose tested in rats was less than that in humans at the MRHD.

# 14    CLINICAL STUDIES

The efficacy of XCOPRI for the treatment of partial-onset seizures was established in two multicenter, randomized, double-blind, placebo-controlled studies in adult patients (Study 1 and

Study 2). Patients enrolled in the studies had partial-onset seizures with or without secondary generalization and were not adequately controlled with 1 to 3 concomitant AEDs. During an 8-week baseline period, patients were required to have at least 3 or 4 partial-onset seizures per 28 days on average with no seizure-free period exceeding 3 to 4 weeks. In these studies, patients had a mean duration of epilepsy of approximately 24 years and median baseline seizure frequency of 8.5 seizures per 28 days. More than 80% of patients were taking 2 or more concomitant AEDs.

Study 1 (NCT01397968) compared doses of XCOPRI 200 mg/day with placebo. Study 2 (NCT01866111) compared doses of XCOPRI 100 mg/day, 200 mg/day, and 400 mg/day with placebo. Both studies had an 8-week baseline period to establish a baseline seizure frequency, following which patients were randomized to a treatment arm. Patients entered a treatment period consisting of an initial titration phase (6 weeks), and a subsequent maintenance phase (6 weeks for Study 1 and 12 weeks for Study 2). In Study 1, patients were started on a daily dose of 50 mg (a higher starting dose than currently recommended) and subsequently increased by 50 mg/day every two weeks, until the final daily target dose of 200 mg/day was achieved. In Study 2, patients were started on a daily dose of 50 mg (a higher starting dose than currently recommended) and subsequently increased by 50 mg/day every week (a faster titration than currently recommended) until 100 mg/day or 200 mg/day was reached and then increased by 100 mg/day every week in patients randomized to 400 mg/day *[see Dosage and Administration (2.2), Warnings and Precautions (5.1), and Adverse Reactions (6.1)]*.

The primary efficacy outcome in Study 1 and Study 2 was the percent change from baseline in seizure frequency per 28 days in the treatment period. Table 6 summarizes the results of the primary endpoint for XCOPRI in each study.

**Table 6:**    **Percent Change from Baseline in Seizure Frequency per 28 Days in the Treatment Period (Study 1 and Study 2)**

|  | N | Median Percent Change from Baseline in Seizure Frequency per 28 Days (%)[*] | p-value (Compared to Placebo) |
|---|---|---|---|
| Study 1 |  |  |  |
| Placebo | 108 | -21.5 | -- |
| XCOPRI 200 mg/day | 113 | -55.6 | < 0.0001[**] |
| Study 2 |  |  |  |
| Placebo | 106 | -24.3 | -- |
| XCOPRI 100 mg/day | 108 | -36.3 | 0.006[**] |
| XCOPRI 200 mg/day | 109 | -55.2 | < 0.001[**] |
| XCOPRI 400 mg/day | 111 | -55.3 | < 0.001[**] |

[*] A negative percent change from baseline in seizure frequency indicates reduction in seizure frequency from baseline.

[**] Statistically significant compared to placebo

Figure 1 and Figure 2 show the proportion of patients with different percent reductions during the maintenance phase over baseline in Study 1 and Study 2, respectively. Patients in whom the seizure

frequency increased are shown in the left-most column as "worse." Patients in whom the seizure frequency decreased are shown in the remaining four categories.

**Figure 1:**     **Proportion of Patients Exhibiting Different Percent Reductions During the Maintenance Phase over Baseline in Study 1**



**Figure 2:**     **Proportion of Patients Exhibiting Different Percent Reductions During the Maintenance Phase over Baseline in Study 2**



In Study 2, 4 of 102 (4%) patients in the XCOPRI 100 mg/day group, 11 of 98 (11%) patients in the XCOPRI 200 mg/day group, and 20 of 95 (21%) patients in the XCOPRI 400 mg/day group and 1 of 102 (1%) of patients in the placebo group reported no partial seizures during the maintenance phase.

# 16    HOW SUPPLIED/STORAGE AND HANDLING

## 16.1  How Supplied

XCOPRI tablets are supplied in the following configurations:

Bottles; 30 count

| Strength | NDC Number | Tablet Description (Color, Shape, Markings) |
|---|---|---|
| 25 mg | 71699-025-30 | Film coated round brown tablets with SK on one side and 25 on the other side |
| 50 mg | 71699-050-30 | Film coated round yellow tablets with SK on one side and 50 on the other side |
| 100 mg | 71699-100-30 | Film coated round brown tablets with SK on one side and 100 on the other side |
| 150 mg | 71699-150-30 | Film coated round light orange tablets with SK on one side and 150 on the other side |
| 200 mg | 71699-200-30 | Film coated modified oval light orange tablets with SK on one side and 200 on the other side |

Titration Blister Packs; 14-Day

| Daily Dose | NDC Number | Supplied As [strength(quantity)] | Tablet Description (Color, Shape, Markings) |
|---|---|---|---|
| 12.5 mg per day for 14 days | 71699-204-14 | 12.5 mg (14-count) | Uncoated round white to off-white tablets with SK on one side and 12 on the other side |

Titration Blister Packs; 28-Day

| Daily Dose | NDC Number | Supplied As [strength(quantity)] | Tablet Description (Color, Shape, Markings) |
|---|---|---|---|
| 12.5 mg per day for 14 days, then 25 mg per day for 14 days | 71699-201-28 | 12.5 mg (14-count) | Uncoated round white to off-white tablets with SK on one side and 12 on the other side |
| | | 25 mg (14-count) | Film coated round brown tablets with SK on one side and 25 on the other side |
| 50 mg per day for 14 days, then 100 | 71699-202-28 | 50 mg (14-count) | Film coated round yellow tablets with SK on one side and 50 on the other side |

| mg per day for 14 days | | 100 mg (14-count) | Film coated round brown tablets with SK on one side and 100 on the other side |
| 150 mg per day for 14 days, then 200 mg per day for 14 days | 71699-203-28 | 150 mg (14-count) | Film coated round light orange tablets with SK on one side and 150 on the other side |
| | | 200 mg (14-count) | Film coated modified oval light orange tablets with SK on one side and 200 on the other side |

Maintenance Blister Packs; 28-Day

| Daily Dose | NDC Number | Supplied As [strength(quantity)] | Tablet Description (Color, Shape, Markings) |
|---|---|---|---|
| 250 mg per day | 71699-104-56 | 100 mg (28-count) | Film coated round brown tablets with SK on one side and 100 on the other side |
| | | 150 mg (28-count) | Film coated round light orange tablets with SK on one side and 150 on the other side |
| 350 mg per day | 71699-103-56 | 150 mg (28-count) | Film coated round light orange tablets with SK on one side and 150 on the other side |
| | | 200 mg (28-count) | Film coated modified oval light orange tablets with SK on one side and 200 on the other side |

## 16.2   Storage and Handling

Store XCOPRI tablets at 20°C to 25°C (68°F to 77°F) with excursions permitted to 15°C to 30°C (59°F to 86°F) (*See USP Controlled Room Temperature*).

## 17        PATIENT COUNSELING INFORMATION

Advise the patient to read the FDA-approved patient labeling (Medication Guide).

DRESS/Multi-organ Hypersensitivity

Instruct patients and caregivers that a fever or rash associated with signs of other organ system involvement (e.g., lymphadenopathy, hepatic dysfunction) may be drug-related and should be reported to their healthcare provider immediately.  XCOPRI should be discontinued immediately if a serious hypersensitivity reaction is suspected *[see Warnings and Precautions (5.1)]*.

QT Shortening

Instruct patients to inform their healthcare provider of all of the medications, over-the-counter medications, and herbal supplements that they are taking. Instruct patients to notify their healthcare provider if they have any symptoms of shortening of the QT interval, including prolonged heart palpitations or a loss of consciousness *[see Warnings and Precautions (5.2)]*.

Suicidal Behavior and Ideation

Counsel patients, their caregivers, and/or families that antiepileptic drugs, including XCOPRI, may increase the risk of suicidal thoughts and behavior, and advise patients to be alert for the emergence

or worsening of symptoms of depression; unusual changes in mood or behavior; or suicidal thoughts, behavior, or thoughts about self-harm. Advise patients, their caregivers, and/or families to report behaviors of concern immediately to a healthcare provider *[see Warnings and Precautions (5.3)]*.

Neurological Adverse Reactions

Counsel patients that XCOPRI causes somnolence, fatigue, dizziness, and gait disturbance. These adverse reactions, if observed, are more likely to occur early in treatment but can occur at any time. Advise patients not to drive or operate machinery until they have gained sufficient experience on XCOPRI to gauge whether it adversely affects their ability to drive or operate machinery and that other CNS depressants or alcohol may have additive effects *[see Warnings and Precautions (5.4)]*.

Withdrawal of XCOPRI

Advise patients not to discontinue use of XCOPRI without consulting with their healthcare provider. XCOPRI should normally be gradually withdrawn to reduce the potential for increased seizure frequency and status epilepticus *[see Warnings and Precautions (5.5)]*.

Contraceptives

Counsel females of reproductive potential that XCOPRI may decrease the efficacy of oral contraceptives and advise them to use additional or alternative non-hormonal birth control *[see Drug Interactions (7.1)]*.

Pregnancy

Advise patients to notify their healthcare provider if they become pregnant or intend to become pregnant during XCOPRI therapy. Encourage patients to enroll in the North American Antiepileptic Drug Pregnancy Registry if they become pregnant. This registry is collecting information about the safety of antiepileptic drugs during pregnancy *[see Use in Specific Populations (8.1)]*.

Dosing Instructions

Counsel patients that XCOPRI may be taken any time with or without food. Instruct patients that XCOPRI tablets can be taken whole or crushed. The crushed tablet can be mixed with water and either administered by mouth as an oral suspension or administered via a nasogastric (NG) tube. Counsel patients administering XCOPRI as an oral suspension or via NG tube on appropriate preparation and administration instructions *[see Dosage and Administration (2.3)]*.

Abuse and Dependence

Advise patients that XCOPRI is a federally controlled substance (CV) because it can be abused or lead to dependence *[see Drug Abuse and Dependence (9)]*. Advise patients to keep their medication in a safe place to prevent misuse and abuse.

Manufactured for:
SK Life Science, Inc.
Paramus, NJ 07652

Phone: 1-866-657-5574
© 2020 SK Life Science, Inc.

XCOPRI® is a registered trademark of SK Life Science, Inc. or its affiliates and protected by U.S. Patent 7,598,279

---

**MEDICATION GUIDE**
XCOPRI® (**ex-koh-pree**)
(cenobamate)
tablets, for oral use, CV

---

**What is the most important information I should know about XCOPRI?**
**XCOPRI can cause serious side effects, including:**

1. **Serious or life threatening allergic reactions which may affect organs and other parts of your body like the liver or blood cells.** You may or may not have a rash with these types of reactions.
   **Call your healthcare provider right away and go to the nearest emergency room if you have any of the following:**

- swelling of your face, eyes, lips, or tongue
- trouble swallowing or breathing
- a skin rash
- hives
- fever, swollen glands, or sore throat that does not go away or comes and goes
- painful sores in the mouth or around your eyes
- yellowing of your skin or eyes
- unusual bruising or bleeding
- severe fatigue or weakness
- severe muscle pain
- frequent infections that do not go away

These symptoms may be the first signs of a serious reaction. A healthcare provider should examine you to decide if you should continue taking XCOPRI.

2. **Like other antiepileptic drugs, XCOPRI may cause suicidal thoughts or actions in a very small number of people, about 1 in 500.**

   **Call a healthcare provider right away if you have any of these symptoms, especially if  they are new, worse, or worry you:**

- thoughts about suicide or dying
- attempts to commit suicide
- new or worse depression
- new or worse anxiety
- feeling agitated or restless
- panic attacks
- trouble sleeping (insomnia)
- new or worse irritability
- acting aggressive, being angry, or violent
- acting on dangerous impulses
- an extreme increase in activity and talking (mania)
- other unusual changes in behavior or mood

- Suicidal thoughts or actions may be caused by things other than medicines. If you have suicidal thoughts or actions, your healthcare provider may check for other causes.

**How can I watch for early symptoms of suicidal thoughts and actions?**
- Pay attention to any changes, especially sudden changes, in mood, behaviors, thoughts, or feelings.
- Keep all follow-up visits with your healthcare provider as scheduled.

**Call your healthcare provider between visits as needed, especially if you are worried about symptoms.**

3. **Do not stop taking XCOPRI without first talking to your healthcare provider.**
- Stopping XCOPRI suddenly can cause serious problems.
- Stopping a seizure medicine suddenly can cause seizures that will not stop (status epilepticus).

4. **XCOPRI is a federally controlled substance (CV) because it can be abused or lead to dependence.** Keep XCOPRI in a safe place to prevent misuse and abuse. Tell your healthcare provider if you have ever abused or been dependent on alcohol, prescription medicines, or street drugs. Selling or giving away XCOPRI may harm others and is against the law.

---

**What is XCOPRI?**
XCOPRI is a prescription medicine used to treat partial-onset seizures in adults.
It is not known if XCOPRI is safe and effective in children.

---

**Do not take XCOPRI if you:**
- are allergic to cenobamate, any of the other ingredients in XCOPRI. See the end of this Medication Guide for a complete list of ingredients in XCOPRI.
- have a genetic problem (called familial short QT syndrome) that affects the electrical system of the heart.

**Before taking XCOPRI, tell your healthcare provider about all your medical conditions, including if you:**

- have or had depression, mood problems or suicidal thoughts or actions.
- have liver, kidney, or blood problems.
- have had an allergic reaction to a medicine which caused a rash or affected internal organs, like the liver or blood cells.
- use birth control medicine. XCOPRI may cause your birth control medicine to be less effective. Talk to your healthcare provider about the best birth control method to use while taking XCOPRI.
- are pregnant or plan to become pregnant. It is not known if XCOPRI will harm your unborn baby. Tell your healthcare provider right away if you become pregnant while taking XCOPRI. You and your healthcare provider will decide if you should take XCOPRI while you are pregnant.
  - o  If you become pregnant while taking XCOPRI, talk to your healthcare provider about registering with the North American Antiepileptic Drug (NAAED) Pregnancy Registry. The purpose of this registry is to collect information about the safety of antiepileptic medicine during pregnancy. You can enroll in this registry by calling 1-888-233-2334 or go to www.aedpregnancyregistry.org
- are breastfeeding or plan to breastfeed. It is not known if XCOPRI passes into breastmilk. Talk to your healthcare provider about the best way to feed your baby while taking XCOPRI.

**Tell your healthcare provider about all the medicines you take, including prescription and over-the-counter medicines, vitamins, and herbal supplements.**
XCOPRI may affect the way other medicines work, and other medicines may affect how XCOPRI works. Do not start a new medicine without first talking with your healthcare provider.
Ask your healthcare provider or pharmacist for a list of medicines you are taking, if you are not sure. Know the medicines you take. Keep a list of them and show it to your healthcare provider and pharmacist when you get a new medicine.

**How should I take XCOPRI?**

- Take XCOPRI exactly as your healthcare provider tells you to take it.
- It is very important to increase your dose of XCOPRI slowly, as instructed by your healthcare provider.
- Do not stop taking XCOPRI without talking to your healthcare provider. Stopping XCOPRI suddenly can cause serious problems, including seizures that will not stop (status epilepticus).
- Your healthcare provider may change your dose, if needed.
- Your healthcare provider will tell you how much XCOPRI to take.
- XCOPRI can be taken at any time of day, with or without food.
- XCOPRI tablets can be taken whole or crushed.
  - o  If you crush the tablet, it can be mixed with water and either taken by mouth as an oral suspension or given via a nasogastric (NG) feeding tube. Talk with your healthcare provider about how to take crushed tablets.
- Talk with your healthcare provider about what you should do if you miss a dose.
- If you take too much XCOPRI, call your healthcare provider or go to the nearest hospital emergency room right away.

**What should I avoid while taking XCOPRI?**

- Do not drive, operate machinery or do other dangerous activities until you know how XCOPRI affects you. XCOPRI may slow your thinking and motor skills and may affect your vision.
- Do not drink alcohol or take other medicines that can make you sleepy or dizzy while taking XCOPRI without first talking to your healthcare provider.

**What are the possible side effects of XCOPRI?**
**XCOPRI may cause serious side effects, including:**

- See "What is the most important information I should know about XCOPRI?"
- **problems with the electrical system of the heart (QT shortening).**  Call your healthcare provider if you have symptoms of QT shortening including fast heartbeat (heart palpitations) that last a long time or fainting.
- **nervous system problems.** XCOPRI may cause problems that can affect your nervous system. Symptoms of nervous system problems include:
  - o  dizziness
  - o  trouble walking or with coordination
  - o  feeling sleepy and tired
  - o  trouble concentrating, remembering, and thinking clearly

- vision problems

**The most common side effects of XCOPRI include:**
- feeling sleepy and tired
- dizziness
- double vision
- headache

Tell your healthcare provider if you have any side effect that bothers you or that does not go away. These are not all the possible side effects of XCOPRI.

For more information, ask your healthcare provider or pharmacist. **Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.**

**How should I store XCOPRI?**
- Store XCOPRI at room temperature between 68°F to 77°F (20°C to 25°C).
- Safely throw away medicine that is out of date or no longer needed.
- **Keep XCOPRI and all medicines out of the reach of children.**

**General information about the safe and effective use of XCOPRI.**

Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide. Do not use XCOPRI for a condition for which it was not prescribed. Do not give XCOPRI to other people, even if they have the same symptoms that you have. It may harm them. You can ask your pharmacist or healthcare provider for information about XCOPRI that is written for health professionals.

**What are the ingredients in XCOPRI?**

**Active ingredient:** cenobamate

**Inactive ingredients:** colloidal silicon dioxide, lactose monohydrate, magnesium stearate, microcrystalline cellulose, and sodium starch glycolate.

**25 mg and 100 mg tablets:** FD&C Blue #2/indigo carmine aluminum lake, iron oxide red, iron oxide yellow, polyethylene glycol 3350, polyvinyl alcohol-part hydrolyzed, talc, and titanium dioxide.

**50 mg tablets:** iron oxide yellow, polyethylene glycol 3350, polyvinyl alcohol-part hydrolyzed, talc, and titanium dioxide.

**150 mg and 200 mg tablets:** iron oxide red, iron oxide yellow, polyethylene glycol 3350, polyvinyl alcohol-part hydrolyzed, talc, and titanium dioxide.

Manufactured for SK Life Science, Inc., Paramus, NJ 07652
© 2019 SK Life Science, Inc.
XCOPRI® is a registered trademark of SK Life Science, Inc. or its affiliates and protected by U.S. Patent 7,598,279

For more information, go to www.XCOPRI.com or call 1-866-657-5574.

This Medication Guide has been approved by the U.S. Food and Drug Administration.                    Revised: 4/2024

# EXHIBIT B



US007598279B2

(12) **United States Patent** (10) Patent No.: **US 7,598,279 B2**
Choi et al. (45) **Date of Patent:** **Oct. 6, 2009**

(54) **NEUROTHERAPEUTIC AZOLE COMPOUNDS**

(75) Inventors: **Yong Moon Choi**, Pinebrook, NJ (US); **Choon-Gil Kim**, Daejon (KR); **Han-Ju Yi**, Daejeon (KR); **Young-Sun Kang**, Daejeon (KR); **Hyun-Seok Lee**, Daejeon (KR)

(73) Assignee: **SK Holdings Co., Ltd.**, Seoul (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 558 days.

(21) Appl. No.: **11/407,526**

(22) Filed: **Apr. 20, 2006**

(65) **Prior Publication Data**

US 2006/0258718 A1      Nov. 16, 2006

**Related U.S. Application Data**

(60) Provisional application No. 60/674,530, filed on Apr. 22, 2005.

(51) **Int. Cl.**
*A61K 31/445*      (2006.01)
*C07D 401/12*      (2006.01)
*C07D 249/08*      (2006.01)
*C07D 249/04*      (2006.01)

(52) **U.S. Cl.** ........................ **514/359**; 514/281; 514/283; 548/250; 548/255; 548/262.2

(58) **Field of Classification Search** ................. 514/259, 514/281, 283; 548/250, 255, 262, 2
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,415,840 A | 12/1968 | Wolf | |
| 5,100,916 A | 3/1992 | Johansson et al. | |
| 6,770,659 B2 * | 8/2004 | Choi et al. | .................. 514/326 |

FOREIGN PATENT DOCUMENTS

WO      WO 2006/112685      10/2006

OTHER PUBLICATIONS

International Search Report issued for the corresponding PCT application No. PCT/KR2006/001523.
Written Opinion of the International Search Report issued for the corresponding PCT application No. PCT/KR2006/001523.
Karakurt et al., "Synthesis of some 1-(2-naphthyl)-2-(imidazole-1-yl)ethanone oxime and oxime ether derivatives and their anticonvulsant and antimicrobial activities," Eur. J. Med. Chem. May 2001; 36(5): 421-433.

* cited by examiner

*Primary Examiner*—Golam M. M. Shameem
*Assistant Examiner*—Susannah Chung

(57) **ABSTRACT**

Azole compounds containing carbamoyl group and pharmaceutically useful salts thereof are described. The compounds are effective anticonvulsants which are used in the treatment of disorders of the central nervous system, especially as anxiety, depression, convulsion, epilepsy, migraine, bipolar disorder, drug abuse, smoking, ADHD, obesity, sleep disorder, neuropathic pain, stroke, cognitive impairment, neurodegeneration, stroke and muscle spasm.

**60 Claims, No Drawings**

US 7,598,279 B2

**1**

## NEUROTHERAPEUTIC AZOLE COMPOUNDS

### CROSS-REFERENCE TO RELATED APPLICATION

This Application claims the benefit of Provisional Application Ser. No. 60/674,530, filed Apr. 22, 2005.

### FIELD OF THE INVENTION

The present invention is directed to neurotherapeutic azole compounds containing a carbamoyl group which are useful as anticonvulsant agents.

### DESCRIPTION OF THE PRIOR ART

Many reports have disclosed that arylalkyl azole compounds are effectively used as anticonvulsant, antimicrobial and hypoglycemic agents. One of the structurally distinct classes of antiepileptic drugs is the (arylalkyl) imidazoles.

J. Med. Chem., 24, 67 (1981) and J. Med. Chem., 24, 727 (1981) disclose Nafimidone (2-(1H-imidazole-1-yl)-1-(2-naphthalenyl)ethanone) and denzimol (α-(4-(2-phenylethyl) phenyl)-1H-imidazole-1-ethanol) are two independently discovered representatives of this group and protect mice and rats against maximal electroshock- or pentylenetetrazole-induced tonic seizures but do not antagonize clonic seizures induced by pentylenetetrazole, strychnine, bicuculline, or picrotoxin. These indicated that denzimol and nafimidone possess a profile of activity similar to that of phenytoin or carbamazepine but distinct from those of barbiturates or valproic acid. Moreover, both agents display acceptable therapeutic ratios and protective indices. Although formal accounts of carefully controlled clinical trials have not been reported, preliminary communications indicate these drugs are effective in epileptic patients. Structure-activity relationship studies show that anticonvulsant properties of this group are associated with the presence of a small oxygen functional group (such as carbonyl, ethylene dioxy, methoxy, acyloxy, and hydroxy substituents) in the alkylene bridge in addition to imidazole ring and lipophilic aryl portion facilitating penetration of the blood-brain barrier.

J. Med. Chem., 24, 67 (1981) discloses anticonvulsive 1-(naphthylalkyl)-1H-imidazole derivatives represented by the following general structural formula (I) and (II):



(I)

wherein, A is O, —OCH₂CH₂O—, —OCH₂CH₂CH₂O—, —OCH(CH₃)CH₂CH₂O—, —OCH₂C(CH₃)₂CH₂O—, (OCH₃)₂, —SCH₂CH₂S—, —SCH₂CH₂CH₂S—, (SCH₃)₂, (SC₂H₅)₂, (S-n-C₃H₇)₂, (S-i-C₃H₇)₂, (S-i-C₄H₉)₂, (SC₆H₅)₂, (SCH₂C₆H₅)₂, or (H)₂;

Alkyl chain is substituted at 1 or 2-position of the naphthalene ring;

R is H, 6-Cl, 6-Br, 6-CH₃, 6-C₂H₅, 6,7-(CH₃)₂, 6-OCH₃, 1-CH₃, 7-CH₃, 7-C₃H₅, 4-CH(CH₃)₂, or 6,7-(OCH₃)₂; and

**2**

n is an integer from 0 to 2;



(II)

wherein, X is OH, OCH₃, OC₃H₅, O-n-C₄H₉, OC₆H₅, p-OC₆H₄Cl, o-OC₆H₄CH₃, OCOC₂H₅, OCOC₆H₅, SCH₃, SOCH₃, or SO₂CH₃;

Alkyl chain is substituted at 1 or 2-position of the naphthalene ring;

R is H, 6-Cl, 6-Br, 6-CH₃, 6-C₂H₅, 6,7-(CH₃)₂, 6-OCH₃, 1-CH₃, 7-CH₃, 7-C₃H₅, 4-CH(CH₃)₂, or 6,7-(OCH₃)₂; and

n is an integer from 1 to 2.

J. Med. Chem., 24, 727 (1981) discloses anticonvulsant activity of N-(benzoylalkyl) imidazoles and N-(ω-phenyl-ω-hydroxyalkyl)imidazoles represented by the following general structural formula (III) and (IV):



(III)

wherein, R is 3,4-(HO)₂, 4-HO, 4-NO₂, 4-NH₂, 4-CH₃CONH, 4-CH₃SO₂NH, 4-C₆H₅O, 4-(t-C₄H₉), 4-(s-C₄H₉), 4-(c-C₆H₁₁), 2-C₆H₅, 3-C₆H₅, or 4-C₆H₅CH₂CH₂; and

X is CH₂, CHCH₃, CH₃CCH₃, CH₂CH₂, or CH(CH₃)CH₂;



(IV)

wherein, R is 3,4-(HO)₂, 4-HO, 4-NO₂, 4-NH₂, 4-CH₃CONH, 4-CH₃SO₂NH, 4-C₆H₅O, 4-(t-C₄H₉), 4-(s-C₄H₉), 4-(c-C₆H₁₁), 2-C₆H₅, 3-C₆H₅, or 4-C₆H₅CH₂CH₂; and

X is CH₂, CHCH₃, CH₃CCH₃, CH₂CH₂, or CH(CH₃)CH₂.

J. Med. Chem., 29, 1577 (1986) discloses structure-activity relationships of anticonvulsive (arylalkyl)imidazoles represented by the following general structural formula (V) and (VI):



(V)

3

wherein, Ar is benzo[b]thien-2-yl, benzo[b]thien-3-yl, benzofuran-2-yl, phenanthren-2-yl, 9,10-dihydrophenanthren-2-yl, 9,10-dihydrophenanthren-3-yl, naphthalen-2-yl, or naphthalene-3-yl; and

X is O or (H, OH);



(VI)

wherein, X is O, (H, OH), (H, OCOPh), (CH$_3$, OH), —SCH$_2$CH$_2$S—, —OCH$_2$CH$_2$O—, —OCH$_2$CH$_2$CH$_2$O—, —OCH(CH$_3$)CH$_2$O—, —OCH$_2$C(CH$_3$)$_2$CH$_2$O—, or (H, H);

Alkyl chain is substituted at 1, 2, or 4-position of the fluorenyl ring;

R$_1$ is H, 9-CH$_3$, 7-CH$_3$, 7-C$_2$H$_5$ or 7-OCH$_3$, 7-(CH$_3$)$_2$CH, or 7-Br;

R$_2$ is H or 9-CH$_3$;

R$_3$ is H, α-CH$_3$, or α-C$_2$H$_5$;

R$_4$ is H, 2-CH$_3$, 2-C$_2$H$_5$, 4-CH$_3$, or 4-C$_6$H$_5$; and

n is an integer from 1 to 3.

This series of imidazole anticonvulsants was highly selective; while many compounds displayed potent anti-electroshock activity, little or no activity was observed against pentylenetetrazole-induced clonic seizures or in the horizontal screen test for ataxia. All active compounds that we tested in this series, as well as denzimol and nafimidone, potentiated hexobarbital-induced sleeping time in mice, probably by imidazole-mediated inhibition of cytochrome P-450.

Eur. J. Med. Chem., 28, 749 (1993) discloses anticonvulsant activity of 1-(4-methylphenyl)-2-(1H-imidazol-1-yl) ethanol.

Eur. J. Med. Chem., 36, 421 (2001) discloses some 1-(2-naphtyl)-2-(imidazole-1-yl)ethanone oxime and oxime ether derivatives of the following general structural formula (VII) and pharmaceutical acceptable thereof possessing both anticonvulsant and antimicrobial activities:



(VII)

wherein, R is selected from the group consisting of hydrogen, methyl, ethyl, propyl, allyl, cyclohexyl, benzyl, 4-chlorobenzyl, and 2,4-dichlorobenzyl.

U.S. Pat. No. 3,415,840 discloses pyrazole-1-ethanol derivatives of the following general structural formula (VIII) possessing useful pharmacological effects as hypoglycemic agents and anticonvulsant agents:

4



(VIII)

wherein, R stands for a member of the group consisting of hydrogen and methyl, R1 stands for a member of the group consisting of phenyl and phenoxymethyl while R2 represents a member of the group consisting of hydrogen and phenyl; and the non-toxic acid addition salts thereof.

Active research and development efforts have been and continues to be directed to the application of azole compounds containing carbamoyl group for the treatment of CNS disorders such as anxiety, depression, convulsion, epilepsy, migraine, bipolar disorder, drug abuse, smoking, ADHD, obesity, sleep disorder, neuropathic pain, cognitive impairment, stroke, neurodegeneration and muscle spasm.

SUMMARY OF THE INVENTION

This invention is directed to azole compounds containing carbamoyl group having formula (IX) and their pharmaceutically acceptable salts:



(IX)

wherein, G is a ring selected from the group consisting of piperonyl, indanyl, naphtyl, phenyl and phenoxy methyl which ring may be substituted with one or more identical or different substituents selected from the group consisting of hydrogen, lower alkyl of 1 to 8 carbon atoms, halogen, alkoxy containing 1 to 8 carbon atoms, thioalkoxy containing 1 to 8 carbon atoms, hydroxy, perfluoroalkyl, phenoxy, phenylalkyloxy of 1 to 8 carbon atoms or phenoxyalkyl of 1 to 8 carbon atoms, wherein the phenyl moiety of phenoxy, phenoxyalkyl and phenylalkyloxy is unsubstituted or substituted with amino, mono- or di-substituted amino with lower alkyl of 1 to 8 carbon atoms, amido, sulfonamido, nitro, carboxyl, or perfluoroalkyl of 1 to 8 carbon atoms;

m is an integer from 0 to 6;

Y is selected from the group consisting of hydrogen, halogen, and lower alkyl of 1 to 8 carbon atoms;

n is an integer from 0 to 6;

A is azole group represented by the following structural formula (X-1) or (X-2):

US 7,598,279 B2

5                  6

(X-1)

(X-2)

wherein, A1 is selected from the group consisting of nitrogen atom and CH;

Q is selected from the group consisting of hydrogen, perfluoroalkyl, halogen, amino, mono- or di-substituted alkyl amino with alkyl of 1 to 8 carbon atoms, amido, linear or branched alkyl of 1 to 8 carbon atoms, cycloalkyl of 3 to 8 carbon atoms, arylalkyl, morpholino, piperidino, pyrrolidino, thioalkoxy of 1 to 8 carbon atoms, benzylthio, thienyl, aminoalkyl, hydroxyalkyl, styryl, carboxylic, pyridyl, unsubstituted phenyl and phenyl substituted with one or more identical or different substituents selected from the group consisting of hydrogen, lower alkyl of 1 to 8 carbon atoms, arylalkyl, halogen, alkoxy containing 1 to 8 carbon atoms, phenoxy, amino, mono- or di-substituted amino with alkyl of 1 to 8 carbon atoms, nitro, hydroxy, thioalkoxy, furanyl, sulfonamido, and perfluoroalkyl;

$R_1$ and $R_2$ are independently selected from the group consisting of hydrogen, $C(=O)NH_2$, lower alkyl of 1 to 8 carbon atoms, non-substituted or substituted phenyl, and non-substituted or substituted phenylalkyl of 1 to 8 carbon atoms, or taken together with attached nitrogen form a imidazole, piperazine or phenyl piperazine ring or cyclic amine ring represented by the following structural formula (XI):

(XI)

wherein, $A_2$ is selected from the group consisting of nitrogen atom and carbon atom;

E and U may and are independently selected from the group consisting of hydrogen, hydroxy and O-carbamoyl or taken together form oxo;

W is selected from a ring consisting of piperonyl, indanyl, naphtyl, tetrazolyl, triazolyl, pyridyl and phenyl which ring may be substituted with one or more identical or different substituents selected from the group consisting of hydrogen, lower alkyl of 1 to 8 carbon atoms, halogen, alkoxy containing 1 to 8 carbon atoms, thioalkoxy containing 1 to 8 carbon atoms, phenoxy, phenylalkyloxy of 1 to 8 carbon atoms, phenoxyalkyl of 1 to 8 carbon atoms, where the phenyl moiety of phenoxy, phenylalkyloxy and phenoxyalkyl is unsubstituted or substituted with amino, mono- or di-substituted amino with alkyl of 1 to 8 carbon atoms, amido, sulfonamido, nitro, carboxyl, hydroxy, or perfluoroalkyl of 1 to 8 carbon atoms;

j is an integer from 0 to 4; and

t is an integer from 0 to 4, preferably from 0 to 2.

In one embodiment, the compound containing carbamoyl group has the following structural formula (XVII):

(XVII)

wherein, $X_1$ is selected from the group consisting of lower alkyl of 1 to 8 carbon atoms, halogen, alkoxy containing 1 to 8 carbon atoms, thioalkoxy containing 1 to 8 carbon atoms, hydroxy, phenoxy, phenylalkyloxy of 1 to 8 carbon atoms, or phenoxyalkyl of 1 to 8 carbon atoms wherein the phenyl moiety of phenoxy, phenylalkyloxy and phenoxyalkyl is unsubstituted or substituted with amino, mono- or di-substituted amino with lower alkyl of 1 to 8 carbon atoms, amido, sulfonamido, nitro, carboxyl, or perfluoroalkyl of 1 to 8 carbon atoms;

$X_2$ and $X_3$ may be the same with or different from each other and are independently selected from the group consisting of hydrogen, lower alkyl of 1 to 8 carbon atoms, halogen, alkoxy containing 1 to 8 carbon atoms, thioalkoxy containing 1 to 8 carbon atoms, hydroxy, phenoxy, phenylalkyloxy of 1 to 8 carbon atoms, phenoxyalkyl of 1 to 8 carbon atoms wherein the phenyl moiety of phenoxy, phenylalkyloxy and phenoxyalkyl is unsubstituted or substituted with amino, mono- or di-substituted amino with lower alkyl of 1 to 8 carbon atoms, amido, sulfonamido, nitro, carboxyl, or perfluoroalkyl of 1 to 8 carbon atoms;

m is an integer from 0 to 6;

Y is selected from the group consisting of hydrogen and lower alkyl of 1 to 8 carbon atoms;

n is an integer from 0 to 6;

A is azole group represented by the following structural formula (X-1) or (X-2):

(X-1)

(X-2)

wherein, $A_1$ is selected from the group consisting of nitrogen atom and CH;

Q is as above; and

$R_1$ and $R_2$ are as above.

In another embodiment, azole compound containing carbamoyl group has the following formula (XVIII):

US 7,598,279 B2

7                                    8

(XVIII)



(XIX)



wherein, $X_4$ and $X_6$ are independently selected from the group consisting of lower alkyl of 1 to 8 carbon atoms, halogen, alkoxy containing 1 to 8 carbon atoms, thioalkoxy containing 1 to 8 carbon atoms, hydroxy, phenoxy, phenylalkyloxy of 1 to 8 carbon atoms, phenoxyalkyl of 1 to 8 carbon atoms wherein the phenyl moiety of phenoxy, phenylalkyloxy and phenoxyalkyl is unsubstituted or substituted with amino, mono- or di-substituted amino with alkyl of 1 to 8 carbon atoms, amido, sulfonamido, nitro, carboxyl, or perfluoroalkyl of 1 to 8 carbon atoms;

$X_5$ and $X_7$ may be the same with or different from each other and are independently selected from the group consisting of hydrogen, lower alkyl of 1 to 8 carbon atoms, halogen, alkoxy containing 1 to 8 carbon atoms, thioalkoxy containing 1 to 8 carbon atoms, hydroxy, phenoxy, phenylalkyloxy of 1 to 8 carbon atoms, phenoxyalkyl of 1 to 8 carbon atoms wherein the phenyl moiety of phenoxy, phenylalkyloxy and phenoxyalkyl is unsubstituted or substituted with, amino, mono- or di-substituted amino with alkyl of 1 to 8 carbon atoms, amido, sulfonamido, nitro, carboxyl, or perfluoroalkyl of 1 to 8 carbon atoms;

m is an integer from 0 to 6;

l is an integer from 1 to 6;

A is azole group represented by the following structural formula (X-1) or (X-2):

(X-1)



(X-2)



wherein, $A_1$ is selected from the group consisting of nitrogen atom and CH; and

Q, $R_1$ and $R_2$ are as above.

In another embodiment, the azole compound containing carbamoyl group has the following structural formula (XIX):

wherein, $X_8$ and $X_9$ are independently selected from the group consisting of hydrogen, lower alkyl of 1 to 8 carbon atoms, halogen, alkoxy containing 1 to 8 carbon atoms, thioalkoxy containing 1 to 8 carbon atoms, hydroxy, phenoxy, phenylalkyloxy of 1 to 8 carbon atoms or phenoxyalkyl of 1 to 8 carbon atoms wherein the phenyl moiety of phenoxy, phenylalkyloxy and phenoxyalkyl is unsubstituted or substituted with, amino, mono- or di-substituted amino with alkyl of 1 to 8 carbon atoms, amido, sulfonamido, nitro, carboxyl, or perfluoroalkyl of 1 to 8 carbon atoms;

m is an integer from 0 to 6;

Y is selected from the group consisting of hydrogen and lower alkyl of 1 to 8 carbon atoms;

n is an integer from 0 to 6; and

A, $R_1$ and $R_2$ are as above.

In another embodiment, the azole compound containing carbamoyl group has the following structural formula (XX):

(XX)



wherein, Ph is phenyl, piperonyl, indanyl or naphtyl which may be substituted with one or more identical or different substituents selected from the group consisting of hydrogen, lower alkyl of 1 to 8 carbon atoms, halogen, alkoxy containing 1 to 8 carbon atoms, thioalkoxy containing 1 to 8 carbon atoms, phenoxy, phenylalkyloxy of 1 to 8 carbon atoms, phenoxyalkyl of 1 to 8 carbon atoms, wherein the phenyl moiety of phenoxy, phenylalkyloxy and phenoxyalkyl is unsubstituted or substituted with amino, mono- or di-substituted amino with alkyl of 1 to 8 carbon atoms, amido, sulfonamido, nitro, carboxyl, hydroxy, or perfluoroalkyl of 1 to 8 carbon atoms;

l is an integer from 1 to 6; and

A, $R_1$ and $R_2$ are as above.

In another embodiment compound containing carbamoyl group is structural formula (XXI):

(XXI)



wherein, E, U, W, $A_2$, A, G, j and t are as above and l is an integer from 1 to 4;

and pharmaceutically useful salts thereof.

US 7,598,279 B2

9

10

The compounds of this invention includes all optical and stereo isomeric including mixture racemates as well as substantially pure enantiomers such as the R and S enantiomers. With respect to pure enantiomers, preferably the optical purity of these enantiomers of the containing carbamoyl group represented by the following general structural formula (IX) and their pharmaceutically acceptable salts is greater than $60\%_{ee}$, more preferably greater than $95\%_{ee}$, and most preferably greater than $98\%_{ee}$. The term "ee" means enantiomeric excess. For instance, one enantiomer of a specific compound is present in a mixture of the enantiomers for that compound at a greater amount relative to the other enantiomer. An enantiomerically enriched form may include a mixture of enantiomers of a specific compound in which the concentration of a single enantiomer of that compound is greater than 50%, more typically greater than 60%, 70%, 80%, or 90%, or higher (e.g., >95%, >97%, >99%, >99.5%), relative to the other enantiomer of that compound.

These compounds represented by the formula (IX) are active as anticonvulsive agents. Such agents are utilized in the treatment of central nervous system diseases, particularly, as anxiety, depression, convulsion, epilepsy, migraine, bipolar disorder, drug abuse, smoking, ADHD, obesity, sleep disorder, neuropathic pain, cognitive impairment, stroke, neurodegeneration and centrally acting muscle spasm.

DETAILED DESCRIPTION OF THE INVENTION

In accordance with the present invention, the compound represented by the general formula (IX) and their pharmaceutically acceptable salts thereof can be prepared by the following steps starting from the racemic or enantiomerically enriched alcohol compounds represented by the following general structural formula (XII):



(XII)

wherein, G, m, Y, n and A are as above.

The two methods for preparing the alcohol compounds represented by the general structural formula (XII) will be described below in detail.

Method I

Reacting an epoxide of by the following general structural formula (XIII);



(XIII)

wherein, G, m and Y are as above with azole of the formula (XIV);



(XIV)

wherein, $A_1$ and Q are as above to synthesize the racemic or enantiomerically enriched alcohol compounds represented by the general structural formula (XII):



(XII)

wherein, G, Y, A, m and n are as above.

It should be noted that the stereochemistry of the product represented by the general formula (IX) depends on that of the starting material represented by the general structural formula (XIII) and intermediates represented by the general structural formula (XII); a starting material represented by the general structural formula (XIII) with an (R)-configuration yields only a alcohol compound represented by the general structural formula (XII) with (R)-configuration and a starting material represented by the general structural formula (XIII) with an (S)-configuration yields only a intermediate represented by the general structural formula (XII) with (S)-configuration. In the preparation of azole compounds containing carbamoyl group represented by the general structural formula (IX) (Reaction Scheme 1 and 2), alcohol intermediates represented by the general structural formula (XII) with an (R)-configuration yields only a product represented by the general structural formula (IX) with (R)-configuration and alcohol intermediates represented by the general structural formula (XII) with an (S)-configuration yields only a product represented by the general structural formula (IX) with (S)-configuration.

Details of the reaction conditions described in Method I are as follows. To a solution of azole derivative of the general structural formula (XIV) (0.5~10 equiv) and base such as sodium hydride, sodium methoxide, sodium ethoxide, sodium carbonate, potassium carbonate, calcium carbonate, lithium carbonate (0~100 equiv), pyridine, diethyl amine, diisopropylethyl amine, and triethylamine in organic solvent such as methyl alcohol, ethyl alcohol, isopropyl alcohol, DMSO, acetonitrile, DMF, NMP, acetone, methylene chloride, chloroform, MIBK, DME, ethyl acetate, THF, 1,4-dioxane, benzene, toluene, xylene, hexane, heptane and cyclohexane (0~10000 eq), racemic or enantiomerically enriched epoxide derivative of the general structural formula (XIII) was slowly added. The reaction was warmed to 40~189° C. for 0.1~240 hours and then cooled to 25° C. Organic solvent such as ethyl acetate, diethyl ether, benzene, toluene, xylene, methylene chloride, chloroform, heptane, cyclohexane and hexane was added to this mixture and organic layer was washed with brine. The resulting organic layer was dried and concentrated in vacuo. This residue was consisting of two regio-isomers, one is azol-1yl compound (hereinafter referred to as "1N-azole") and another is azol-2-yl compound

US 7,598,279 B2

11

(hereinafter referred to as "2N-azole"). They were separated by column chromatography, eluting with an increasing ratio of ethyl acetate in hexane.

Method II

Reacting Alkyl halide represented by the following general structural formula (XV);

(XV)



wherein, G, Y and m are as above;

n is an integer from 0 to 6; and

X is halogen such as Cl, Br and I;

with azole represented by the general structural formula (XIV) and then treat with sodium borohydride to synthesize alcohol compounds represented by the general structural formula (XII).

Details of the reaction conditions described in Method II are as follows. To a solution of azole derivative of the general structural formula (XIV) (0.5~1000 equiv) and base such as sodium hydride, sodium methoxide sodium ethoxide, sodium carbonate, potassium carbonate, calcium carbonate, lithium carbonate (0~100 equiv), pyridine, diethyl amine, diisopropylethyl amine, and triethylamine in organic solvent such as methyl alcohol, ethyl alcohol, isopropyl alcohol, DMSO, acetonitrile, DMF, NMP, acetone, methylene chloride, chloroform, MIBK, DME, ethyl acetate, THF, 1,4-dioxane, benzene, toluene, xylene, hexane, heptane and cyclohexane (0~10000 equiv), alkyl halide derivative of the general structural formula (XV) was slowly added. The reaction was warmed to 40~189° C. for 0.1~240 hours and then cooled to 25° C. Organic solvent such as ethyl acetate, diethyl ether, benzene, toluene, xylene, methylene chloride, chloroform, heptane, cyclohexane and hexane was added to this mixture and organic layer was washed with brine. The crude product was dissolved in methyl alcohol (1~10000 equiv) and then sodium borohydride (1~100 equiv) was added to this solution slowly. After 0.1~24 hours stirring at room temperature, the reaction mixture was concentrated in vacuo. Organic solvent such as ethyl acetate, diethyl ether, benzene, toluene, xylene, methylene chloride, chloroform, heptane, cyclohexane and hexane was added to this mixture and organic layer was washed with brine. The resulting organic layer was dried and concentrated in vacuo. This residue was consisting of 1N-azole and 2N-azole. They were separated by column chromatography, eluting with an increasing ratio of ethyl acetate in hexane.

There are several pathways to introduce carbamoyl group to alcohol compounds such as 1,1'-carbonyldiimidazole-amine, sodium cyanate-acid, carbamoyl chloride, chlorosulfamoyl isocyanate-water, disuccimidyl carbonate-amine, phosgene-amine, triphosgene-amine, chloroformate-amine, trichloroacetylchloride-amine, trichloroactylisocyanate, trimethylsilylisocyanate, 1-chlorocarbonylbenzotriazole-amine and so on. Some of pathways to prepare azole compounds containing carbamoyl group represented by the general structural formula (IX) are summarized as set forth in Reaction Scheme 1 and Reaction Scheme 2 below.

12

Reaction Scheme 1



wherein, G, Y, A, $R_1$, $R_2$, m and n are as above.

The azole compounds containing carbamoyl group represented by the general structural formula (IX) were prepared by reacting alcohol compounds represented by the general structural formula (XII) with 1,1'-carbonyldiimidazole and then with amine base represented by the general structural formula (XVI);

$R_1R_2NH$           (XVI)

wherein,

$R_1$ and $R_2$ are as above.

Details of the reaction conditions described in Reaction Scheme I are as follows. For the conversion of the racemic or enantiomerically enriched alcohol compounds of the general structural formula (XII) to the racemic or enantiomerically enriched azole compounds containing carbamoyl group of the general structural formula (IX), the concentration of the alcohol compounds of the general structural formula (XII) is about 0.005 to 0.1 moles with 1,1'-carbonyldiimidazole ranging from about 1.0 to 3.5 equivalents. This reaction is preferably carried out at a temperature of −1.0 to 66° C. Without purification, the resulting intermediate is treated with 1 to 1,000 equivalents of amine base represented by the general structural formula (XVI) at a temperature of −10 to 30° C. to give the compound represented by the general structural formula (IX). For this carbamoylation, an ethereal solvent such as diethyl ether and tetrahydrofuran, a halogenated hydrocarbon solvent such as dichloromethane and chloroform, or the mixture thereof may be used.

Reaction Scheme 2

US 7,598,279 B2

**13**

-continued



(IX)

wherein, G, Y, A, $R_1$, $R_2$, m and n are as above.

Details of the reaction conditions described in Reaction Scheme 2 are as follows. For the conversion of the racemic or enantiomerically enriched alcohol compounds represented by the general structural formula (XII) to the racemic or enantiomerically enriched azole compounds containing carbamoyl group represented by the general structural formula (IX), the concentration of alcohol compounds represented by the general structural formula (XII) is about 0.005 to 0.1 moles with sodium cyanate ranging from about 0.5 to 4.0 equivalents and acid ranging from about 0.5 to 4.0 equivalents. This reaction is preferably carried out at a temperature of −10 to 66° C. to give the compound represented by the general structural formula (IX). For this carbamoylation, an ethereal solvent such as diethyl ether and tetrahydrofuran, a halogenated hydrocarbon solvent such as dichloromethane and chloroform, or the mixture thereof may be used.

Among the preferred embodiments of the compounds of formula IX are included compounds of the formula:



IX-A

wherein, Y is as above;

$A_3$, $A_4$ and $A_5$ are independently selected from the group consisting of CH or N, with at least one of $A_3$, $A_4$ and $A_5$ being CH; and at least one of the other of $A_3$, $A_4$ and $A_5$ being N;

$R_6$ and $R_7$ are selected from the group consisting of hydrogen, halogen, perfluoroalkyl, alkyl of from 1 to 8 carbon atoms, thioalkoxy, and alkoxy;

$R_3$ and $R_4$ are alkyl, hydrogen,



or taken together with the attached nitrogen atom form an imidazole, or phenyl piperazine ring; and

y is an integer of from 0 to 4, preferably from 0 to 2 or pharmaceutically acceptable salts thereof;

**14**

a compound of the formula:



IX-B

wherein $R_3$, $R_4$, $R_6$, $R_7$, Y, y, $A_3$, $A_4$ and $A_5$ are as above; and p is an integer of from 0 to 1;

or pharmaceutically acceptable salts thereof; and

a compound of the formula:



IX-C

wherein $R_8$ and $R_9$ taken together with the attached nitrogen atom form a substituent of the formula:



wherein E, U, $A_2$, $A_3$, $A_4$ and $A_5$ are as above;

k and v are an integer from 0 to 1;

Z is a phenyl, phenoxy, alkyl or phenylalkyloxy substituted where the phenyl moiety of said substituent is unsubstituted or substituted with from one to three substituents selected from the group consisting of halogen, alkyl, perfluoroalkyl or alkoxy;

Y is a hydrogen, halogen or alkyl;

y is an integer of from 0 to 1;

$R_6$ and $R_7$ are selected from the group consisting of hydrogen, halogen, perfluoroalkyl, thioalkoxy, alkoxy and alkyl.

Another group of preferred compounds having the activity of the compound of formula IX are:



IX-D

**15**

wherein $A_1$ is as above; $R_8$ and $R_9$ are hydrogen, halogen, lower alkoxy, lower alkyl, hydroxy, trifluromethyl, amino, mono or dilower alkyl amino, nitro or $R_8$ and $R_9$ when substituted on adjacent carbon atoms and when $R_{10}$ is hydrogen can be taken together to form a cyclolower alkyl, phenyl or heterocyclolower alkyl ring; $R_{10}$ is lower alkoxy, phenyloxy, phenylalkoxy, hydrogen, cycloloweralkyl, halogen, hydroxy, lower alkyl, nitro, trifluoromethyl, mono or lower dikalkyl amino or amino; $R_{11}$ is hydrogen, lower alkyl, phenyl or phenyl lower alkyl wherein the phenyl group can be unsubstituted or mono or disubstituted with a lower alkyl, hydroxy, lower alkoxy, or halo; $R_{12}$ is hydrogen or lower alkyl or $R_{12}$ taken together with $R_{11}$ and their attached nitrogen atom form a 4 to 6 membered heteroarmatic ring containing at most 3 additional hetero nitrogen atoms; $R_{14}$ is hydrogen, amino carbonyl, or lower alkyl: $R_{13}$ is hydrogen, lower alkyl, amino, mono or dilower alkylamino hetero aromatic, amino carbonyl or phenyl where the phenyl group can be unsubstituted or mono or disubstituted with a lower alkyl, hydroxy, lower alkoxy, or halo; and o and p are integers from 0-1.

IX-E



wherein



is

a 4 to 6 membered a heterocycloalkyl ring containing at most 1 additional hetero nitrogen atom; $A_1$ is as above; $R_8$, $R_9$, $R_{10}$, $R_{13}$ and $R_{14}$ are as above o, z and p are integers from 0-1; $R_{16}$ is phenyl, phenyl carbonyl, a five or six membered hetero aromatic ring containing from 1 to 4 nitro heteroatoms, wherein said phenyl and heteroaromatic rings can be unsubstituted or mono or di-substituted with hydroxy, hydroxy lower alkyl, lower alkoxy, halogen, phenyl or trifloromethyl.

**16**

IX-F



wherein $A_1$, is as above; $R_{11}$, $R_{12}$ and $R_{13}$ are as above; and $R'_{15}$ and $R'_{16}$ when taken together with their attached carbon atoms form a cycloalkyl or phenyl ring which can be unsubstituted or substituted with halo, lower alkyl, lower alkoxy, hydroxy, halogen or trifluoromethyl.

The compounds of IX-A, IX-B, IX-C, IX-D, IX-E and IX-F constitute preferred embodiments of the compound of formula IX. Particularly preferred embodiments of the compounds of formula IX-A, IX-B, IX-C, IX-D, IX-E and IX-F are those compounds where the nitrogen containing ring is a tetrazole or triazole ring. The triazoles are those compounds where one of $A_1$, $A_3$, $A_4$ and $A_5$ is nitrogen and the others are CH. The tetrazoles of the compounds of formula IX-A, IX-B, IX-C, IX-D, IX-E and IX-F are those compounds where two of $A_1$, $A_3$, $A_4$ and $A_5$ are nitrogen and the other is CH. Generally, among the triazoles and tetrazoles of the compounds of formula IX-A, IX-B and IX-C are those compounds where $R_6$ and $R_7$ are selected from the group consisting of hydrogen, halogen, perfluoroalkyl, alkyl and alkoxy. Where $R_1$ and $R_2$ in the compound of formula IX, are substituted phenyl or substituted phenylalkyl, the phenyl moiety can be substituted in one or more positions, preferably from one to three positions with amino, mono- or di-substituted alkyl amino, amido, alkyl, alkoxy and nitro.

The compounds of formula IX, IX-A, IX-B, IX-C, IX-D, IX-E and IX-F include all forms of these compounds including these stereo, geometric and optical isomeric forms. The compounds of formula IX, IX-A, IX-B, IX-C, IX-D, IX-E and IX-F can exist as a racemate, as well as any mixture of these stereo, geometric or optical isomeric forms. In accordance with a preferred embodiment of this invention, the compounds of IX, IX-A, IX-B, IX-C, IX-D, IX-E and IX-F exist in pure isomeric form substantially free of these other isomeric forms. By substantially free, it is meant, that the specific isomer exists in its pure isomeric form such as a pure enantiomer with at least 95% by weight with at most 5% by weight of the other isomeric forms such as its other enantiomer.

As used in the specification, the term "alkyl", alone or in combination, means a monovalent straight or branched-chain saturated hydrocarbon alkyl group containing from one to eight carbon atoms, preferably lower alkyl containing from one to six carbon atoms, such as methyl, ethyl, n-propyl, isopropyl, n-butyl, sec-butyl, isobutyl, tert-butyl, n-pentyl, n-hexyl and the like.

The term "alkoxy" means a straight or branched-chain alkoxy group formed from alkyl containing from one to eight carbon atoms, preferably from one to six carbon atoms, such as methoxy, ethoxy, n-propoxy, isopropoxy, n-butoxy, tert-butoxy and the like.

17

The term "aryl" means a monovalent mono- or bicyclic unsubstituted aromatic hydrocarbon ring such as phenyl or naphthyl, with phenyl being preferred.

The term "perfluoro-lower alkyl" means any lower alkyl group wherein all the hydrogens of the lower alkyl group are substituted or replaced by fluorine. Among the prefered perfluoro-lower alkyl groups are trifluoromethyl, pentafluroethyl, heptafluoropropyl, etc with trifluromethyl being especially preferred.

The term "cycloalkyl" means a cyclolower alkyl substituent which designates a monovalent unsubstituted 3- to 6-membered saturated carbocylic hydrocarbon ring. Among the preferred cycloalkyl substituents are cyclopropyl, cyclobutyl, cyclohexyl, etc.

The term "heterocycloalkyl" refers to a 4 to 6 membered monocyclic saturated ring containing 3 to 4 carbon atoms and one to three hetero nitrogen or oxygen atoms.

The term "heteroaromatic ring" refers to a monovalent 4 to 6 membered monocyclic heteroaromatic ring containing from 4 to 5 carbon atoms and from 1 to 4 hetero nitrogen.

The term "pharmaceutically acceptable salts" refers to conventional acid-addition salts or base-addition salts that retain the biological effectiveness and properties of the compounds of formulae IX, IX-A, IX-B, IX-C, IX-D, IX-E and IX-F are formed from suitable non-toxic organic or inorganic acids, or organic or inorganic bases. Sample acid-addition salts include those derived from inorganic acids such as hydrochloric acid, hydrobromic acid, hydroiodic acid, sulfuric acid, sulfamic acid, phosphoric acid and nitric acid, and those derived from organic acids such as p-toluenesulfonic acid, salicylic acid, methanesulfonic acid, oxalic acid, succinic acid, citric acid, malic acid, lactic acid, fumaric acid, and the like. Sample base-addition salts include those derived from ammonium, potassium, sodium and quaternary ammonium hydroxides, such as for example, tetramethylammonium hydroxide. The chemical modification of a pharmaceutical compound (i.e., drug) into a salt is a technique well known to pharmaceutical chemists to obtain improved physical and chemical stability, hygroscopicity, flowability and solubility of compounds. See, e.g., H. Ansel et al., *Pharmaceutical Dosage Forms and Drug Delivery Systems* (6th Ed. 1995) at pp. 196 and 1456-1457.

Representative examples of the racemic or enantiomerically enriched azole compounds containing carbamoyl group represented by the general structural formula (IX) are selected from the group consisting of

# Compound Name
1 Carbamic acid 1-(2-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester
2 Carbamic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester
3 Carbamic acid 1-(4-methoxy-phenyl)-2-tetrazol-2-yl-ethyl ester
4 Carbamic acid 1-phenyl-2-tetrazol-2-yl-ethyl ester
5 Carbamic acid 1-(4-methoxy-phenyl)-2-tetrazol-2-yl-ethyl ester
6 Carbamic acid 1-(4-methoxy-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester
7 Carbamic acid 1-phenyl-2-[1,2,3]triazol-2-yl-ethyl ester
8 Carbamic acid 1-p-tolyl-2-[1,2,3]triazol-2-yl-ethyl ester
9 Carbamic acid 1-(3-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester
10 Carbamic acid 1-(4-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester
11 Carbamic acid 2-tetrazol-2-yl-1-p-tolyl-ethyl ester
12 Carbamic acid 1-o-tolyl-2-[1,2,3]triazol-2-yl-ethyl ester

18

13 Carbamic acid 1-(4-nitro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester
14 Carbamic acid 1-(4-nitro-phenyl)-2-tetrazol-2-yl-ethyl ester
15 Carbamic acid 1-(4-fluoro-phenyl)-2-tetrazol-2-yl-ethyl ester
16 Carbamic acid 1-(4-fluoro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester
17 Carbamic acid 1-(3-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester
18 Carbamic acid 1-m-tolyl-2-[1,2,3]triazol-2-yl-ethyl ester
19 Carbamic acid 2-tetrazol-2-yl-1-m-tolyl-ethyl ester
20 Carbamic acid (R)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester
21 Carbamic acid (S)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester
22 Carbamic acid (R)-1-(2-chloro-phenyl)-2-tetrazol-1-yl-ethyl ester
23 Carbamic acid (S)-1-(2-chloro-phenyl)-2-tetrazol-1-yl-ethyl ester
24 Carbamic acid 2-tetrazol-2-yl-1-o-tolyl-ethyl ester
25 Carbamic acid 1-(3,4-dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester
26 Carbamic acid 1-(3,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester
27 Carbamic acid 2-tetrazol-2-yl-1-(3-trifluoromethyl-phenyl)-ethyl ester
28 Carbamic acid 2-[1,2,3]triazol-2-yl-1-(3-trifluoromethyl-phenyl)-ethyl ester
29 Carbamic acid 1-(2,4-dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester
30 Carbamic acid 1-(2,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester
31 Carbamic acid 2-tetrazol-2-yl-1-(4-trifluoromethyl-phenyl)-ethyl ester
32 Carbamic acid 2-[1,2,3]triazol-2-yl-1-(4-trifluoromethyl-phenyl)-ethyl ester
33 Carbamic acid (R)-1-(2-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester
34 Carbamic acid (S)-1-(2-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester
35 Carbamic acid 1-(2-chloro-phenyl)-2-tetrazol-1-yl-ethyl ester
36 Carbamic acid (R)-1-(2-chloro-phenyl)-2-[1,2,3]triazol-1-yl-ethyl ester
37 Carbamic acid (S)-1-(2-chloro-phenyl)-2-[1,2,3]triazol-1-yl-ethyl ester
38 Carbamic acid 1-(2-chloro-phenyl)-2-[1,2,3]triazol-1-yl-ethyl ester
39 Carbamic acid 2-[1,2,3]triazol-2-yl-1-(2-trifluoromethyl-phenyl)-ethyl ester
40 Carbamic acid 2-chloro-1-phenyl-2-tetrazol-1-yl-ethyl ester
41 Carbamic acid (S)-1-(4-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester
42 Carbamic acid (R)-1-(4-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester
43 Carbamic acid 1-(2-chloro-phenyl)-2-(5-methyl-tetrazol-2-yl)-ethyl ester
44 Carbamic acid 1-(2-chloro-phenyl)-2-(5-methyl-tetrazol-1-yl)-ethyl ester
45 Methyl-carbamic acid (R)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester
46 Ethyl-carbamic acid (R)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester
47 Phenyl-carbamic acid (R)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

US 7,598,279 B2

19

48 Carbamic acid (R)-2-tetrazol-2-yl-1-(2-trifluoromethyl-phenyl)-ethyl ester

49 Carbamic acid (S)-2-tetrazol-2-yl-1-(2-trifluoromethyl-phenyl)-ethyl ester

50 Carbamic acid 1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-2-yl)-ethyl ester

51 Methyl-carbamic acid 1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-2-yl)-ethyl ester

52 Cyclopropyl-carbamic acid (R)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

53 Carbamic acid (R)-1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-2-yl)-ethyl ester

54 Methyl-carbamic acid (R)-1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-2-yl)-ethyl ester

55 Carbamic acid 1-phenyl-3-tetrazol-2-yl-propyl ester

56 Carbamic acid 1-(2-chloro-phenyl)-2-[5-(2,3-dichloro-phenyl)-tetrazol-2-yl]-ethyl ester

57 Methyl-carbamic acid 1-(2-chloro-phenyl)-2-[5-(2,3-dichloro-phenyl)-tetrazol-2-yl]-ethyl ester

58 Carbamic acid 1-(4-hydroxy-phenyl)-2-tetrazol-2-yl-ethyl ester

59 Carbamic acid (S)-1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-2-yl)-ethyl ester

60 Methyl-carbamic acid (S)-1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-2-yl)-ethyl ester

61 Carbamic acid (S)-1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-1-yl)-ethyl ester

62 Methyl-carbamic acid (S)-1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-1-yl)-ethyl ester

63 Carbamic acid 1-phenyl-3-tetrazol-1-yl-propyl ester

64 Carbamic acid 1-phenyl-3-tetrazol-1-yl-propyl ester

65 Carbamic acid 1-(2-chloro-phenyl)-2-[5-(2,3-dichloro-phenyl)-tetrazol-1-yl]-ethyl ester

66 Methyl-carbamic acid 1-(2-chloro-phenyl)-2-[5-(2,3-dichloro-phenyl)-tetrazol-1-yl]-ethyl ester

67 Carbamic acid 1-(3-chloro-phenyl)-2-tetrazol-2-yl-propyl ester

68 Methyl-carbamic acid 1-(3-chloro-phenyl)-2-tetrazol-2-yl-propyl ester

69 Carbamic acid 1-(3-chloro-phenyl)-2-tetrazol-1-yl-propyl ester

70 Carbamic acid 1-(2-chloro-phenyl)-3-[1,2,3]triazol-2-yl-propyl ester

71 Carbamic acid 1-(2-chloro-phenyl)-2-(5-pyridin-2-yl-tetrazol-2-yl)-ethyl ester

72 Carbamic acid 2-(5-amino-tetrazol-2-yl)-1-(2-chloro-phenyl)-ethyl ester

73 Carbamic acid 1-(3-chloro-phenyl)-2-[1,2,3]triazol-2-yl-propyl ester

74 Methyl-carbamic acid 1-(3-chloro-phenyl)-2-[1,2,3]triazol-2-yl-propyl ester

75 Ethyl-carbamic acid 1-(2-chloro-phenyl)-2-(5-pyridin-2-yl-tetrazol-2-yl)-ethyl ester

76 Carbamic acid 1-(4-chloro-phenyl)-2-tetrazol-2-yl-propyl ester

77 Methyl-carbamic acid 1-(4-chloro-phenyl)-2-tetrazol-2-yl-propyl ester

78 Carbamic acid 1-(4-chloro-phenyl)-2-tetrazol-1-yl-propyl ester

79 Methyl-carbamic acid 1-(4-chloro-phenyl)-2-tetrazol-1-yl-propyl ester

80 Carbamic acid 1-(3,4-dichloro-phenyl)-2-tetrazol-2-yl-propyl ester

81 Methyl-carbamic acid 1-(3,4-dichloro-phenyl)-2-tetrazol-2-yl-propyl ester

82 Carbamic acid 1-(3,4-dichloro-phenyl)-2-tetrazol-1-yl-propyl ester

20

83 Methyl-carbamic acid 1-(3,4-dichloro-phenyl)-2-tetrazol-1-yl-propyl ester

84 Carbamic acid 1-(3,4-dimethoxy-phenyl)-2-tetrazol-2-yl-ethyl ester

85 Carbamic acid (S)-1-(4-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester

86 Carbamic acid (R)-1-(4-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester

87 Carbamic acid (S)-1-(3,4-dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester

88 Carbamic acid (R)-1-(3,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester

89 Carbamic acid 1-(2,5-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester

90 Carbamic acid 1-(2,5-dichloro-phenyl)-2-tetrazol-1-yl-ethyl ester

91 Carbamic acid (R)-1-(3,4-dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester

92 Carbamic acid (R)-1-(3,4-dichloro-phenyl)-2-[1,2,3]triazol-1-yl-ethyl ester

93 Carbamic acid 1-(4-phenoxy-phenyl)-2-tetrazol-2-yl-ethyl ester

94 Carbamic acid 1-(4-phenoxy-phenyl)-2-tetrazol-1-yl-ethyl ester

95 Carbamic acid 1-(2,5-dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester

96 Carbamic acid (S)-1-(3,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester

97 Carbamic acid (S)-1-(3,4-dichloro-phenyl)-2-tetrazol-1-yl-ethyl ester

98 Carbamic acid 1-(2,6-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester

99 Carbamic acid 1-(2,6-dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester

100 Carbamic acid 1-(2,6-dichloro-phenyl)-2-[1,2,3]triazol-1-yl-ethyl ester

101 Carbamic acid 1-(2,4-dichloro-phenyl)-2-tetrazol-1-yl-ethyl ester

102 Carbamic acid 1-naphthalen-2-yl-2-tetrazol-2-yl-ethyl ester

103 Carbamic acid (R)-1-(2,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester

104 Carbamic acid 1-naphthalen-2-yl-2-tetrazol-1-yl-ethyl ester

105 Carbamic acid 2-tetrazol-2-yl-1-(2,3,4-trimethoxy-phenyl)-ethyl ester

106 Carbamic acid 2-tetrazol-1-yl-1-(2,3,4-trimethoxy-phenyl)-ethyl ester

107 Carbamic acid 2-tetrazol-2-yl-1-(3,4,5-trimethoxy-phenyl)-ethyl ester

108 Carbamic acid 1-benzo[1,3]dioxol-5-yl-2-tetrazol-2-yl-ethyl ester

109 Carbamic acid 1-benzo[1,3]dioxol-5-yl-2-tetrazol-1-yl-ethyl ester

110 Carbamic acid 1-(4-dimethylamino-phenyl)-2-tetrazol-2-yl-ethyl ester

111 Carbamic acid 2-tetrazol-2-yl-1-(2,4,6-trimethyl-phenyl)-ethyl ester

112 Carbamic acid 2-tetrazol-1-yl-1-(2,4,6-trimethyl-phenyl)-ethyl ester

113 Carbamic acid (S)-1-(2,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester

114 Carbamic acid (S)-1-(2,4-dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester

115 Carbamic acid (R)-1-(2,4-dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester

21

116 Carbamic acid 2-phenyl-1-tetrazol-2-ylmethyl-ethyl ester
117 Carbamic acid 2-phenyl-1-tetrazol-1-ylmethyl-ethyl ester
118 Carbamic acid 1-(4-tert-butyl-phenyl)-2-tetrazol-2-yl-ethyl ester
119 Carbamic acid 1-(4-tert-butyl-phenyl)-2-tetrazol-1-yl-ethyl ester
120 Carbamic acid 1-(4-chloro-3-trifluoromethyl-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester
121 Carbamic acid 1-(4-chloro-3-trifluoromethyl-phenyl)-2-[1,2,3]triazol-1-yl-ethyl ester
122 Carbamic acid (S)-1-(2,6-dichloro-phenyl)-2-tetrazol-1-yl-ethyl ester
123 Carbamic acid (R)-1-(2,6-dichloro-phenyl)-2-tetrazol-1-yl-ethyl ester
124 Carbamic acid 1-indan-5-yl-2-tetrazol-1-yl-ethyl ester
125 Carbamic acid 1-indan-5-yl-2-tetrazol-2-yl-ethyl ester
126 Carbamic acid (R)-1-(2,6-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester
127 Carbamic acid (S)-1-(2,6-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester
128 Carbamic acid 2-(2,4-dichloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester
129 O-1-(2-Chloro-phenyl)-2-tetrazol-2-yl ethyl allophanate
130 Carbamic acid (R)-1-(2,4-dichloro-phenyl)-2-[1,2,3]triazol-1-yl-ethyl ester
131 Carbamic acid 1-phenyl-2-tetrazol-1-yl-ethyl ester
132 Carbamic acid 1-(3,4-difluoro-phenyl)-2-tetrazol-2-yl-ethyl ester
133 Carbamic acid 1-(3,4-difluoro-phenyl)-2-tetrazol-1-yl-ethyl ester
134 Carbamic acid 1-(3,4-difluoro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester
135 Carbamic acid 1-(3,4-difluoro-phenyl)-2-[1,2,3]triazol-1-yl-ethyl ester
136 Carbamic acid 1-(2-fluoro-phenyl)-2-tetrazol-2-yl-ethyl ester
137 Carbamic acid 1-(2-fluoro-phenyl)-2-tetrazol-1-yl-ethyl ester
138 4-Benzyl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester
143 4-Phenyl-piperazine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester
144 4-Phenyl-piperazine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-1-yl-ethyl ester
145 4-(4-Fluoro-benzoyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester
146 4-Benzyl-piperidine-1-carboxylic acid 2-(2-chloro-phenyl)-2-tetrazol-1-yl-ethyl ester
147 1-Benzyl-4-[1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethoxycarbonyl]-piperazin-1-ium
148 Carbamic acid 2-(3,4-dichloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester
149 Imidazole-1-carboxylic acid 2-(3,4-dichloro-phenoxy)-1-tetrazol-1-ylmethyl-ethyl ester
150 Carbamic acid 2-(4-chloro-phenoxy)-1-tetrazol-1-ylmethyl-ethyl ester
151 Imidazole-1-carboxylic acid 2-(4-chloro-phenoxy)-1-tetrazol-1-ylmethyl-ethyl ester
152 Carbamic acid 2-(4-chloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester
153 4-Benzyl-piperidine-1-carboxylic acid 1-phenyl-2-tetrazol-1-yl-ethyl ester
154 4-Benzyl-piperidine-1-carboxylic acid 1-phenyl-2-tetrazol-2-yl-ethyl ester

22

155 Carbamic acid 2-(2-chloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester
156 4-Benzyl-piperidine-1-carboxylic acid 2-(2-chloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester
157 Carbamic acid 2-(2-chloro-phenoxy)-1-tetrazol-1-ylmethyl-ethyl ester
158 4-Benzyl-piperidine-1-carboxylic acid 2-(2-chloro-phenoxy)-1-tetrazol-1-ylmethyl-ethyl ester
161 Carbamic acid 1-(2,4-difluoro-phenyl)-2-tetrazol-2-yl-ethyl ester
162 Carbamic acid 1-(2,4-difluoro-phenyl)-2-tetrazol-1-yl-ethyl ester
163 4-Benzyl-piperidine-1-carboxylic acid (S)-1-(2-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester
164 4-Benzyl-piperidine-1-carboxylic acid (R)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester
165 Carbamic acid 1-(2,4-dimethyl-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester
166 4-Benzyl-piperidine-1-carboxylic acid (S)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester
167 [2-(3,4-Dihydroxy-phenyl)-ethyl]-carbamic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester
168 [2-(3,4-Dihydroxy-phenyl)-ethyl]-carbamic acid 1-(2-chloro-phenyl)-2-tetrazol-1-yl-ethyl ester
169 4-Benzyl-piperidine-1-carboxylic acid (R)-1-(2-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester
170 Carbamic acid 2-(4-chloro-phenoxy)-1-[1,2,3]triazol-2-ylmethyl-ethyl ester
171 Carbamic acid 2-(4-chloro-phenoxy)-1-[1,2,3]triazol-1-ylmethyl-ethyl ester
172 4-Benzyl-piperidine-1-carboxylic acid 2-(4-chloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester
173 4-Benzyl-piperidine-1-carboxylic acid 2-(4-chloro-phenoxy)-1-tetrazol-1-ylmethyl-ethyl ester
174 4-(4-Methoxy-benzyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester
175 4-(3,4-Dichloro-benzyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester
176 4-Pyridin-4-ylmethyl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester
177 4-(4-Fluoro-benzyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester
178 3-(4-Fluoro-benzyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester
179 4-(4-Chloro-benzyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester
180 3-(4-Chloro-phenyl)-pyrrolidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester
181 3-Phenethyl-pyrrolidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester
182 4-[1,2,3]Triazol-2-ylmethyl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester
183 3-Tetrazol-2-ylmethyl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester
184 3-[1,2,3]Triazol-2-ylmethyl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester
185 4-Benzoyl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester
186 4-(4-Chloro-benzoyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester
187 4-(4-Methoxy-benzoyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester
188 4-[1,2,3]Triazol-1-ylmethyl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester
189 4-Tetrazol-2-ylmethyl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

Case 1:24-cv-00718-JLH-CJB    Document 1-1    Filed 06/19/24    Page 42 of 131 PageID #: 75

23

190 4-[1,2,3]Triazol-2-yl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

191 4-(3,4-Dichloro-benzyl)-piperidine-1-carboxylic acid 1-(2,5-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester

192 4-(5-Phenyl-tetrazol-2-yl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

193 4-[1,2,3]Triazol-2-yl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

194 4-(3,4-Dichloro-benzyl)-piperidine-1-carboxylic acid 1-(2,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester

195 4-(3,4-Dichloro-benzyl)-piperidine-1-carboxylic acid 1-(3,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester

196 3-(4-Chloro-benzyl)-pyrrolidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

197 4-(3,5-Bis-trifluoromethyl-benzyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

198 3-(5-Methyl-tetrazol-2-ylmethyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

199 4-(5-Methyl-tetrazol-2-ylmethyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

200 4-(3,4-Dichloro-benzyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester

201 4-(3,4-Dichloro-benzyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-1-yl-ethyl ester

202 3-Phenethyl-pyrrolidine-1-carboxylic acid 1-(2,5-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester

203 3-Phenethyl-pyrrolidine-1-carboxylic acid 1-(2,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester

204 3-Phenethyl-pyrrolidine-1-carboxylic acid 1-(3,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester

205 3-Phenethyl-pyrrolidine-1-carboxylic acid 2-(2-chloro-phenoxy)-1-[1,2,3]triazol-2-ylmethyl-ethyl ester

206 3-Phenethyl-pyrrolidine-1-carboxylic acid 2-(2,4-dichloro-phenoxy)-1-[1,2,3]triazol-2-ylmethyl-ethyl ester

207 3-Phenethyl-pyrrolidine-1-carboxylic acid 2-(3,4-dichloro-phenoxy)-1-[1,2,3]triazol-2-ylmethyl-ethyl ester

208 3-Phenethyl-pyrrolidine-1-carboxylic acid 2-(2,5-dichloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester

209 Carbamic acid 2-(2-chloro-phenoxy)-1-[1,2,3]triazol-2-ylmethyl-ethyl ester

210 Carbamic acid 2-(3,4-dichloro-phenoxy)-1-[1,2,3]triazol-2-ylmethyl-ethyl ester

211 Carbamic acid 2-(2,4-dichloro-phenoxy)-1-[1,2,3]triazol-2-ylmethyl-ethyl ester

212 Carbamic acid 2-(2,5-dichloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester

213 4-(4-Fluoro-benzoyl)-piperidine-1-carboxylic acid 1-(3,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester

214 4-(4-Fluoro-benzoyl)-piperidine-1-carboxylic acid 1-(2,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester

215 4-(4-Fluoro-benzoyl)-piperidine-1-carboxylic acid 1-(2,5-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester

216 4-(3,4-Dichloro-benzyl)-piperidine-1-carboxylic acid 2-(2-chloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester

217 4-(3,4-Dichloro-benzyl)-piperidine-1-carboxylic acid 2-(2,4-dichloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester

218 4-(3,4-Dichloro-benzyl)-piperidine-1-carboxylic acid 2-(3,4-dichloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester

219 3-[2-(4-Methoxy-phenyl)-ethyl]-pyrrolidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

220 4-(3,4-Dichloro-benzyl)-piperidine-1-carboxylic acid 1-phenyl-2-tetrazol-2-yl-ethyl ester

24

221 Carbamic acid 1-(4-benzyloxy-phenyl)-2-tetrazol-2-yl-ethyl ester

222 Carbamic acid 1-(4-benzyloxy-phenyl)-2-tetrazol-1-yl-ethyl ester

223 methyl-carbamic acid-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

224 methyl-carbamic acid (S)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

225 4-benzoyl-piperidine-1-carboxylic acid-1-(2-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester

226 4-benzoyl-piperidine-1-carboxylic acid (S)-1-(2-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester

In utilizing the compounds of the invention represented by the general structural formula (IX) for the treatment of diseases of the central nervous system, particularly the treatment of anxiety, depression, convulsion, epilepsy, migraine, bipolar disorder, drug abuse, smoking, ADHD, obesity, sleep disorder, neuropathic pain, cognitive impairment, smoke and muscle spasm, it is preferred to administer the compounds orally. For oral administration, the compounds of formula (IX) are preferably combined with a pharmaceutical carrier. The ratio of the carrier to a compound of formula (IX) is not critical to achieve the desired effects on the central nervous system of the host requiring such treatment, and can vary considerably, depending on whether the composition is to be filled into capsules or formed into tablets. In tableting, it is usually desirable to employ at least as much pharmaceutical carrier as the pharmaceutically active ingredients. Various pharmaceutical carriers or mixtures thereof can be used. Suitable carriers, for example, comprise mixtures of lactose, dibasic calcium phosphate and corn starch. Other pharmaceutically acceptable ingredients can be further added, including lubricants such as magnesium stearate.

The compounds of formula (IX) can be formulated, using conventional inert pharmaceutical adjuvant materials, into dosage forms that are suitable for oral or parenteral administration. Such dosage forms include tablets, suspensions, solutions, and the like. Furthermore, the compounds of the invention can be administered in the form of hard or soft capsules. Examples of suitable inert adjuvant materials that can be used in formulating the compounds of formula (IX) into oral and parenteral dosage forms will be immediately apparent to persons skilled in the art. These adjuvant materials include, for example, water, gelatin, lactose, starch, magnesium stearate, talc, vegetable oils, gums, polyalkylene glycols, and the like. Moreover, preservatives, stabilizers, wetting agents, emulsifying agents, salts for altering osmotic pressure, buffers, and the like, can be incorporated, if desired, into such formulations.

The therapeutic use of the racemic or enantiomerically enriched compounds of general structural formula (IX) and their pharmaceutically useful salts have been established by the following tests.

Light-Dark Box Test Methods

Light-Dark Box (LDB) test, one of the unconditioned conflict tests, was used to investigate anxiolytic activity for several drugs such as Diazepam, Buspirone, etc (Allikmets et al, 1996; Belzung and Griebel, 2001; Cutler and Aitken, 1991; Leyre et al, 2004). In the present study, anxiolytic effect of azole compounds containing carbamoyl group represented by general structural formula (IX) was investigated on the LDB test in mice.

The animals were treated with compound 30 min prior to testing. The light-dark box consisted of a plexiglas apparatus measuring 45 cm×27 cm×27 cm (L×W×H), and was parti-

25

tioned into two compartments, one fully opaque (dark compartment made of black plexiglas: 18 cm of total length of apparatus), while the second was lit from the compartment ceiling by a 100 W bulb. A small opening (7×7 cm) in the partition wall allowed free passage between the light and dark compartments.

Animals were placed at the lit compartment first, and the latency for escape into dark was checked and tested in the LDB for 5 min after the first entering into dark box. The animal, which the latency was over 2 min, was excluded from the test. Total time spent in the light compartment was counted. Movement of animal was checked through the TV-CCD camera by an experienced observer blind to the conditions of the experiment. A mouse whose four paws were in the new box was considered as having changed box.

The compounds with a higher % duration value in the light box are more potent as anxiolytics.

Maximal Electro Shock-induced Tonic Seizure Test Methods

The "Maximal ElectroShock (MES)" test is a well-established pharmacological screening method for anticonvulsants against tonic-clonic seizures. The procedure employed in the MES test for anticonvulsants is as follows. The compounds to be tested were dissolved in 30% PEG400 and administered ip and po into animals. After the designated number of hours, maximal electroshock (50 mA, 60 Hz, 0.2 sec) was applied into animals via corneal electrodes using IITC Life Science model 11A Shocker. Anticonvulsant activity is demonstrated by the protection against MES-induced hindlimb tonic extension. Median efficacy dose (ED50) levels were determined using three different dose levels with at least 8 mice in each group. Compounds with smaller ED50 value and higher protection rate are more potent as anticonvulsants.

Pentylenetetrazol-induced Clonic Seizure Test Methods

The "Pentylenetetrazol (PTZ)" test for anticonvulsant and antianxiety activity was also carried out. Compounds that antagonize the effects of subcutaneous PTZ-induced clonic seizures are known to elevate the seizure threshold, hence are generally useful in preventing absence seizures.

The procedure employed in the PTZ test is as follows. The compounds to be tested were dissolved in 30% PEG400 and administered ip and po into animals. After the designated number of hours, each animal was injected subcutaneously with 100 mg/kg of PTZ (CD97 dose) and observed for up to 30 minutes for the presence or absence of clonic spasms over 5 seconds. Median efficacy dose (ED50) levels were determined using three different dose levels with 8 mice in each group. The compounds with a smaller ED50 value and higher protection rate are more potent as anticonvulsant and anxiolytics.

Forced Swimming Test Methods

The "Forced swimming test (FST)" for antidepressant activity was also carried out. The procedure employed in the FST for antidepressant is as follows. The compounds to be tested were dissolved in 30% PEG400 and administered ip and po into animals. 30 min later, the immobility time during post 4 minutes of 6 minutes experiment time was measured. The compounds with a higher reduction % value of immobility are more potent as antidepressants

26

GABA-A Receptor (TBPS Site) Binding Assay Methods

Compounds of the inventions were tested for specific binding to TBPS (t-butyl bicyclophosphorothionate) site, an allosteric modulator site of GABA-A receptor as modified from G. Maksay and M. Simonyi, Eur. J. Pharmacol. 1985, 117(2), 275. and Gee, K. W. et al., J. Pharm. Exp. Ther. 1988, 246, 803.

This binding assay was performed using [35S] TBPS as radioligand in washed crude membrane homogenate from rat brains. Membrane preparations were carried out according to procedure described below. Sprague-Dawley (SD) rat weighting 230 g were killed by decapitation and their whole brains were rapidly removed and its cerebellums were excluded. The dissected brains were homogenized for 30 sec in 10 volumes (W/V) of ice-cold 0.32 M Sucrose and 50 mM Tris-citrate buffer pH 7.4 using glass homogenate. The homogenate was centrifuged at 2,000×g for 5 min at 4° C. And the supernatant re-centrifuged at 50,000×g for 20 min at 4° C. The supernatant was discarded and the resulting pellets were resuspended in 10 volumes (W/V) of ice-cold 50 mM Tris-citrate buffer pH 7.4. And then the suspended pellet was centrifuged at 50,000×g for 20 min at 4° C. The resulting pellets were suspended again in 32 volumes (W/V) of ice-cold 50 mM Tris-citrate buffer pH 7.4 with 0.05% Triton X-100 and then incubated in 37° C. for 60 min using a water bath. The incubated suspension was centrifuged at 50,000×g for 20 min at 4° C. Resuspending and centrifugation step of the remained pellets were repeated twice at the same manner and final pellets were resuspended in 10 volumes (W/V) of ice-cold 50 mM Tris-citrate buffer pH 7.4 to enable distribution of 2 ml aliquot in microcentrifuge tube, which were used immediately or kept at −80° C. for no more than 1 month before use.

For TBPS site binding assay, 50 μl of the tested compound were added to 100 μg membrane protein suspended in 0.15 ml of 50 mM Tris-citrate buffer with 200 mM NaCl pH 7.4 in presence of 2 nM of [35S] TBPS. The incubation of mixtures were carried out for 1.5 hours at 25° C. and then rapidly filtered over Whatman GF/C glass fiber filters, followed by twice 4.5 ml rinses with ice-cold incubation buffer. The filters were placed in counting vials and 4 ml scintillation solution. The vials were counted in a Beckman scintillation counter. Non-specific binding was determined in parallel incubations with 100 μM picrotoxin.

IC50 values for TBPS site binding assay was calculated using Graphpad PRISM v.3.00. The compounds with a smaller IC50 value or higher inhibition % are more potent as GABA allosteric modulator.

Dopamine Transport Assay Methods (Measurement of Dopamine Uptake)

The "Dopamine Transport (DAT)" assay for dopamine uptake inhibition was also carried out. In order to test dopamine uptake inhibition, compounds of the inventions were assayed as modified from Zhaoping Liu et. al., Neuropharmacology, 2001, 41, 464.

Cultured CHO cells were infected with recombinant plasmid, DAT-pCDNA3, which encodes rat dopamine transporter. Several subclones were selected and assayed for [3H] dopamine uptake. The clone with the highest uptake, designated D8, was chosen for Dopamine transport assay of compounds.

For the Dopamine transport assay, D8 cells were cultured in 48-well plate using RMPI1640 containing 10% FCS. D8

US 7,598,279 B2

27

cells, grown to 60,000 cells per well, each wells were rinsed once with phosphate buffered saline (PBS) and pre-incubated in 100 µl Hank's balanced salt solution (HBSS) for 10 min at room temperature. The buffer was then changed to 50 µl HBSS containing the tested compounds and 350 µl HBSS

28

sured by liquid scintillation counting to quantify the uptake of [3H] dopamine. The compounds with higher inhibition % are more potent as dopamine uptake inhibitor.

Test results obtained with the compounds of general structural formula (IX) and pharmaceutically useful salts of the invention are set forth in Table I.

TABLE I

| Compound # | Mice LDB % Duration in the light box | Mice MES ED$_{50}$ or Protection % (mpk/peak time) | Mice PTZ ED$_{50}$ or Protection % (mpk/peak time) | Mice FST Reduction of immobility % | TBPS Inhibition % (At 100 µM) | DAT Inhibition % (At 10 µM) |
|---|---|---|---|---|---|---|
| 1 | N.T | 10.7/0.5 hr | 24.5/0.5 hr | N.S | 18.3% | 47.3% |
| 2 | 180% | 8.6/0.5 hr | 5.9/0.5 hr | N.S | 11.2% | N.T |
| 4 | N.T | 66.7% (30/0.5 hr) | N.T | 40.3% | −2.3% | 41.5% |
| 5 | N.T | 18.4/0.5 hr | N.T | 71.7% | 14.5% | N.T |
| 7 | N.T | 26.2/0.5 hr | N.T | N.T | 3.5% | −21.1% |
| 10 | N.T | 21.3/0.5 hr | N.T | 45.1% | 35.9% | N.T |
| 20 | 285% | 4.24/0.5 hr | 3.76/0.5 hr | −24.3% | 25.1% | 7.1% |
| 21 | N.T | 14.2/0.5 hr | 28.8/0.5 hr | N.T | 12.6% | 20.9% |
| 25 | N.T | 100% (50/0.5, 1, 4 hr) | N.T | 94.1% | 74.8% | 70.7% |
| 26 | N.T | 100% (50/0.5, 1, 2, 4 hr) | N.T | 97.5% | 66.3% | 88.2% |
| 29 | 288.5% | 14.4/1 hr | 16.8/1 hr | N.S | IC$_{50}$ = 8.1 µM | −27.5% |
| 30 | 143.6% | 14.9/1 hr | 12.2/1 hr | N.S | 74.9% | 15.1% |
| 33 | N.S | 9.72/0.5 hr | 8.18/0.5 hr | 26.2% | 48.2% | N.T |
| 39 | N.T | 12.5/0.5 hr | N.T | N.T | N.T | N.T |
| 42 | N.T | 18.2/0.5 hr | N.T | 44.1% | N.T | N.T |
| 45 | N.S | 4.88/0.5 hr | 5.81/0.5 hr | N.T | N.T | −58.1% |
| 80 | N.T | 33.3% (30/2, 4 hr) | N.T | 50.6% | 64.8% | N.T |
| 86 | N.T | 21.4/0.5 hr | N.T | N.S | 18.9% | N.T |
| 87 | N.S | 14.8/0.5 hr | N.T | 92.5% | 50.1% | 93.8% |
| 88 | N.T | 19.1/0.5 hr | N.T | 88.4% | 52.8% | N.T |
| 89 | 167.4% | 6.15/1 hr | 14.5/1 hr | N.S | 27.6% | N.T |
| 91 | N.T | 16.0/0.5 hr | N.T | 94.0% | N.T | N.T |
| 96 | N.T | 10.4/0.5 hr | N.T | 95.8% | N.T | 98.4% |
| 98 | N.T | 6.03/0.5 hr | 11.6/0.5 hr | 31.5% | 29.9% | N.T |
| 99 | N.T | 11.6/0.5 hr | 100% (30/0.5, 2 hr) | N.S | 23.6% | N.T |
| 103 | 277.8% | 19.2/1 hr | 5.14/1 hr | N.S | IC$_{50}$ = 13.4 µM | N.T |
| 113 | −172% | 13.0/1 hr | 20.7/1 hr | N.S | N.T | N.T |
| 114 | 172.5% | 33.9/1 hr | 16.9/1 hr | N.S | IC$_{50}$ = 107.4 µM | N.T |
| 115 | 245% (10 mpk, ip) | 12.7/0.25 hr | 8.43/1 hr | N.S | IC$_{50}$ = 4.3 µM | N.T |
| 116 | N.T | 100% (30/0.5, 1 hr) | 33.3% (30/0.5, 1, 2 hr) | 30.0% | N.T | N.T |
| 126 | 241.5% | 2.7/0.5 hr | 5.06/0.5 hr | 72.0% | 0.3% | N.T |
| 129 | N.T | 13.7/0.5 hr | 100% (30/1 hr) | N.S | 5.6% | N.T |
| 130 | N.S | 24.0/0.5 hr | 8.0/0.5 hr | 8.8% | 42.8% | N.T |
| 138 | N.T | 100% (30/2 hr) | 66.7% (30/4 hr) | 35.9% | 49.6% | N.T |
| 148 | N.T | 100% (30/0.5 hr) | 66.7% (30/0.5, 4 hr) | N.S | 76.1% | N.T |
| 175 | N.T | 20.2/0.5 hr | 66.7% (30/4 hr) | N.S | N.T | N.T |
| 181 | N.T | 12.1/0.5 hr | 33.3% (30/1, 2, 4 hr) | 30.6% | N.T | N.T |
| 191 | N.T | 66.7% (30/0.5, 1, 2, 4 hr) | >30 | 50.6% | N.T | N.T |
| 194 | N.T | 11.9/0.5 hr | 33.3% (30/2 hr) | 53.4% | N.T | N.T |
| 195 | N.T | 15.3/0.5 hr | 33.3% (30/0.5, 1 hr) | 31.9% | N.T | N.T |
| 196 | N.T | 15.3/0.5 hr | 33.3% (30/2, 4 hr) | N.S | N.T | N.T |
| 197 | N.T | 6.3/0.5 hr | 100% (30/0.5, 4 hr) | N.S | N.T | N.T |
| 200 | N.T | 100% (30/0.5, 4 hr) | N.T | 25.9% | N.T | N.T |
| 201 | N.T | 100% (30/1, 2, 4 hr) | N.T | 54.0% | N.T | N.T |
| 202 | N.T | 11.4/0.5 hr | 33.3% (30/1, 4 hr) | 81.2% | N.T | N.T |
| 203 | N.T | 100% (30/0.5, 1, 2, 4 hr) | N.T | 44.0% | N.T | N.T |
| 204 | N.T | 100% (30/0.5, 1, 2 hr) | N.T | 51.2% | N.T | N.T |
| 206 | N.T | 100% (30/0.5, 1, 2, 4 hr) | 66.7% (30/2, 4 hr) | 51.4% | N.T | N.T |
| 207 | N.T | 100% (30/0.5, 1, 4 hr) | N.T | 43.4% | N.T | N.T |
| 208 | N.T | 100% (30/0.5, 1, 4 hr) | 33.3% (30/4 hr) | 48.2% | N.T | N.T |

Protection % was evaluated using with 3 mice.
mpk: mg/kg
N.S: Not significant (p > 0.05)
N.T: Not tested

containing reaction components ([3H] dopamine, ascorbic acid and pargyline). Final concentrations of [3H] dopamine, ascorbic acid and pargyline are 151 nM, 100 µM and 100 µM, respectively. The cells were incubated for 20 min at room temperature and the reaction was terminated by aspiration of the buffer and washed three times with 1 ml cold BS. The cells were then solubilized in 2N NaOH and an aliquot was mea-

As described hereinbefore, the racemic or enantiomerically enriched azole compounds containing carbamoyl group represented by the general structural formula (IX) and pharmaceutically useful salts thereof of the present invention were observed to have anxiolytic and anticonvulsant activity in the LDB test, MES test, PTZ test and TBPS assay. The compounds showing GABA-related activities can be applied to

US 7,598,279 B2

29                                          30

the treatment of sleep disorder or muscle spasms. Further-more, the racemic or enantiomerically enriched azole com-pounds containing carbamoyl group represented by the gen-eral structural formula (IX) and pharmaceutically useful salts thereof of the present invention were also observed to have antidepressant activity and affinity to dopamine uptake inhi-bition. Also the compounds acting as dopamine reuptake inhibitors can be developed for the treatment of ADHD, obe-sity or abuse syndromes of drugs or smoking. The compounds with the anticonvulsant and/or antiepileptic activities may also be used for the treatment of bipolar disorders, migraine prophylaxis, and neuropathic pain as their additional indica-tions. Accordingly the racemic or enantiomerically enriched azole compounds containing carbamoyl group represented by the general structural formula (IX) and pharmaceutically use-ful salts thereof of the present invention can be used in the treatment of disorders of the central nervous system, espe-cially as anxiety, depression, convulsion, epilepsy, migraine, bipolar disorder, drug abuse, smoking, ADHD, obesity, sleep disorder, neuropathic pain, cognitive impairment, stroke, neurodegeneration and muscle spasm.

The amount of a compound of general structural formula (IX) and pharmaceutically useful salts thereof, which is present in any of the above-described dosage forms, is vari-able. In the systemic treatment of CNS diseases with an active amount of compounds of the general structural formula (IX) and pharmaceutically useful salts thereof, the dosage is typi-cally from about 0.02 mg to about 250 mg/kg/day (0.001~12.5 g/day in a typical human weighing 50 kg) in single or divided doses, regardless of the route of administra-tion. A more preferred dosage range is from about 0.15 mg/kg/day to about 250 mg/kg/day. Of course, depending upon the exact compound and the exact nature of the indi-vidual illness, doses outside this range may be prescribed by the attending physician.

The examples, which follow further, illustrate the inven-tion. All parts are by weight and all temperatures are in degrees centigrade, unless otherwise mentioned. Moreover, unless otherwise stated, NMR spectra were obtained at 200 MHz.

A better understanding of the present invention may be obtained in light of following examples that are set forth to illustrate, but are not to be construed to limit, the present invention.

Preparation of azole compounds containing carbamoyl group of the general structural formula (IX).

### EXAMPLE 1

#### Carbamic acid 1-(2-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester

To a solution of 2-bromo-2'-chloroacetophenone (2 mmol) and sodium carbonate (4 mmol) in toluene (100 ml), 1H-1,2,3-triazole (4 mmol) was added. The reaction was refluxed for 4 h and then cooled to 25° C. This solution was then concen-trated on a rotary evaporator and diluted with ethyl acetate. This mixture was washed with brine. The resulting organic layer was dried and concentrated in vacuo. The crude product was dissolved in methanol (50 ml) and was added with sodium borohydride (8 mmol) slowly at 0° C. to give alcohol compound represented by the general formula (XII) where in, G is 2-chlorophenyl, m is 0, Y is hydrogen, n is 0 and A is 2N-1,2,3-triazole. After 1 h stirring at room temperature, this solution was concentrated on a rotary evaporator and diluted with ethyl acetate. This mixture was washed with brine. The resulting organic layer was dried and concentrated in vacuo.

This alcohol compound was dissolved in methylene chloride (50 ml) and was added 1,1'-carbonyl diimidazole (8 mmol). The reaction mixture was stirred at room temperature for 4 h, followed by the addition of excess ammonium hydroxide (50 ml). After 4 h stirring at room temperature, the organic layer was isolated and washed with brine. The resulting organic layer was dried and concentrated in vacuo. The residue was purified by column chromatography (ethyl acetate:hexane=1:2) and give carbamic acid 1-(2-chloro-phenyl)-2-[1,2,3]tria-zol-2-yl-ethyl ester.

$^1$H-NMR (CDCl$_3$) δ7.62 (s, 1H), 7.21-7.38 (m, 4H), 6.55 (m, 1H), 5.09 (br, 1H), 4.8 (m, 2H)

### EXAMPLE 2

#### Carbamic acid 1-(4-methoxy-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester

The procedure given in Example 1 was followed using 2-bromo-4'methoxyacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(4-methoxy-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ7.65 (s, 2H), 7.35 (d, 2H), 6.92 (d, 2H), 6.15 (m, 1H), 5.75-6.1 (br, 2H), 4.7 (m, 2H), 3.81 (s, 3H)

### EXAMPLE 3

#### Carbamic acid 1-phenyl-2-[1,2,3]triazol-2-yl-ethyl ester

The procedure given in Example 1 was followed using 2-bromo acetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-phenyl-2-[1,2,3]triazol-2-yl-ethyl ester.

$^1$H-NMR (CDCl$_3$) δ7.62(s, 1H), 7.37(br, 5H), 6.21(m, 1H), 4.98(br, 2H), 4.8(m, 2H)

### EXAMPLE 4

#### Carbamic acid 1-(3-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester

The procedure given in Example 1 was followed using 2-bromo-3'-chloroacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(3-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester

$^1$H-NMR (Acetone-d$_6$) δ7.67(s, 2H), 7.6-7.2(m, 4H), 6.25 (m, 1H), 6.15(br, 2H), 4.81(m, 2H)

### EXAMPLE 5

#### Carbamic acid 1-(4-nitro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester

The procedure given in Example 1 was followed using 2-bromo-4'-nitroacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(4-nitro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester.

$^1$H-NMR (DMSO-d$_6$) δ8.15(s, 2H), 7.5 (m, 4H), 6.19 (m, 3H), 4.6-4.95 (m, 2H)

### EXAMPLE 6

#### Carbamic acid 1-(4-fluoro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester

The procedure given in Example 1 was followed using 2-bromo-4'-fluoroacetophenone as a reactant, instead of

31

2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(4-fluoro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester.

[1]H-NMR (Acetone-d[6]) δ7.66(s, 2H), 7.2-7.5(m, 4H), 6.3 (m, 1H), 5.8-6.6(br, 2H), 4.7(m, 2H)

### EXAMPLE 7

#### Carbamic acid 1-m-tolyl-2-[1,2,3]triazol-2-yl-ethyl ester

The procedure given in Example 1 was followed using 2-bromo-3'-methylacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-m-tolyl-2-[1,2,3]triazol-2-yl-ethyl ester.

[1]H-NMR (Acetone-d[6]) δ7.67(s, 2H), 7.1-7.35(m, 4H), 6.2 (m, 1H), 5.7-6.3(br, 2H), 4.7(m, 2H)

### EXAMPLE 8

#### Carbamic acid 1-(3,4-dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester

The procedure given in Example 1 was followed using 2-bromo-3',4'-dichloroacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone to give carbamic acid 1-(3,4-dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester.

[1]H-NMR (Acetone-d[6]) δ7.67(s, 2H), 7.57(m, 2H), 7.36(m, 1H), 6.19(m, 1H), 5.9-6.3(br, 2H), 4.8-4.9(m, 2H)

### EXAMPLE 9

#### Carbamic acid 2-[1,2,3]triazol-2-yl-1-(3-trifluoromethyl-phenyl)-ethyl ester

The procedure given in Example 1 was followed using 2-bromo-3'-(trifluoromethyl)acetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone to give carbamic acid 2-[1,2,3]triazol-2-yl-1-(3-trifluoromethyl-phenyl)-ethyl ester.

[1]H-NMR (Acetone-d[6]) δ7.67 (m, 6H), 6.30(m, 1H), 5.9-6.4(br, 2H), 4.87(m, 2H)

### EXAMPLE 10

#### Carbamic acid 1-(2,4-dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester

The procedure given in Example 1 was followed using 2-bromo-2',4'-dichloroacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(2,4-dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester.

[1]H-NMR (Acetone-d[6]) δ7.68(s, 2H), 7.5(m, 3H), 6.50(m, 1H), 5.9-6.4(br, 2H), 4.8(m, 2H)

### EXAMPLE 11

#### Carbamic acid 2-[1,2,3]triazol-2-yl-1-(4-trifluoromethyl-phenyl)-ethyl ester

The procedure given in Example 1 was followed using 2-bromo-4'-(trifluoromethyl)acetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 2-[1,2,3]triazol-2-yl-1-(3-trifluoromethyl-phenyl)-ethyl ester.

[1]H-NMR (Acetone-d[6]) δ7.72 (m, 6H), 6.29(m, 1H), 5.8-6.8(br, 2H), 4.8(m, 2H)

32

### EXAMPLE 12

#### Carbamic acid 2-[1,2,3]triazol-2-yl-1-(2-trifluoromethyl-phenyl)-ethyl ester

The procedure given in Example 1 was followed using 2-bromo-2'-(trifluoromethyl)acetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 2-[1,2,3]triazol-2-yl-1-(2-trifluoromethyl-phenyl)-ethyl ester.

[1]H-NMR (Acetone-d[6]) δ7.7 (m, 6H), 6.64(m, 1H), 5.7-6.4 (br, 2H), 4.75(m, 2H)

### EXAMPLE 13

#### Carbamic acid 1-(2-chloro-phenyl)-3-[1,2,3]triazol-2-yl-propyl ester

The procedure given in Example 1 was followed using methanesulfonic acid 3-(2-chloro-phenyl)-3-hydroxy-propyl ester as a reactant, instead of 2-bromo2'-chloroacetophenone, to give carbamic acid 1-(2-chloro-phenyl)-3-[1,2,3]triazol-2-yl-propyl ester without carbonyl reduction.

[1]H-NMR (Acetone-d[6]) δ7.87 (d, 2H), 8-7(m, 4H), 6.27(br, 2H), 6.00(m, 1H), 4.64(m, 2H), 2.4(m, 2H)

### EXAMPLE 14

#### Carbamic acid 1-(3-chloro-phenyl)-2-[1,2,3]triazol-2-yl-propyl ester

The procedure given in Example 1 was followed using 2-Bromo-1-(3-chloro-phenyl)-propan-1-one as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(3-chloro-phenyl)-2-[1,2,3]triazol-2-yl-propyl ester.

[1]H-NMR (Acetone-d[6]) δ8.09(s, 1H), 7.68(s, 1H), 7.3(m, 4H), 5.9-6.6(br, 2H), 6.07(m, 1H), 5.2 (m, 1H), 1.57(d, 3H)

### EXAMPLE 15

#### Methyl-carbamic acid 1-(3-chloro-phenyl)-2-[1,2,3]triazol-2-yl-propyl ester

The procedure given in Example 14 was followed using excess methylamine as a reactant, instead of excess ammonium hydroxide, to give methyl-carbamic acid 1-(3-chloro-phenyl)-2-[1,2,3]triazol-2-yl-propyl ester.

[1]H-NMR (Acetone-d6) δ8.06(s, 1H), 7.65(s, 1H), 7.3(m, 4H), 6.5(br, 1H), 6.05(m, 1H), 5.2 (m, 1H), 2.66(m, 3H), 1.54(d, 3H)

### EXAMPLE 16

#### Carbamic acid 1-(2,5-dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester

The procedure given in Example 1 was followed using 2-bromo-2',5'-dichloroacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone to give carbamic acid 1-(2,5-dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester.

[1]H-NMR (Acetone-d6) δ7.69(s, 2H), 7.46(m, 3H), 6.35(m, 1H), 5.9-6.58(br, 2H), 4.84(m, 2H)

EXAMPLE 17

Carbamic acid 1-(2,6-dichloro-phenyl)-2-[1,2,3]
triazol-2-yl-ethyl ester

The procedure given in Example 1 was followed using
2-bromo-2',6'-dichloroacetophenone as a reactant, instead of
2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(2,
6-dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester.
[1]H-NMR (Acetone-d6) δ7.68(s, 2H), 7.37-7.6(m, 3H), 6.9
(m, 1H), 5.8-6.25(br, 2H), 4.96(m, 2H)

EXAMPLE 18

Carbamic acid 1-(4-chloro-3-trifluoromethyl-phe-
nyl)-2-[1,2,3]triazol-2-yl-ethyl ester

The procedure given in Example 1 was followed using
2-bromo-4'-chloro-3'-(trifluoromethyl)acetophenone as a
reactant, instead of 2-bromo-2'-chloroacetophenone, to give
carbamic acid 1-(4-chloro-3-trifluoromethyl-phenyl)-2-[1,2,
3]triazol-2-yl-ethyl ester.
[1]H-NMR (Acetone-d6) δ7.9-7.6 (m, 5H), 6.26(m, 1H),
6.2(br, 2H), 4.88(m, 2H)

EXAMPLE 19

Carbamic acid 1-(2,4-dimethyl-phenyl)-2-[1,2,3]
triazol-2-yl-ethyl ester

The procedure given in Example 1 was followed using
2-bromo-2',4'-dimethylacetophenone as a reactant, instead of
2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(2,
4-dimethyl-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester.
[1]H-NMR (Acetone-$d_6$) δ7.93(s, 1H), 7.63(s, 1H), 7.46 (d,
1H), 7.1(m, 2H), 5.35(br, 2H), 5.0(m, 1H), 4.55(m, 2H),
2.33(s, 3H), 2.30(s, 3H)

EXAMPLE 20

4-(3,4-Dichloro-benzyl)-piperidine-1-carboxylic acid
1-(2-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester

The procedure given in Example 1 was followed using
excess 4-(3,4-dichloro-benzyl)-piperidine as a reactant,
instead of excess ammonium hydroxide, to give 4-(3,4-
dichloro-benzyl)-piperidine-1-carboxylic acid 1-(2-chloro-
phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester.
[1]H-NMR (Acetone-d6) δ7.9(s, 2H), 7.48(m, 3H), 7.36(s,
1H), 7.22(d, 2H), 7.02(s, 1H), 4.07(d, 2H), 3.15(t, 2H), 2.68
(d, 2H), 1.76(m, 4H), 1.33(m, 4H)

EXAMPLE 21

Carbamic acid
1-(2-chloro-phenyl)-2-[1,2,3]triazol-1-yl-ethyl ester

To a solution of 2-bromo-2'-chloroacetophenone (2 mmol)
and sodium carbonate (4 mmol) in toluene (100 ml), 1H-1,2,
3-triazole (4 mmol) was added. The reaction was refluxed for
4 h and then cooled to 250 C. This solution was then concen-
trated on a rotary evaporator and diluted with ethyl acetate.
This mixture was washed with brine. The resulting organic
layer was dried and concentrated in vacuo. The crude product
was dissolved in methanol (50 ml) and was added with
sodium borohydride (8 mmol) slowly at 0oC to give alcohol
compound represented by the general formula (XII) where in,

G is 2-chlorophenyl, m is 0, Y is hydrogen, n is 0 and A is
1N-1,2,3-triazole. After 1 h stirring at room temperature, this
solution was concentrated on a rotary evaporator and diluted
with ethyl acetate. This mixture was washed with brine. The
resulting organic layer was dried and concentrated in vacuo.
This alcohol compound was dissolved in methylene chloride
(50 ml) and was added 1,1'-carbonyl diimidazole (8 mmol).
The reaction mixture was stirred at room temperature for 4 h,
followed by the addition of excess ammonium hydroxide (50
ml). After 4 h stirring at room temperature, the organic layer
was isolated and washed with brine. The resulting organic
layer was dried and concentrated in vacuo.

The preparation procedure of 1N-azole is same as that of
2N-azole in example 1 except the ratio of mobile phase of
column chromatography. 1N-Azole is more polar than
2N-azole in chromatographic condition and separated by
eluting with an increasing ratio of ethyl acetate in hexane after
elution of 2N-azole to give carbamic acid 1-(2-chloro-phe-
nyl)-2-[1,2,3]triazol-1-yl-ethyl ester.
[1]H-NMR (CDCl3) δ7.57(s, 1H), 7.53(s, 1H), 7.05-7.35(m,
4H), 6.20(m, 1H), 5.64(br, 2H), 4.96(m, 2H)

EXAMPLE 22

Carbamic acid 1-(2,6-dichloro-phenyl)-2-[1,2,3]
triazol-1-yl-ethyl ester

The procedure given in Example 21 was followed using
2-bromo-2',6'-dichloroacetophenone as a reactant, instead of
2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(2,
6-dichloro-phenyl)-2-[1,2,3]triazol-1-yl-ethyl ester.
[1]H-NMR (Acetone-$d_6$) δ8.05(s, 1H), 7.69(s, 1H), 7.40-
7.89(m, 3H), 6.97(m, 1H), 5.82-6.64(br, 2H), 5.58-5.52 (m,
2H)

EXAMPLE 23

Carbamic acid 1-(4-chloro-3-trifluoromethyl-phe-
nyl)-2-[1,2,3]triazol-1-yl-ethyl ester

The procedure given in Example 21 was followed using
2-bromo-4'-chloro-3'-(trifluoromethyl)acetophenone as a
reactant, instead of 2-bromo-2'-chloroacetophenone, to give
carbamic acid 1-(4-chloro-3-trifluoromethyl-phenyl)-2-[1,2,
3]triazol-1-yl-ethyl ester.
[1]H-NMR (Acetone-$d_6$) δ7.99 (d, 1H), 7.81(s, 1H), 7.68-
7.65(m, 3H), 6.20(m, 3H), 4.93(dd, 2H)

EXAMPLE 24

Carbamic acid
1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

To a solution of 2-bromo-2'-chloroacetophenone (2 mmol)
and sodium carbonate (4 mmol) in toluene (100 ml), 1H-tet-
razole (4 mmol) was added. The reaction was refluxed for 4 h
and then cooled to 25° C. This solution was then concentrated
on a rotary evaporator and diluted with ethyl acetate. This
mixture was washed with brine. The resulting organic layer
was dried and concentrated in vacuo. The crude product was
dissolved in methanol (50 ml) and was added with sodium
borohydride (8 mmol) slowly at 0° C. to give alcohol com-
pound represented by the general formula (XII) where in, G is
2-chlorophenyl, m is 0, Y is hydrogen, n is 0 and A is 2N-tet-
razole. After 1 h stirring at room temperature, this solution
was concentrated on a rotary evaporator and diluted with
ethyl acetate. This mixture was washed with brine. The result-

US 7,598,279 B2

35

ing organic layer was dried and concentrated in vacuo. This alcohol compound was dissolved in methylene chloride (50 ml) and was added 1,1'-carbonyl diimidazole (8 mmol). The reaction mixture was stirred at room temperature for 4 h, followed by the addition of excess ammonium hydroxide (50 ml). After 4 h stirring at room temperature, the organic layer was isolated and washed with brine. The resulting organic layer was dried and concentrated in vacuo. The residue was purified by column chromatography (ethyl acetate:hexane=1: 2) and give carbamic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.71 (s, 1H), 7.32-7.51 (m, 4H), 6.56 (m, 1H), 6.18 (br, 2H), 5.09 (m, 2H)

EXAMPLE 25

Carbamic acid
1-(4-methoxy-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using 2-bromo-4'-methoxyacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(4-methoxy-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.45 (s, 1H), 7.30 (d, 2H), 6.90 (d, 2H), 6.18 (m, 1H), 4.18-5.19 (m, 4H), 3.83 (s, 3H)

EXAMPLE 26

Carbamic acid 1-phenyl-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using 2-bromo acetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-phenyl-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.55 (s, 1H), 7.41 (s, 5H), 6.15 (m, 1H), 4.9-5.1 (m, 2H), 4.7-4.95 (br, 2H)

EXAMPLE 27

Carbamic acid
1-(4-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using 2-bromo-4'-chloroacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(4-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.73 (s, 1H), 7.47 (m, 4H), 6.3 (m, 1H), 5.8-6.3 (br, 2H), 5.13 (m, 2H)

EXAMPLE 28

Carbamic acid 2-tetrazol-2-yl-1-p-tolyl-ethyl ester

The procedure given in Example 24 was followed using 2-bromo-4'-methylacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 2-tetrazol-2-yl-1-p-tolyl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.54 (s, 1H), 7.15-7.4 (m, 4H), 6.19 (m, 1H), 4.95( )m, 2H), 4.6-5.2(br, 2H), 2.38(s, 3H)

EXAMPLE 29

Carbamic acid
1-(4-nitro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using 2-bromo-4'-nitroacetophenone as a reactant, instead of

36

2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(4-nitro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.77(s, 1H), 8.3(m, 2H), 7.75(m, 2H), 6.4(m, 1H), 6.0-6.6(br, 2H), 5.23(m, 2H)

EXAMPLE 30

Carbamic acid
1-(4-fluoro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using 2-bromo-4'-fluoroacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(4-fluoro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.72(s, 1H), 7.51(m, 2H), 7.22(m, 2H), 6.35(m, 1H), 5.8-6.4(br, 2H), 5.13(m, 2H)

EXAMPLE 31

Carbamic acid
1-(3-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using 2-bromo-3'-chloroacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(3-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.47(s, 1H), 7.12-7.38(m, 4H), 6.15(m, 1H), 5.2-5.4(br, 2H), 4.9(m, 2H)

EXAMPLE 32

Carbamic acid 2-tetrazol-2-yl-1-m-tolyl-ethyl ester

The procedure given in Example 24 was followed using 2-bromo-3'-methylacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 2-tetrazol-2-yl-1-m-tolyl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.50(s, 1H), 7.16-7.29(m, 4H), 6.18(m, 1H), 4.8-5.2(br, 2H), 4.90(m, 2H)

EXAMPLE 33

Carbamic acid 2-tetrazol-2-yl-1-o-tolyl-ethyl ester

The procedure given in Example 24 was followed using 2-bromo 2'-methylacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 2-tetrazol-2-yl-1-o-tolyl-ethyl ester.

$^1$H-NMR (CDCl$_3$) δ8.55(s, 1H), 7.25-7.43(m, 4H), 7.05 (br, 2H), 6.66(m, 1H), 5.25(m, 2H)

EXAMPLE 34

Carbamic acid
1-(3,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using 2-bromo-3',4'-dichloroacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(3, 4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.78(s, 1H), 7.38-7.68(m, 3H), 6.25(m, 1H), 5.89-6.62(br, 2H), 5.18(m, 2H)

## EXAMPLE 35

### Carbamic acid 2-tetrazol-2-yl-1-(3-trifluoromethyl-phenyl)-ethyl ester

The procedure given in Example 24 was followed using 2-bromo-3'-trifluoromethylacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 2-tetrazol-2-yl-1-(3-trifluoromethyl-phenyl)-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.78(s, 1H), 7.58-7.80(m, 4H), 6.38(m, 1H), 5.78-6.52(br, 2H), 5.20(m, 2H)

## EXAMPLE 36

### Carbamic acid 1-(2,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using 2-bromo 2',4'-dichloroacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(2, 4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.74(s, 1H), 7.5(m, 3H), 6.53(m, 1H), 5.9-6.5(br, 2H), 5.12(m, 2H)

## EXAMPLE 37

### Carbamic acid 2-tetrazol-2-yl-1-(4-trifluoromethyl-phenyl)-ethyl ester

The procedure given in Example 24 was followed using 2-bromo-4'-trifluoromethylacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 2-tetrazol-2-yl-1-(4-trifluoromethyl-phenyl)-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.69(s, 1H), 7.20-7.49(m, 4H), 6.36(m, 1H), 5.90-6.5(br, 2H), 4.95(m, 2H)

## EXAMPLE 38

### Carbamic acid 1-phenyl-3-tetrazol-2-yl propyl ester

The procedure given in Example 24 was followed using 3-chloropropiophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-phenyl-3-tetrazol-2-yl-propyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.73(s, 1H), 7.44-7.31(m, 5H), 6.66(br, 2H), 5.75(q, 1H), 4.80(m, 2H), 2.55(m, 2H)

## EXAMPLE 39

### Carbamic acid 1-(4-hydroxy-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using 2-bromo-4'-hydroxyacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(4-hydroxy-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ9.04(s, 1H), 7.28(m, 2H), 6.87(m, 2H), 5.92(m, 1H), 5.65-6.25(br, 2H), 4.74(m, 2H), 3.05(br, 1H)

## EXAMPLE 40

### Carbamic acid 1-(2-chloro-phenyl)-3-tetrazol-2-yl-propyl ester

The procedure given in Example 24 was followed using methanesulfonic acid 3-(2-chloro-phenyl)-3-hydroxy-propyl ester as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(2-chloro-phenyl)-3-tetrazol-2-yl-propyl ester without carbonyl reduction.

$^1$H-NMR (Acetone-d$_6$) δ8.74(s, 1H), 7.56-7.30(m, 4H), 6.20(br, 2H), 6.00(m, 1H), 4.93(m, 2H), 2.55(m, 2H)

## EXAMPLE 41

### Carbamic acid 1-(3-chloro-phenyl)-2-tetrazol-2-yl-propyl ester

The procedure given in Example 24 was followed using 2-bromo-1-(3-chloro-phenyl)-propan-1-one as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(3-chloro-phenyl)-2-tetrazol-2-yl-propyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.74(s, 1H), 7.4(m, 4H), 6.08(m, 1H), 5.6-6.2(br, 2H), 5.5 (m, 1H), 1.52(d, 3H)

## EXAMPLE 42

### Methyl-carbamic acid 1-(3-chloro-phenyl)-2-tetra-zol-2-yl-propyl ester

The procedure given in Example 24 was followed using excess methylamine as a reactant, instead of excess ammonium hydroxide, to give methyl-carbamic acid 1-(3-chloro-phenyl)-2-tetrazol-2-yl-propyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.73(s, 1H), 7.45(m, 4H), 6.2(m, 1H), 5.8-6.1(br, 1H), 5.5 (m, 1H), 2.58(d, 3H), 1.52(d, 3H)

## EXAMPLE 43

### Carbamic acid 1-(4-chloro-phenyl)-2-tetrazol-2-yl-propyl ester

The procedure given in Example 24 was followed using 2-bromo-1-(4-chloro-phenyl)-propan-1-one as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(4-chloro-phenyl)-2-tetrazol-2-yl-propyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.75(s, 1H), 7.45(m, 4H), 6.10(d, 1H), 6.08(br, 2H), 5.52(m, 1H), 1.51(d, 3H)

## EXAMPLE 44

### Methyl-carbamic acid 1-(4-chloro-phenyl)-2-tetra-zol-2-yl-propyl ester

The procedure given in Example 43 was followed using excess methylamine as a reactant, instead of excess ammonium hydroxide, to give methyl-carbamic acid 1-(4-chloro-phenyl)-2-tetrazol-2-yl-propyl ester.

US 7,598,279 B2

**39**

$^1$H-NMR (Acetone-d$_6$) δ8.76(s, 1H), 7.8-7(m, 4H), 6.35 (br, 1H), 6.12(d, 1H), 5.51(m, 1H), 2.58(d, 3H), 1.50(d, 3H)

EXAMPLE 45

Carbamic acid
1-(3,4-dichloro-phenyl)-2-tetrazol-2-yl-propyl ester

The procedure given in Example 24 was followed using 2-Bromo-1-(3,4-dichloro-phenyl)-propan-1-one as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(3,4-dichloro-phenyl)-2-tetrazol-2-yl-propyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.75(s, 1H), 7.8-7.2(m, 3H), 6.12 (d, 1H), 6.1(br, 2H), 5.57(m, 1H), 1.57(d, 3H)

EXAMPLE 46

Methyl-carbamic acid 1-(3,4-dichloro-phenyl)-2-tetrazol-2-yl-propyl ester

The procedure given in Example 45 was followed using excess methylamine as a reactant, instead of excess ammonium hydroxide, to give methyl-carbamic acid 1-(3,4-dichloro-phenyl)-2-tetrazol-2-yl-propyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.74(s, 1H), 7.8-7.2(m, 3H), 6.35 (br, 1H), 6.12(d, 1H), 5.55(m, 1H), 2.60(d, 3H), 1.55(d, 3H)

EXAMPLE 47

Carbamic acid
1-(3,4-dimethoxy-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using 2-bromo-3',4'-dimethoxyacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(3,4-dimethoxy-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.04(s, 1H), 7.35-8.15(m, 3H), 6.7(m, 1H), 6.2(br, 2H), 4.92(m, 2H), 1.35(m, 6H)

EXAMPLE 48

Carbamic acid
1-(2,5-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using 2-bromo-2',5'-dichloroacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(2,5-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.74(s, 1H), 7.25-7.63(m, 3H), 6.53(m, 1H), 5.8-6.57(br, 2H), 5.15(m, 2H)

EXAMPLE 49

Carbamic acid
1-(4-phenoxy-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using 2-bromo-4'-phenoxyacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(4-phenoxy-phenyl)-2-tetrazol-2-yl-ethyl ester.

**40**

$^1$H-NMR (Acetone-d$_6$) δ8.73(s, 1H), 7.49(m, 4H), 6.95-7.25(m, 5H), 6.26(m, 1H), 5.8-6.39(br, 2H), 5.12(m, 2H)

EXAMPLE 50

Carbamic acid
1-(2,6-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using 2-bromo-2',6'-dichloroacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(2, 6-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ7.99(s, 2H), 7.2-7.7(m, 3H), 6.95 (m, 1H), 5.8-6.4(br, 2H), 4.86(m, 2H)

EXAMPLE 51

Carbamic acid
1-naphthalen-2-yl-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using 2-bromo-2'-acetonaphtone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-naphthalen-2-yl-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.75(s, 1H), 7.91-7.98(m, 4H), 7.52-7.65(m, 3H), 6.47(q, 1H), 6.19(br, 2H), 5.21(m, 2H).

EXAMPLE 52

Carbamic acid
2-tetrazol-2-yl-1-(2,3,4-trimethoxy-phenyl)-ethyl ester

The procedure given in Example 24 was followed using 2-bromo-2',3',4'-trimethoxyacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 2-tetrazol-2-yl-1-(2,3,4-trimethoxy-phenyl)-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.70(s, 1H), 7.03(d, 1H), 6.83(d, 1H), 6.41(m, 1H), 6.00(br, 2H), 5.07(m, 2H), 3.99(s, 3H), 3.87(s, 3H), 3.84(s, 3H)

EXAMPLE 53

Carbamic acid
2-tetrazol-2-yl-1-(3,4,5-trimethoxy-phenyl)-ethyl ester

The procedure given in Example 24 was followed using 2-bromo-3',4',5'-trimethoxyacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 2-tetrazol-2-yl-1-(3,4,5-trimethoxy-phenyl)-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.73(s, 1H), 6.79(s, 2H), 6.21(m, 1H), 6.07(br, 2H), 5.03(m, 2H), 3.85(s, 6H), 3.74(s, 3H)

EXAMPLE 54

Carbamic acid
1-benzo[1,3]dioxol-5-yl-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using 1-bBenzo[1,3]dioxol-5-yl-2-bromo-ethanone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-benzo[1,3]dioxol-5-yl-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.72(s, 1H), 6.99-6.86(m, 3H), 6.18(m, 1H), 6.12(br, 2H), 6.04(s, 2H), 5.09(m, 2H)

## EXAMPLE 55

Carbamic acid
1-(4-dimethylamino-phenyl)-2-tetrazol-2-yl-ethyl
ester

The procedure given in Example 24 was followed using
2-bromo-4'-(dimethylamino) acetophenone as a reactant,
instead of 2-bromo-2'-chloroacetophenone, to give carbamic
acid 1-(4-dimethylamino-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-$d_6$) δ8.86(s, 1H), 6.78-7.34(m, 4H),
6.12(m, 1H), 5.7-6.25(br, 2H), 5.02(m, 2H), 1.35 (s, 6H)

## EXAMPLE 56

Carbamic acid
2-tetrazol-2-yl-1-(2,4,6-trimethyl-phenyl)-ethyl ester

The procedure given in Example 24 was followed using
2-bromo-2',4',6'-trimethylacetophenone as a reactant, instead
of 2-bromo-2'-chloroacetophenone, to give carbamic acid
2-tetrazol-2-yl-1-(2,4,6-trimethyl-phenyl)-ethyl ester.

$^1$H-NMR (Acetone-$d_6$) δ8.79(s, 1H), 7.56(s, 2H), 6.25(m,
1H), 5.66-6.39(br, 2H), 5.04(m, 2H), 1.36(s, 9H)

## EXAMPLE 57

Carbamic acid 1-(4-tert-butyl-phenyl)-2-tetrazol-2-
yl-ethyl ester

The procedure given in Example 24 was followed using
2-bromo-4'-tert-butylacetophenone as a reactant, instead of
2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(4-
tert-butyl-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-$d_6$) δ9.07(s, 1H), 7.44(m, 4H), 6.25(m,
1H), 5.75-6.2(br, 2H), 4.96(m, 2H), 1.33(s, 9H)

## EXAMPLE 58

Carbamic acid 1-indan-5-yl-2-tetrazol-2-yl-ethyl
ester

The procedure given in Example 24 was followed using
2-bromo-1-indan-5-yl-ethanone as a reactant, instead of
2-bromo-2'-chloroacetophenone, to give carbamic acid 1-in-
dan-5-yl-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-$d_6$) δ8.72(s, 1H), 7.31-7.22(m, 3H),
6.21(t, 1H), 6.01(br, 1H), 5.06(m, 2H), 2.17-1.75(m, 6H)

## EXAMPLE 59

Carbamic acid
1-(3,4-difluoro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using
2-bromo-3',4'-difluoroacetophenone as a reactant, instead of
2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(3,
4-difluoro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-$d_6$) δ8.78(s, 1H), 7.46(m, 3H), 5.50-
6.34(br, 3H), 5.13(m, 2H)

## EXAMPLE 60

Carbamic acid
1-(2-fluoro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using
2-bromo-2'-fluoroacetophenone as a reactant, instead of

2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(2-
fluoro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-$d_6$) δ8.74(s, 1H), 7.44(m, 4H), 5.60-
5.81(m, 1H), 5.13(br, 2H), 4.97(m, 2H)

## EXAMPLE 61

4-Benzyl-piperidine-1-carboxylic acid 1-(2-chloro-
phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using
excess 4-benzyl piperidine as a reactant, instead of excess
ammonium hydroxide, to give 4-benzyl-piperidine-1-car-
boxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (CDCl$_3$) δ7.86(s, 1H), 7.08-7.34(m, 9H), 4.1(m,
2H), 2.97(m, 2H), 2.6(m, 2H), 1.77(m, 4H), 1.267(m, 4H)

## EXAMPLE 62

4-Phenyl-piperazine-1-carboxylic acid 1-(2-chloro-
phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using
excess 4-phenyl piperazine as a reactant, instead of excess
ammonium hydroxide, to give 4-phenyl-piperazine-1-car-
boxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-$d_6$) δ8.77(s, 1H), 7.54-6.82(m, 9H),
6.63(t, 1H), 5.19(d, 2H), 3.73-2.89(d, 8H)

## EXAMPLE 63

4-(4-Fluoro-benzoyl)-piperidine-1-carboxylic acid
1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using
excess 4-(4-fluoro-benzoyl)-piperidine as a reactant, instead
of excess ammonium hydroxide, to give 4-(4-fluoro-ben-
zoyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-
tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-$d_6$) δ8.75(s, 1H), 8.18-7.30(m, 8H),
6.61(t, 1H), 5.19(d, 2H), 4.29(m, 1H), 4.03(m, 2H), 3.68(m,
1H) 2.01-1.18(m, 5H)

## EXAMPLE 64

1-Benzyl-4-[1-(2-chloro-phenyl)-2-tetrazol-2-yl-
ethoxycarbonyl]-piperazin-1-ium

The procedure given in Example 24 was followed using
excess 4-benzyl-piperazine as a reactant, instead of excess
ammonium hydroxide, to give 4-Benzyl-piperazine-1-car-
boxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.
This compound was dissolved in methylene chloride and
added HCl gas to give 1-benzyl-4-[1-(2-chloro-phenyl)-2-
tetrazol-2-yl-ethoxycarbonyl]-piperazin-1-ium.

$^1$H-NMR (CDCl$_3$) δ8.50(s, 1H), 7.6-7.2(m, 9H), 6.58(m,
1H), 5.087(d, 2H), 2.47(m, 4H), 1.73(m, 6H)

## EXAMPLE 65

4-Benzyl-piperidine-1-carboxylic acid
1-phenyl-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 26 was followed using
excess 4-benzyl piperidine as a reactant, instead of excess
ammonium hydroxide, to give 4-benzyl-piperidine-1-car-
boxylic acid 1-phenyl-2-tetrazol-2-yl-ethyl ester.

Case 1:24-cv-00718-JLH-CJB   Document 1-1   Filed 06/19/24   Page 52 of 131 PageID #: 85

US 7,598,279 B2

## 43

$^1$H-NMR (Acetone-d$_6$) δ8.74(s, 1H), 7.47-7.20(m, 12H), 6.26(m, 1H), 5.14(m, 2H), 4.07(m, 1H), 2.55(m, 2H), 1.70(m, 3H), 1.10(m, 3H)

### EXAMPLE 66

Carbamic acid
1-(2,4-difluoro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using 2-bromo-2',4'-difluoroacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(2, 4-difluoro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ9.13(s, 1H), 7.5(s, 1H), 7.05(m, 2H), 5.6-6.2(br, 2H), 5.45(m, 1H), 4.82(m, 2H)

### EXAMPLE 67

[2-(3,4-Dihydroxy-phenyl)-ethyl]-carbamic acid
1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using excess 2-(3,4-dihydroxy-phenyl)-ethyl amine as a reactant, instead of excess ammonium hydroxide, to give [2-(3,4-di-hydroxy-phenyl)-ethyl]-carbamic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.76(s, 1H), 7.50-6.60(m, 7H), 6.50(t, 1H), 5.09(d, 2H), 3.23(m, 2H), 2.60(t, 2H)

### EXAMPLE 68

4-(4-Methoxy-benzyl)-piperidine-1-carboxylic acid
1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using excess 4-(4-methoxy-benzyl)-piperidine as a reactant, instead of excess ammonium hydroxide, to give 4-(4-meth-oxy-benzyl)-piperidine-1-carboxylic acid 1-(2-chloro-phe-nyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ7.96(s, 1H), 7.41(m, 1H), 7.17(m, 3H), 7.08(m, 1H), 6.92(m, 3H), 4.08(d, 2H), 3.82(s, 3H), 3.08(t, 2H), 2.57(d, 2H), 1.75(m, 4H), 1.37(m, 4H)

### EXAMPLE 69

4-(3,4-Dichloro-benzyl)-piperidine-1-carboxylic acid
1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using excess 4-(3,4-dichloro-benzyl)-piperidine as a reactant, instead of excess ammonium hydroxide, to give 4-(3,4-dichloro-benzyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ7.91(s, 1H), 7.51(m, 3H), 7.36(s, 1H), 7.25(m, 2H), 7.02(s, 1H), 4.05(d, 2H), 3.09(t, 2H), 2.65 (d, 2H), 1.75(m, 4H), 1.35(m, 4H)

### EXAMPLE 70

4-Pyridin-4-ylmethyl-piperidine-1-carboxylic acid
1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using excess 4-pyridin-4-ylmethyl-piperidine as a reactant, instead of excess ammonium hydroxide, to 4-pyridin-4-ylmethyl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

## 44

$^1$H-NMR (Acetone-d$_6$) δ8.50 (d, 2H), 7.91(s, 1H), 7.26(m, 6H), 4.05(d, 2H), 3.09(t, 2H), 2.66(d, 2H), 1.75(m, 4H), 1.36(m, 4H)

### EXAMPLE 71

4-(4-Fluoro-benzyl)-piperidine-1-carboxylic acid
1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using excess 4-(4-fluoro-benzyl)-piperidine as a reactant, instead of excess ammonium hydroxide, to give 4-(4-fluoro-benzyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ7.91(s, 1H), 7.37(s, 1H), 7.28(m, 6H), 7.02(s, 1H), 4.06(d, 2H), 3.06(t, 2H), 2.62(d, 2H), 1.75 (m, 4H), 1.35(m, 4H)

### EXAMPLE 72

3-(4-Fluoro-benzyl)-piperidine-1-carboxylic acid
1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using excess 3-(4-fluoro-benzyl)-piperidine as a reactant, instead of excess ammonium hydroxide, to give 3-(4-fluoro-benzyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ7.88(s, 1H), 6.99-7.32 (m, 8H), 3.95(d, 2H), 3.06(t, 1H), 2.95(t, 1H), 2.61(d, 2H), 1.75(m, 2H), 1.31(m, 6H)

### EXAMPLE 73

4-(4-Chloro-benzyl)-piperidine-1-carboxylic acid
1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using excess 4-(4-chloro-benzyl)-piperidine as a reactant, instead of excess ammonium hydroxide, to give 4-(4-chloro-benzyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ7.92(s, 1H), 7.31 (m, 6H), 7.04(s, 2H), 4.05(d, 2H), 3.06(t, 2H), 2.61(d, 2H), 1.75(m, 4H), 1.33(m, 4H)

### EXAMPLE 74

3-(4-Chloro-phenyl)-pyrrolidine-1-carboxylic acid
1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using excess 3-(4-chloro-phenyl)-pyrrolidine as a reactant, instead of excess ammonium hydroxide, to give 3-(4-chloro-phenyl)-pyrrolidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetra-zol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.09(s, 1H), 7.56(s, 1H), 7.42(m, 6H), 7.01(s, 1H), 4.05(t, 1H), 3.84(d, 2H), 3.68(m, 6H), 2.4 (m, 1H)

### EXAMPLE 75

3-Phenethyl-pyrrolidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using excess 3-phenethyl-pyrrolidine as a reactant, instead of

US 7,598,279 B2

45

excess ammonium hydroxide, to give 3-phenethyl-pyrrolidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.06(s, 1H), 7.51(s, 1H), 7.24(m, 7H), 7.01(s, 1H), 3.86(t, 1H), 3.68(d, 2H), 2.71(t, 2H), 2.25 (m, 3H), 1.82(m, 6H)

EXAMPLE 76

4-[1,2,3]Triazol-2-ylmethyl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using excess 4-[1,2,3]triazol-2-ylmethyl-piperidine as a reactant, instead of excess ammonium hydroxide, to give 4-[1,2,3] triazol-2-ylmethyl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ7.92(s, 1H), 7.71(s, 2H), 7.37(s, 2H), 7.03(s, 2H), 4.42(d, 2H), 4.05(d, 2H), 3.15(t, 2H), 1.75 (m, 4H), 1.33(m, 4H)

EXAMPLE 77

3-Tetrazol-2-ylmethyl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using excess 3-tetrazol-2-ylmethyl-piperidine as a reactant, instead of excess ammonium hydroxide, to give 3-tetrazol-2-ylmethyl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.78(s, 1H), 7.91(s, 1H), 7.35(s, 2H), 7.01(s, 2H), 4.79(d, 2H), 3.97(d, 2H), 3.15(m, 2H), 1.82(m, 2H), 1.4(m, 6H)

EXAMPLE 78

3-[1,2,3]Triazol-2-ylmethyl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using excess 3-[1,2,3]triazol-2-ylmethyl-piperidine as a reactant, instead of excess ammonium hydroxide, to give 3-[1,2,3] triazol-2-ylmethyl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ7.89(s, 1H), 7.70(s, 2H), 7.30(s, 2H), 7.0(s, 2H), 4.45(d, 2H), 3.9(d, 2H), 3.15(m, 2H), 1.85(m, 2H), 1.3(m, 6H)

EXAMPLE 79

4-Benzoyl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using excess 4-benzoyl-piperidine as a reactant, instead of excess ammonium hydroxide, to give 4-benzoyl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.1 (m, 2H), 7.95(s, 1H), 7.63(m, 3H), 7.42(s, 1H), 7.0(s, 2H), 4.11(d, 2H), 3.85(m, 1H), 3.38(t, 2H), 2.09(m, 2H), 2.06(m, 2H), 1.83(m, 4H)

EXAMPLE 80

4-(4-Chloro-benzoyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using excess 4-(4-chloro-benzoyl)-piperidine as a reactant, instead

46

of excess ammonium hydroxide, to give 4-(4-chloro-benzoyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.11 (m, 2H), 7.95(s, 1H), 7.59 (m, 2H), 7.41(s, 2H), 7.03(s, 2H), 4.11(d, 2H), 3.85(m, 1H), 3.38(t, 2H), 2.09(m, 2H), 2.07(m, 2H), 1.83(m, 4H)

EXAMPLE 81

4-(4-Methoxy-benzoyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using excess 4-(4-methoxy-benzoyl)-piperidine as a reactant, instead of excess ammonium hydroxide, to give 4-(4-methoxy-benzoyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.06(m, 2H), 7.95(s, 1H), 7.41(m, 2H), 7.05(d, 4H), 4.15(d, 2H), 3.92(s, 3H), 3.87(m, 1H), 3.35(t, 2H), 203(m, 2H), 1.98(m, 2H), 1.81(m, 4H)

EXAMPLE 82

4-[1,2,3]Triazol-1-ylmethyl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using excess. 4-[1,2,3]triazol-1-ylmethyl-piperidine as a reactant, instead of excess ammonium hydroxide, to give 4-[1,2,3] triazol-1-ylmethyl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.0(s, 1H), 7.96(s, 1H), 7.71(s, 2H), 7.39(s, 1H), 7.05(s, 1H), 4.05(d, 2H), 3.89(m, 1H), 3.15(t, 2H), 2.23(m, 2H), 1.99(m, 2H), 1.86(m, 4H)

EXAMPLE 83

4-Tetrazol-2-ylmethyl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using excess 4-tetrazol-2-ylmethyl-piperidine as a reactant, instead of excess ammonium hydroxide, to give 4-tetrazol-2-ylmethyl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ7.97(s, 1H), 7.7(s, 1H), 7.42(s, 2H), 7.09(s, 2H), 4.96(d, 2H), 4.15(d, 2H), 3.18(t, 2H), 2.17 (m, 2H), 2.14(m, 2H), 1.97(m, 4H)

EXAMPLE 84

4-[1,2,3]Triazol-2-yl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using excess 4-[1,2,3]triazol-2-yl-piperidine as a reactant, instead of excess ammonium hydroxide, to give 4-[1,2,3]triazol-2-yl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ7.99(s, 1H), 7.73(s, 2H), 7.45(s, 2H), 7.05(s, 2H), 4.15(d, 2H), 3.17(t, 2H), 2.14(m, 4H), 2.04 (m, 4H)

## EXAMPLE 85

4-(3,4-Dichloro-benzyl)-piperidine-1-carboxylic acid
1-(2,5-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 48 was followed using excess 4-(3,4-dichloro-benzyl)-piperidine as a reactant, instead of excess ammonium hydroxide, to give 4-(3,4-dichloro-benzyl)-piperidine-1-carboxylic acid 1-(2,5-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

[1]H-NMR (Acetone-$d_6$) $\delta$7.9(s, 1H), 7.47(d, 2H), 7.37(s, 1H), 7.23(d, 2H), 7.02(s, 1H), 4.05(d, 2H), 3.05(t, 2H), 2.65 (d, 2H), 1.75(m, 4H), 1.35(m, 4H)

## EXAMPLE 86

4-(5-Phenyl-tetrazol-2-yl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using excess 4-(5-phenyl-tetrazol-2-yl)-piperidine as a reactant, instead of excess ammonium hydroxide, to give 4-(5-phenyl-tetrazol-2-yl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

[1]H-NMR (Acetone-$d_6$) $\delta$8.18 (m, 2H), 8.1(s, 1H), 7.57(m, 6H), 7.07(s, 1H), 5.3(m, 1H), 4.25(d, 2H), 3.56(t, 1H), 2.45 (m, 6H), 1.31(m, 2H)

## EXAMPLE 87

4-[1,2,3]Triazol-1-yl-piperidine-1-carboxylic acid
1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using excess 4-[1,2,3]triazol-1-yl-piperidine as a reactant, instead of excess ammonium hydroxide, to give 4-[1,2,3]triazol-1-yl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

[1]H-NMR (Acetone-$d_6$) $\delta$8.09(s, 1H), 7.98(s, 1H), 7.71(s, 1H), 7.45(s, 2H), 7.05(s, 2H), 4.98(m, 1H), 4.25(d, 2H), 3.4(t, 1H), 2.25(m, 6H), 1.31(m, 2H)

## EXAMPLE 88

4-(3,4-Dichloro-benzyl)-piperidine-1-carboxylic id
1-(2,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 36 was followed using excess 4-(3,4-dichloro-benzyl)-piperidine as a reactant, instead of excess ammonium hydroxide, to give 4-(3,4-dichloro-benzyl)-piperidine-1-carboxylic acid 1-(2,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

[1]H-NMR (Acetone-$d_6$) $\delta$7.9(s, 1H), 7.49(d, 2H), 7.35(s, 1H), 7.25d, 2H), 7.01(s, 1H), 4.06(d, 2H), 3.10(t, 2H), 2.65(d, 2H), 1.75(m, 4H), 1.35(m, 4H)

## EXAMPLE 89

4-(3,4-Dichloro-benzyl)-piperidine-1-carboxylic acid
1-(3,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 34 was followed using excess 4-(3,4-dichloro-benzyl)-piperidine as a reactant, instead of excess ammonium hydroxide, to give 4-(3,4-dichloro-benzyl)-piperidine-1-carboxylic acid 1-(3,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

[1]H-NMR (Acetone-$d_6$) $\delta$7.9,(s, 1H), 7.49,(d, 2H), 7.36(s, 1H), 7.26(d, 2H), 7.02(s, 1H), 4.10(d, 2H), 3.1(t, 2H), 2.65(d, 2H), 1.77(m, 4H), 1.35(m, 4H)

## EXAMPLE 90

3-(4-Chloro-benzyl)-pyrrolidine-1-carboxylic acid
1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using excess 3-(4-chloro-benzyl)-pyrrolidine as a reactant, instead of excess ammonium hydroxide, to give 3-(4-chloro-benzyl)-pyrrolidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetra-zol-2-yl-ethyl ester.

[1]H-NMR (Acetone-$d_6$) $\delta$8.0(s, 1H), 7.50(s, 1H), 7.34(m, 6H), 6.99(s, 1H), 3.42(t, 1H), 2.84(d, 2H), 2.61(m, 3H), 2.09 (m, 6H)

## EXAMPLE 91

4-(3,5-Bis-trifluoromethyl-benzyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using excess 4-(3,5-bis-trifluoromethyl-benzyl)-piperidine as a reactant, instead of excess ammonium hydroxide, to give 4-(3,5-bis-trifluoromethyl-benzyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

[1]H-NMR (Acetone-$d_6$) $\delta$7.95(s, 1H), 7.90(m, 4H), 7.37(s, 2H), 7.02(s, 1H), 4.1(d, 2H), 3.1(t, 2H), 2.91(d, 2H), 1.77(m, 4H), 1.48(m, 4H)

## EXAMPLE 92

4-(5-Methyl-tetrazol-2-ylmethyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using excess 4-(5-methyl-tetrazol-2-ylmethyl)-piperidine as a reactant, instead of excess ammonium hydroxide, to give 4-(5-methyl-tetrazol-2-ylmethyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

[1]H-NMR (Acetone-$d_6$) $\delta$7.9(s, 1H), 7.37(s, 2H), 7.01(s, 2H), 4.6(d, 2H), 4.08(d, 2H), 3.14(t, 2H), 2.48(s, 3H), 1.73(m, 4H), 1.52(m, 4H)

## EXAMPLE 93

3-Phenethyl-pyrrolidine-1-carboxylic acid 1-(2,5-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 48 was followed using excess 3-phenethyl-pyrrolidine as a reactant, instead of excess ammonium hydroxide, to give 3-phenethyl-pyrroli-dine-1-carboxylic acid 1-(2,5-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

[1]H-NMR (Acetone-$d_6$) $\delta$8.05(s, 1H), 7.52(s, 1H), 7.28(m, 6H), 7.00(s, 1H), 3.8(t, 1H), 3.34(d, 2H), 2.72(t, 2H), 2.15(m, 3H), 1.70(m, 6H)

US 7,598,279 B2

**49**

## EXAMPLE 94

### 3-Phenethyl-pyrrolidine-1-carboxylic acid 1-(2,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 36 was followed using excess 3-phenethyl-pyrrolidine as a reactant, instead of excess ammonium hydroxide, to give 3-phenethyl-pyrrolidine-1-carboxylic acid 1-(2,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-$d_6$) δ8.05(s, 1H), 7.51(s, 1H), 7.28(m, 6H), 7.01(s, 1H), 3.75(t, 1H), 3.34(d, 2H), 2.74(t, 2H), 2.20 (m, 3H), 1.75(m, 6H)

## EXAMPLE 95

### 3-Phenethyl-pyrrolidine-1-carboxylic acid 1-(3,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 34 was followed using excess 3-phenethyl-pyrrolidine as a reactant, instead of excess ammonium hydroxide, to give 3-phenethyl-pyrrolidine-1-carboxylic acid 1-(3,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-$d_6$) δ8.05(s, 1H), 7.51(s, 1H), 7.27(m, 6H), 7.00(s, 1H), 3.76(t, 1H), 3.35(d, 2H), 2.72(t, 2H), 2.20 (m, 3H), 1.75(m, 6H)

## EXAMPLE 96

### 3-[2-(4-Methoxy-phenyl)-ethyl]-pyrrolidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using excess 3-[2-(4-methoxy-phenyl)-ethyl]-pyrrolidine as a reactant, instead of excess ammonium hydroxide, to give 3-[2-(4-methoxy-phenyl)-ethyl]-pyrrolidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-$d_6$) δ8.05(s, 1H), 7.51(s, 2H), 7.17(m, 2H), 7.00(s, 2H), 6.86(m, 2H), 3.78(s, 3H), 3.67(d, 2H), 3.32(t, 1H), 2.65(t, 2H), 2.36(m, 3H), 1.71(m, 6H)

## EXAMPLE 97

### 4-(3,4-Dichloro-benzyl)-piperidine-1-carboxylic acid 1-phenyl-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 26 was followed using excess 4-(3,4-dichloro-benzyl)-piperidine as a reactant, instead of excess ammonium hydroxide, to give 4-(3,4-dichloro-benzyl)-piperidine-1-carboxylic acid 1-phenyl-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-$d_6$) δ7.9(s, 1H), 7.48(m, 4H), 7.36(s, 1H), 7.24(m, 2H), 7.01(m, 1H), 4.07(d, 2H), 3.15(t, 2H), 2.66 (d, 2H), 2.08(m, 2H), 1.77(m, 2H), 1.38(m, 4H)

## EXAMPLE 98

### Carbamic acid 1-(4-benzyloxy-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 24 was followed using 2-bromo-4'-benzyloxyacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(4-benzyloxy-phenyl)-2-tetrazol-2-yl-ethyl ester.

**50**

$^1$H-NMR (Acetone-$d_6$) δ8.7(s, 1H), 7.46(m, 7H), 7.05(m, 2H), 6.23(m, 1H), 5.85-6.4(br, 1H), 5.16(s, 2H), 5.08(m, 2H)

## EXAMPLE 99

### Carbamic acid 1-(2-chloro-phenyl)-2-tetrazol-1-yl-ethyl ester

To a solution of 2-bromo-2'-chloroacetophenone (2 mmol) and sodium carbonate (4 mmol) in toluene (100 ml), 1H-tetrazole (4 mmol) was added. The reaction was refluxed for 4 h and then cooled to 25° C. This solution was then concentrated on a rotary evaporator and diluted with ethyl acetate. This mixture was washed with brine. The resulting organic layer was dried and concentrated in vacuo. The crude product was dissolved in methanol (50 ml) and was added with sodium borohydride (8 mmol) slowly at 0° C. to give alcohol compound represented by the general formula (XII) wherein, in G is 2-chlorophenyl, m is 0, Y is hydrogen, n is 0 and A is 1N-tetrazole. After 1 h stirring at room temperature, this solution was concentrated on a rotary evaporator and diluted with ethyl acetate. This mixture was washed with brine. The resulting organic layer was dried and concentrated in vacuo. This alcohol compound was dissolved in methylene chloride (50 ml) and was added 1,1'-carbonyl diimidazole (8 mmol). The reaction mixture was stirred at room temperature for 4 h, followed by the addition of excess ammonium hydroxide (50 ml). After 4 h stirring at room temperature, the organic layer was isolated and washed with brine. The resulting organic layer was dried and concentrated in vacuo.

The preparation procedure of 1N-azole is same as that of 2N-azole in example except the ratio of mobile phase of column chromatography. 1N-Azole is more polar than 2N-azole in chromatographic condition and separated by eluting with an increasing ratio of ethyl acetate in hexane after elution of 2N-azole to give carbamic acid 1-(2-chloro-phenyl)-2-tetrazol-1-yl-ethyl ester.

$^1$H-NMR (Acetone-$d_6$) δ9.13(s, 1H), 7.3-7.54(m, 4H), 6.41(m, 1H), 5.9-6.8(br, 2H), 5.01(m, 2H)

## EXAMPLE 100

### Carbamic acid 1-phenyl-3-tetrazol-1-yl-propyl ester

The procedure given in Example 99 was followed using 3-chloropropiophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-phenyl-3-tetrazol-1-yl-propyl ester.

$^1$H-NMR (Acetone-$d_6$) δ9.13(s, 1H), 7.38-7.32(m, 5H), 6.08(br, 2H), 5.71(m, 2H), 4.63(m, 2H), 2.53(m, 2H)

## EXAMPLE 101

### Carbamic acid 1-(3-chloro-phenyl)-2-tetrazol-1-yl-propyl ester

The procedure given in Example 99 was followed using 2-bromo-1-(3-chloro-phenyl)-propan-1-one as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(3-chloro-phenyl)-2-tetrazol-1-yl-propyl ester.

US 7,598,279 B2

51

¹H-NMR (Acetone-d₆) δ9.1(s, 1H), 7.1-7.4(m, 4H), 5.95-6.5(br, 2H), 6.0(m, 1H), 5.3 (m, 1H), 1.65(d, 3H)

## EXAMPLE 102

### Carbamic acid
### 1-(4-chloro-phenyl)-2-tetrazol-1-yl-propyl ester

The procedure given in Example 99 was followed using 2-bromo-1-(4-chloro-phenyl)-propan-1-one as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(4-chloro-phenyl)-2-tetrazol-1-yl-propyl ester.

¹H-NMR (Acetone-d₆) δ9.20 (d, 1H), 7.6-7(m, 4H), 6.4(br, 2H), 6.05(m, 1H), 5.35(m, 1H), 1.66(m, 3H)

## EXAMPLE 103

### Methyl-carbamic acid 1-(4-chloro-phenyl)-2-tetrazol-1-yl-propyl ester

The procedure given in Example 102 was followed using excess methylamine as a reactant, instead of excess ammonium hydroxide, to give methyl-carbamic acid 1-(4-chloro-phenyl)-2-tetrazol-1-yl-propyl ester.

¹H-NMR (Acetone-d₆) δ9.17 (d, 1H), 7.6-7(m, 4H), 6.72 (br, 1H), 6.07(m, 1H), 5.34(m, 1H), 2.67(m, 3H), 1.65(m, 3H)

## EXAMPLE 104

### Carbamic acid
### 1-(3,4-dichloro-phenyl)-2-tetrazol-1-propyl ester

The procedure given in Example 99 was followed using 2-bromo-1-(3,4-dichloro-phenyl)-propan-1-one as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(3,4-dichloro-phenyl)-2-tetrazol-1-yl-propyl ester.

¹H-NMR (Acetone-d₆) δ9.12 (d, 1H), 7.7-7.1(m, 3H), 6.354(br, 2H), 6.03(m, 1H), 5.38(m, 1H), 1.7(m, 3H)

## EXAMPLE 105

### Carbamic acid
### 1-(2,5-dichloro-phenyl)-2-tetrazol-1-yl-ethyl ester

The procedure given in Example 99 was followed using 2-bromo-2',5'-dichloroacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(2,5-dichloro-phenyl)-2-tetrazol-1-yl-ethyl ester.

¹H-NMR (Acetone-d₆) δ9.17(s, 1H), 7.25-7.63(m, 3H), 6.37(m, 1H), 5.8-6.7(br, 2H), 5.03(m, 2H)

## EXAMPLE 106

### Carbamic acid
### 1-(4-phenoxy-phenyl)-2-tetrazol-1-yl-ethyl ester

The procedure given in Example 99 was followed using 2-bromo-4'-phenoxyacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(4-phenoxy-phenyl)-2-tetrazol-1-yl-ethyl ester.

52

¹H-NMR (Acetone-d₆) δ9.09(s, 1H), 7.42(m, 4H), 6.90-7.22(m, 5H), 6.14(m, 1H), 5.92-6.45(br, 2H), 4.97(m, 2H)

## EXAMPLE 107

### Carbamic acid
### 1-(2,4-dichloro-phenyl)-2-tetrazol-1-yl-ethyl ester

The procedure given in Example 99 was followed using 2-bromo-2',4'-dichloroacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(2, 4-dichloro-phenyl)-2-tetrazol-1-yl-ethyl ester.

¹H-NMR (CDCl₃) δ9.16(s, 1H), 7.60(d, 1H), 7.39(dd, 1H), 7.26(m, 1H), 6.36(m, 3H), 5.02(m, 2H)

## EXAMPLE 108

### Carbamic acid
### 1-naphthalen-2-yl-2-tetrazol-1-yl-ethyl ester

The procedure given in Example 99 was followed using 2-bromo-2'-acetonaphtone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-naphthalen-2-yl-2-tetrazol-1-yl-ethyl ester.

¹H-NMR (Acetone-d₆) δ9.10(s, 1H), 7.88-7.98(m, 4H), 7.53-7.58(m, 3H), 6.31(t, 1H), 6.28(br, 2H), 5.09(d 2H)

## EXAMPLE 109

### Carbamic acid
### 2-tetrazol-1-yl-1-(2,3,4-trimethoxy-phenyl)-ethyl ester

The procedure given in Example 99 was followed using 2-bromo-2',3',4'-trimethoxyacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 2-tetrazol-1-yl-1-(2,3,4-trimethoxy-phenyl)-ethyl ester.

¹H-NMR (Acetone-d₆) δ9.04(s, 1H), 6.87(d, 1H), 6.75(d, 1H), 6.25(t, 1H), 6.20(br, 2H), 4.90(d, 2H), 4.00(s, 3H), 3.85 (s, 3H), 3.84(s, 3H)

## EXAMPLE 110

### Carbamic acid
### 1-benzo[1,3]diozol-5-yl-2-tetrazol-1-yl-ethyl ester

The procedure given in Example 99 was followed using 1-benzo[1,3]dioxol-5-yl-2-bromo-ethanone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-benzo[1,3]dioxol-5-yl-2-tetrazol-1-yl-ethyl ester.

¹H-NMR (Acetone-d₆) δ9.06(s, 1H), 6.85-6.91(m, 3H), 6.17(br, 2H), 6.03(s, 2H), 6.02(m, 1H), 4.94(m, 2H)

## EXAMPLE 111

### Carbamic acid
### 2-tetrazol-1-yl-1-(2,4,6-trimethyl-phenyl)-ethyl ester

The procedure given in Example 99 was followed using 2-bromo-2',4',6'-trimethylacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 2-tetrazol-1-yl-1-(2,4,6-trimethyl-phenyl)-ethyl ester.

¹H-NMR (Acetone-d₆) δ9.14(s, 1H), 7.59(s, 2H), 6.18(m, 1H), 5.65-6.40(br, 2H), 5.10(m, 2H), 1.35(s, 9H)

**53**

## EXAMPLE 112

### Carbamic acid 1-(4-tert-butyl-phenyl)-2-tetrazol-1-yl-ethyl ester

The procedure given in Example 99 was followed using 2-bromo-4'-tert-butylacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(4-tert-butyl-phenyl)-2-tetrazol-1-yl-ethyl ester.

[1]H-NMR (Acetone-$d_6$) δ8.74(s, 1H), 7.46(m, 4H), 6.11(m, 1H), 5.80-6.2(br, 2H), 5.10(m, 2H), 1.34(s, 9H)

## EXAMPLE 113

### Carbamic acid 1-indan-5-yl-2-tetrazol-yl-ethyl ester

The procedure given in Example 99 was followed using 2-bromo-1-indan-5-yl-ethanone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-indan-5-yl-2-tetrazol-1-yl-ethyl ester

[1]H-NMR (Acetone-$d_6$) δ9.05(s, 1H), 7.25-7.16(m, 3H), 6.08(m, 3H), 4.95(m, 2H), 2.1-2.03(m, 6H)

## EXAMPLE 114

### Carbamic acid 1-phenyl-2-tetrazol-1-yl-ethyl ester

The procedure given in Example 99 was followed using 2-bromo acetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-phenyl-2-tetrazol-1-yl-ethyl ester.

[1]H-NMR (Acetone-$d_6$) δ9.04(s, 1H), 7.44(m, 3H), 6.07(m, 1H), 5.57-6.45br, 2H), 5.03(m, 2H)

## EXAMPLE 115

### Carbamic acid 1-(3,4-difluoro-phenyl)-2-tetrazol-1-yl-ethyl ester

The procedure given in Example 99 was followed using 2-bromo-3',4'-difluoroacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(3, 4-difluoro-phenyl)-2-tetrazol-1-yl-ethyl ester.

[1]H-NMR (Acetone-$d_6$) δ9.04(s, 1H), 7.44(m, 3H), 5.57-6.45br, 3H), 5.03(m, 2H)

## EXAMPLE 116

### Carbamic acid 1-(2-fluoro-phenyl)-2-tetrazol-1-yl-ethyl ester

The procedure given in Example 99 was followed using 2-bromo-2'-fluoroacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(2-fluoro-phenyl)-2-tetrazol-1-yl-ethyl ester.

[1]H-NMR (Acetone-$d_6$) δ9.14(s, 1H), 7.29(m, 4H), 5.6-6.17(br, 2H), 5.32(m, 1H), 4.84(m, 2H)

## EXAMPLE 117

### 4-Phenyl-piperazine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-1-yl-ethyl ester

The procedure given in Example 99 was followed using excess 4-phenyl-piperazine as a reactant, instead of excess ammonium hydroxide, to give 4-phenyl-piperazine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-1-yl-ethyl ester.

**54**

[1]H-NMR (Acetone-$d_6$) δ9.24(s, 1H), 7.85-7.38(m, 9H), 6.54(t, 1H), 5.10(d, 2H), 4.28-3.55(d, 8H)

## EXAMPLE 118

### 4-Benzyl-piperidine-1-carboxylic acid 1-phenyl-2-tetrazol-1-yl-ethyl ester

The procedure given in Example 114 was followed using excess 4-benzyl-piperidine as a reactant, instead of excess ammonium hydroxide, to give 4-benzyl-piperidine-1-carboxylic acid 1-phenyl-2-tetrazol-1-yl-ethyl ester.

[1]H-NMR (Acetone-$d_6$) δ9.06(s, 1H), 7.45-7.20(m, 12H), 6.19(t, 1H), 5.01(d, 2H), 4.05(m, 1H), 2.55(m, 2H), 1.75(m, 3H), 1.10(m, 3H)

## EXAMPLE 119

### Carbamic acid 1-(2,4-difluoro-phenyl)-2-tetrazol-yl-ethyl ester

The procedure given in Example 99 was followed using 2-bromo-2',4'-difluoroacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(2, 4-difluoro-phenyl)-2-tetrazol-1-yl-ethyl ester.

[1]H-NMR (Acetone-$d_6$) δ9.12(s, 1H), 7.55(m, 1H), 7.05(m, 2H), 5.85(br, 2H), 5.41(m, 1H), 4.8(m, 2H)

## EXAMPLE 120

### [2-(3,4-Dihydroxy-phenyl)-ethyl]-carbamic acid 1-(2-chloro-phenyl)-2-tetrazol-1-yl-ethyl ester

The procedure given in Example 99 was followed using excess 2-(3,4-dihydroxy-phenyl)-ethyl amine as a reactant, instead of excess ammonium hydroxide, to give [2-(3,4-di-hydroxy-phenyl)-ethyl]-carbamic acid 1-(2-chloro-phenyl)-2-tetrazol-1-yl-ethyl ester.

[1]H-NMR (Acetone-$d_6$) δ9.14(s, 1H), 7.50-6.56(m, 7H), 5.53(t, 1H), 5.07(d, 2H), 3.25(m, 2H), 2.57(m 2H)

## EXAMPLE 121

### Carbamic acid 1-(4-benzyloxy-phenyl)-2-tetrazol-1-yl-ethyl ester

The procedure given in Example 99 was followed using 2-bromo-4'-benzyloxyacetophenone as a reactant, instead of 2-bromo-2'-chloroacetophenone, to give carbamic acid 1-(4-benzyloxy-phenyl)-2-tetrazol-1-yl-ethyl ester.

[1]H-NMR (Acetone-$d_6$) δ9.05(s, 1H), 7.42(m, 7H), 7.04(m, 2H), 6.09(m, 1H), 5.9-6.3(br, 2H), 5.15(s, 2H), 5.04(m, 2H)

## EXAMPLE 122

### 4-(3,4-Dichloro-benzyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-1-yl-ethyl ester

The procedure given in Example 99 was followed using excess 4-(3,4-dichloro-benzyl)-piperidine as a reactant, instead of excess ammonium hydroxide, to give 4-(3,4-dichloro-benzyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-1-yl-ethyl ester.

[1]H-NMR (CDCl$_3$) δ7.92(s, 1H), 7.48(m, 3H), 7.37(s, 1H), 7.25(d, 2H), 7.03(s, 1H), 4.07(d, 2H), 3.08(t, 2H), 2.67(d, 2H), 1.75(m, 4H), 1.34(m, 4H)

55

## EXAMPLE 123

Carbamic acid 1-(2-chloro-phenyl)-2-(5-methyl-tetrazol-2-yl)-ethyl ester

To a solution of 2-bromo-2'-chloroacetophenone (2 mmol) and sodium carbonate (4 mmol) in toluene (100 ml), 5-methyl-1H-tetrazole (4 mmol) was added. The reaction was refluxed for 7 h and then cooled to 25° C. This solution was then concentrated on a rotary evaporator and diluted with ethyl acetate. This mixture was washed with brine. The resulting organic layer was dried and concentrated in vacuo. The crude product was dissolved in methanol (50 ml) and was added with sodium borohydride (2.4 mmol) slowly at 0° C. to give alcohol compound represented by the general formula (XII) where in, G is 2-chlorophenyl, m is 0, Y is hydrogen, n is 0 and A is 2N-5-methyl tetrazole. After 2 h stirring at room temperature, this solution was concentrated on a rotary evaporator and diluted with ethyl acetate. This mixture was washed with brine. The resulting organic layer was dried and concentrated in vacuo. This alcohol compound was dissolved in methylene chloride (50 ml) and was added 1,1'-carbonyl diimidazole (8 mmol). The reaction mixture was stirred at room temperature for 0.5 h, followed by the addition of excess ammonium hydroxide (50 ml). After 4 h stirring at room temperature, the organic layer was isolated and washed with brine. The resulting organic layer was dried and concentrated in vacuo. The residue was purified by column chromatography (ethyl acetate:hexane=1:2) and give carbamic acid 1-(2-chloro-phenyl)-2-(5-methyl-tetrazol-2-yl)-ethyl ester.

$^1$H-NMR (Acetone-$d_6$) δ7.37-7.61(m, 4H), 6.58(m, 1H), 6.15(br, 2H), 4.97(m, 2H), 2.47(s, 3H)

## EXAMPLE 124

Carbamic acid 1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-2-yl-ethyl ester

The procedure given in Example 123 was followed using 5-phenyl-1H-tetrazole as a reactant, instead of 5-methyl-1H-tetrazole, to give carbamic acid 1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-2-yl)-ethyl ester.

$^1$H-NMR (Acetone-$d_6$) δ8.0-8.4 (m, 2H), 7.2-7.8(m, 7H), 6.67(t, 1H), 6.2(br, 2H), 5.14(d, 2H)

## EXAMPLE 125

Methyl-carbamic acid 1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-2-yl)-ethyl ester

The procedure given in Example 124 was followed using excess methylamine as a reactant, instead of excess ammonium hydroxide, to give Methyl-carbamic acid 1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-2-yl)-ethyl ester.

$^1$H-NMR (Acetone-$d_6$) δ8.1-8.25 (m, 2H), 7.3-7.7(m, 7H), 6.7(t, 1H), 6.55(br, 1H), 5.12(d, 2H), 2.65(d, 3H)

## EXAMPLE 126

Carbamic acid 1-(2-chloro-phenyl)-2-[5-(2,3-dichloro-phenyl)-tetrazol-2-yl]-ethyl ester

The procedure given in Example 123 was followed using 5-(2,3-dichlorophenyl)-1H-tetrazole as a reactant, instead of 5-methyl-1H-tetrazole, to give carbamic acid 1-(2-chloro-phenyl)-2-[5-(2,3-dichloro-phenyl)-tetrazol-2-yl]-ethyl ester.

56

$^1$H-NMR (Acetone-$d_6$) δ7.38-7.85 (m, 7H), 6.63(t, 1H), 6.24(br, 2H), 5.21(d, 2H)

## EXAMPLE 127

Methyl-carbamic acid 1-(2-chloro-phenyl)-2-[5-(2,3-dichloro-phenyl)-tetrazol-2-yl]-ethyl ester

The procedure given in Example 126 was followed using excess methylamine as a reactant, instead of excess ammonium hydroxide, to give methyl-carbamic acid 1-(2-chloro-phenyl)-2-[5-(2,3-dichloro-phenyl)-tetrazol-2-yl]-ethyl ester.

$^1$H-NMR (Acetone-$d_6$) δ7.35-7.85 (m, 7H), 6.68(t, 1H), 6.57(d, 1H), 5.20(d, 2H), 2.68(d, 3H)

## EXAMPLE 128

Carbamic acid 1-(2-chloro-phenyl)-2-(5-pyridin-2-yl-tetrazol-2-yl)-ethyl ester

The procedure given in Example 123 was followed using 5-pyridin-2-yl-1H-tetrazole as a reactant, instead of 5-methyl-1H-tetrazole, to give carbamic acid 1-(2-chloro-phenyl)-2-(5-pyridin-2-yl-tetrazol-2-yl)-ethyl ester.

$^1$H-NMR (Acetone-$d_6$) δ9.28(s, 1H), 8.75(m, 1H), 8.43(d, 1H), 7.62-7.40(m 5H), 6.64(m, 1H), 6.25(br, 2H), 5.18(d, 2H)

## EXAMPLE 129

Ethyl-carbamic acid 1-(2-chloro-phenyl)-2-(5-pyridin-2-yl-tetrazol-2-yl)-ethyl ester

The procedure given in Example 128 was followed using excess ethylamine as a reactant, instead of excess ammonium hydroxide, to give ethyl-carbamic acid 1-(2-chloro-phenyl)-2-(5-pyridin-2-yl-tetrazol-2-yl)-ethyl ester.

$^1$H-NMR (Acetone-$d_6$) δ9.28(s, 1H), 8.75(dd, 1H), 8.41 (m, 1H), 7.62-7.40(m, 5H), 6.66(t, 1H), 6.58(br, 1H), 5.17(d, 2H), 2.07(m, 3H)

## EXAMPLE 130

Carbamic acid 2-(5-amino-tetrazol-2-yl)-1-(2-chloro-phenyl)-ethyl ester

The procedure given in Example 123 was followed using 5-amino-1H-tetrazole as a reactant, instead of s-methyl-1H-tetrazole, to give carbamic acid 2-(5-amino-tetrazol-2-yl)-1-(2-chloro-phenyl)-ethyl ester.

$^1$H-NMR (Acetone-$d_6$) δ7.20-7.76 (m, 4H), 6.5(m, 1H), 6.12(br, 2H), 5.46(br, 2H), 4.75(m, 2H)

## EXAMPLE 131

Carbamic acid 1-(2-chloro-phenyl)-2-(5-methyl-tetrazol-1-yl)-ethyl ester

To a solution of 2-bromo-2'-chloroacetophenone (2 mmol) and sodium carbonate (4 mmol) in toluene (100 ml), 5-methyl-1H-tetrazole (4 mmol) was added. The reaction was refluxed for 7 h and then cooled to 25° C. This solution was then concentrated on a rotary evaporator and diluted with ethyl acetate. This mixture was washed with brine. The resulting organic layer was dried and concentrated in vacuo. The crude product was dissolved in methanol (50 ml) and was added with sodium borohydride (2.4 mmol) slowly at 0° C. to

give alcohol compound represented by the general formula (XII) where in, G is 2-chlorophenyl, m is 0, Y is hydrogen, n is 0 and A is 1N-5-methyl tetrazole. After 2 h stirring at room temperature, this solution was concentrated on a rotary evaporator and diluted with ethyl acetate. This mixture was washed with brine. The resulting organic layer was dried and concentrated in vacuo. This alcohol compound was dissolved in methylene chloride (50 ml) and was added 1,1'-carbonyl diimidazole (8 mmol). The reaction mixture was stirred at room temperature for 0.5 h, followed by the addition of excess ammonium hydroxide (50 ml). After 4 h stirring at room temperature, the organic layer was isolated and washed with brine. The resulting organic layer was dried and concentrated in vacuo.

The preparation procedure of 1N-azole is same as that of 2N-azole in example except the ratio of mobile phase of column chromatography. 1N-Azole is more polar than 2N-azole in chromatographic condition and separated by eluting with an increasing ratio of ethyl acetate in hexane after elution of 2N-azole to give carbamic acid 1-(2-chloro-phenyl)-2-(5-methyl-tetrazole-1-yl)-ethyl ester

$^1$H-NMR (Acetone-$d_6$) δ7.35-7.59 (m, 4H), 6.44(m, 1H), 5.99-6.4(br, 2H), 4.82(m, 2H), 2.537(s, 3H)

### EXAMPLE 132

Carbamic acid 1-(2-chloro-phenyl)-2-[5-(2,3-dichloro-phenyl)-tetrazol-1-yl]-ethyl ester

The procedure given in Example 131 was followed using 5-(2,3-dichlorophenyl)-1H-tetrazole as a reactant, instead of s-methyl-1H-tetrazole, to give carbamic acid 1-(2-chloro-phenyl)-2-[5-(2,3-dichloro-phenyl)-tetrazol-1-yl]-ethyl ester.

$^1$H-NMR (Acetone-$d_6$) δ7.37-7.95 (m, 7H), 6.26(t, 1H), 6.20(br, 2H), 4.79(d, 2H)

### EXAMPLE 133

Methyl-carbamic acid 1-(2-chloro-phenyl)-2-[5-(2,3-dichloro-phenyl)-tetrazol-1-yl]-ethyl ester

The procedure given in Example 132 was followed using excess methylamine as a reactant, instead of excess ammonium hydroxide, to give methyl-carbamic acid 1-(2-chloro-phenyl)-2-[5-(2,3-dichloro-phenyl)-tetrazol-1-yl]-ethyl ester.

$^1$H-NMR (Acetone-$d_6$) δ7.36-7.94 (m, 7H), 6.47(br, 1H), 6.29(t, 1H), 4.79(d, 2H), 2.65(d, 3H)

### EXAMPLE 134

Carbamic acid (R)-(+)-1-(2-chloro-phenyl)-2-tetra-zol-2-yl-ethyl ester

To a solution of 1H-tetrazole (2.4 mmol) and lithium carbonate (4.8 mmol) in DMF (100 ml), (R)-2-chlorostyrene oxide (2 mmol) was slowly added to give enantiomerically (R)-configured alcohol compound represented by the general formula (XII) where in, G is 2-chlorophenyl, m is 0, Y is hydrogen, n is 0 and A is 2N-tetrazole. The reaction was stirred for 4 h at 120° C. and then cooled to 25° C. This solution was then concentrated on a rotary evaporator and diluted with ethyl acetate. This mixture was washed with brine. The resulting organic layer was dried and concentrated in vacuo. This alcohol compound was dissolved in methylene chloride (50 ml) and was added 1,1'-carbonyl diimidazole (8

mmol). The reaction mixture was stirred at room temperature for 3 h, followed by the addition of excess ammonium hydroxide (50 ml). After 5 h stirring at room temperature, the organic layer was isolated and washed with brine. The resulting organic layer was dried and concentrated in vacuo. The residue was purified by column chromatography (ethyl acetate:hexane=1:2) and recrystallized from dichloromethane and ethyl ether (1:1) to give carbamic acid (R)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

Optical purity was more than 98% ee. The optical purity was measured by HPLC (Chiracel OD-H column, Mobile phase=acetonitrile+water with 0.1% trifluoroacetic acid).

$[α]_D$=+16.0°

$^1$H-NMR (Acetone-$d_6$) δ8.74(s, 1H), 7.38-7.54(m, 4H), 6.59(m, 1H), 6.16(br, 2H), 5.09(m, 2H)

### EXAMPLE 135

Carbamic acid (S)-(−)-1-(2-chloro-phenyl)-2-tetra-zol-2-yl-ethyl ester

The procedure given in Example 134 was followed using (S)-2-chlorostyrene oxide as a reactant, instead of (R)-2-chlorostyrene oxide, to give Carbamic acid (S)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-$d_6$) δ8.74(s, 1H), 7.39-7.52(m, 4H), 6.57(m, 1H), 6.18(br, 2H), 5.11(m, 2H)

### EXAMPLE 136

Carbamic acid (S)-1-(4-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 134 was followed using (S)-4-chlorostyrene oxide as a reactant, instead of (R)-2-chlorostyrene oxide, to give Carbamic acid (S)-1-(4-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (CDCl$_3$) δ8.54(s, 1H), 7.29-7.41(m, 4H), 6.21 (m, 1H), 6.04(br, 2H), 4.87(m, 2H)

### EXAMPLE 137

Carbamic acid (R)-1-(4-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 134 was followed using (R)-4-chlorostyrene oxide as a reactant, instead of (R)-2-chlorostyrene oxide, to give Carbamic acid (R)-1-(4-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (CDCl$_3$) δ8.54(s, 1H), 7.29-7.41(m, 4H), 6.21 (m, 1H), 6.04(br, 2H), 4.87(m, 2H)

### EXAMPLE 138

Methyl-carbamic acid (R)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 134 was followed using excess methylamine as a reactant, instead of excess ammonium hydroxide, to give methyl-carbamic acid (R)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-$d_6$) δ8.75(s, 1H), 7.2-7.8(m, 4H), 6.65 (dd, 1H), 6.5(br, 1H), 5.1(m, 2H), 2.65(d, 3H)

US 7,598,279 B2

59

EXAMPLE 139

Ethyl-carbamic acid (R)-1-(2-chloro-phenyl)-2-tetra-
zol-2-yl-ethyl ester

The procedure given in Example 134 was followed using
excess ethylamine as a reactant, instead of excess ammonium
hydroxide, to give ethyl-carbamic acid (R)-1-(2-chloro-phe-
nyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (CDCl$_3$) δ8.57(s, 1H), 8.15-8.47(m, 4H), 5.12
(m, 1H), 3.40(m, 2H), 3.0-3.2(br, 1H), 1.22(t, 3H), 1.09(t,
2H)

EXAMPLE 140

Phenyl-carbamic acid (R)-1-(2-chloro-phenyl)-2-
tetrazol-2-yl-ethyl ester

The procedure given in Example 134 was followed using
excess phenylamine as a reactant, instead of excess ammo-
nium hydroxide, to give phenyl-carbamic acid (R)-1-(2-
chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (CDCl$_3$) δ7.17-8.53 (m, 10H), 6.55(m, 1H),
6.42-6.86(br, 1H), 5.12(m, 2H)

EXAMPLE 141

Cyclopropyl-carbamic acid (R)-1-(2-chloro-phenyl)-
2-tetrazol-2-yl-ethyl ester

The procedure given in Example 134 was followed using
excess cyclopropylamine as a reactant, instead of excess
ammonium hydroxide, to give cyclopropyl-carbamic acid
(R)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.75(s, 1H), 7.45-8.24(m, 4H),
6.51(m, 1H), 6.20-6.65(br, 1H), 4.85(m, 2H), 1.6-1.84(m,
5H)

EXAMPLE 142

Carbamic acid (R)-2-tetrazol-2-yl-1-(2-trifluorom-
ethyl-phenyl)-ethyl ester

The procedure given in Example 134 was followed using
(R)-2-trifluorostyrene oxide as a reactant, instead of (R)-2-
chlorostyrene oxide, to give carbamic acid (R)-2-tetrazol-2-
yl-1-(2-trifluoromethyl-phenyl)-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.72(s, 1H), 7.10-7.83(m, 4H),
6.67(m, 1H), 6.05-6.87(br, 1H), 4.86(m, 2H)

EXAMPLE 143

Carbamic acid (S)-2-tetrazol-2-yl-1-(2-trifluorom-
ethyl-phenyl)-ethyl ester

The procedure given in Example 134 was followed using
(S)-2-trifluorostyrene oxide as a reactant, instead of (R)-2-
chlorostyrene oxide, to give carbamic acid (S)-2-tetrazol-2-
yl-1-(2-trifluoromethyl-phenyl)-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.74(s, 1H), 7.10-7.85(m, 4H),
6.58(m, 1H), 6.15-6.80(br, 2H), 4.87(m, 2H)

60

EXAMPLE 144

Carbamic acid (R)-1-(3,4-dichloro-phenyl)-2-tetra-
zol-2-yl-ethyl ester

The procedure given in Example 134 was followed using
(R)-3,4-dichlorostyrene oxide as a reactant, instead of (R)-2-
chlorostyrene oxide, to give carbamic acid (R)-1-(3,4-
dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.73(s, 1H), 7.8-7.2(m, 3H), 6.25
(m, 1H), 6.2(br, 1H), 5.18(m, 2H)

EXAMPLE 145

Carbamic acid (S)-1-(3,4-dichloro-phenyl)-2-tetra-
zol-2-yl-ethyl ester

The procedure given in Example 134 was followed using
(S)-3,4-dichlorostyrene oxide as a reactant, instead of (R)-2-
chlorostyrene oxide, to give carbamic acid (S)-1-(3,4-
dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.73(s, 2H), 7.8-7.2(m, 3H), 6.26
(m, 1H), 6.23(br, 1H), 5.17(m, 2H)

EXAMPLE 146

Carbamic acid (R)-1-(2,4-dichloro-phenyl)-2-tetra-
zol-2-yl-ethyl ester

The procedure given in Example 134 was followed using
(R)-2,4-dichlorostyrene oxide as a reactant, instead of (R)-2-
chlorostyrene oxide, to give carbamic acid (R)-1-(2,4-
dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.74(s, 1H), 7.47-7.63(m, 3H),
6.53(m, 1H), 6.24(br, 2H), 5.13(m, 2H)

EXAMPLE 147

Carbamic acid (S)-1-(2,4-dichloro-phenyl)-2-tetra-
zol-2-yl-ethyl ester

The procedure given in Example 134 was followed using
(S)-2,4-dichlorostyrene oxide as a reactant, instead of (R)-2-
chlorostyrene oxide, to give carbamic acid (S)-1-(2,4-
dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.74(s, 1H), 7.58-7.42(m, 3H),
6.53(t, 1H), 6.27(br, 1H), 5.13(m, 2H)

EXAMPLE 148

Carbamic acid 2-phenyl-1-tetrazol-2-ylmethyl-ethyl
ester

The procedure given in Example 134 was followed using
2-benzyl-oxirane as a reactant, instead of (R)-2-chlorosty-
rene oxide, to give carbamic acid 2-phenyl-1-tetrazol-2-ylm-
ethyl-ethyl ester.

$^1$H-NMR (CDCl$_3$) δ8.52(s, 1H), 7.34-7.27(m, 5H), 5.42
(m, 1H), 4.81(m, 2H), 4.74(m, 2H), 2.98(m, 2H)

EXAMPLE 149

Carbamic acid 2-(2,4-dichloro-phenoxy)-1-tetrazol-
2-ylmethyl-ethyl ester

The procedure given in Example 134 was followed using
2-(2,4-dichloro-phenoxymethyl)-oxirane as a reactant,

**61**

instead of (R)-2-chlorostyrene oxide, to give carbamic acid 2-(2,4-dichloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.76(s, 1H), 7.38(m, 3H), 5.03(m, 2H), 4.89(m, 1H), 4.71-5.01(br, 2H), 4.31(m, 2H)

### EXAMPLE 150

Carbamic acid 2-(3,4-dichloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester

The procedure given in Example 134 was followed using 2-(3,4-dichloro-phenoxymethyl)-oxirane as a reactant, instead of (R)-2-chlorostyrene oxide, to give carbamic acid 2-(3,4-dichloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.75(s, 1H), 7.53-7.02(m, 3H), 6.07(br, 2H), 5.56(t, 1H), 5.15(d, 2H), 4.35(m, 2H)

### EXAMPLE 151

Carbamic acid 2-(4-chloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester

The procedure given in Example 134 was followed using 2-(4-chloro-phenoxymethyl)-oxirane as a reactant, instead of (R)-2-chlorostyrene oxide, to give carbamic acid 2-(4-chloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.76(s,1H), 7.50(m, 1H), 7.27(m, 1H), 7.04(m, 1H), 6.07(br, 2H), 5.56(t, 1H), 5.15(d, 2H), 4.35(m, 2H)

### EXAMPLE 152

Carbamic acid 2-(2-chloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester

The procedure given in Example 134 was followed using 2-(2-chloro-phenoxymethyl)-oxirane as a reactant, instead of (R)-2-chlorostyrene oxide, to give carbamic acid 2-(2-chloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.76(s, 1H), 7.47-6.98(m, 4H), 6.07(br, 2H), 5.60(t, 1H), 5.20(d, 2H), 4.39(m, 2H)

### EXAMPLE 153

4-Benzyl-piperidine-1-carboxylic acid 2-(2-chloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester

The procedure given in Example 152 was followed using 4-benzyl-piperidine as a reactant, instead of excess ammonium hydroxide, to give 4-benzyl-piperidine-1-carboxylic acid 2-(2-chloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.77(s, 1H), 7.48-6.99(m, 11H), 5.30(t, 1H), 5.25(d, 2H), 4.44(d, 1H), 3.95(m, 1H), 2.54(m, 3H), 1.66(m, 3H), 1.04(m, 2H)

### EXAMPLE 154

4-Benzyl-piperidine-1-carboxylic acid (R)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 134 was followed using excess 4-benzyl-piperidine as a reactant, instead of excess ammonium hydroxide, to give 4-benzyl-piperidine-1-carboxylic acid (R)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

**62**

$^1$H-NMR (Acetone-d$_6$) δ7.91(s, 1H), 7.28(m, 7H), 7.03(s, 2H), 4.0 (d, 2H), 3.12(t, 2H), 2.6(d, 2H), 1.74 (m, 4H), 1.33 (m, 4H)

### EXAMPLE 155

4-Benzyl-piperidine-1-carboxylic acid (S)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester

The procedure given in Example 135 was followed using excess 4-benzyl-piperidine as a reactant, instead of excess ammonium hydroxide, to give 4-benzyl-piperidine-1-carboxylic acid (S)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ7.90(s, 1H), 6.95-7.5(m, 7H), 7.02(s, 2H), 4.05 (d, 2H), 3.08(t, 2H), 2.63(d, 2H), 1.75 (m, 4H), 1.35(m, 4H)

### EXAMPLE 156

4-Benzyl-piperidine-1-carboxylic acid 2-(4-chloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester

The procedure given in Example 151 was followed using excess 4-benzyl-piperidine as a reactant, instead of excess ammonium hydroxide, to give 4-benzyl-piperidine-1-carboxylic acid 2-(4-chloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ7.92(s, 1H), 7.37(s, 1H), 7.28(m, 7H), 7.03(s, 1H), 4.05(d, 2H), 3.08(t, 2H), 2.59(d, 2H), 2.06 (m, 2H), 1.75(m, 4H), 1.35(m, 4H)

### EXAMPLE 157

Carbamic acid 2-(2,5-dichloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester

The procedure given in Example 134 was followed using 2-(2,5-dichloro-phenoxymethyl)-oxirane as a reactant, instead of (R)-2-chlorostyrene oxide, to give carbamic acid 2-(2,5-dichloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.76(s, 1H), 7.49(d, 1H), 7.29(s, 1H), 7.05(d, 1H), 6.08(br, 2H), 5.62(m, 1H), 5.21(d, 2H), 4.46(m, 2H)

### EXAMPLE 158

3-Phenethyl-pyrrolidine-1-carboxylic acid 2-(2,5-dichloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester

The procedure given in Example 157 was followed using excess 3-phenethyl-pyrrolidine as a reactant, instead of excess ammonium hydroxide, to give 3-phenethyl-pyrrolidine-1-carboxylic acid 2-(2,5-dichloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.06(s, 1H), 7.52(s, 1H), 7.29(m, 6H), 7.02(s, 1H), 3.82(m, 1H), 3.37(d, 2H), 2.99(d, 2H), 2.71(t, 2H), 2.2(m, 3H), 1.77(m, 6H)

### EXAMPLE 159

4-(3,4-Dichloro-benzyl)-piperidine-1-carboxylic acid 2-(2-chloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester

The procedure given in Example 152 was followed using excess 4-(3,4-dichloro-benzyl)-piperidine as a reactant,

instead of excess ammonium hydroxide, to give 4-(3,4-dichloro-benzyl)-piperidine-1-carboxylic acid 2-(2-chloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ7.9(s, 1H), 7.47(m, 3H), 7.36(s, 1H), 7.22(m, 2H), 7.02(s, 1H), 4.05(d, 2H), 3.1(t, 2H), 2.65(d, 2H), 2.05 (m, 2H), 1.76(m, 4H), 1.3(m, 4H)

### EXAMPLE 160

4-(3,4-Dichloro-benzyl)-piperidine-1-carboxylic acid 2-(2,4-dichloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester

The procedure given in Example 149 was followed using excess 4-(3,4-dichloro-benzyl)-piperidine as a reactant, instead of excess ammonium hydroxide, to give 4-(3,4-dichloro-benzyl)-piperidine-1-carboxylic acid 2-(2,4-dichloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ7.91(s, 1H), 7.50(m, 2H), 7.36(s, 1H), 7.23(m, 2H), 7.02(s, 1H), 4.05(d, 2H), 3.08(t, 2H), 2.66 (d, 2H), 2.08(m, 2H), 1.76(m, 4H), 1.37(m, 4H)

### EXAMPLE 161

4-(3,4-Dichloro-benzyl)-piperidine-1-carboxylic acid 2-(3,4-dichloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester

The procedure given in Example 150 was followed using excess 4-(3,4-dichloro-benzyl)-piperidine as a reactant, instead of excess ammonium hydroxide, to give 4-(3,4-dichloro-benzyl)-piperidine-1-carboxylic acid 2-(3,4-dichloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ7.91(s, 1H), 7.47(m, 2H), 7.35(s, 1H), 7.23(m, 2H), 7.02(s, 1H), 4.08(d, 2H), 3.10(t, 2H), 2.65 (d, 2H), 1.99(m, 2H), 1.75(m, 4H), 1.3(m, 4H)

### EXAMPLE 162

Carbamic acid (R)-1-(2-chloro-phenyl)-2-tetrazol-1-yl-ethyl ester

To a solution of 1H-tetrazole (2.4 mmol) and lithium carbonate (4.8 mmol) in DMF (100 ml), (R)-2-chlorostyrene oxide (2 mmol) was slowly added to give enantiomerically (R)-configured alcohol compound represented by the general formula (XII) where in, G is 2-chlorophenyl, m is 0, Y is hydrogen, n is 0 and A is 1N-tetrazole. The reaction was stirred for 4 h at 120° C. and then cooled to 25° C. This solution was then concentrated on a rotary evaporator and diluted with ethyl acetate. This mixture was washed with brine. The resulting organic layer was dried and concentrated in vacuo. This alcohol compound was dissolved in methylene chloride (50 ml) and was added 1,1'-carbonyl diimidazole (8 mmol). The reaction mixture was stirred at room temperature for 3 h, followed by the addition of excess ammonium hydroxide (50 ml). After 5 h stirring at room temperature, the organic layer was isolated and washed with brine. The resulting organic layer was dried and concentrated in vacuo.

The preparation procedure of 1N-azole is same as that of 2N-azole in example except the ratio of mobile phase of column chromatography. 1N-Azole is more polar than 2N-azole in chromatographic condition and separated by eluting with an increasing ratio of ethyl acetate in hexane after elution of 2N-azole to give carbamic acid (R)-1-(2-chloro-phenyl)-2-tetrazol-1-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ9.14(s, 1H), 7.31-7.59(m, 4H), 6.42(m, 1H), 6.0-6.75(br, 2H), 5.03(m, 2H)

### EXAMPLE 163

Carbamic acid (S)-1-(2-chloro-phenyl)-2-tetrazol-1-yl-ethyl ester

The procedure given in Example 162 was followed using (S)-2-chlorostyrene oxide as a reactant, instead of (R)-2-chlorostyrene oxide, to give carbamic acid (S)-1-(2-chloro-phenyl)-2-tetrazol-1-yl-ethyl ester.

$^1$H-NMR (CDCl$_3$) δ8.75(s, 1H), 7.10-7.4(m, 4H), 6.35(m, 1H), 5.67(br, 2H), 4.83(m, 2H)

### EXAMPLE 164

Carbamic acid (S)-1-(3,4-dichloro-phenyl)-2-tetra-zol-1-yl-ethyl ester

The procedure given in Example 162 was followed using (S)-3,4-dichlorostyrene oxide as a reactant, instead of (R)-2-chlorostyrene oxide, to give carbamic acid (S)-1-(3,4-dichloro-phenyl)-2-tetrazol-1-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ9.16(s, 1H), 7.59(m, 2H), 7.35 (dd, 1H), 6.39(br, 2H), 6.17(t, 1H), 5.05(d, 2H)

### EXAMPLE 165

Carbamic acid 2-phenyl-1-tetrazol-1-ylmethyl-ethyl ester

The procedure given in Example 162 was followed using 2-benzyl-oxirane as a reactant, instead of (R)-2-chlorostyrene oxide, to give carbamic acid 2-phenyl-1-tetrazol-1-ylm-ethyl-ethyl ester.

$^1$H-NMR (CDCl$_3$) δ8.62(s, 1H), 7.39-7.27(m, 5H), 5.29 (m, 1H), 4.78(br, 2H), 4.60(m, 2H), 2.90(m, 2H)

### EXAMPLE 166

Carbamic acid (S)-1-(2,6-dichloro-phenyl)-2-tetra-zol-1-yl-ethyl ester

The procedure given in Example 162 was followed using (S)-2,6-dichlorostyrene oxide as a reactant, instead of (R)-2-chlorostyrene oxide, to give carbamic acid (S)-1-(2,6-dichloro-phenyl)-2-tetrazol-1-yl-ethyl ester.

$^1$H-NMR (CDCl$_3$) δ8.8(s, 1H), 7.4-7.2(m, 3H), 6.72(m, 1H), 5.29-4.87(m, 2H), 5.08(br, 2H)

### EXAMPLE 167

Carbamic acid 2-(4-chloro-phenoxy)-1-tetrazol-1-ylmethyl-ethyl ester

The procedure given in Example 162 was followed using 2-(4-chloro-phenoxymethyl)-oxirane as a reactant, instead of (R)-2-chlorostyrene oxide, to give carbamic acid 2-(4-chloro-phenoxy)-1-tetrazol-1-ylmethyl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ9.17(s, 1H), 7.32(m, 2H), 7.04(m, 2H), 6.18(br, 2H), 5.44(t, 1H), 5.00(d, 2H), 4.22(d, 2H)

EXAMPLE 168

Carbamic acid
2-(2-chloro-phenoxy)-1-tetrazol-1-ylmethyl-ethyl
ester

The procedure given in Example 162 was followed using 2-(2-chloro-phenoxymethyl)-oxirane as a reactant, instead of (R)-2-chlorostyrene oxide, to give carbamic acid 2-(2-chloro-phenoxy)-1-tetrazol-1-ylmethyl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ9.20(s, 1H), 7.47-6.98(m, 4H), 6.19(br, 2H), 5.50(t, 1H), 5.05(d, 2H), 4.30(m, 2H)

EXAMPLE 169

4-Benzyl-piperidine-1-carboxylic acid 2-(2-chloro-phenoxy)-1-tetrazol-1-ylmethyl-ethyl ester

The procedure given in Example 168 was followed using excess 4-benzyl-piperidine as a reactant, instead of excess ammonium hydroxide, to give 4-benzyl-piperidine-1-carboxylic acid 2-(2-chloro-phenoxy)-1-tetrazol-1-ylmethyl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ9.26(s, 1H), 7.36-7.01(m, 11H), 5.52(t, 1H), 5.05(d, 2H), 4.41(m, 2H), 3.14-1.22(m, 9.H)

EXAMPLE 170

4-Benzyl-piperidine-1-carboxylic acid 2-(4-chloro-phenoxy)-1-tetrazol-1-ylmethyl-ethyl ester

The procedure given in Example 167 was followed using excess 4-benzyl-piperidine as a reactant, instead of excess ammonium hydroxide, to give 4-benzyl-piperidine-1-carboxylic acid 2-(4-chloro-phenoxy)-1-tetrazol-1-ylmethyl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.02(s, 1H), 7.45 (s, 1H), 7.29(m, 7H), 7.01(s, 1H), 4.05(d, 2H), 3.07(t, 2H), 2.63(d, 2H), 2.07(m, 2H), 1.75(m, 4H), 1.34(m, 4H)

EXAMPLE 171

Carbamic acid (R)-1-(2-chloro-phenyl)-2-[1,2,3] triazol-2-yl-ethyl ester

To a solution of 1H-1,2,3-triazole (2.4 mmol) and lithium carbonate (4.8 mmol) in DMF (100 ml), (R)-2-chlorostyrene oxide (2 mmol) was slowly added to give enantiomerically (R)-configured alcohol compound represented by the general formula (XII) where in, G is 2-chlorophenyl, m is 0, Y is hydrogen, n is 0 and A is 2N-1,2,3-triazole. The reaction was stirred for 4 h at 120° C. and then cooled to 25° C. This solution was then concentrated on a rotary evaporator and diluted with ethyl acetate. This mixture was washed with brine. The resulting organic layer was dried and concentrated in vacuo. This alcohol compound was dissolved in methylene chloride (50 ml) and was added 1,1'-carbonyl diimidazole (8 mmol). The reaction mixture was stirred at room temperature for 3 h, followed by the addition of excess ammonium hydroxide (50 ml). After 5 h stirring at room temperature, the organic layer was isolated and washed with brine. The resulting organic layer was dried and concentrated in vacuo. The residue was purified by column chromatography (ethyl acetate:hexane=1:2) and recrystallized from dichloro-

romethane and ethyl ether (1:1) to give carbamic acid (R)-1-(2-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ7.69(s, 2H), 7.6-7.2(m, 4H), 6.59 (dd, 1H), 6.11(br, 2H), 4.78(d, 2H)

EXAMPLE 172

Carbamic acid (S)-1-(2-chloro-phenyl)-2-[1,2,3] triazol-2-yl-ethyl ester

The procedure given in Example 171 was followed using (S)-2-chlorostyrene oxide as a reactant, instead of (R)-2-chlorostyrene oxide, to give carbamic acid (S)-1-(2-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ7.71(s, 2H), 7.7-7.1(m, 4H), 6.60 (dd, 1H), 6.14(br, 2H), 4.79(d, 2H)

EXAMPLE 173

Carbamic acid (S)-1-(4-chloro-phenyl)-2-[1,2,3] triazol-2-yl-ethyl ester

The procedure given in Example 171 was followed using (S)-4-chlorostyrene oxide as a reactant, instead of (R)-2-chlorostyrene oxide, to give carbamic acid (S)-1-(4-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ7.68(s, 2H), 7.41(m, 4H), 6.23(m, 1H), 6.15(br, 2H), 4.82(m, 2H)

EXAMPLE 174

Carbamic acid (R)-1-(4-chloro-phenyl)-2-[1,2,3] triazol-2-yl-ethyl ester

The procedure given in Example 171 was followed using (R)-4-chlorostyrene oxide as a reactant, instead of (R)-2-chlorostyrene oxide, to give carbamic acid (R)-1-(4-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ7.67(s, 2H), 7.41(m, 4H), 6.22(m, 1H), 6.09(br, 2H), 4.80(m, 2H)

EXAMPLE 175

Carbamic acid (S)-1-(3,4-dichloro-phenyl)-2-[1,2,3] triazol-2-yl-ethyl ester

The procedure given in Example 171 was followed using (S)-3,4-dichlorostyrene oxide as a reactant, instead of (R)-2-chlorostyrene oxide, to give carbamic acid (S)-1-(3,4-dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ7.67(s, 2H), 7.7-7.2(m, 3H), 6.19 (m, 1H), 6.16(br, 2H), 4.84(m, 2H)

EXAMPLE 176

Carbamic acid (R)-1-(3,4-dichloro-phenyl)-2-[1,2,3] triazol-2-yl-ethyl ester

The procedure given in Example 171 was followed using (R)-3,4-dichlorostyrene oxide as a reactant, instead of (R)-2-chlorostyrene oxide, to give carbamic acid (R)-1-(3,4-dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8-7(m, 5H), 6.18(m, 1H), 6.16(br, 2H), 4.84(m, 2H)

EXAMPLE 177

Carbamic acid (S)-1-(2,4-dichloro-phenyl)-2-[1,2,3]
triazol-2-yl-ethyl ester

The procedure given in Example 171 was followed using
(S)-2,4-dichlorostyrene oxide as a reactant, instead of (R)-2-
chlorostyrene oxide, to give carbamic acid (S)-1-(2,4-
dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester.

[1]H-NMR (Acetone-d$_6$) δ7.68(s, 2H), 7.60-7.44(m, 3H),
6.51(t, 1H), 6.18(s, 2H), 4.79(d, 2H)

EXAMPLE 178

Carbamic acid (R)-1-(2,4-dichloro-phenyl)-2-[1,2,3]
triazol-2-yl-ethyl ester

The procedure given in Example 171 was followed using
(R)-2,4-dichlorostyrene oxide as a reactant, instead of (R)-2-
chlorostyrene oxide, to give carbamic acid (R)-1-(2,4-
dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester.

[1]H-NMR (Acetone-d$_6$) δ7.68(s, 2H), 7.55-7.4(m, 3H),
6.51(dd, 1H), 6.12(br, 2H), 4.81(d, 2H)

EXAMPLE 179

4-Benzyl-piperidine-1-carboxylic acid (S)-1-(2-
chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester

The procedure given in Example 172 was followed using
excess 4-benzyl-piperidine as a reactant, instead of excess
ammonium hydroxide, to give 4-benzyl-piperidine-1-car-
boxylic acid (S)-1-(2-chloro-phenyl)-2-[1,2,3]triazol-2-yl-
ethyl ester.

[1]H-NMR (Acetone-d$_6$) δ7.91(s, 2H), 7.3(m, 7H), 7.03 (s,
2H), 4.05 (d, 2H), 3.08(t, 2H), 2.63(d, 2H), 1.74 (m, 4H),
1.35(m, 4H)

EXAMPLE 180

4-Benzyl-piperidine-1-carboxylic acid (R)-1-(2-
chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester

The procedure given in Example 171 was followed using
excess 4-benzyl-piperidine as a reactant, instead of excess
ammonium hydroxide, to give 4-benzyl-piperidine-1-car-
boxylic acid (R)-1-(2-chloro-phenyl)-2-[1,2,3]triazol-2-yl-
ethyl ester.

[1]H-NMR (Acetone-d$_6$) δ7.98(s, 2H), 7.2-7.55(m, 7H),
7.08 (s, 2H), 4.05 (d, 2H), 3.02(t, 2H), 2.59(d, 2H), 1.70 (m,
4H), 1.29(m, 4H)

EXAMPLE 181

Carbamic acid 2-(4-chloro-phenoxy)-1-[1,2,3]tria-
zol-2-ylmethyl-ethyl ester

The procedure given in Example 171 was followed using
2-(4-chloro-phenoxymethyl)-oxirane as a reactant, instead of
(R)-2-chlorostyrene oxide, to give carbamic acid 2-(4-chloro-
phenoxy)-1-[1,2,3]triazol-2-ylmethyl-ethyl ester.

[1]H-NMR (Acetone-d$_6$) δ7.70(s, 2H), 7.3(d, 2H), 7.0 (d,
2H), 5.7-6.3(br, 2H), 5.5(t, 1H), 4.83(d, 2H), 4.22(m, 2H)

EXAMPLE 182

Carbamic acid 2-(2-chloro-phenoxy)-1-[1,2,3]tria-
zol-2-ylmethyl-ethyl ester

The procedure given in Example 171 was followed using
2-(2-chloro-phenoxymethyl)-oxirane as a reactant, instead of
(R)-2-chlorostyrene oxide, to give carbamic acid 2-(2-chloro-
phenoxy)-1-[1,2,3]triazol-2-ylmethyl-ethyl ester.

[1]H-NMR (Acetone-d$_6$) δ7.71(s, 2H), 7.25(m, 4H), 6.0(br,
2H), 5.56(m, 1H), 4.9(d, 2H), 4.3(m, 2H)

EXAMPLE 183

3-Phenethyl-pyrrolidine-1-carboxylic acid 2-(2-
chloro-phenoxy)-1-[1,2,3]triazol-2-ylmethyl-ethyl
ester

The procedure given in Example 182 was followed using
excess 3-phenethyl-pyrrolidine as a reactant, instead of
excess ammonium hydroxide, to give 3-phenethyl-pyrroli-
dine-1-carboxylic acid 2-(2-chloro-phenoxy)-1-[1,2,3]tria-
zol-2-ylmethyl-ethyl ester.

[1]H-NMR (Acetone-d$_6$) δ8.06(s, 2H), 7.51(s, 1H), 7.25(m,
7H), 7.01(s, 1H), 3.75(m, 1H), 3.34(d, 2H), 3.01(d, 2H), 2.7(t,
2H), 2.15(m, 3H), 1.82(m, 6H)

EXAMPLE 184

Carbamic acid 2-(2,4-dichloro-phenoxy)-1-[1,2,3]
triazol-2-ylmethyl-ethyl ester

The procedure given in Example 171 was followed using
2-(2,4-dichloro-phenoxymethyl)-oxirane as a reactant,
instead of (R)-2-chlorostyrene oxide, to give carbamic acid
2-(2,4-dichloro-phenoxy)-1-[1,2,3]triazol-2-ylmethyl-ethyl
ester.

[1]H-NMR (Acetone-d$_6$) δ7.71(s, 2H), 7.5(s, 1H), 7.36(d,
1H), 7.19(d, 1H), 6.01(br, 2H), 5.55(m, 1H), 4.88(d, 2H),
4.32(m, 2H)

EXAMPLE 185

3-Phenethyl-pyrrolidine-1-carboxylic acid 2-(2,4-
dichloro-phenoxy)-1-[1,2,3]triazol-2-ylmethyl-ethyl
ester

The procedure given in Example 184 was followed using
excess 3-phenethyl-pyrrolidine as a reactant, instead of
excess ammonium hydroxide, to give 3-phenethyl-pyrroli-
dine-1-carboxylic acid 2-(2,4-dichloro-phenoxy)-1-[1,2,3]
triazol-2-ylmethyl-ethyl ester.

[1]H-NMR (Acetone-d$_6$) δ8.05(s, 2H), 7.51(s, 1H), 7.28(m,
6H), 7.01(s, 1H), 3.77(m, 1H), 3.35(d, 2H), 3.03(d, 2H),
2.73(t, 2H), 2.15(m, 3H), 1.79(m, 6H)

EXAMPLE 186

Carbamic acid 2-(3,4-dichloro-phenoxy)-1-[1,2,3]
triazol-2-ylmethyl-ethyl ester

The procedure given in Example 171 was followed using
2-(3,4-dichloro-phenoxymethyl)-oxirane as a reactant,
instead of (R)-2-chlorostyrene oxide, to give carbamic acid
2-(3,4-dichloro-phenoxy)-1-[1,2,3]triazol-2-ylmethyl-ethyl
ester.

US 7,598,279 B2

**69**

<sup>1</sup>H-NMR (Acetone-d<sub>6</sub>) δ7.71(s, 2H), 7.50(s, 1H), 7.34(d, 1H), 7.19(d, 1H), 6.03(br, 2H), 5.56(m, 1H), 4.89(m, 2H), 4.35(m, 2H)

EXAMPLE 187

3-Phenethyl-pyrrolidine-1-carboxylic acid 2-(3,4-dichloro-phenoxy)-1-[1,2,3]triazol-2-ylmethyl-ethyl ester

The procedure given in Example 186 was followed using excess 3-phenethyl-pyrrolidine as a reactant, instead of excess ammonium hydroxide, to give 3-phenethyl-pyrrolidine-1-carboxylic acid 2-(3,4-dichloro-phenoxy)-1-[1,2,3]triazol-2-ylmethyl-ethyl ester.

<sup>1</sup>H-NMR (Acetone-d<sub>6</sub>) δ8.06(s, 2H), 7.52(s, 1H), 7.28(m, 6H), 7.01(s, 1H), 3.80(m, 1H), 3.35(d, 2H), 3.02(d, 2H), 2.7(t, 2H), 2.16(m, 3H), 1.78(m, 6H)

EXAMPLE 188

Carbamic acid (R)-1-(2-chloro-phenyl)-2-[1,2,3]triazol-1-yl-ethyl ester

To a solution of 1H-1,2,3-triazole (2.4 mmol) and lithium carbonate (4.8 mmol) in DMF (100 ml), (R)-2-chlorostyrene oxide (2 mmol) was slowly added to give enantiomerically (R)-configured alcohol compound represented by the general formula (XII) where in, G is 2-chlorophenyl, m is 0, Y is hydrogen, n is 0 and A is 1N-1,2,3-triazole. The reaction was stirred for 4 h at 120° C. and then cooled to 25° C. This solution was then concentrated on a rotary evaporator and diluted with ethyl acetate. This mixture was washed with brine. The resulting organic layer was dried and concentrated in vacuo. This alcohol compound was dissolved in methylene chloride (50 ml) and was added 1,1'-carbonyl diimidazole (8 mmol). The reaction mixture was stirred at room temperature for 3 h, followed by the addition of excess ammonium hydroxide (50 ml). After 5 h stirring at room temperature, the organic layer was isolated and washed with brine. The resulting organic layer was dried and concentrated in vacuo.

The preparation procedure of 1N-azole is same as that of 2N-azole in example except the ratio of mobile phase of column chromatography. 1N-Azole is more polar than 2N-azole in chromatographic condition and separated by eluting with an increasing ratio of ethyl acetate in hexane after elution of 2N-azole to give carbamic acid (R)-1-(2-chloro-phenyl)-2-[1,2,3]triazol-1-yl-ethyl ester.

<sup>1</sup>H-NMR (CDCl<sub>3</sub>) δ7.61(s, 1H), 7.61(s, 1H), 7.20-7.38(m, 4H), 6.35(m, 1H), 5.38(br, 2H), 4.75(m, 2H)

EXAMPLE 189

Carbamic acid (S)-1-(2-chloro-phenyl)-2-[1,2,3]triazol-1-yl-ethyl ester

The procedure given in Example 188 was followed using (S)-2-chlorostyrene oxide as a reactant, instead of (R)-2-chlorostyrene oxide, to give carbamic acid (S)-1-(2-chloro-phenyl)-2-[1,2,3]triazol-1-yl-ethyl ester.

<sup>1</sup>H-NMR (CDCl<sub>3</sub>) δ7.53(s, 1H), 7.48(s, 1H), 6.92-7.37(m, 4H), 6.17(m, 1H), 5.72(br, 2H), 4.65(m, 2H)

**70**

EXAMPLE 190

Carbamic acid (R)-1-(3,4-dichloro-phenyl)-2-[1,2,3]tetrazol-1-yl-ethyl ester

The procedure given in Example 188 was followed using (R)-3,4-dichlorostyrene oxide as a reactant, instead of (R)-2-chlorostyrene oxide, to give carbamic acid (R)-1-(3,4-dichloro-phenyl)-2-[1,2,3]triazol-1-yl-ethyl ester.

<sup>1</sup>H-NMR (Acetone-d<sub>6</sub>) δ7.98(s, 1H), 7.67(s, 1H), 7.8-7.1 (m, 3H), 6.34(br, 2H), 6.12(m, 1H), 4.90(d, 2H)

EXAMPLE 191

Carbamic acid (R)-1-(2,4-dichloro-phenyl)-2-[1,2,3]triazol-1-yl-ethyl ester

The procedure given in Example 188 was followed using (R)-2,4-dichlorostyrene oxide as a reactant, instead of (R)-2-chlorostyrene oxide, to give carbamic acid (R)-1-(2,4-dichloro-phenyl)-2-[1,2,3]triazol-1-yl-ethyl ester.

<sup>1</sup>H-NMR (Acetone-d<sub>6</sub>) δ8.78(s, 1H), 7.46(m, 3H), 5.98(m, 1H), 5.50-6.34(br, 2H), 5.13(m, 2H)

EXAMPLE 192

Carbamic acid 2-(4-chloro-phenoxy)-1-[1,2,3]triazol-1-ylmethyl-ethyl ester

The procedure given in Example 188 was followed using 2-(4-chloro-phenoxymethyl)-oxirane as a reactant, instead of (R)-2-chlorostyrene oxide, to give carbamic acid 2-(4-chloro-phenoxy)-1-[1,2,3]triazol-1-ylmethyl-ethyl ester.

<sup>1</sup>H-NMR (Acetone-d<sub>6</sub>) δ8.0(s, 1H), 7.70(s, 1H), 7.34(d, 2H), 7.0 (d, 2H), 5.9-6.4(br, 2H), 5.41(t, 1H), 4.86(d, 2H), 4.16(m, 2H)

EXAMPLE 193

Carbamic acid (R)-1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-2-yl)-ethyl ester

To a solution of 5-phenyl-1H-tetrazole (2.4 mmol) and lithium carbonate (4.8 mmol) in DMF (100 ml), (R)-2-chlorostyrene oxide (2 mmol) was slowly added to give enantiomerically (R)-configured alcohol compound represented by the general formula (XII) where in, G is 2-chlorophenyl, m is 0, Y is hydrogen, n is 0 and A is 2N-5-phenyl-tetrazole. The reaction was stirred for 4 h at 120° C. and then cooled to 25° C. This solution was then concentrated on a rotary evaporator and diluted with ethyl acetate. This mixture was washed with brine. The resulting organic layer was dried and concentrated in vacuo. This alcohol compound was dissolved in methylene chloride (50 ml) and was added 1,1'-carbonyl diimidazole (8 mmol). The reaction mixture was stirred at room temperature for 3 h, followed by the addition of excess ammonium hydroxide (50 ml). After 5 h stirring at room temperature, the organic layer was isolated and washed with brine. The resulting organic layer was dried and concentrated in vacuo. The residue was purified by column chromatography (ethyl acetate:hexane=1:2) and recrystallized from dichloromethane and ethyl ether (1:1) to give carbamic acid (R)-1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-2-yl)-ethyl ester.

US 7,598,279 B2

71

$^1$H-NMR (Acetone-d$_6$) δ8.1-8.3(m, 2H), 7.2-7.8(m, 7H), 6.67(t, 1H), 6.25(br, 2H), 5.14(d, 2H)

EXAMPLE 194

Carbamic acid (S)-1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-2-yl)-ethyl ester

The procedure given in Example 193 was followed using (S)-2-chlorostyrene oxide as a reactant, instead of (R)-2-chlorostyrene oxide, to give carbamic acid (S)-1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-2-yl)-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.11 (dd, 2H), 7.57-7.40(m, 7H), 6.65(t, 1H), 6.24(br, 2H), 5.13(d, 2H)

EXAMPLE 195

Methyl-carbamic acid (R)-1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-2-yl)-ethyl ester

The procedure given in Example 193 was followed using excess methylamine as a reactant, instead of excess ammonium hydroxide, to give methyl-carbamic acid (R)-1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-2-yl)-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.05-8.25(m, 2H), 7.3-7.7(m, 7H), 6.7(t, 1H), 6.55(br, 1H), 5.13(d, 2H), 2.64(d, 3H)

EXAMPLE 196

Methyl-carbamic acid (S)-1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-2-yl)-ethyl ester

The procedure given in Example 194 was followed using excess methylamine as a reactant, instead of excess ammonium hydroxide, to give methyl-carbamic acid (S)-1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-2-yl)-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ8.14 (m, 2H), 7.59-7.39(m, 7H), 6.67(t, 1H), 6.54(br, 1H), 5.14(m, 2H), 2.64(d, 3H)

EXAMPLE 197

Carbamic acid (S)-1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-1-yl)-ethyl ester

To a solution of 5-phenyl-1H-tetrazole (2.4 mmol) and lithium carbonate (4.8 mmol) in DMF (100 ml), (S)-2-chlorostyrene oxide (2 mmol) was slowly added to give enantiomerically (S)-configured alcohol compound represented by the general formula (XII) where in, G is 2-chlorophenyl, m is 0, Y is hydrogen, n is 0 and A is 1N-5-phenyl-tetrazole. The reaction was stirred for 4 h at 120° C. and then cooled to 25° C. This solution was then concentrated on a rotary evaporator and diluted with ethyl acetate. This mixture was washed with brine. The resulting organic layer was dried and concentrated in vacuo. This alcohol compound was dissolved in methylene chloride (50 ml) and was added 1,1'-carbonyl diimidazole (8 mmol). The reaction mixture was stirred at room temperature

72

for 3 h, followed by the addition of excess ammonium hydroxide (50 ml). After 5 h stirring at room temperature, the organic layer was isolated and washed with brine. The resulting organic layer was dried and concentrated in vacuo.

The preparation procedure of 1N-azole is same as that of 2N-azole in example except the ratio of mobile phase of column chromatography. 1N-Azole is more polar than 2N-azole in chromatographic condition and separated by eluting with an increasing ratio of ethyl acetate in hexane after elution of 2N-azole to give carbamic acid (S)-1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-1-yl)-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ7.75-7.60 (m, 4H), 7.36(s, 3H), 7.44(m, 1H), 6.18(br, 2H), 4.96(t, 2H)

EXAMPLE 198

Methyl-carbamic acid (S)-1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-1-yl)-ethyl ester

The procedure given in Example 197 was followed using excess methylamine as a reactant, instead of excess ammonium hydroxide, to give methyl-carbamic acid (S)-1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-1-yl)-ethyl ester.

$^1$H-NMR (Acetone-d$_6$) δ7.75-7.60(m, 4H), 7.34(m, 3H), 6.45(m, 1H), 6.38(br 1H), 4.97(m, 2H), 2.63(d, 3H)

EXAMPLE 199

O-1-(2-Chloro-phenyl)-2-tetrazol-2-yl ethyl allophanate

To a solution of 1H-tetrazole (2.4 mmol) and lithium carbonate (4.8 mmol) in DMF (100 ml), 2-chlorostyrene oxide (2 mmol) was slowly added to give alcohol compound represented by the general formula (XII) where in, G is 2-chlorophenyl, m is 0, Y is hydrogen, n is 0 and A is 2N-tetrazole. The reaction was stirred for 4 h at 120° C. and then cooled to 25° C. This solution was then concentrated on a rotary evaporator and diluted with ethyl acetate. This mixture was washed with brine. The resulting organic layer was dried and concentrated in vacuo. This alcohol compound was dissolved in methylene chloride (50 ml) and was slowly added methanesulfonic acid (20 mmol) and sodium cyanate (20 mmol) at 0° C. After 5 hr stirring at room temperature, brine was added to terminate the reaction. The resulting organic layer was dried and concentrated in vacuo. The residue was purified by column chromatography (ethyl acetate:hexane=1:1) to give O-1-(2-Chloro-phenyl)-2-tetrazol-2-yl ethyl allophanate.

$^1$H-NMR (DMSO-d$_6$) δ8.75(s, 1H), 8.11(s, 1H), 748(m, 3H), 6.67(m, 1H), 5.59-6.55(br, 2H), 5.46(m, 2H).

US 7,598,279 B2

73                                                                74

| # | Structure | IUPAC |
|---|-----------|-------|
| 1 |  | Carbamic acid 1-(2-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester |
| 2 |  | Carbamic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 3 |  | Carbamic acid 1-(4-methoxy-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 4 |  | Carbamic acid 1-phenyl-2-tetrazol-2-yl-ethyl ester |
| 5 |  | Carbamic acid 1-(4-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 6 |  | Carbamic acid 1-(4-methoxy-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester |

US 7,598,279 B2

75        76

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 7 |  | Carbamic acid 1-phenyl-2-[1,2,3]triazol-2-yl-ethyl ester |
| 8 |  | Carbamic acid 1-p-tolyl-2-[1,2,3]triazol-2-yl-ethyl ester |
| 9 |  | Carbamic acid 1-(3-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester |
| 10 |  | Carbamic acid 1-(4-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester |
| 11 |  | Carbamic acid 2-tetrazol-2-yl-1-p-tolyl-ethyl ester |
| 12 |  | Carbamic acid 1-o-tolyl-2-[1,2,3]triazol-2-yl-ethyl ester |

**77**             **78**

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 13 |  | Carbamic acid 1-(4-nitro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester |
| 14 |  | Carbamic acid 1-(4-nitro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 15 |  | Carbamic acid 1-(4-fluoro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 16 |  | Carbamic acid 1-(4-fluoro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester |
| 17 |  | Carbamic acid 1-(3-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 18 |  | Carbamic acid 1-m-tolyl-2-[1,2,3]triazol-2-yl-ethyl ester |

US 7,598,279 B2

**79**                                            **80**

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 19 |  | Carbamic acid 2-tetrazol-2-yl-1-m-tolyl-ethyl ester |
| 20 |  | Carbamic acid (R)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 21 |  | Carbamic acid (S)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 22 |  | Carbamic acid (R)-1-(2-chloro-phenyl)-2-tetrazol-1-yl-ethyl ester |
| 23 |  | Carbamic acid (S)-1-(2-chloro-phenyl)-2-tetrazol-1-yl-ethyl ester |
| 24 |  | Carbamic acid 2-tetrazol-2-yl-1-o-tolyl-ethyl ester |

US 7,598,279 B2

81                          82

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 25 |  | Carbamic acid 1-(3,4-dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester |
| 26 |  | Carbamic acid 1-(3,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 27 |  | Carbamic acid 2-tetrazol-2-yl-1-(3-trifluoromethyl-phenyl)-ethyl ester |
| 28 |  | Carbamic acid 2-[1,2,3]triazol-2-yl-1-(3-trifluoromethyl-phenyl)-ethyl ester |
| 29 |  | Carbamic acid 1-(2,4-dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester |
| 30 |  | Carbamic acid 1-(2,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester |

US 7,598,279 B2

83        84

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 31 |  | Carbamic acid 2-tetrazol-2-yl-1-(4-trifluoromethyl-phenyl)-ethyl ester |
| 32 |  | Carbamic acid 2-[1,2,3]triazol-2-yl-1-(4-trifluoromethyl-phenyl)-ethyl ester |
| 33 |  | Carbamic acid (R)-1-(2-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester |
| 34 |  | Carbamic acid (S)-1-(2-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester |
| 35 |  | Carbamic acid 1-(2-chloro-phenyl)-2-tetrazol-1-yl-ethyl ester |
| 36 |  | Carbamic acid (R)-1-(2-chloro-phenyl)-2-[1,2,3]triazol-1-yl-ethyl ester |

Case 1:24-cv-00718-JLH-CJB   Document 1-1   Filed 06/18/24   Page 74 of 131 PageID #: 107

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 37 |  | Carbamic acid (S)-1-(2-chloro-phenyl)-2-[1,2,3]triazol-1-yl-ethyl ester |
| 38 |  | Carbamic acid 1-(2-chloro-phenyl)-2-[1,2,3]triazol-1-yl-ethyl ester |
| 39 |  | Carbamic acid 2-[1,2,3]triazol-2-yl-1-(2-trifluoromethyl-phenyl)-ethyl ester |
| 40 |  | Carbamic acid 2-chloro-1-phenyl-2-tetrazol-1-yl-ethyl ester |
| 41 |  | Carbamic acid (S)-1-(4-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 42 |  | Carbamic acid (R)-1-(4-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |

US 7,598,279 B2

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 43 | | Carbamic acid 1-(2-chloro-phenyl)-2-(5-methyl-tetrazol-2-yl)-ethyl ester |
| 44 | | Carbamic acid 1-(2-chloro-phenyl)-2-(5-methyl-tetrazol-1-yl)-ethyl ester |
| 45 | | Methyl-carbamic acid (R)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 46 | | Ethyl-carbamic acid (R)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 47 | | Phenyl-carbamic acid (R)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 48 | | Carbamic acid (R)-2-tetrazol-2-yl-1-(2-trifluoromethyl-phenyl)-ethyl ester |

US 7,598,279 B2

89                                                                          90

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 49 |  | Carbamic acid (S)-2-tetrazol-2-yl-1-(2-trifluoromethyl-phenyl)-ethyl ester |
| 50 |  | Carbamic acid 1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-2-yl)-ethyl ester |
| 51 |  | Methyl-carbamic acid 1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-2-yl)-ethyl ester |
| 52 |  | Cyclopropyl-carbamic acid (R)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 53 |  | Carbamic acid (R)-1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-2-yl)-ethyl ester |
| 54 |  | Methyl-carbamic acid (R)-1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-2-yl)-ethyl ester |

US 7,598,279 B2

91                                                                    92

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 55 | | Carbamic acid 1-phenyl-3-tetrazol-2-yl-propyl ester |
| 56 | | Carbamic acid 1-(2-chloro-phenyl)-2-[5-(2,3-dichloro-phenyl)-tetrazol-2-yl]-ethyl ester |
| 57 | | Methyl-carbamic acid 1-(2-chloro-phenyl)-2-[5-(2,3-dichloro-phenyl)-tetrazol-2-yl]-ethyl ester |
| 58 | | Carbamic acid 1-(4-hydroxy-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 59 | Chiral | Carbamic acid (S)-1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-2-yl)-ethyl ester |

        

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 60 |  Chiral | Methyl-carbamic acid (S)-1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-2-yl)-ethyl ester |
| 61 |  Chiral | Carbamic acid (S)-1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-1-yl)-ethyl ester |
| 62 |  Chiral | Methyl-carbamic acid (S)-1-(2-chloro-phenyl)-2-(5-phenyl-tetrazol-1-yl)-ethyl ester |
| 63 |  | Carbamic acid 1-phenyl-3-tetrazol-1-yl-propyl ester |
| 64 |  | Carbamic acid 1-phenyl-3-tetrazol-1-yl-propyl ester |
| 65 |  | Carbamic acid 1-(2-chloro-phenyl)-2-[5-(2,3-dichloro-phenyl)-tetrazol-1-yl]-ethyl ester |

US 7,598,279 B2

95                                                                                          96

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 66 |  | Methyl-carbamic acid 1-(2-chloro-phenyl)-2-[5-(2,3-dichloro-phenyl)-tetrazol-1-yl]-ethyl ester |
| 67 |  | Carbamic acid 1-(3-chloro-phenyl)-2-tetrazol-2-yl-propyl ester |
| 68 |  | Methyl-carbamic acid 1-(3-chloro-phenyl)-2-tetrazol-2-yl-propyl ester |
| 69 |  | Carbamic acid 1-(3-chloro-phenyl)-2-tetrazol-1-yl-propyl ester |
| 70 |  | Carbamic acid 1-(2-chloro-phenyl)-3-[1,2,3]triazol-2-yl-propyl ester |
| 71 |  | Carbamic acid 1-(2-chloro-phenyl)-2-(5-pyridin-2-yl-tetrazol-2-yl)-ethyl ester |

US 7,598,279 B2

97          98

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 72 | | Carbamic acid 2-(5-amino-tetrazol-2-yl)-1-(2-chloro-phenyl)-ethyl ester |
| 73 | | Carbamic acid 1-(3-chloro-phenyl)-2-[1,2,3]triazol-2-yl-propyl ester |
| 74 | | Methyl-carbamic acid 1-(3-chloro-phenyl)-2-[1,2,3]triazol-2-yl-propyl ester |
| 75 | | Ethyl-carbamic acid 1-(2-chloro-phenyl)-2-(5-pyridin-2-yl-tetrazol-2-yl)-ethyl ester |
| 76 | | Carbamic acid 1-(4-chloro-phenyl)-2-tetrazol-2-yl-propyl ester |
| 77 | | Methyl-carbamic acid 1-(4-chloro-phenyl)-2-tetrazol-2-yl-propyl ester |

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 78 |  | Carbamic acid 1-(4-chloro-phenyl)-2-tetrazol-1-yl-propyl ester |
| 79 |  | Methyl-carbamic acid 1-(4-chloro-phenyl)-2-tetrazol-1-yl-propyl ester |
| 80 |  | Carbamic acid 1-(3,4-dichloro-phenyl)-2-tetrazol-2-yl-propyl ester |
| 81 |  | Methyl-carbamic acid 1-(3,4-dichloro-phenyl)-2-tetrazol-2-yl-propyl ester |
| 82 |  | Carbamic acid 1-(3,4-dichloro-phenyl)-2-tetrazol-1-yl-propyl ester |
| 83 |  | Methyl-carbamic acid 1-(3,4-dichloro-phenyl)-2-tetrazol-1-yl-propyl ester |
| 84 |  | Carbamic acid 1-(3,4-dimethoxy-phenyl)-2-tetrazol-2-yl-ethyl ester |

US 7,598,279 B2

101                                                                          102

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 85 |  Chiral | Carbamic acid (S)-1-(4-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester |
| 86 |  Chiral | Carbamic acid (R)-1-(4-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester |
| 87 |  Chiral | Carbamic acid (S)-1-(3,4-dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester |
| 88 |  Chiral | Carbamic acid (R)-1-(3,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 89 |  | Carbamic acid 1-(2,5-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 90 |  | Carbamic acid 1-(2,5-dichloro-phenyl)-2-tetrazol-1-yl-ethyl ester |

US 7,598,279 B2

103                                                                                                 104

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 91 |  Chiral | Carbamic acid (R)-1-(3,4-dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester |
| 92 |  Chiral | Carbamic acid (R)-1-(3,4-dichloro-phenyl)-2-[1,2,3]triazol-1-yl-ethyl ester |
| 93 |  | Carbamic acid 1-(4-phenoxy-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 94 |  | Carbamic acid 1-(4-phenoxy-phenyl)-2-tetrazol-1-yl-ethyl ester |
| 95 |  | Carbamic acid 1-(2,5-dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester |
| 96 |  Chiral | Carbamic acid (S)-1-(3,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester |

US 7,598,279 B2

**105**                                             **106**

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 97 |  | Carbamic acid (S)-1-(3,4-dichloro-phenyl)-2-tetrazol-1-yl-ethyl ester |
| 98 |  | Carbamic acid 1-(2,6-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 99 |  | Carbamic acid 1-(2,6-dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester |
| 100 |  | Carbamic acid 1-(2,6-dichloro-phenyl)-2-[1,2,3]triazol-1-yl-ethyl ester |
| 101 |  | Carbamic acid 1-(2,4-dichloro-phenyl)-2-tetrazol-1-yl-ethyl ester |
| 102 |  | Carbamic acid 1-naphthalen-2-yl-2-tetrazol-2-yl-ethyl ester |

107 108

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 103 | Chiral | Carbamic acid (R)-1-(2,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 104 | | Carbamic acid 1-naphthalen-2-yl-2-tetrazol-1-yl-ethyl ester |
| 105 | | Carbamic acid 2-tetrazol-2-yl-1-(2,3,4-trimethoxy-phenyl)-ethyl ester |
| 106 | | Carbamic acid 2-tetrazol-1-yl-1-(2,3,4-trimethoxy-phenyl)-ethyl ester |
| 107 | | Carbamic acid 2-tetrazol-2-yl-1-(3,4,5-trimethoxy-phenyl)-ethyl ester |
| 108 | | Carbamic acid 1-benzo[1,3]dioxol-5-yl-2-tetrazol-2-yl-ethyl ester |

US 7,598,279 B2

109                                                                                     110

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 109 |  | Carbamic acid 1-benzo[1,3]dioxol-5-yl-2-tetrazol-1-yl-ethyl ester |
| 110 |  | Carbamic acid 1-(4-dimethylamino-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 111 |  | Carbamic acid 2-tetrazol-2-yl-1-(2,4,6-trimethyl-phenyl)-ethyl ester |
| 112 |  | Carbamic acid 2-tetrazol-1-yl-1-(2,4,6-trimethyl-phenyl)-ethyl ester |
| 113 | Chiral  | Carbamic acid (S)-1-(2,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 114 | Chiral  | Carbamic acid (S)-1-(2,4-dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester |

US 7,598,279 B2

**111**  **112**

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 115 | | Carbamic acid (R)-1-(2,4-dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester |
| 116 | | Carbamic acid 2-phenyl-1-tetrazol-2-ylmethyl-ethyl ester |
| 117 | | Carbamic acid 2-phenyl-1-tetrazol-1-ylmethyl-ethyl ester |
| 118 | | Carbamic acid 1-(4-tert-butyl-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 119 | | Carbamic acid 1-(4-tert-butyl-phenyl)-2-tetrazol-1-yl-ethyl ester |
| 120 | | Carbamic acid 1-(4-chloro-3-trifluoromethyl-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester |

US 7,598,279 B2

113                                                                     114

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 121 |  | Carbamic acid 1-(4-chloro-3-trifluoromethyl-phenyl)-2-[1,2,3]triazol-1-yl-ethyl ester |
| 122 |  Chiral | Carbamic acid (S)-1-(2,6-dichloro-phenyl)-2-tetrazol-1-yl-ethyl ester |
| 123 |  Chiral | Carbamic acid (R)-1-(2,6-dichloro-phenyl)-2-tetrazol-1-yl-ethyl ester |
| 124 |  | Carbamic acid 1-indan-5-yl-2-tetrazol-1-yl-ethyl ester |
| 125 |  | Carbamic acid 1-indan-5-yl-2-tetrazol-2-yl-ethyl ester |
| 126 |  Chiral | Carbamic acid (R)-1-(2,6-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester |

Case 1:24-cv-00718-JLH-CJB    Document 1-1    Filed 06/19/24    Page 89 of 131 PageID #: 122

**115**

**116**

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 127 |  Chiral | Carbamic acid (S)-1-(2,6-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 128 |  | Carbamic acid 2-(2,4-dichloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester |
| 129 |  | O-1-(2-Chloro-phenyl)-2-tetrazol-2-yl ethyl allophanate |
| 130 |  Chiral | Carbamic acid (R)-1-(2,4-dichloro-phenyl)-2-[1,2,3]triazol-1-yl-ethyl ester |
| 131 |  | Carbamic acid 1-phenyl-2-tetrazol-1-yl-ethyl ester |
| 132 |  | Carbamic acid 1-(3,4-difluoro-phenyl)-2-tetrazol-2-yl-ethyl ester |

**117**                                                                                     **118**

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 133 | | Carbamic acid 1-(3,4-difluoro-phenyl)-2-tetrazol-1-yl-ethyl ester |
| 134 | | Carbamic acid 1-(3,4-difluoro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester |
| 135 | | Carbamic acid 1-(3,4-difluoro-phenyl)-2-[1,2,3]triazol-1-yl-ethyl ester |
| 136 | | Carbamic acid 1-(2-fluoro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 137 | | Carbamic acid 1-(2-fluoro-phenyl)-2-tetrazol-1-yl-ethyl ester |

US 7,598,279 B2

119                                                                                                              120

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 138 |  | 4-Benzyl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 139 |  | Carbamic acid 7-nitro-2-tetrazol-2-yl-1,2,3,4-tetrahydro-naphthalen-1-yl ester |
| 140 |  | Carbamic acid 5,7-dimethyl-2-tetrazol-2-yl-1,2,3,4-tetrahydro-naphthalen-1-yl ester |
| 141 |  | Carbamic acid 7-nitro-2-tetrazol-1-yl-1,2,3,4-tetrahydro-naphthalen-1-yl ester |
| 142 |  | Carbamic acid 5,7-dimethyl-2-tetrazol-1-yl-1,2,3,4-tetrahydro-naphthalen-1-yl ester |

US 7,598,279 B2

**121**                                                    **122**

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 143 |  | 4-Phenyl-piperazine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 144 |  | 4-Phenyl-piperazine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-1-yl-ethyl ester |
| 145 |  | 4-(4-Fluoro-benzoyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |

US 7,598,279 B2

123

124

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 146 | | 4-Benzyl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-1-yl-ethyl ester |
| 147 | | 1-Benzyl-4-[1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethoxycarbonyl]-piperazin-1-ium |
| 148 | | Carbamic acid 2-(3,4-dichloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester |
| 149 | | Imidazole-1-carboxylic acid 2-(3,4-dichloro-phenoxy)-1-tetrazol-1-ylmethyl-ethyl ester |
| 150 | | Carbamic acid 2-(4-chloro-phenoxy)-1-tetrazol-1-ylmethyl-ethyl ester |

US 7,598,279 B2

125 126

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 151 |  | Imidazole-1-carboxylic acid 2-(4-chloro-phenoxy)-1-tetrazol-1-ylmethyl-ethyl ester |
| 152 |  | Carbamic acid 2-(4-chloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester |
| 153 |  | 4-Benzyl-piperidine-1-carboxylic acid 1-phenyl-2-tetrazol-1-yl-ethyl ester |
| 154 |  | 4-Benzyl-piperidine-1-carboxylic acid 1-phenyl-2-tetrazol-2-yl-ethyl ester |
| 155 |  | Carbamic acid 2-(2-chloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester |
| 156 |  | 4-Benzyl-piperidine-1-carboxylic acid 2-(2-chloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester |

US 7,598,279 B2

127                                                                                      128

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 157 |  | Carbamic acid 2-(2-chloro-phenoxy)-1-tetrazol-1-ylmethyl-ethyl ester |
| 158 |  | 4-Benzyl-piperidine-1-carboxylic acid 2-(2-chloro-phenoxy)-1-tetrazol-1-ylmethyl-ethyl ester |
| 159 |  | Carbamic acid 2-tetrazol-2-yl-1,2,3,4-tetrahydro-naphthalen-1-yl ester |
| 160 |  | Carbamic acid 2-tetrazol-1-yl-1,2,3,4-tetrahydro-naphthalen-1-yl ester |
| 161 |  | Carbamic acid 1-(2,4-difluoro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 162 |  | Carbamic acid 1-(2,4-difluoro-phenyl)-2-tetrazol-1-yl-ethyl ester |

US 7,598,279 B2

129                                                                                          130

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 163 | Chiral  | 4-Benzyl-piperidine-1-carboxylic acid (S)-1-(2-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester |
| 164 | Chiral  | 4-Benzyl-piperidine-1-carboxylic acid (R)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 165 |  | Carbamic acid 1-(2,4-dimethyl-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester |
| 166 | Chiral  | 4-Benzyl-piperidine-1-carboxylic acid (S)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 167 |  | [2-(3,4-Dihydroxy-phenyl)-ethyl]-carbamic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |

US 7,598,279 B2

131                                                                132

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 168 |  | [2-(3,4-Dihydroxy-phenyl)-ethyl]-carbamic acid 1-(2-chloro-phenyl)-2-tetrazol-1-yl-ethyl ester |
| 169 |  Chiral | 4-Benzyl-piperidine-1-carboxylic acid (R)-1-(2-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester |
| 170 |  | Carbamic acid 2-(4-chloro-phenoxy)-1-[1,2,3]triazol-2-ylmethyl-ethyl ester |
| 171 |  | Carbamic acid 2-(4-chloro-phenoxy)-1-[1,2,3]triazol-1-ylmethyl-ethyl ester |
| 172 |  | 4-Benzyl-piperidine-1-carboxylic acid 2-(4-chloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester |

US 7,598,279 B2

**133**                                                                                           **134**

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 173 |  | 4-Benzyl-piperidine-1-carboxylic acid 2-(4-chloro-phenoxy)-1-tetrazol-1-ylmethyl-ethyl ester |
| 174 |  | 4-(4-Methoxy-benzyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 175 |  | 4-(3,4-Dichloro-benzyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 176 |  | 4-Pyridin-4-ylmethyl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 177 |  | 4-(4-Fluoro-benzyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |

US 7,598,279 B2

135                                                                 136

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 178 |  | 3-(4-Fluoro-benzyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 179 |  | 4-(4-Chloro-benzyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 180 |  | 3-(4-Chloro-phenyl)-pyrrolidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 181 |  | 3-Phenethyl-pyrrolidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 182 |  | 4-[1,2,3]Triazol-2-ylmethyl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |

US 7,598,279 B2

137                                                          138

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 183 |  | 3-Tetrazol-2-ylmethyl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 184 |  | 3-[1,2,3]Triazol-2-ylmethyl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 185 |  | 4-Benzoyl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 186 |  | 4-(4-Chloro-benzoyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 187 |  | 4-(4-Methoxy-benzoyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |

US 7,598,279 B2

139              140

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 188 |  | 4-[1,2,3]Triazol-1-ylmethyl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 189 |  | 4-Tetrazol-2-ylmethyl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 190 |  | 4-[1,2,3]Triazol-2-yl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 191 |  | 4-(3,4-Dichloro-benzyl)-piperidine-1-carboxylic acid 1-(2,5-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 192 |  | 4-(5-Phenyl-tetrazol-2-yl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |

US 7,598,279 B2

141 142

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 193 |  | 4-[1,2,3]Triazol-1-yl-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 194 |  | 4-(3,4-Dichloro-benzyl)-piperidine-1-carboxylic acid 1-(2,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 195 |  | 4-(3,4-Dichloro-benzyl)-piperidine-1-carboxylic acid 1-(3,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 196 |  | 3-(4-Chloro-benzyl)-pyrrolidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 197 |  | 4-(3,5-Bis-trifluoromethyl-benzyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |

Case 1:24-cv-00716-JLH-CJB Document 1-1 Filed 06/19/24 Page 103 of 131 PageID #: 136

**143**                                                                   **144**

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 198 |  | 3-(5-Methyl-tetrazol-2-ylmethyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 199 |  | 4-(5-Methyl-tetrazol-2-ylmethyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 200 |  | 4-(3,4-Dichloro-benzyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester |
| 201 |  | 4-(3,4-Dichloro-benzyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-1-yl-ethyl ester |
| 202 |  | 3-Phenethyl-pyrrolidine-1-carboxylic acid 1-(2,5-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester |

US 7,598,279 B2

**145**                                                                      **146**

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 203 |  | 3-Phenethyl-pyrrolidine-1-carboxylic acid 1-(2,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 204 |  | 3-Phenethyl-pyrrolidine-1-carboxylic acid 1-(3,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 205 |  | 3-Phenethyl-pyrrolidine-1-carboxylic acid 2-(2-chloro-phenoxy)-1-[1,2,3]triazol-2-ylmethyl-ethyl ester |
| 206 |  | 3-Phenethyl-pyrrolidine-1-carboxylic acid 2-(2,4-dichloro-phenoxy)-1-[1,2,3]triazol-2-ylmethyl-ethyl ester |

US 7,598,279 B2

147 148

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 207 | | 3-Phenethyl-pyrrolidine-1-carboxylic acid 2-(3,4-dichloro-phenoxy)-1-[1,2,3]triazol-2-ylmethyl-ethyl ester |
| 208 | | 3-Phenethyl-pyrrolidine-1-carboxylic acid 2-(2,5-dichloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester |
| 209 | | Carbamic acid 2-(2-chloro-phenoxy)-1-[1,2,3]triazol-2-ylmethyl-ethyl ester |
| 210 | | Carbamic acid 2-(3,4-dichloro-phenoxy)-1-[1,2,3]triazol-2-ylmethyl-ethyl ester |
| 211 | | Carbamic acid 2-(2,4-dichloro-phenoxy)-1-[1,2,3]triazol-2-ylmethyl-ethyl ester |

US 7,598,279 B2

149               150

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 212 |  | Carbamic acid 2-(2,5-dichloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester |
| 213 |  | 4-(4-Fluoro-benzoyl)-piperidine-1-carboxylic acid 1-(3,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 214 |  | 4-(4-Fluoro-benzoyl)-piperidine-1-carboxylic acid 1-(2,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 215 |  | 4-(4-Fluoro-benzoyl)-piperidine-1-carboxylic acid 1-(2,5-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 216 |  | 4-(3,4-Dichloro-benzyl)-piperidine-1-carboxylic acid 2-(2-chloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester |

US 7,598,279 B2

151 152

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 217 |  | 4-(3,4-Dichloro-benzyl)-piperidine-1-carboxylic acid 2-(2,4-dichloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester |
| 218 |  | 4-(3,4-Dichloro-benzyl)-piperidine-1-carboxylic acid 2-(3,4-dichloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester |
| 219 |  | 3-[2-(4-Methoxy-phenyl)-ethyl]-pyrrolidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 220 |  | 4-(3,4-Dichloro-benzyl)-piperidine-1-carboxylic acid 1-phenyl-2-tetrazol-2-yl-ethyl ester |
| 221 |  | Carbamic acid 1-(4-benzyloxy-phenyl)-2-tetrazol-2-yl-ethyl ester |

**153**                                                              **154**

-continued

| # | Structure | IUPAC |
|---|-----------|-------|
| 222 | | Carbamic acid 1-(4-benzyloxy-phenyl)-2-tetrazol-1-yl-ethyl ester |
| 223 | | methyl-carbamic acid -1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 224 | | methyl-carbamic acid (S)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester |
| 225 | | 4-benzyl-piperidine-1-carboxylic acid-1-(2-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester |
| 226 | | 4-benzyl-piperidine-1-carboxylic acid (S)-1-(2-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester |

US 7,598,279 B2

155

156

What is claimed is:

1. An azole compound of the formula:



(IX)

wherein, G is a ring selected from the group consisting of piperonyl, indanyl, naphtyl, phenyl and phenoxy methyl which ring may be substituted with one or more identical or different substituents selected from the group consisting of hydrogen, lower alkyl of 1 to 8 carbon atoms, halogen, alkoxy containing 1 to 8 carbon atoms, thioalkoxy containing 1 to 8 carbon atoms, hydroxy, perfluoroalkyl, phenoxy, phenylalkyloxy of 1 to 8 carbon atoms or phenoxyalkyl of 1 to 8 carbon atoms, wherein the phenyl moiety of phenoxy, phenoxyalkyl and phenylalkyloxy is unsubstituted or substituted with amino, mono- or di-substituted amino with lower alkyl of 1 to 8 carbon atoms, amido, sulfonamido, nitro, carboxyl, or perfluoroalkyl of 1 to 8 carbon atoms;

m is an integer from 0 to 6;

Y is selected from the group consisting of hydrogen, halogen, and lower alkyl of 1 to 8 carbon atoms;

n is an integer from 0 to 6;

A is azole group represented by the following structural formula (X-1) or (X-2):



(X-1)



(X-2)

wherein, $A_1$ is selected from the group consisting of nitrogen atom and CH;

Q is selected from the group consisting of hydrogen, perfluoroalkyl, halogen, amino, mono- or di-substituted alkyl amino with alkyl of 1 to 8 carbon atoms, amido, linear or branched alkyl of 1 to 8 carbon atoms, cycloalkyl of 3 to 8 carbon atoms, arylalkyl, morpholino, piperidino, pyrrolidino, thioalkoxy of 1 to 8 carbon atoms, benzylthio, thienyl, aminoalkyl, hydroxyalkyl, styryl, carboxylic, pyridyl, unsubstituted phenyl and phenyl substituted with one or more identical or different substituents selected from the group consisting of hydrogen, lower alkyl of 1 to 8 carbon atoms, arylalkyl, halogen, alkoxy containing 1 to 8 carbon atoms, phenoxy, amino, mono- or di-substituted amino with alkyl of 1 to 8 carbon atoms, nitro, hydroxy, thioalkoxy, furanyl, sulfonamido, or perfluoroalkyl;

$R_1$ and $R_2$ are independently selected from the group consisting of hydrogen, C(=O)NH$_2$, lower alkyl of 1 to 8 carbon atoms, non-substituted or substituted phenyl, and

non-substituted or substituted phenylalkyl of 1 to 8 carbon atoms, or taken together with attached nitrogen form a imidazole, piperazine or phenyl piperazine ring or cyclic amine ring represented by the following structural formula (XI):



(XI)

wherein, $A_2$ is selected from the group consisting of nitrogen atom and carbon atom;

E and U are independently selected from the group consisting of hydrogen, hydroxy and O-carbamoyl or taken together form oxo;

W is selected from a ring consisting of piperonyl, indanyl, naphtyl, tetrazolyl, triazolyl, pyridyl and phenyl which ring may be substituted with one or more identical or different substituents selected from the group consisting of hydrogen, lower alkyl of 1 to 8 carbon atoms, halogen, alkoxy containing 1 to 8 carbon atoms, thioalkoxy containing 1 to 8 carbon atoms, phenoxy, phenylalkyloxy of 1 to 8 carbon atoms, phenyloxyalkyl of 1 to 8 carbon atoms, where the phenyl moiety of phenoxy, phenylalkyloxy and phenoxyalkyl is unsubstituted or substituted with amino, mono- or di-substituted amino with alkyl of 1 to 8 carbon atoms, amido, sulfonamido, nitro, carboxyl, hydroxy, or perfluoroalkyl of 1 to 8 carbon atoms;

j is an integer from 0 to 4; and

t is an integer from 0 to 4;

or a pharmaceutically acceptable salt thereof.

2. The azole of claim 1, wherein said compound has the formula:



(XVII)

wherein, $X_1$ is selected from the group consisting of lower alkyl of 1 to 8 carbon atoms, halogen, alkoxy containing 1 to 8 carbon atoms, thioalkoxy containing 1 to 8 carbon atoms, hydroxy, phenoxy, phenylalkyloxy of 1 to 8 carbon atoms, phenoxyalkyl of 1 to 8 carbon atoms wherein the phenyl moiety of phenoxy, phenylalkyloxy and phenoxyalkyl is unsubstituted or substituted with amino, mono- or di-substituted amino with lower alkyl of 1 to 8 carbon atoms, amido, sulfonamido, nitro, carboxyl, or perfluoroalkyl of 1 to 8 carbon atoms;

$X_2$ and $X_3$ may be the same with or different from each other and are independently selected from the group consisting of hydrogen, lower alkyl of 1 to 8 carbon atoms, halogen, alkoxy containing 1 to 8 carbon atoms, thioalkoxy containing 1 to 8 carbon atoms, hydroxy, phenoxy, phenylalkyloxy of 1 to 8 carbon atoms, phenoxyalkyl of 1 to 8 carbon atoms wherein the phenyl moiety of phenoxy, phenylalkyloxy and phenoxyalkyl is unsubstituted or substituted with amino, mono- or di-

**157**

substituted amino with lower alkyl of 1 to 8 carbon atoms, amido, sulfonamido, nitro, carboxyl, or perfluoroalkyl of 1 to 8 carbon atoms;

m is an integer from 0 to 6;

Y is selected from the group consisting of hydrogen and lower alkyl of 1 to 8 carbon atoms;

n is an integer from 0 to 6;

A is azole group represented by the following structural formula (X-1) or (X-2):



(X-1)



(X-2)

wherein, $A_1$ is selected from the group consisting of nitrogen atom and CH;

Q is as above; and

$R_1$ and $R_2$ are as above; or

a pharmaceutically acceptable salt thereof.

**3**. The azole of claim **1**, wherein said compound has the formula:



(XVIII)

wherein, $X_4$ and $X_6$ are independently selected from the group consisting of lower alkyl of 1 to 8 carbon atoms, halogen, alkoxy containing 1 to 8 carbon atoms, thioalkoxy containing 1 to 8 carbon atoms, hydroxy, phenoxy, phenylalkyloxy of 1 to 8 carbon atoms, phenoxyalkyl of 1 to 8 carbon atoms wherein the phenyl moiety of phenoxy, phenylalkyloxy and phenoxyalkyl is unsubstituted or substituted with amino, mono- or di-substituted alkyl amino with alkyl of 1 to 8 carbon atoms, amido, sulfonamido, nitro, carboxyl, or perfluoroalkyl of 1 to 8 carbon atoms;

$X_5$ and $X_7$ may the same with or different from each other and are independently selected from the group consisting of hydrogen, lower alkyl of 1 to 8 carbon atoms, halogen, alkoxy containing 1 to 8 carbon atoms, thioalkoxy containing 1 to 8 carbon atoms, hydroxy, phenoxy, phenylalkyloxy of 1 to 8 carbon atoms, phenoxyalkyl of 1 to 8 carbon atoms wherein the phenyl moiety of phenoxy, phenylalkyloxy and phenoxyalkyl is unsubstituted or substituted with amino, mono- or di-substituted alkyl amino with alkyl of 1 to 8 carbon atoms, amido, sulfonamido, nitro, carboxyl, or perfluoroalkyl of 1 to 8 carbon atoms;

m is an integer from 0 to 6;

l is an integer from 1 to 6;

**158**

A is azole group represented by the following structural formula (X-1) or (X-2):



(X-1)



(X-2)

wherein, $A_1$ is selected from the group consisting of nitrogen atom and CH; and

Q, $R_1$ and $R_2$ are as above.

**4**. The azole of claim **1**, wherein said compound has the formula:



(XIX)

wherein, $X_8$ and $X_9$ are independently selected from the group consisting of hydrogen, lower alkyl of 1 to 8 carbon atoms, halogen, alkoxy containing 1 to 8 carbon atoms, thioalkoxy containing 1 to 8 carbon atoms, hydroxy, phenoxy, phenylalkyloxy, phenoxyalkyl wherein the phenyl moiety of phenoxy, phenylalkyloxy and phenoxyalkyl is unsubstituted or substituted with amino, mono- or di-substituted amino with alkyl of 1 to 8 carbon atoms, amido, sulfonamido, nitro, carboxyl, and perfluoroalkyl of 1 to 8 carbon atoms;

m is an integer from 0 to 6;

Y is selected from the group consisting of hydrogen and lower alkyl of 1 to 8 carbon atoms;

n is an integer from 0 to 6; and

A, $R_1$ and $R_2$ are as above.

**5**. The azole of claim **1**, wherein said compound has the formula:



(XX)

wherein, Ph is phenyl, piperonyl, indanyl or naphtyl which maybe substituted with one or more identical or different substituents selected from the group consisting of hydrogen, lower alkyl of 1 to 8 carbon atoms, halogen, alkoxy containing 1 to 8 carbon atoms, phenoxy, phenylalkyloxy of 1 to 8 carbon atoms, phenoxyalkyl of 1 to 8 carbon

**159**

atoms, wherein the phenyl moiety of phenoxy, phenylalkyloxy and phenoxyalkyl is unsubstituted or substituted with amino, mono- or di-substituted amino with alkyl of 1 to 8 carbon atoms, amido, sulfonamido, nitro, carboxyl, hydroxy, or perfluoroalkyl of 1 to 8 carbon atoms;
l is an integer from 1 to 6; and
A, R$_1$ and R$_2$ are as above.

**6**. The azole of claim **1**, wherein said compound has the formula:



(XXI)

wherein, E, U, W, A$_2$, A, G, j and t are as above and
l is an integer from 1 to 4;
or a pharmaceutically acceptable salt thereof.

**7**. The azole of claim **1**, wherein said compound has the formula:



IX-A

wherein Y is as above;
A$_3$, A$_4$ and A$_5$ are independently selected from the group consisting of CH or N, with at least one of A$_3$, A$_4$ and A$_5$ being CH and at least one of the other of A$_3$, A$_4$ and A$_5$ being N;
R$_6$ and R$_7$ being selected from the group consisting of hydrogen, halogen, perfluoroalkyl, alkyl of from 1 to 8 carbon atoms, lower alkoxy, thioalkoxy;
R$_3$ and R$_4$ are alkyl or hydrogen,



or taken together with the attached nitrogen atom forms an imidazole, or phenyl piperazine ring; or
y is an integer of from 0 to 4.

**8**. The azole of claim **7**, wherein one of A$_3$, A$_4$ and A$_5$ is CH and the others are N.

**9**. The azole of claim **8**, wherein R$_6$ and R$_7$ are independently hydrogen, halogen or perfluoroalkyl.

**10**. The azole of claim **9**, wherein said compound is carbamic acid 1-(2-chloro-phenyl)-2tetrazol-2-yl-ethyl ester.

**11**. The azole of claim **10**, wherein said compound is carbamic acid (R)-(+)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester substantially free of its (S)enantiomer and said (R)-enantiomer is present to the extent of at least about 95%.

**12**. The azole of claim **10**, wherein said compound is carbamic acid (S)-(−)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl

**160**

ester substantially; free of its (R)-enantiomer and said (S)-enantiomer is present to the extent of at least about 95%.

**13**. The azole of claim **9**, wherein said compound is methyl-carbamic acid-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

**14**. The azole of claim **13**, wherein said compound is methyl-carbamic acid (R)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester substantially free of its (S)-enantiomer and said (R)-enantiomer is present to the extent of at least about 95%.

**15**. The azole of claim **13**, wherein said compound is methyl-carbamic acid (S)-1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester substantially free of its (R)-enantiomer and said (S)-enantiomer is present to the extent of at least about 95%.

**16**. The azole of claim **9**, wherein said compound is carbamic acid -1-(2,4-dichloro-phenyl)2-tetrazol-2-yl-ethyl ester.

**17**. The azole of claim **16**, wherein said compound is carbamic acid (R)-1-(2,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester substantially free of its (S)-enantiomer and said (R)-enantiomer is present to the extent of at least about 95%.

**18**. The azole of claim **16**, wherein said compound is carbamic acid (S)-1-(2,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester substantially free of its (R)-enantiomer and said (S)-enantiomer is present to the extent of at least about 95%.

**19**. The azole of claim **9**, wherein said compound is carbamic acid 1-(3,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

**20**. The azole of claim **19**, wherein said compound is carbamic acid (R)-1-(3,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester substantially free of its (S)-enantiomer and said (R)-enantiomer is present to the extent of at least about 95%.

**21**. The azole of claim **19**, wherein said compound is carbamic acid (S)-1-(3,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester substantially free of its (R)-enantiomer and said (S)-enantiomer is present to the extent of at least about 95%.

**22**. The azole of claim **9**, wherein said compound is carbamic acid-1-(2,6-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

**23**. The azole of claim **9**, wherein said compound is carbamic acid 1-(3,4-dichloro-phenyl)-2-tetrazol-2-yl-propyl ester.

**24**. The azole of claim **7**, wherein one of A$_3$, A$_4$ and A$_5$ is N and the others are CH.

**25**. The azole of claim **24**, wherein R$_6$ and R$_7$ are independently hydrogen, halogen or perfluoroalkyl.

**26**. The azole of claim **25**, wherein said compound is carbamic acid-1-(2-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester.

**27**. The azole in accordance with claim **26** wherein said compound is Carbamic acid (R)-1-(2-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester substantially free of its (S)-enantiomer and said (R)-enantiomer is present to the extent of at least about 95%.

**28**. The azole in accordance with claim **26** wherein said compound is Carbamic acid (S)-1-(2-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester substantially free of its (R)-enantiomer and said (S)-enantiomer is present to the extent of at least about 95%.

**29**. The azole of claim **25**, wherein said compound is carbamic acid-1-(2,4-dichloro-phenyl)-2-[1,2,3]triazol-1-yl-ethyl ester.

**30**. The azole in accordance with claim **29** wherein said compound is Carbamic acid (R)-1-(2,4-dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester substantially free of its (S)-enantiomer and said (R)-enantiomer is present to the extent of at least about 95%.

**31**. The azole in accordance with claim **29** wherein said compound is Carbamic acid (S)-1-(2,4-dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester substantially free of its (R)-enantiomer and said (S)-enantiomer is present to the extent of at least about 95%.

**32**. The azole of claim **25**, wherein said compound is carbamic acid 1-(3,4-dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester.

**33**. The azole in accordance with claim **32** wherein said compound is Carbamic acid (R)-1-(3,4-dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester substantially free of its (S)-enantiomer and said (R)-enantiomer is present to the extent of at least about 95%.

**34**. The azole in accordance with claim **32** wherein said compound is Carbamic acid (S)-1-(3,4-dichloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester substantially free of its (R)-enantiomer and said (S)-enantiomer is present to the extent of at least about 95%.

**35**. The azole of claim **1** wherein said compound has the formula:



IX-B

wherein Y is as above;

    $A_3$, $A_4$ and $A_5$ are independently selected from the group consisting of CH or N, with at least one of $A_3$, $A_4$ and $A_5$ being CH and at least one of the other of $A_3$, $A_4$ and $A_5$ being N;

    $R_6$ and $R_7$ being selected from the group consisting of hydrogen, halogen, perfluoroalkyl, alkyl of from 1 to 8 carbon atoms, thioalkoxy;

    $R_3$ and $R_4$ are alkyl or hydrogen,



or taken together with the attached nitrogen atom form an imidazole, or phenyl piperazine ring;

    y is an integer of from 0 to 4; and

    p is an integer from 0 to 1.

**36**. The azole of claim **35**, wherein $R_6$ and $R_7$ are independently hydrogen, halogen or perfluoroalkyl.

**37**. The azole of claim **36**, wherein said compound is carbamic acid 2-(3,4-dichloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester.

**38**. The azole of claim **36**, wherein said compound is carbamic acid 2-(2-chloro-phenoxy)-1-tetrazol-2-ylmethyl-ethyl ester.

**39**. The azole of claim **35**, wherein one of $A_3$, $A_4$ and $A_5$ is N and the others are CH.

**40**. The azole of claim **39**, wherein $R_6$ and $R_7$ are independently hydrogen, halogen or perfluoroalkyl.

**41**. The azole of claim **40**, wherein said compound is carbamic acid 2-(2,4-dichloro-phenoxy)-1-[1,2,3]triazol-2-yl-methyl-ethyl ester.

**42**. The azole of claim **1**, wherein said compound is:



IX-C

wherein $R_8$ and $R_9$ taken together with the attached nitrogen atom form a substituent of the formula:



wherein E, U and $A_2$ are as above;

    k and v are an integer from 0 to 1;

    Z is a phenyl, phenoxy, alkyl or phenylalkyloxy substitued where the phenyl moiety of said substitutent is unsubstituted or substituted with from one to three substituents selected from the group consisting of halogen, alkyl, perfluoroalkyl or alkoxy;

    $A_3$, $A_4$ and $A_5$ are independently selected from the group consisting of CH or N, with at least one of $A_3$, $A_4$ and $A_5$ being CH and at least one of the other of $A_3$, $A_4$ and $A_5$ being N;

    Y is a hydrogen, halogen or alkyl;

    y is an integer of from 0 to 1;

    $R_6$ and $R_7$ are selected from the group consisting of hydrogen, halogen, perfluoroalkyl, thioalkoxy, alkoxy and alkyl; or a

pharmaceutically acceptable salt thereof.

**43**. The azole of claim **42**, wherein one of $A_3$, $A_4$ and $A_5$ is CH and the others are N.

**44**. The azole of claim **43**, wherein $R_6$ and $R_7$ are independently hydrogen, halogen or perfluoroalkyl.

**45**. The azole of claim **44**, wherein said compound is 4-(3,4-dichloro-benzyl)-piperidine-1-carboxylic acid 1-(2,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

**46**. The azole of claim **44**, wherein said compound is 4-(3,4-dichloro-benzyl)-piperidine-1-carboxylic acid 1-(3,4-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

**47**. The azole of claim **44**, wherein said compound is 4-(3,5-bis-trifluoromethyl-benzyl)-piperidine-1-carboxylic acid 1-(2-chloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

**48**. The azole of claim **44**, wherein said compound is 3-phenethyl-pyrrolidine-1-carboxylic acid 1-(2,5-dichloro-phenyl)-2-tetrazol-2-yl-ethyl ester.

**49**. The azole of claim **42**, wherein one of $A_3$, $A_4$ and $A_5$ is N and the others are CH.

**50**. The azole of claim **49**, wherein $R_6$ and $R_7$ are independently hydrogen, halogen or perfluoroalkyl.

**51**. The azole of claim **50**, wherein said compound is 4-benzyl-piperidine-1-carboxylic acid-1-(2-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester.

**52**. The azole in accordance with claim **51** wherein said compound is 4-benzyl-piperidine-1-carboxylic acid (R)-1-(2-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester substantially free of its (S)-enantiomer and said (R)-enantiomer is present to the extent of at least about 95%.

163

**53.** The azole in accordance with claim **51** wherein said compound is 4-benzyl- piperidine-1-carboxylic acid (S)-1-(2-chloro-phenyl)-2-[1,2,3]triazol-2-yl-ethyl ester substantially free of its (R)-enantiomer and said (S)-enantiomer is present to the extent of at least about 95%.

**54.** The compound of claim **1** having the formula:

IX-D



wherein $A_1$ is as above; $R_8$ and $R_9$ are hydrogen, halogen, lower alkoxy, lower alkyl, hydroxy, trifluromethyl, amino, mono or dilower alkyl amino, nitro or $R_8$ and $R_9$ when substituted on adjacent carbon atoms and when $R_{10}$ is hydrogen can be taken together to form a cyclolower alkyl, phenyl or heterocyclolower alkyl ring; $R_{10}$ is lower alkoxy, phenoxy, phenylalkoxy, hydrogen, cycloloweralkyl, halogen, hydroxy, lower alkyl, nitro, trifluoromethyl mono or lower dikalkyl amino or amino; $R_{11}$ is hydrogen, lower alkyl, phenyl or phenyl lower alkyl wherein the phenyl group can be unsubstituted or mono or disubstituted with a lower alkyl, hydroxy, lower alkoxy, or halo; $R_{12}$ is hydrogen or lower alkyl or $R_{12}$ taken together with $R_{11}$ and their attached nitrogen atom form a 4 to 6 membered heteroarmatic ring containing at most 3 additional hetero nitrogen atoms; $R_{14}$ is hydrogen, amino carbonyl, or lower alkyl: $R_{13}$ is hydrogen, lower alkyl, amino, mono or dilower alkylamino hetero aromatic, amino carbonyl or phenyl where the phenyl group can be unsubstituted or mono or disubstituted with a lower alkyl, hydroxy, lower alkoxy, or halo; and 0 and p are integers from 0-1.

**55.** The compound of claim **54** wherein p is 0 and o is 1.

**56.** The compound of claim **54** wherein o is 0 and p is 1.

**57.** The compound of claim **1** wherein said compound has the formula:

IX-E



164

wherein



is a 4 to 6 membered a heterocycloalkyl ring containing at most 1 additional hetero nitrogen atom; $A_1$ is as above; $R_8$ and $R_9$ are hydrogen, halogen, lower alkoxy, lower alkyl, hydroxy, trifluromethyl, amino, mono or dilower alkyl amino, nitro or $R_8$ and $R_9$ when substituted on adjacent carbon atoms and when $R_{10}$ is hydrogen can be taken together to form a cyclolower alkyl, phenyl or heterocyclolower alkyl ring; $R_{10}$ is lower alkoxy, phenyoxy, phenylalkoxy, hydrogen, halogen, hydroxy lower alkyl, nitro, trifluoromethyl, mono or lower dikalkyl amino or amino; $R_{14}$ is hydrogen, amino carbonyl, or lower alkyl; $R_{13}$ is hydrogen, lower alkyl, amino, mono or dilower alkylamino hetero aromatic, amino carbonyl or phenyl where the phenyl group can be unsubstituted or mono or disubstituted with a lower alkyl, hydroxy, lower alkoxy, or halo; and 0, z and p are integers from 0-1; $R_{16}$ is phenyl, phenyl carbonyl, a five or six membered hetero aromatic ring containing from 1 to 4 nitro heteroatoms, wherein said phenyl and heteroaromatic rings can be unsubstituted or mono or di-substituted with hydroxy, hydroxy lower alkyl, lower alkoxy, halogen, phenyl or trifluorocarbonyl.

**58.** The compound of claim **57** wherein o is 0 and p equals 1.

**59.** The compound of claim **57** wherein p is 0 and o is 0.

**60.** An azole compound of the formula:

IX-F



wherein $A_1$ is selected from the group consisting of a nitrogen atom and CH; $R_{11}$ is hydrogen, lower alkyl, amino carbonyl, phenyl or phenyl lower alkyl wherein the phenyl group can be unsubstituted or mono or disubstituted with a lower alkyl, hydroxy, lower alkoxy, halo, cyclo lower alkyl; $R_{12}$ is hydrogen or lower alkyl; or $R_{12}$ taken together with $R_{11}$ and their attached nitrogen atom form a 4 to 6 membered heteroarmatic ring containing at most 3 additional hetero nitrogen atoms; $R_{13}$ is hydrogen, amino, mono or dilower lower alkylamino hetero aromatic, amino carbonyl or phenyl where the phenyl group can be unsubstituted or mono or disubstituted with a lower alkyl, hydroxy, lower alkoxy, or halo; and $R'_{15}$ and $R'_{16}$ when taken together with their attached carbon atoms form a cycloalkyl or phenyl ring which can be unsubstituted or substituted with halo, lower alkyl, lower alkoxy, hydroxy, halogen or trifluoromethyl.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE

(12)            CERTIFICATE EXTENDING PATENT TERM
                     UNDER 35 U.S.C. 156

(68)  PATENT NO.              :      7,598,279

(45)  ISSUED                  :      October 6, 2009

(75)  INVENTOR                :      Yong Moon Choi; Choon-Gil Kim; Han-Ju Yi;
                                     Young-Sun Kang; and Hyun-Seok Lee

(73)  PATENT OWNER            :      SK Biopharmaceuticals Co., Ltd.

(95)  PRODUCT                 :      XCOPRI® (cenobamate)


This is to certify that an application under 35 U.S.C. 156 has been filed in the United States
Patent and Trademark Office, requesting extension of the term of U.S. Patent No. 7,598,279
based upon the regulatory review of the product XCOPRI® (cenobamate) by the Food and Drug
Administration. According to United States Patent and Trademark Office records, the original
expiration date of the patent as of the date of issuance of this certificate is October 30, 2027.
Because it appears that the requirements of the law have been met, this certificate extends the
term of the patent for the period of


(94)                                     five years


subject to the payment of maintenance fees as provided by law, with all rights pertaining
thereto as provided by 35 U.S.C. 156.




I have caused the seal of the United States Patent and
Trademark Office to be affixed this 9th day of November 2023.

*Kathi Vidal*

Katherine K. Vidal
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

EXHIBIT C

Case 1:24-cv-00710-JLH-CJB    Document 1-1    Filed 06/19/24    Page 116 of 131 PageID
#: 148



US011654133B2

(12) **United States Patent** (10) Patent No.: **US 11,654,133 B2**
Kamin et al. (45) **Date of Patent:** **May 23, 2023**

(54) **USE OF [(1R)-1-(2-CHLOROPHENYL)-2-(TETRAZOL-2-YL)ETHYL] CARBAMATE IN COMBINATION THERAPY**

(71) Applicant: **SK BIOPHARMACEUTICALS CO., LTD.**, Gyeonggi-do (KR)

(72) Inventors: **Marc Kamin**, South Fair Lawn, NJ (US); **Laurent Vernillet**, South Fair Lawn, NJ (US)

(73) Assignee: **SK BIOPHARMACEUTICALS CO., LTD.**, Gyeonggi-do (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 87 days.

(21) Appl. No.: **17/037,932**

(22) Filed: **Sep. 30, 2020**

(65) **Prior Publication Data**

US 2021/0008033 A1 Jan. 14, 2021

**Related U.S. Application Data**

(63) Continuation of application No. 16/348,630, filed as application No. PCT/KR2019/003294 on Mar. 21, 2019, now abandoned.

(60) Provisional application No. 62/646,043, filed on Mar. 21, 2018.

(51) **Int. Cl.**

| *A61K 31/41* | (2006.01) |
|---|---|
| *A61K 31/55* | (2006.01) |
| *A61P 25/08* | (2006.01) |
| *A61K 31/4166* | (2006.01) |
| *A61K 31/515* | (2006.01) |
| *A61K 31/53* | (2006.01) |

(52) **U.S. Cl.**
CPC .......... *A61K 31/41* (2013.01); *A61K 31/4166* (2013.01); *A61K 31/515* (2013.01); *A61K 31/53* (2013.01); *A61K 31/55* (2013.01); *A61P 25/08* (2018.01)

(58) **Field of Classification Search**
CPC .. A61K 31/41; A61K 31/4166; A61K 31/515; A61K 31/55; A61K 31/53; A61P 25/08
See application file for complete search history.

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

WO WO-2017-075222 A1 5/2017

OTHER PUBLICATIONS

Reynolds, E. H., et al.; "Single Drug or Combination Therapy for Epilepsy?", Drugs, 1981, vol. 21, pp. 374-382.
Zaccara, G., et al.; "Antiepileptic Drugs in Clinical Development: Differentiate or Die?", Current Pharmaceutical Design., 2017, vol. 23, pp. 5593-5605.
Extended European Search Report from corresponding European Patent Application No. 19771303.5, dated Dec. 9, 2021.
International Search Report from corresponding PCT Application No. PCT/KR2019/003294, dated Jul. 3, 2019.

(Continued)

*Primary Examiner* — Shengjun Wang

(74) *Attorney, Agent, or Firm* — Harness, Dickey & Pierce, P.L.C.

(57) **ABSTRACT**

The present disclosure provides combination therapy using [(1R)-1-(2-chlorophenyl)-2-(tetrazol-2-yl)ethyl] carbamate (cenobamate) and one or more antiepileptic drugs for the prevention or treatment of a neurological disorder such as epilepsy.

**14 Claims, 3 Drawing Sheets**



(56)        **References Cited**

OTHER PUBLICATIONS

"[Viva100] SK Biopharm's new antiepileptic drug, 'Cenobamate' is about to be commercialized . . . It aims at 1 trillion won in annual sales, the world's No. 1 'Vimpat'." Bridge Economic (Online newspaper), Dec. 7, 2017, pp. 1-3, Retrieved from <URL: http://www.viva100.com/main/view.php?key=2017120501000165 9>.

Krauss, Gregory et al., "Seizure freedom with YKP3089as adjunctive therapy for refractory partial-onset seizures in double-blind placebo controlled trials (P2.019)." Neurology, 2016, vol. 86, Suppl. 16, Retrieved from <URL: https://n.neurology.org/content/86/16_Supplement/P2.019>.

Zaccara, Gaetano et al., "Interactions between antiepileptic drugs, and between antiepileptic drugs and other drugs." Epileptic Disorders, 2014, vol. 16, No. 4, pp. 409-431.

Vernillet, L. et al., "Drug-drug interactions between Cenobamate and other antiepileptic drugs: Results from phase 1 studies with carbamazepine, phenobarbital, phenytoin, and divalproex sodium." American Society for Clinical Pharmacology & Therapeutics, Abstracts of 2018 Annual Meeting; Mar. 21-24, 2018 (First published: Feb. 7, 2018), Orlando, FL., USA, pp. S5-S97.

Sperling, M. R., et al.; "Safety of Cenobamate (YKP3089) as Adjunctive Treatment for Uncontrolled Partial (Focal) Seizures: Results From a Large, Phase 3, Multicenter, Open-Label Study", Presented at the American Epilepsy Society Annual Meeting, Nov. 30-Dec. 4, 2018, New Orleans, LA, USA, poster.

Kamin, M., et al.; "Time to Onset of Efficacy in Seizure Reduction With Cenobamate (YKP3089) in Patients With Uncontrolled Partial Seizures From Two Randomized Clinical Trials", Presented at the American Epilepsy Society Annual Meeting, Nov. 30-Dec. 4, 2018, New Orleans, LA, USA, poster.

Incecayir, T., et al.; "Bioavailability File: Lamotrigine", FABAD J. Pharm. Sci., 31, pp. 163-179, 2006.

Rojanasthien, N., et al.; "Effect of Doses on the Bioavailability of Phenytoin from a Prompt-Release and an Extended-Release Preparation: Single Dose Study", J Med Assoc Thai 2007; 90 (9): 1883-93.

Vernillet, L., et al.; "Drug-Drug Interactions Between Cenobamate and Other Antiepileptic Drugs: Results From Phase I Studies With Carbamazepine, Phenobarbital, Phenytoin, and Divalproex Sodium", Presented at the Annual Meeting of the American Society for Clinical Pharmacology & Therapeutics (ASCPT 2018), Mar. 21-24, 2018, Orlando, FL., poster.

Golyala et al., "Drug development for refractory epilepsy: The past 25 years and beyond", Seizure, 2017, vol. 44, pp. 147-156.

Office Action (Non-Final) from corresponding U.S. Appl. No. 16/348,630, dated Apr. 1, 2020.

Case 1:24-cv-00718-JLH-CJB    Document 1-1    Filed 06/19/24    Page 118 of 131 PageID #: 151



**FIG. 1**

Case 1:24-cv-00710-JLH-CJB   Document 1-1   Filed 06/19/24   Page 119 of 131 PageID #: 232



**FIG. 2**



FIG. 3

US 11,654,133 B2

**1**

# USE OF [(1R)-1-(2-CHLOROPHENYL)-2-(TETRAZOL-2-YL)ETHYL] CARBAMATE IN COMBINATION THERAPY

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 16/348,630, filed on May 9, 2019, which is a national phase application of PCT Application No. PCT/KR2019/003294, filed on Mar. 21, 2019, which claims the benefit and priority to U.S. Provisional Patent Application No. 62/646,043, filed on Mar. 21, 2018. The entire disclosures of the applications identified in this paragraph are incorporated herein by references.

## FIELD

The present disclosure relates to use of [(1R)-1-(2-chlorophenyl)-2-(tetrazol-2-yl)ethyl] carbamate (cenobamate) of the following Formula 1 in a combination therapy for the prevention or treatment of a neurological disorder such as epilepsy:

[Formula 1]



## BACKGROUND

Epilepsy is a group of neurological disorders characterized by epileptic seizures. The exact mechanism of epilepsy is unknown. Epileptic seizures are the result of excessive and abnormal neuronal activity in the cortex of the brain.

It has been known that large proportions (about 20%-40%) of epilepsy patients continue to experience uncontrolled seizures despite treatment with antiepileptic drugs (AEDs). Treatment regimens for these refractory patients often include 2 to 4 different AEDs of long-term adjunctive therapy and multiple AEDs are highly susceptible to drug interactions. Most AEDs have narrow therapeutic indices and thus modifications in their pharmacokinetics (PK) may result in treatment failure or safety concerns. Determining how AEDs act on disease, their side effects, and elucidating any potential risks to patients is not a simple process.

Cenobamate, a novel compound which has been developed for the treatment of adults with partial onset seizures, is known for having a potentially unique dual mechanism of action.

## DISCLOSURE

### Technical Problem

The present disclosure is intended to assess the effect of cenobamate on the disposition of antiepileptic drugs in patients.

In addition, the present disclosure is intended to assess the effect of each AED on the disposition of cenobamate.

**2**

Furthermore, the present disclosure is intended to evaluate the safety and tolerability of each AED in combination with cenobamate in patients.

Furthermore, the present disclosure is intended to provide a method for treating patients suffering from a neurological disorder such as epilepsy in which side effects at the time of co-administering cenobamate with one or more antiepileptic drugs are alleviated and maximum safety can be obtained by assessing the above items.

### Solution to Problem

The present disclosure provides a method of using cenobamate for treating a patient who is suffering from a neurological disorder such as epilepsy. With the advent of multiple AEDs, examining drug effects in the context of combination AED therapy and determining potential toxicities and dose adjustments is thus critical when developing any new treatment for these patients. In the present disclosure, at the time of co-administering a therapeutically effective amount of cenobamate and one or more antiepileptic drugs, side effects are alleviated and maximum safety can be obtained by adjusting the dose of cenobamate and/or one or more antiepileptic drugs.

In one embodiment of the present disclosure, there is provided a method for treating a patient who is suffering from epilepsy with co-administering a therapeutically effective amount of (i) [(1R)-1-(2-chlorophenyl)-2-(tetrazol-2-yl)ethyl] carbamate (cenobamate) of the following Formula 1 or a pharmaceutically acceptable salt thereof and (ii) one or more antiepileptic drugs, said method comprising: modifying the therapeutically effective amount of the antiepileptic drug to adjust AUC of the antiepileptic drug obtained after the co-administration having at least 5% difference to the level of AUC obtained after the administration of antiepileptic drug to the patient without cenobamate or a pharmaceutically acceptable salt thereof:

[Formula 1]



wherein the therapeutically effective amount of cenobamate or a pharmaceutically acceptable salt thereof is from about 100 mg/day to about 400 mg/day.

In another embodiment of the present disclosure, there is provided a method for treating a patient who is suffering from epilepsy with co-administering a therapeutically effective amount of (i) cenobamate or a pharmaceutically acceptable salt thereof and (ii) phenytoin, said method comprising: increasing the therapeutically effective amount of cenobamate to compensate about 20% to about 40% reduction in AUC of cenobamate obtained after the co-administration to the level of AUC obtained after the administration of cenobamate to the patient without phenytoin.

In still another embodiment of the present disclosure, there is provided a pharmaceutical composition for the prevention or treatment of epilepsy, comprising a therapeutically effective amount of (i) cenobamate or a pharmaceu-

US 11,654,133 B2

3

tically acceptable salt thereof and (ii) one or more antiepileptic drugs, wherein the therapeutically effective amount of the antiepileptic drug is modified to adjust AUC of the antiepileptic drug obtained after the co-administration having at least 5% difference to the level of AUC obtained after the administration of antiepileptic drug to the patient without cenobamate or a pharmaceutically acceptable salt thereof.

In still another embodiment of the present disclosure, there is provided a pharmaceutical composition for the prevention or treatment of epilepsy, comprising a therapeutically effective amount of (i) cenobamate or a pharmaceutically acceptable salt thereof and (ii) phenytoin, wherein the therapeutically effective amount of cenobamate is increased to compensate about 20% to about 40% reduction in AUC of cenobamate obtained after the co-administration to the level of AUC obtained after the administration of cenobamate to the patient without phenytoin.

In still another embodiment of the present disclosure, there is provided use of a pharmaceutical composition comprising a therapeutically effective amount of (i) cenobamate or a pharmaceutically acceptable salt thereof and (ii) one or more antiepileptic drugs in the prevention or treatment of epilepsy, wherein the therapeutically effective amount of the antiepileptic drug is modified to adjust AUC of the antiepileptic drug obtained after the co-administration having at least 5% difference to the level of AUC obtained after the administration of antiepileptic drug to the patient without cenobamate or a pharmaceutically acceptable salt thereof.

In still another embodiment of the present disclosure, there is provided use of a pharmaceutical composition comprising a therapeutically effective amount of (i) cenobamate or a pharmaceutically acceptable salt thereof and (ii) phenytoin in the prevention or treatment of epilepsy, wherein the therapeutically effective amount of cenobamate is increased to compensate about 20% to about 40% reduction in AUC of cenobamate obtained after the co-administration to the level of AUC obtained after the administration of cenobamate to the patient without phenytoin.

Herein, therapeutically effective amount of cenobamate and other antiepileptic drugs is described on the basis of administering an immediate release oral dosage form to an adult, and thus that of cenobamate and antiepileptic drugs may vary in the case of administering other dosage forms such as intravenous injection or extended-release dosage form, or administering to children under the age of 13. The term "immediate" release should mean that the formulation does release the full dose of the active ingredient immediately after oral dosing dependent or independent from the pH value.

As used herein, the term "about" means ±20%, 10% or 5% of the indicated range or value, unless otherwise indicated.

As used herein, the term "epilepsy" refers to a neurological disorder which includes epileptic seizure, focal seizure, generalized seizure, acute symptomatic seizure, idiopathic epilepsy, symptomatic epilepsy and cryptogenic epilepsy. In addition, epilepsy may be partial onset seizure with/without secondary generalization.

As used herein, the term "co-administration" means that cenobamate or a pharmaceutically acceptable salt thereof and one or more antiepileptic drugs may be administered simultaneously, subsequently or separately.

As used herein, the term "therapeutically effective amount" means that amount of cenobamate or a pharmaceutically acceptable salt thereof and one or more antiepileptic drugs that is non-toxic but sufficient to elicits the

4

biological or medicinal response in patients. Therefore, a "therapeutically effective amount" may be dependent in some instances on such biological factors. Further, while the achievement of therapeutic effects may be measured by a physician or other qualified medical personnel using evaluations known in the art, it is recognized that individual variation and response to treatments may make the achievement of therapeutic effects a somewhat subjective decision. The determination of an effective amount is well within the ordinary skill in the art of pharmaceutical sciences and medicine.

As used herein, the term "dose" refers to the measured quantity of cenobamate or a pharmaceutically acceptable salt thereof and one or more antiepileptic drugs that be administered to patients at one time.

As used herein, pharmacokinetic parameters refer to in vivo characteristics of cenobamate or a pharmaceutically acceptable salt thereof and one or more antiepileptic drugs over time. These parameters include plasma concentration (C), as well as $C_{min}$, $C_{avg}$, $C_{max}$ and AUC. The term "AUC" is the area under the curve of a graph of the measured plasma concentration of an active agent vs. time, measured from one time point to another time point. The term "AUC" used herein refers the area under the curve of plasma concentration in each dosing interval at steady state (i.e., from time of initial administration of drug to time t, where t is the length of the dosing interval).

As used herein, the term "optionally" means that the subsequently described event or circumstance may or may not occur, and that the description includes instances where said event or circumstance occurs and instances in which it does not.

One embodiment of the present disclosure is a method for treating a patient who is suffering from epilepsy with co-administering a therapeutically effective amount of (i) cenobamate or a pharmaceutically acceptable salt thereof and (ii) one or more antiepileptic drugs, said method comprising:

modifying the therapeutically effective amount of the antiepileptic drug to adjust AUC of the antiepileptic drug obtained after the co-administration having at least 5% difference to the level of AUC obtained after the administration of antiepileptic drug to the patient without cenobamate or a pharmaceutically acceptable salt thereof,

wherein the therapeutically effective amount of cenobamate or a pharmaceutically acceptable salt thereof is from about 100 mg/day to about 400 mg/day.

In one embodiment, the antiepileptic drug may be selected from the group consisting of carbamazepine, lamotrigine, phenobarbital and phenytoin.

In one embodiment, the therapeutically effective amount of cenobamate may be from about 100 mg/day to about 400 mg/day.

In one embodiment, the therapeutically effective amount of cenobamate may be achieved by the following titration method:

(1) administering cenobamate to the patient about 12.5 mg once daily for about two weeks;

(2) then administering cenobamate to the patient about 25 mg once daily for two weeks;

(3) then administering cenobamate to the patient about 50 mg once daily for about two weeks; and

(4) then increasing the dose in about bi-weekly increments by no more than about 50 mg once daily to a therapeutically effective amount.

5

In one embodiment, the therapeutically effective amount of cenobamate may be achieved by the following titration method:

(1) administering cenobamate to the patient about 50 mg once daily for about two weeks; and

(2) then increasing the dose in about bi-weekly increments by about 50 mg once daily to about 200 mg/day once daily,

wherein cenobamate is administered for about 6 weeks and the therapeutically effective amount of cenobamate is about 200 mg/day.

In one embodiment, the therapeutically effective amount of cenobamate may be achieved by the following titration method:

(1) administering cenobamate to the patient about 50 mg once daily which is increased with 50 mg once daily per week to about 100 mg/day;

(2) optionally increasing the dose in about weekly increments by about 50 mg once daily per week to about 200 mg/day; and

(3) optionally increasing the dose in about weekly increments by about 100 mg/day per week to about 400 mg/day,

wherein cenobamate is administered for about 2 weeks, 4 weeks or 6 weeks depending on therapeutically effective amount of cenobamate which is required and the therapeutically effective amount of cenobamate is about 100 mg/day, about 200 mg/day or about 400 mg/day.

Because the therapeutically effective amount of cenobamate may vary depending on the status of patients, the optional step(s) may be carried out or not.

In one embodiment, the antiepileptic drug may be carbamazepine.

In one embodiment, a therapeutically effective amount of carbamazepine in case of its monotherapy may be from about 800 mg/day to about 1,200 mg/day.

In one embodiment, the therapeutically effective amount of carbamazepine may be increased by about 5 to 40% by weight, 5 to 39% by weight, 5 to 38% by weight, 5 to 37% by weight, 5 to 36% by weight, 5 to 35% by weight, 5 to 34% by weight, 6 to 40% by weight, 6 to 39% by weight, 6 to 38% by weight, 6 to 37% by weight, 6 to 36% by weight, 6 to 35% by weight, 6 to 34% by weight, 7 to 40% by weight, 7 to 39% by weight, 7 to 38% by weight, 7 to 37% by weight, 7 to 36% by weight, 7 to 35% by weight, 7 to 34% by weight, 8 to 40% by weight, 8 to 39% by weight, 8 to 38% by weight, 8 to 37% by weight, 8 to 36% by weight, 8 to 35% by weight, 8 to 34% by weight, 9 to 40% by weight, 9 to 39% by weight, 9 to 38% by weight, 9 to 37% by weight, 9 to 36% by weight, 9 to 35% by weight, 9 to 34% by weight, 10 to 40% by weight, 10 to 39% by weight, 10 to 38% by weight, 10 to 37% by weight, 10 to 36% by weight, 10 to 35% by weight, 10 to 34% by weight, 11 to 40% by weight, 11 to 39% by weight, 11 to 38% by weight, 11 to 37% by weight, 11 to 36% by weight or 11 to 34% by weight, compared to a therapeutically effective amount of the patient in case of its monotherapy.

In one embodiment, the therapeutically effective amount of carbamazepine may be increased to compensate about 5 to 40%, 5 to 39%, 5 to 38%, 5 to 37%, 5 to 36%, 5 to 35%, 5 to 34%, 6 to 40%, 6 to 39%, 6 to 38%, 6 to 37%, 6 to 36%, 6 to 35%, 6 to 34%, 7 to 40%, 7 to 39%, 7 to 38%, 7 to 37%, 7 to 36%, 7 to 35%, 7 to 34%, 8 to 40%, 8 to 39%, 8 to 38%, 8 to 37%, 8 to 36%, 8 to 35%, 8 to 34%, 9 to 40%, 9 to 39%, 9 to 38%, 9 to 37%, 9 to 36%, 9 to 35%, 9 to 34%, 10 to

6

40%, 10 to 39%, 10 to 38%, 10 to 37%, 10 to 36%, 10 to 35%, 10 to 34%, 11 to 40%, 11 to 39%, 11 to 38%, 11 to 37%, 11 to 36%, 11 to 35% or 11 to 34% reduction in AUC of carbamazepine obtained after the co-administration to the level of AUC obtained after the administration of carbamazepine to the patient without cenobamate.

In one embodiment, the antiepileptic drug may be lamotrigine.

In one embodiment, the therapeutically effective amount of lamotrigine may be increased by about 7 to 140% by weight, 7 to 139% by weight, 7 to 138% by weight, 7 to 137% by weight, 7 to 136% by weight, 7 to 135% by weight, 7 to 134% by weight, 7 to 133% by weight, 7 to 132% by weight, 7 to 131% by weight, 7 to 130% by weight, 7 to 129% by weight, 7 to 128% by weight, 7 to 127% by weight, 7 to 126% by weight, 7 to 125% by weight, 7 to 124% by weight, 7 to 123% by weight, 7 to 122% by weight, 7 to 121% by weight, 7 to 120% by weight, 7 to 119% by weight, 7 to 118% by weight, 7 to 117% by weight, 7 to 116% by weight, 7 to 115% by weight, 7 to 114% by weight, 7 to 113% by weight, 7 to 112% by weight, 7 to 111% by weight, 7 to 110% by weight, 7 to 109% by weight, 7 to 108% by weight, 7 to 107% by weight, 7 to 106% by weight, 7 to 105% by weight, 7 to 104% by weight, 7 to 103% by weight, 7 to 102% by weight, 7 to 101% by weight, 7 to 100% by weight, 7 to 99% by weight, 7 to 98% by weight, 7 to 97% by weight, 7 to 96% by weight, 7 to 95% by weight, 7 to 94% by weight, 7 to 93% by weight, 8 to 140% by weight, 8 to 139% by weight, 8 to 138% by weight, 8 to 137% by weight, 8 to 136% by weight, 8 to 135% by weight, 8 to 134% by weight, 8 to 133% by weight, 8 to 132% by weight, 8 to 131% by weight, 8 to 130% by weight, 8 to 129% by weight, 8 to 128% by weight, 8 to 127% by weight, 8 to 126% by weight, 8 to 125% by weight, 8 to 124% by weight, 8 to 123% by weight, 8 to 122% by weight, 8 to 121% by weight, 8 to 120% by weight, 8 to 119% by weight, 8 to 118% by weight, 8 to 117% by weight, 8 to 116% by weight, 8 to 115% by weight, 8 to 114% by weight, 8 to 113% by weight, 8 to 112% by weight, 8 to 111% by weight, 8 to 110% by weight, 8 to 109% by weight, 8 to 108% by weight, 8 to 107% by weight, 8 to 106% by weight, 8 to 105% by weight, 8 to 104% by weight, 8 to 103% by weight, 8 to 102% by weight, 8 to 101% by weight, 8 to 100% by weight, 8 to 99% by weight, 8 to 98% by weight, 8 to 97% by weight, 8 to 96% by weight, 8 to 95% by weight, 8 to 94% by weight, 8 to 93% by weight, 9 to 140% by weight, 9 to 139% by weight, 9 to 138% by weight, 9 to 137% by weight, 9 to 136% by weight, 9 to 135% by weight, 9 to 134% by weight, 9 to 133% by weight, 9 to 132% by weight, 9 to 131% by weight, 9 to 130% by weight, 9 to 129% by weight, 9 to 128% by weight, 9 to 127% by weight, 9 to 126% by weight, 9 to 125% by weight, 9 to 124% by weight, 9 to 123% by weight, 9 to 122% by weight, 9 to 121% by weight, 9 to 120% by weight, 9 to 119% by weight, 9 to 118% by weight, 9 to 117% by weight, 9 to 116% by weight, 9 to 115% by weight, 9 to 114% by weight, 9 to 113% by weight, 9 to 112% by weight, 9 to 111% by weight, 9 to 110% by weight, 9 to 109% by weight, 9 to 108% by weight, 9 to 107% by weight, 9 to 106% by weight, 9 to 105% by weight, 9 to 104% by weight, 9 to 103% by weight, 9 to 102% by weight, 9 to 101% by weight, 9 to 100% by weight, 9 to 99% by weight, 9 to 98% by weight, 9 to 97% by weight, 9 to 96% by weight, 9 to 95% by weight, 9 to 94% by weight, 9 to 93% by weight, 10 to 140% by weight, 10 to 139% by weight, 10 to 138% by weight, 10 to 137% by weight, 10 to 136% by weight, 10 to 135% by weight, 10 to 134% by weight, 10 to 133% by weight, 10 to 132% by weight, 10 to

Case 1:24-cv-00718-JLH-CJB   Document 1-1   Filed 06/19/24   Page 123 of 131 PageID #: 286

131% by weight, 10 to 130% by weight, 10 to 129% by weight, 10 to 128% by weight, 10 to 127% by weight, 10 to 126% by weight, 10 to 125% by weight, 10 to 124% by weight, 10 to 123% by weight, 10 to 122% by weight, 10 to 121% by weight, 10 to 120% by weight, 10 to 119% by weight, 10 to 118% by weight, 10 to 117% by weight, 10 to 116% by weight, 10 to 115% by weight, 10 to 114% by weight, 10 to 113% by weight, 10 to 112% by weight, 10 to 111% by weight, 10 to 110% by weight, 10 to 109% by weight, 10 to 108% by weight, 10 to 107% by weight, 10 to 106% by weight, 10 to 105% by weight, 10 to 104% by weight, 10 to 103% by weight, 10 to 102% by weight, 10 to 101% by weight, 10 to 100% by weight, 10 to 99% by weight, 10 to 98% by weight, 10 to 97% by weight, 10 to 96% by weight, 10 to 95% by weight, 10 to 94% by weight, 10 to 93% by weight, 11 to 140% by weight, 11 to 139% by weight, 11 to 138% by weight, 11 to 137% by weight, 11 to 136% by weight, 11 to 135% by weight, 11 to 134% by weight, 11 to 133% by weight, 11 to 132% by weight, 11 to 131% by weight, 11 to 130% by weight, 11 to 129% by weight, 11 to 128% by weight, 11 to 127% by weight, 11 to 126% by weight, 11 to 125% by weight, 11 to 124% by weight, 11 to 123% by weight, 11 to 122% by weight, 11 to 121% by weight, 11 to 120% by weight, 11 to 119% by weight, 11 to 118% by weight, 11 to 117% by weight, 11 to 116% by weight, 11 to 115% by weight, 11 to 114% by weight, 11 to 113% by weight, 11 to 112% by weight, 11 to 111% by weight, 11 to 110% by weight, 11 to 109% by weight, 11 to 108% by weight, 11 to 107% by weight, 11 to 106% by weight, 11 to 105% by weight, 11 to 104% by weight, 11 to 103% by weight, 11 to 102% by weight, 11 to 101% by weight, 11 to 100% by weight, 11 to 99% by weight, 11 to 98% by weight, 11 to 97% by weight, 11 to 96% by weight, 11 to 95% by weight, 11 to 94% by weight, 11 to 93% by weight, 12 to 140% by weight, 12 to 139% by weight, 12 to 138% by weight, 12 to 137% by weight, 12 to 136% by weight, 12 to 135% by weight, 12 to 134% by weight, 12 to 133% by weight, 12 to 132% by weight, 12 to 131% by weight, 12 to 130% by weight, 12 to 129% by weight, 12 to 128% by weight, 12 to 127% by weight, 12 to 126% by weight, 12 to 125% by weight, 12 to 124% by weight, 12 to 123% by weight, 12 to 122% by weight, 12 to 121% by weight, 12 to 120% by weight, 12 to 119% by weight, 12 to 118% by weight, 12 to 117% by weight, 12 to 116% by weight, 12 to 115% by weight, 12 to 114% by weight, 12 to 113% by weight, 12 to 112% by weight, 12 to 111% by weight, 12 to 110% by weight, 12 to 109% by weight, 12 to 108% by weight, 12 to 107% by weight, 12 to 106% by weight, 12 to 105% by weight, 12 to 104% by weight, 12 to 103% by weight, 12 to 102% by weight, 12 to 101% by weight, 12 to 100% by weight, 12 to 99% by weight, 12 to 98% by weight, 12 to 97% by weight, 12 to 96% by weight, 12 to 95% by weight, 12 to 94% by weight, 12 to 93% by weight, 13 to 140% by weight, 13 to 139% by weight, 13 to 138% by weight, 13 to 137% by weight, 13 to 136% by weight, 13 to 135% by weight, 13 to 134% by weight, 13 to 133% by weight, 13 to 132% by weight, 13 to 131% by weight, 13 to 130% by weight, 13 to 129% by weight, 13 to 128% by weight, 13 to 127% by weight, 13 to 126% by weight, 13 to 125% by weight, 13 to 124% by weight, 13 to 123% by weight, 13 to 122% by weight, 13 to 121% by weight, 13 to 120% by weight, 13 to 119% by weight, 13 to 118% by weight, 13 to 117% by weight, 13 to 116% by weight, 13 to 115% by weight, 13 to 114% by weight, 13 to 113% by weight, 13 to 112% by weight, 13 to 111% by weight, 13 to 110% by weight, 13 to 109% by weight, 13 to 108% by weight, 13 to 107% by weight, 13 to

106% by weight, 13 to 105% by weight, 13 to 104% by weight, 13 to 103% by weight, 13 to 102% by weight, 13 to 101% by weight, 13 to 100% by weight, 13 to 99% by weight, 13 to 98% by weight, 13 to 97% by weight, 13 to 96% by weight, 13 to 95% by weight, 13 to 94% by weight, 13 to 93% by weight, 14 to 140% by weight, 14 to 139% by weight, 14 to 138% by weight, 14 to 137% by weight, 14 to 136% by weight, 14 to 135% by weight, 14 to 134% by weight, 14 to 133% by weight, 14 to 132% by weight, 14 to 131% by weight, 14 to 130% by weight, 14 to 129% by weight, 14 to 128% by weight, 14 to 127% by weight, 14 to 126% by weight, 14 to 125% by weight, 14 to 124% by weight, 14 to 123% by weight, 14 to 122% by weight, 14 to 121% by weight, 14 to 120% by weight, 14 to 119% by weight, 14 to 118% by weight, 14 to 117% by weight, 14 to 116% by weight, 14 to 115% by weight, 14 to 114% by weight, 14 to 113% by weight, 14 to 112% by weight, 14 to 111% by weight, 14 to 110% by weight, 14 to 109% by weight, 14 to 108% by weight, 14 to 107% by weight, 14 to 106% by weight, 14 to 105% by weight, 14 to 104% by weight, 14 to 103% by weight, 14 to 102% by weight, 14 to 101% by weight, 14 to 100% by weight, 14 to 99% by weight, 14 to 98% by weight, 14 to 97% by weight, 14 to 96% by weight, 14 to 95% by weight, 14 to 94% by weight, 14 to 93% by weight, 15 to 140% by weight, 15 to 139% by weight, 15 to 138% by weight, 15 to 137% by weight, 15 to 136% by weight, 15 to 135% by weight, 15 to 134% by weight, 15 to 133% by weight, 15 to 132% by weight, 15 to 131% by weight, 15 to 130% by weight, 15 to 129% by weight, 15 to 128% by weight, 15 to 127% by weight, 15 to 126% by weight, 15 to 125% by weight, 15 to 124% by weight, 15 to 123% by weight, 15 to 122% by weight, 15 to 121% by weight, 15 to 120% by weight, 15 to 119% by weight, 15 to 118% by weight, 15 to 117% by weight, 15 to 116% by weight, 15 to 115% by weight, 15 to 114% by weight, 15 to 113% by weight, 15 to 112% by weight, 15 to 111% by weight, 15 to 110% by weight, 15 to 109% by weight, 15 to 108% by weight, 15 to 107% by weight, 15 to 106% by weight, 15 to 105% by weight, 15 to 104% by weight, 15 to 103% by weight, 15 to 102% by weight, 15 to 101% by weight, 15 to 100% by weight, 15 to 99% by weight, 15 to 98% by weight, 15 to 97% by weight, 15 to 96% by weight, 15 to 95% by weight, 15 to 94% by weight, 15 to 93% by weight, 16 to 140% by weight, 16 to 139% by weight, 16 to 138% by weight, 16 to 137% by weight, 16 to 136% by weight, 16 to 135% by weight, 16 to 134% by weight, 16 to 133% by weight, 16 to 132% by weight, 16 to 131% by weight, 16 to 130% by weight, 16 to 129% by weight, 16 to 128% by weight, 16 to 127% by weight, 16 to 126% by weight, 16 to 125% by weight, 16 to 124% by weight, 16 to 123% by weight, 16 to 122% by weight, 16 to 121% by weight, 16 to 120% by weight, 16 to 119% by weight, 16 to 118% by weight, 16 to 117% by weight, 16 to 116% by weight, 16 to 115% by weight, 16 to 114% by weight, 16 to 113% by weight, 16 to 112% by weight, 16 to 111% by weight, 16 to 110% by weight, 16 to 109% by weight, 16 to 108% by weight, 16 to 107% by weight, 16 to 106% by weight, 16 to 105% by weight, 16 to 104% by weight, 16 to 103% by weight, 16 to 102% by weight, 16 to 101% by weight, 16 to 100% by weight, 16 to 99% by weight, 16 to 98% by weight, 16 to 97% by weight, 16 to 96% by weight, 16 to 95% by weight, 16 to 94% by weight, 16 to 93% by weight, 17 to 140% by weight, 17 to 139% by weight, 17 to 138% by weight, 17 to 137% by weight, 17 to 136% by weight, 17 to 135% by weight, 17 to 134% by weight, 17 to 133% by weight, 17 to 132% by weight, 17 to 131% by weight, 17 to 130% by weight, 17 to 129% by

Case 1:24-cv-00716-JLH-CJB   Document 1-1   Filed 06/18/24   Page 124 of 131 PageID #: 157

weight, 17 to 128% by weight, 17 to 127% by weight, 17 to 126% by weight, 17 to 125% by weight, 17 to 124% by weight, 17 to 123% by weight, 17 to 122% by weight, 17 to 121% by weight, 17 to 120% by weight, 17 to 119% by weight, 17 to 118% by weight, 17 to 117% by weight, 17 to 116% by weight, 17 to 115% by weight, 17 to 114% by weight, 17 to 113% by weight, 17 to 112% by weight, 17 to 111% by weight, 17 to 110% by weight, 17 to 109% by weight, 17 to 108% by weight, 17 to 107% by weight, 17 to 106% by weight, 17 to 105% by weight, 17 to 104% by weight, 17 to 103% by weight, 17 to 102% by weight, 17 to 101% by weight, 17 to 100% by weight, 17 to 99% by weight, 17 to 98% by weight, 17 to 97% by weight, 17 to 96% by weight, 17 to 95% by weight, 17 to 94% by weight, 17 to 939/o by weight, 18 to 140% by weight, 18 to 139% by weight, 18 to 138% by weight, 18 to 137% by weight, 18 to 136% by weight, 18 to 135% by weight, 18 to 134% by weight, 18 to 133% by weight, 18 to 132% by weight, 18 to 131% by weight, 18 to 130% by weight, 18 to 129% by weight, 18 to 128% by weight, 18 to 127% by weight, 18 to 126% by weight, 18 to 125% by weight, 18 to 124% by weight, 18 to 123% by weight, 18 to 122% by weight, 18 to 121% by weight, 18 to 120% by weight, 18 to 119% by weight, 18 to 118% by weight, 18 to 117% by weight, 18 to 116% by weight, 18 to 115% by weight, 18 to 114% by weight, 18 to 113% by weight, 18 to 112% by weight, 18 to 111% by weight, 18 to 110% by weight, 18 to 109% by weight, 18 to 108% by weight, 18 to 107% by weight, 18 to 106% by weight, 18 to 105% by weight, 18 to 104% by weight, 18 to 103% by weight, 18 to 102% by weight, 18 to 101% by weight, 18 to 100% by weight, 18 to 99% by weight, 18 to 98% by weight, 18 to 97% by weight, 18 to 96% by weight, 18 to 95% by weight, 18 to 94% by weight or 18 to 93% by weight, compared to a therapeutically effective amount of the patient in case of its monotherapy.

In one embodiment, the therapeutically effective amount of lamotrigine may be increased to compensate about 10 to 60%, 10 to 59%, 10 to 58%, 10 to 57%, 10 to 56%, 10 to 55%, 10 to 54%, 10 to 53%, 10 to 52%, 11 to 60%, 11 to 59%, 11 to 58%, 11 to 57%, 11 to 56%, 11 to 55%, 11 to 54%, 11 to 53%, 11 to 52%, 12 to 60%, 12 to 59%, 12 to 58%, 12 to 57%, 12 to 56%, 12 to 55%, 12 to 54%, 12 to 53%, 12 to 52%, 13 to 60%, 13 to 59%, 13 to 58%, 13 to 57%, 13 to 56%, 13 to 55%, 13 to 54%, 13 to 53%, 13 to 52%, 14 to 60%, 14 to 59%, 14 to 58%, 14 to 57%, 14 to 56%, 14 to 55%, 14 to 54%, 14 to 53%, 14 to 52%, 15 to 60%, 15 to 59%, 15 to 58%, 15 to 57%, 15 to 56%, 15 to 55%, 15 to 54%, 15 to 53%, 15 to 52%, 16 to 60%, 16 to 59%, 16 to 58%, 16 to 57%, 16 to 56%, 16 to 55%, 16 to 54%, 16 to 53%, 16 to 52%, 17 to 60%, 17 to 59%, 17 to 58%, 17 to 57%, 17 to 56%, 17 to 55%, 17 to 54%, 17 to 53%, 17 to 52%, 18 to 60%, 18 to 59%, 18 to 58%, 18 to 57%, 18 to 56%, 18 to 55%, 18 to 54%, 18 to 53%, 18 to 52%, 19 to 60%, 19 to 59%, 19 to 58%, 19 to 57%, 19 to 56%, 19 to 55%, 19 to 54%, 19 to 53%, 19 to 52%, 20 to 60%, 20 to 59%, 20 to 58%, 20 to 57%, 20 to 56%, 20 to 55%, 20 to 54%, 20 to 53%, 20 to 52%, 21 to 60%, 21 to 59%, 21 to 58%, 21 to 57%, 21 to 56%, 21 to 55%, 21 to 54%, 21 to 53% or 21 to 52% reduction in AUC of lamotrigine obtained after the co-administration to the level of AUC obtained after the administration of lamotrigine to the patient without cenobamate.

To increase the therapeutically effective amount of lamotrigine to the level of AUC obtained after the administration of lamotrigine to the patient without cenobamate as described above, the therapeutic effective amount of lamotrigine needs to be increased as described above. The

correlation between the AUC of lamotrigine and its therapeutically effective amount is referenced in the article [FA-BAD J. Pharm. Sci., 31, 163-179 (2006)] and information can be obtained therefrom about how much the therapeutically effective amount of lamotrigine needs to be increased to achieve the targeting AUC.

In one embodiment, the therapeutically effective amount of lamotrigine in case of its monotherapy may be from about 100 mg/day to about 500 mg/day. In one embodiment, the therapeutically effective amount of lamotrigine may be about 100 mg/day or about 200 mg/day. In one embodiment, in patients in which lamotrigine is administered with the therapeutically effective amount of about 100 mg/day to about 200 mg/day, when co-administered with cenobamate, the therapeutically effective amount of lamotrigine may be increased by from about 7.1 mg/day to about 280.1 mg/day. In one embodiment, in patients in which lamotrigine is administered with the therapeutically effective amount of about 100 mg/day, the therapeutically effective amount of lamotrigine may be increased by from about 7.1 mg/day to about 130.1 mg/day. In one embodiment, in patients in which lamotrigine is administered with the therapeutically effective amount of about 200 mg/day, the therapeutically effective amount of lamotrigine may be increased by from about 19.0 mg/day to about 280.1 mg/day. In one embodiment, in patients in which lamotrigine is administered with the therapeutically effective amount of about 100 mg/day, the therapeutically effective amount of lamotrigine may be increased by from about 18.5 mg/day to about 85.2 mg/day. In one embodiment, in patients in which lamotrigine may be administered with the therapeutically effective amount of about 200 mg/day, the therapeutically effective amount of lamotrigine may be increased by from about 43.5 mg/day to about 185.1 mg/day. In one embodiment, in patients in which lamotrigine is administered with the therapeutically effective amount of about 100 mg/day, when co-administered with cenobamate, the therapeutically effective amount of lamotrigine may be from about 107.1 mg/day to about 230.1 mg/day. In one embodiment, in patients in which lamotrigine is administered with the therapeutically effective amount of about 200 mg/day, when co-administered with cenobamate, the therapeutically effective amount of lamotrigine may be from about 219.0 mg/day to about 480.1 mg/day. In one embodiment, the maximum dose of lamotrigine is about 500 mg/day.

In one embodiment, the antiepileptic drug may be phenobarbital.

In one embodiment, a therapeutically effective amount of phenobarbital in case of its monotherapy may be about from about 60 mg/day to about 180 mg/day.

In one embodiment, the therapeutically effective amount of phenobarbital may be decreased by about 20 to 50% by weight, 20 to 49% by weight, 20 to 48% by weight, 20 to 47% by weight, 20 to 46% by weight, 20 to 45% by weight, 21 to 50% by weight, 21 to 49% by weight, 21 to 48% by weight, 21 to 47% by weight, 21 to 46% by weight, 21 to 45% by weight, 22 to 50% by weight, 22 to 49% by weight, 22 to 48% by weight, 22 to 47% by weight, 22 to 46% by weight, 22 to 45% by weight, 23 to 50% by weight, 23 to 49% by weight, 23 to 48% by weight, 23 to 47% by weight, 23 to 46% by weight, 23 to 45% by weight, 24 to 50% by weight, 24 to 49% by weight, 24 to 48% by weight, 24 to 47% by weight, 24 to 46% by weight, 24 to 45% by weight, 25 to 50% by weight, 25 to 49% by weight, 25 to 48% by weight, 25 to 47% by weight, 25 to 46% by weight or 25 to 45% by weight, compared to a therapeutically effective amount of the patient in case of its monotherapy.

US 11,654,133 B2

11

In one embodiment, the therapeutically effective amount of phenobarbital may be decreased to adjust about 20 to 50%, 20 to 49%, 20 to 48%, 20 to 47%, 20 to 46%, 20 to 45%, 21 to 50%, 21 to 49%, 21 to 48%, 21 to 47%, 21 to 46%, 21 to 45%, 22 to 50%, 22 to 49%, 22 to 48%, 22 to 47%, 22 to 46%, 22 to 45%, 23 to 50%, 23 to 49%, 23 to 48%, 23 to 47%, 23 to 46%, 23 to 45%, 24 to 50%, 24 to 49%, 24 to 48%, 24 to 47%, 24 to 46%, 24 to 45%, 25 to 50%, 25 to 49%, 25 to 48%, 25 to 47%, 25 to 46% or 25 to 45% increase in AUC of phenobarbital obtained after the co-administration to the level of AUC obtained after the administration of phenobarbital to the patient without cenobamate.

In one embodiment, the antiepileptic drug may be phenytoin.

In one embodiment, the therapeutically effective amount of phenytoin may be decreased by about 7 to 55% by weight, 7 to 54% by weight, 7 to 53% by weight, 7 to 52% by weight, 7 to 51% by weight, 7 to 50% by weight, 7 to 49% by weight, 7 to 48% by weight, 7 to 47% by weight, 7 to 46% by weight, 7 to 45% by weight, 7 to 44% by weight, 7 to 43% by weight, 7 to 42% by weight, 7 to 41% by weight, 7 to 40% by weight, 8 to 55% by weight, 8 to 54% by weight, 8 to 53% by weight, 8 to 52% by weight, 8 to 51% by weight, 8 to 50% by weight, 8 to 49% by weight, 8 to 48% by weight, 8 to 47% by weight, 8 to 46% by weight, 8 to 45% by weight, 8 to 44% by weight, 8 to 43% by weight, 8 to 42% by weight, 8 to 41% by weight, 8 to 40% by weight, 9 to 55% by weight, 9 to 54% by weight, 9 to 53% by weight, 9 to 52% by weight, 9 to 51% by weight, 9 to 50% by weight, 9 to 49% by weight, 9 to 48% by weight, 9 to 47% by weight, 9 to 46% by weight, 9 to 45% by weight, 9 to 44% by weight, 9 to 43% by weight, 9 to 42% by weight, 9 to 41% by weight, 9 to 40% by weight, 10 to 55% by weight, 10 to 54% by weight, 10 to 53% by weight, 10 to 52% by weight, 10 to 51% by weight, 10 to 50% by weight, 10 to 49% by weight, 10 to 48% by weight, 10 to 47% by weight, 10 to 46% by weight, 10 to 45% by weight, 10 to 44% by weight, 10 to 43% by weight, 10 to 42% by weight, 10 to 41% by weight or 10 to 40% by weight, compared to a therapeutically effective amount of the patient in case of its monotherapy.

In one embodiment, the therapeutically effective amount of phenytoin may be decreased to adjust about 10 to 100%, 10 to 99%, 10 to 98%, 10 to 97%, 10 to 96%, 10 to 95%, 10 to 94%, 10 to 93%, 10 to 92%, 10 to 91%, 10 to 90%, 10 to 89%, 10 to 88%, 10 to 87%, 10 to 86%, 10 to 85%, 10 to 84%, 10 to 83%, 10 to 82%, 10 to 81%, 10 to 80%, 10 to 79%, 10 to 78%, 10 to 77%, 10 to 76%, 10 to 75%, 10 to 74%, 10 to 73%, 10 to 72%, 10 to 71%, 10 to 70%, 10 to 69%, 10 to 68%, 10 to 67%, 10 to 66%, 10 to 65%, 10 to 64%, 10 to 63%, 10 to 62%, 10 to 61% or 10 to 60% increase in AUC of phenytoin obtained after the co-administration to the level of AUC obtained after the administration of phenytoin to the patient without cenobamate.

To decrease the therapeutically effective amount of phenytoin to have the level of AUC obtained after the administration of phenytoin to the patient without cenobamate as described above, therapeutically effective amount of phenytoin needs to be decreased as described above. The correlation between the AUC of phenytoin and its therapeutically effective amount is referenced in the article [J Med Assoc Thai Vol. 90, No. 9 (2007)] and information can be obtained therefrom about how much the therapeutically effective amount of phenytoin needs to be decreased to achieve the targeting AUC.

12

In one embodiment, the therapeutically effective amount of phenytoin in case of its monotherapy may be from about 300 mg/day to about 600 mg/day. In one embodiment, the therapeutically effective amount of phenytoin may be about 300 mg/day or about 600 mg/day. In one embodiment, in patients in which phenytoin is administered with the therapeutically effective amount of about 300 mg/day to about 600 mg/day, when co-administered with cenobamate, the therapeutically effective amount of phenytoin may be decreased by from about 32 mg/day to about 291.8 mg/day. In one embodiment, in patients in which phenytoin is administered with the therapeutically effective amount of about 300 mg/day, the therapeutically effective amount of phenytoin may be decreased by from about 32 mg/day to about 145.9 mg/day. In one embodiment, in patients in which phenytoin is administered with the therapeutically effective amount of about 300 mg/day, the therapeutically effective amount of phenytoin may be decreased by from about 32 mg/day to about 116.7 mg/day. In one embodiment, in patients in which phenytoin is administered with the therapeutically effective amount of about 600 mg/day, the therapeutically effective amount of phenytoin may be decreased by from about 64 mg/day to about 291.8 mg/day. In one embodiment, in patients in which phenytoin is administered with the therapeutically effective amount of about 600 mg/day, when co-administered with cenobamate, the therapeutically effective amount of phenytoin may be from about 154.1 mg/day to about 268 mg/day. In one embodiment, in patients in which phenytoin is administered with the therapeutically effective amount of about 600 mg/day, when co-administered with cenobamate, the therapeutically effective amount of phenytoin may be from about 308.2 mg/day to about 536 mg/day.

Another embodiment of the present disclosure is a method for treating a patient who is suffering from epilepsy with co-administering a therapeutically effective amount of (i) cenobamate or a pharmaceutically acceptable salt thereof and (ii) phenytoin, said method comprising:

increasing the therapeutically effective amount of cenobamate to compensate about 20% to about 40% reduction in AUC of cenobamate obtained after the co-administration to the level of AUC obtained after the administration of cenobamate to the patient without phenytoin.

In one embodiment, cenobamate or a pharmaceutically acceptable salt thereof may be administered to the patient with the following titration method:

(1) administering cenobamate to the patient about 12.5 mg once daily for about two weeks;

(2) then administering cenobamate to the patient about 25 mg once daily for two weeks;

(3) then administering cenobamate to the patient about 50 mg once daily for about two weeks; and

(4) then increasing the dose in about bi-weekly increments by no more than about 50 mg once daily to a therapeutically effective amount.

In one embodiment, the therapeutically effective amount of cenobamate may be achieved by the following titration method:

(1) administering cenobamate to the patient about 50 mg once daily for about two weeks; and

(2) then increasing the dose in about bi-weekly increments by about 50 mg once daily to about 200 mg/day once daily,

wherein cenobamate is administered for about 6 weeks and the therapeutically effective amount of cenobamate is about 200 mg/day.

US 11,654,133 B2

13

In one embodiment, the therapeutically effective amount of cenobamate may be achieved by the following titration method:

(1) administering cenobamate to the patient about 50 mg once daily which is increased with 50 mg once daily per week to about 100 mg/day;

(2) optionally increasing the dose in about weekly increments by about 50 mg once daily per week to about 200 mg/day; and

(3) optionally increasing the dose in about weekly increments by about 100 mg/day per week to about 400 mg/day,

wherein cenobamate is administered for about 2 weeks, 4 weeks, or 6 weeks depending on therapeutically effective amount of cenobamate which is required and the therapeutically effective amount of cenobamate is about 100 mg/day, about 200 mg/day or about 400 mg/day.

In one embodiment, the therapeutically effective amount of cenobamate or a pharmaceutically acceptable salt thereof in case of its monotherapy may be ranging from about 100 mg/day to about 400 mg/day.

In one embodiment, the therapeutically effective amount of cenobamate may be increased by about 50% by weight, compared to its therapeutically effective amount of the patient in case of its monotherapy.

In one embodiment, the therapeutically effective amount of cenobamate is increased to compensate about 20 to 40%, 20 to 39%, 20 to 38%, 20 to 37%, 20 to 36%, 20 to 35%, 21 to 40%, 21 to 39%, 21 to 38%, 21 to 37%, 21 to 36%, 21 to 35%, 22 to 40%, 22 to 39%, 22 to 38%, 22 to 37%, 22 to 36%, 22 to 35%, 23 to 40%, 23 to 39%, 23 to 38%, 23 to 37%, 23 to 36%, 23 to 35%, 24 to 40%, 24 to 39%, 24 to 38%, 24 to 37%, 24 to 36%, 24 to 35%, 25 to 40%, 25 to 39%, 25 to 38%, 25 to 37%, 25 to 36% or 25 to 35% reduction in AUC of cenobamate obtained after the co-administration to the level of AUC obtained after the administration of cenobamate to the patient without phenytoin.

Still another embodiment of the present disclosure is a pharmaceutical composition for the prevention or treatment of epilepsy, comprising a therapeutically effective amount of (i) cenobamate or a pharmaceutically acceptable salt thereof and (ii) one or more antiepileptic drugs, wherein the therapeutically effective amount of the antiepileptic drug is modified to adjust AUC of the antiepileptic drug obtained after the co-administration having at least 5% difference to the level of AUC obtained after the administration of antiepileptic drug to the patient without cenobamate or a pharmaceutically acceptable salt thereof.

Still another embodiment of the present disclosure is a pharmaceutical composition for the prevention or treatment of epilepsy, comprising a therapeutically effective amount of (i) cenobamate or a pharmaceutically acceptable salt thereof and (ii) phenytoin, wherein the therapeutically effective amount of cenobamate is increased to compensate about 20% to about 40% reduction in AUC of cenobamate obtained after the co-administration to the level of AUC obtained after the administration of cenobamate to the patient without phenytoin.

Still another embodiment of the present disclosure is use of a pharmaceutical composition comprising a therapeutically effective amount of (i) cenobamate or a pharmaceutically acceptable salt thereof and (ii) one or more antiepileptic drugs in the prevention or treatment of epilepsy, wherein the therapeutically effective amount of the antiepileptic drug is modified to adjust AUC of the antiepileptic drug obtained after the co-administration having at least 5%

14

difference to the level of AUC obtained after the administration of antiepileptic drug to the patient without cenobamate or a pharmaceutically acceptable salt thereof.

Still another embodiment of the present disclosure is use of a pharmaceutical composition comprising a therapeutically effective amount of (i) cenobamate or a pharmaceutically acceptable salt thereof and (ii) phenytoin in the prevention or treatment of epilepsy, wherein the therapeutically effective amount of cenobamate is increased to compensate about 20% to about 40% reduction in AUC of cenobamate obtained after the co-administration to the level of AUC obtained after the administration of cenobamate to the patient without phenytoin.

In one embodiment, the pharmaceutical composition may be administered by a conventional method used for administration of a therapeutic agent, such as oral administration.

In one embodiment, examples of the pharmaceutically acceptable salts of cenobamate include, but are not limited to, acetate, benzenesulfonate, benzoate, bitartrate, calcium acetate, camsylate, carbonate, citrate, edetate, edisylate, estolate, esylate, fumarate, gluceptate, gluconate, glutamate, glycolyl arsanilate, hexylresorcinate hydrabamine, hydrobromide, hydrochloride, hydrogencarbonate, hydroxynaphtoate, iodide, isethionate, lactate, lactobionate, malate, maleate, mandelate, mesylate, methylnitrate, methylsulfate, mucate, napsylate, nitrate, pamoate (embonate), pantothenate, phosphate/diphosphate, polygalacturonate, salicylate, stearate, subacetate, succinate or hemi-succinate, sulfate or hemi-sulfate, tannate, tartrate, oxalate or hemi-tartrate, teoclate, triethiodide, benzathine, chloroprocaine, choline, diethanolamine, diethyleneamine, meglumine, procaine, aluminum, ammonium, tetramethylammonium, calcium, lithium, magnesium, potassium, sodium and zinc.

In one embodiment, the pharmaceutical composition may be administered orally. The composition can be administered by any device capable of transferring the active substance to a target cell.

In one embodiment, the pharmaceutical composition may be formulated using a pharmaceutically acceptable carrier and/or excipient according to a method that a person having ordinary skill in the art could easily carry out, thereby to be prepared in a unit dose form or to be contained in a multi-dose container. The above formulation may be a solution in oil or an aqueous medium, a suspension or an emulsion (emulsified solution), an extract, a powder, granules, a tablet, or a capsule, and may further include a dispersing or stabilizing agent. The pharmaceutical composition may also be prepared for mammalian administration, more preferably for human administration.

Pharmaceutically acceptable carriers may be solid or liquid, and may be one or more selected from fillers, antioxidants, buffers, bacteriostats, dispersants, adsorbents, surfactants, binders, preservatives, disintegrants, sweeteners, flavors, glidants, release-controlling agents, wetting agents, stabilizers, suspending agents, and lubricants. In addition, the pharmaceutically acceptable carriers may be selected from saline, sterile water, Ringer's solution, buffered saline, dextrose solution, maltodextrin solution, glycerol, ethanol and mixtures thereof.

In one embodiment, suitable fillers include, but are not limited to, sugar (e.g., dextrose, sucrose, maltose and lactose), starch (e.g., corn starch), sugar alcohol (e.g., mannitol, sorbitol, maltitol, erythritol and xylitol), starch hydrolysate (e.g., dextrin and maltodextrin), cellulose or cellulose derivative (e.g., microcrystalline cellulose) or mixtures thereof.

US 11,654,133 B2

15

In one embodiment, suitable binders include, but are not limited to, povidone, copovidone, methylcellulose, hydroxy-propylmethylcellulose, hydroxypropyl cellulose, hydroxy-ethylcellulose, gelatin, gum, sucrose, starch or mixtures thereof.

In one embodiment, suitable preservatives include, but are not limited to, benzoic acid, sodium benzoate, benzyl alco-hol, butylated hydroxyanisole, butylated hydroxytoluene, chlorbutol, gallate, hydroxybenzoate, EDTA or mixtures thereof.

In one embodiment, suitable disintegrants include, but are not limited to, sodium starch glycolate, cross-linked poly-vinylpyrrolidone, cross-linked carboxymethylcellulose, starch, microcrystalline cellulose or mixtures thereof.

In one embodiment, suitable sweeteners include, but are not limited to, sucralose, saccharin, sodium saccharin, potas-sium saccharin, calcium saccharin, acesulfame potassium or sodium cyclamate, mannitol, fructose, sucrose, maltose or mixtures thereof.

In one embodiment, suitable glidants include, but are not limited to, silica, colloidal silicon dioxide, talc and the like.

In one embodiment, suitable lubricants include, but are not limited to, long chain fatty acids and salts thereof, such as magnesium stearate and stearic acid, talc, glyceride wax or mixtures thereof.

### Effect of the Invention

The present disclosure provides an effective combination therapy of cenobamate and other antiepileptic drugs.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** shows study designs for pharmacokinetic drug interaction study (CBM1: carbamazepine (Tegretol), CBM2: carbamazepine (Carbatrol), CNB: cenobamate, D: day, P: period, PHB: phenobarbital).

FIG. **2** is a graph showing the effect of cenobamate on the systemic exposure (AUC) of each antiepileptic drug.

FIG. **3** is a graph showing the effect of each antiepileptic drug on the systemic exposure (AUC) of cenobamate.

### DETAILED DESCRIPTION

Hereinafter, the present disclosure will be explained in more detail with examples.

### Example 1

This study was carried out to assess the effect of ceno-bamate on the disposition of four AEDs (divalproex sodium, phenobarbital, phenytoin and carbamazepine) and the effect of four AEDs on the disposition of cenobamate. The details are described below.

Study Designs

Five open-label, multiple dose, multiple period, 1 sequence, PK drug-interaction studies were conducted examining co-administration of cenobamate and each of the above-mentioned AEDs. Specifically, five studies were con-ducted, as follows:

Study 1—Divalproex Sodium

This is an open-label, multiple-dose, 1 sequence, 3 period pharmacokinetic drug interaction study between cenobam-ate and divalproex in normal volunteer studies. Sixteen subjects were enrolled. All subjects were scheduled to undergo 3 treatment periods as a 1 sequence design:

16

Period 1 (Days 1 to 5): Single oral daily administration of 1000 mg divalproex (Treatment A).

Period 2 (Days 6 to 19): Co-administration of single oral daily administration of 1000 mg divalproex and 150 mg cenobamate (Treatments A and B).

Period 3 (Days 20 to 25): Single oral daily administration of 150 mg cenobamate (Treatment B). (Number of Subjects Planned: 16 Enrolled: 16 Analyzed: 16)

Study 2—Phenobarbital

This is an open-label, 1-arm, 2-treatment study. Sixteen (16) healthy, adult, non-tobacco using, male and female subjects were enrolled. Screening of subjects occurred within 28 days prior to the first dose. A total of 16 subjects were enrolled in the study, and 14 subjects completed the study. The PK dataset therefore included 16 subjects for phenobarbital alone and 14 subjects for the combination treatment. There were 16 subjects included in the safety analyses.

Treatment A subjects received 30 mg phenobarbital TID on Days 1 to 7, followed by 90 mg phenobarbital QD in the morning on Days 8 to 21. All study drugs were administered orally with approximately 240 mL of water.

Treatment B subjects received 90 mg phenobarbital QD in the morning from Days 22 to 56 co-administered with 50 mg cenobamate QD on Days 22 to 28, 100 mg cenobamate QD on Days 29 to 35, 150 mg cenobamate QD on Days 36 to 42, and 200 mg cenobamate QD on Days 43 to 56. All study drugs were administered orally with approximately 240 mL of water. The study duration was approximately 13 weeks from screening to end-of-study procedures. There was approximately 17 weeks from screening to attempted fol-low-up phone call. There was no washout.

Study 3—Phenytoin

This is an open-label, multiple-dose, 1-sequence, 4-period pharmacokinetic (PK) drug interaction study between ceno-bamate and phenytoin in healthy volunteer subjects. Sixteen (16) subjects were enrolled. They were to be confined to the testing facility for the duration of Periods 1, 2, and 4 of the study. Subjects were screened from Days−21 to −2. Subse-quently, all subjects were to undergo the following 4 treat-ment periods as a 1 sequence design:

Period 1 (Days 1 to 14): Phenytoin alone (Treatment A). Dosing schedule: Days 1-7: 100 mg 3 times daily (TID); Days 8-14: 300 mg once daily (QD) at 8 pm.

Period 2 (Days 15 to 28): Phenytoin and cenobamate (Treatment B). Phenytoin 300 mg QD at 8 pm and cenobamate 200 mg QD at 8 pm.

Period 3 (Days 29 to 56): Washout.

Period 4 (Days 57 to 70): cenobamate alone (Treatment C). 200 mg QD at 8 pm.

Blood samples were obtained prior to and following dosing at selected times through 24 hours postdose on selected days (Days 14, 28, and 70). Plasma samples were analyzed for phenytoin and cenobamate concentrations using validated analytical methods. Appropriate PK param-eters were calculated for each treatment using non-compart-mental methods. A total of 16 subjects entered the study and received study treatment. Nine (9) subjects completed 4 periods of the study. Seven (7) subjects discontinued early. All 16 subjects were included in the PK analyses for Period 1 (Treatment A), while 10 subjects were included for Period 2 (Treatment B) and 9 subjects were included for Period 3 (Treatment C). All 16 subjects were included in the safety analyses.

Study 4—Carbamazepine 1

This is an open-label, multiple-dose, 1-sequence, 3-period pharmacokinetic drug interaction study between cenobam-

US 11,654,133 B2

17

ate and carbamazepine in normal volunteer subjects. Sixteen subjects were enrolled. All subjects were scheduled to undergo 3 treatment periods as a 1-sequence design:

Period 1 (Days 1 to 14): Once daily (Days 1-3) followed by twice daily (Days 4-14) oral administration of increasing doses of carbamazepine (carbamazepine 100 mg/day to 400 mg/day) (Treatment A).

Period 2 (Days 15 to 28): Twice daily oral administration of carbamazepine 200 mg and once daily oral administration of cenobamate 200 mg (Treatments A and B).

Period 3 (Days 29 to 39): Single daily oral administration of cenobamate 200 mg (Treatment B).

Number of Subjects Planned: 16 Enrolled: 16 Analyzed: 15

Study 5—Carbamazepine 2

This is an open-label, multiple-dose, one-sequence, two-period pharmacokinetic drug interaction study between cenobamate and carbamazepine in normal volunteer subjects. Sixteen subjects were enrolled. All subjects were scheduled to undergo two treatment periods as a one-sequence design:

Period 1 (Days 1 to 28): Once daily (Days 1-3) followed by twice daily (Days 4-28) oral administration of increasing doses of carbamazepine (carbamazepine 100 mg/day to 400 mg/day) (Treatment A). The subjects were not confined to the clinic during this period except for the first two days and around Days 14 and 28, when pharmacokinetic blood samples were drawn.

Period 2 (Days 29 to 42): Twice daily oral administration of carbamazepine 200 mg and once daily oral administration of cenobamate 200 mg (Treatments A and B). The subjects were confined during this period.

Number of Subjects Planned: 16 Enrolled: 16 Analyzed: 15

The study designs of 5 (five) studies above are summarized in FIG. 1.

After collecting data from those studies, they are analyzed, as follows.

Endpoints and Measures

Primary and secondary endpoints

PK parameters: AUC and Cmax for cenobamate and each AED

Safety and tolerability assessed through adverse events (AEs) by system organ class (SOC) and laboratory evaluations

Methods

Cenobamate and AED plasma concentrations were measured using validated bioanalytical methods

PK parameters were calculated using Phoenix WinNonlin v5.2 or v6.3 and SAS v9.1 or v9.3

Statistical analyses were performed using SAS v9.1 or v9.1.3 to estimate the differences between treatments on transformed values for Cmax and AUC

Ratios of the geometric means (based on LS means) of Cmax and AUC were calculated and expressed as a percentage relative to the reference treatment (either the add-on AED alone or cenobamate alone)—The 90% CIs about the ratios of the geometric means were determined and the following comparisons were performed:

[A+B] vs A alone for add-on AED

[A+B] vs B alone for cenobamate

A lack of significant differences in PK exposure parameters across treatment periods (no significant drug interaction) was determined if the 90% confidence intervals were within the accepted limits of 80% and 125%.

18

Combination therapy with cenobamate resulted in increased plasma Cmax and AUC of phenobarbital and phenytoin and decreased exposure for carbamazepine (FIG. 2), and thus, dose adjustment of phenobarbital, phenytoin and carbamazepine is necessary when these drugs are used in combination with cenobamate. Further, combination therapy with phenytoin and cenobamate resulted in decreased plasma Cmax and AUC for cenobamate (FIG. 3), and thus, dose adjustment of cenobamate is necessary when cenobamate is used in combination with phenytoin.

Example 2

This study was carried out to make an assessment of the extent to which the adjunctive treatment with cenobamate may affect the recommended dosing of other AEDs. Population pharmacokinetics (PopPK) models describing how cenobamate exposure affects that of other commonly used AEDs (i.e., carbamazepine, lamotrigine, levetiracetam, oxcarbazepine, phenytoin and valproic acid) when given as adjunct therapy.

Therapeutically effective amount for AEDs are different depending on the condition of subjects participated in the study. For carbamazepine, therapeutically effective amount was about 800 mg/day to about 1,200 mg/day for adults and children over 12 years of age. For lamotrigine, therapeutically effective amount was about 100 mg/day to about 500 mg/day, preferably about 100 mg/day to 200 mg/day, for adults and children over 12 years of age. For levetiracetam, therapeutically effective amount was about 3,000 mg/day for adults and children over 12 years of age. For phenytoin, therapeutically effective amount was about 300 mg/day to about 600 mg/day for adults. For valproic acid, therapeutically effective amount was about 60 mg/kg/day for adults.

1. General Data Assembly Process

PopPk datasets were constructed from clinical databases for Cenobamate Study 1, Cenobamate Study 2 and Cenobamate Study 3. The dosing, exposure, covariate and AED concentration data were merged by subject, date, and time; formatted for PopPK analysis and saved in ASCII format using R software (Version 3.2.2, Comprehensive R Network, cran.r-project.org). All data programs were documented and archived in a locked on-line repository in order to maintain an audit trail. A quality control (QC) check of the data management procedure was conducted according to qPharmetra standard operating procedures (SOPs).

2. Analysis Data

Results from Cenobamate Study 1, Cenobamate Study 2 and Cenobamate Study 3 were included in the analyses. Each study is described in more detail in the subsequent sections.

(1) Efficacy and Safety Study—Cenobamate Study 1

This is a multicenter, double-blind, randomized, adjunctive placebo-controlled trial with an open-label extension phase to evaluate the efficacy and safety of cenobamate in subjects with treatment resistant partial onset seizures. Subjects with partial onset seizures not fully controlled despite their treatment with 1 to 3 concomitant AEDs were included in this study. The study included an 8 week baseline period to assess seizure frequency. Only subjects who experienced at least 3 seizures/month during the baseline period with no 21-day seizure-free period were randomized in a 1:1 ratio to add-on placebo or cenobamate administered in an oral formulation once daily in the morning. Subjects then entered a 12-week double-blind treatment period, consisting of a 6-week titration phase followed by a 6-week maintenance phase. In maintenance phase, the dose was 200 mg/day.

US 11,654,133 B2

19

20

Blood samples were drawn at the baseline, predose at the start of the titration phase, and on days 15, 29, 43, 57 and 85 after the first dose during the double-blinded treatment period. These samples were analyzed for lamotrigine, levetiracetam, oxcarbazepine, carbamazepine, and valproic acid.

(2) Efficacy and Safety Study—Cenobamate Study 2

This is a multicenter, double-blind, randomized, placebo-controlled dose-response study, with an 8-week prospective baseline and an 18-week double-blind treatment period. Subjects must have had least 8 partial seizures including only simple partial seizures with motor component, complex partial seizures, or secondarily generalized seizures without a seizure-free interval of greater than 25 days any time during the 8-week baseline despite their treatment with 1 to 3 AEDs Subjects must have had at least 3 of these partial seizures during each of the two consecutive 4-week periods in the baseline period to be randomized to 100, 200 or 400 mg/day cenobamate or placebo (1:1:1:1 ratio) administered as a tablet formulation once daily in the morning. Subjects first entered a 6-week titration followed by a 12-week maintenance phase. Blood samples were drawn at the start of the titration phase, and on day 71 and 99 during the maintenance phase. Samples were analyzed for lamotrigine, lacosamide, levetiracetam, oxcarbazepine, carbamazepine, valproic acid and topiramate.

(3) Safety and PK Study—Cenobamate Study 3

This is an open label multicenter safety and PK study, with a 12-week titration phase followed by an open label maintenance phase (Cenobamate Study 3 was a long-term open label safety and PK study in subjects with POS who received doses up to 400 mg/day.). Subjects must have had uncontrolled partial seizures and require additional therapy despite their treatment with at least one AED within the last 2 years. Subsequently, the dose of cenobamate was increased to a maximum dose of 400 mg/day. Blood samples were drawn on day 1, day 29, day 43, day 57, day 71, day 85, and day 99. Samples were analyzed for lamotrigine, levetiracetam, oxcarbazepine, and phenytoin.

3. Data Handling

The information on AED dosing was self-reported, and as a result of that procedure, this information was not consistent between subjects. The data were reviewed, and subjects with missing or incomplete information were not included in these analyses. Records with missing AED concentration or lacking the time of last AED dose were discarded. It would be reasonable to expect a considerable degree of interaction between the individual AEDs; therefore, all data where a subject had been receiving more than one AED in addition to cenobamate in the last 14 days preceding the PK sample were excluded.

4. Software

PopPK analyses were carried out using NONMEM (Version 7.3, ICON Development Solutions, Ellicott City, Md., USA) on workstations with Intel® Core. i7 processors, Windows 7 Professional and the GNU gfortran compiler (Version 4.5.0). The NONMEM installation was validated according to a qPharmetra SOP. Post-processing of NON-MEM analysis results was carried out in R version 3.2.2.

5. Model Building

The levels of the respective AEDs over time were described using a turnover model with the cenobamate effect included on either the production or the elimination of the observed AED.

6. Simulations

Using the variance-covariance matrix reported by NON-MEM to obtain (quasi-)posterior parameter estimate distributions, individual model-based AED concentration-time profiles were obtained.

The results from a population pharmacokinetic modeling analysis are described in Table 1.

TABLE 1

| Simulated Percent Change from Baseline AED Concentration (95% CI) | | | |
|---|---|---|---|
| | 100 mg/day | 200 mg/day | 400 mg/day |
| Carbamazepine | −11 (−16−7.9) | −21 (−27−15) | −34 (−43−25) |
| Lamotrigine | −21 (−28−16) | −35 (−43−27) | −52 (−60−43) |
| Levetiracetam | −3.6 (−13−1.0) | −7.1 (−24−2.1) | −13 (−39−4.1) |
| Oxcarbazepine | 9.5 (−0.5-20) | 9.5 (−0.5-20) | 9.5 (−0.5-20) |
| Phenytoin | 10 (7.1-14) | 23 (15-33) | 60 (36-99) |
| Valproic acid | −5.2 (−9.2−1.8) | −10 (−17−3.6) | −19 (−31−7.0) |

The results from the simulations for the AEDs where significant effects of cenobamate exposure were found are presented. The obtained results are summarized in Table 2.

TABLE 2

| Effect of cenobamate on AED concentrations (AUC) over the 100 to 400 mg/day dose range | | |
|---|---|---|
| Drug | Effect on AED Concentration | Cenobamate Dose |
| Carbamazepine | Reduction by 11-34% | 100-400 mg/day |
| Lamotrigine | Reduction by 21-52% | 100-400 mg/day |
| Levetiracetam | Reduction by 4-13% | 100-400 mg/day |
| Oxcarbazepine | Increased by 10% | 100-400 mg/day |
| Phenytoin | Increase by 10-60% | 100-400 mg/day |
| Valproic acid | Reduction by 5-19% | 100-400 mg/day |

PK parameters (Cmin (ng/mL), Cavg (ng/mL), Cmax (ng/mL) and AUC (ng·h/mL)) were calculated using the Bayesian post-hoc model parameters from the final model.

(1) Carbamazepine

The mean reduction of carbamazepine concentrations at the suggested therapeutic cenobamate dose of 100-400 mg/day ranges between 11% and 34%.

(2) Lamotrigine

The mean reduction of lamotrigine concentrations at the suggested therapeutic cenobamate dose of 100-400 mg/day ranges between 21% and 52%.

(3) Levetiracetam

The mean reduction of levetiracetam concentrations at the suggested therapeutic cenobamate dose of 100-400 mg/day ranges between 3.6% and 13%.

(4) Oxcarbazepine

The mean increase in oxcarbazepine concentrations at the suggested therapeutic cenobamate dose of 100-400 mg/day is constant at 9.5%.

(5) Phenytoin

The mean simulated increase of phenytoin concentrations at the suggested therapeutic cenobamate dose of 100-400 mg/day ranges between 10% and 60%.

(6) Valproic Acid

The mean reduction of valproic acid concentrations at the suggested therapeutic cenobamate dose of 100-400 mg/day ranges between 5.2% and 19%.

As a result, combination therapy with cenobamate, and carbamazepine, lamotrigine, levetiracetam, oxcarbazepine, phenytoin or valproic acid resulted in increase or reduction in AED concentration and thus, dose adjustment of those AEDs is necessary when they are used in combination with cenobamate.

US 11,654,133 B2

21

22

What is claimed is:

1. A method for treating a patient who is suffering from epilepsy with co-administering a therapeutically effective amount of (i) [(1R)-1-(2-chlorophenyl)-2-(tetrazol-2-yl) ethyl] carbamate (cenobamate) or a pharmaceutically acceptable salt thereof and (ii) one or two antiepileptic drugs, said method comprising:

modifying the therapeutically effective amount of the antiepileptic drug to adjust AUC of the antiepileptic drug obtained after the co-administration having at least 5% difference to the level of AUC obtained after the administration of antiepileptic drug to the patient without cenobamate or a pharmaceutically acceptable salt thereof,

wherein the therapeutically effective amount of cenobamate or a pharmaceutically acceptable salt thereof is from about 100 mg/day to about 400 mg/day, and

wherein the antiepileptic drug is selected from the group consisting of phenobarbital and phenytoin.

2. The method according to claim 1, wherein the therapeutically effective amount of cenobamate is achieved by the following titration method:

(1) administering cenobamate to the patient about 12.5 mg once daily for about two weeks;

(2) then administering cenobamate to the patient about 25 mg once daily for two weeks;

(3) then administering cenobamate to the patient about 50 mg once daily for about two weeks; and

(4) then increasing the dose in about bi-weekly increments by no more than about 50 mg once daily to a therapeutically effective amount.

3. The method according to claim 1, wherein the therapeutically effective amount of cenobamate is achieved by the following titration method:

(1) administering cenobamate to the patient about 50 mg once daily for about two weeks; and

(2) then increasing the dose in about bi-weekly increments by about 50 mg once daily to about 200 mg/day once daily,

wherein cenobamate is administered for about 6 weeks and the therapeutically effective amount of cenobamate is about 200 mg/day.

4. The method according to claim 1, wherein the therapeutically effective amount of cenobamate is achieved by the following titration method:

(1) administering cenobamate to the patient about 50 mg once daily which is increased with 50 mg once daily per week to about 100 mg/day;

(2) optionally increasing the dose in about weekly increments by about 50 mg once daily per week to about 200 mg/day; and

(3) optionally increasing the dose in about weekly increments by about 100 mg/day per week to about 400 mg/day,

wherein cenobamate is administered for about 2 weeks, 4 weeks, or 6 weeks depending on therapeutically effective amount of cenobamate which is required and the therapeutically effective amount of cenobamate is about 100 mg/day, about 200 mg/day or about 400 mg/day.

5. The method according to claim 1, wherein the antiepileptic drug is phenobarbital.

6. The method according to claim 5, wherein the therapeutically effective amount of phenobarbital is decreased by about 20% to about 50% by weight compared to a therapeutically effective amount of the patient in case of its monotherapy.

7. The method according to claim 6, wherein the therapeutically effective amount of phenobarbital is decreased by about 25% to about 45% by weight compared to a therapeutically effective amount of the patient in case of its monotherapy.

8. The method according to claim 5, wherein the therapeutically effective amount of phenobarbital is decreased to adjust about 20% to about 50% increase in AUC of phenobarbital obtained after the co-administration to the level of AUC obtained after the administration of phenobarbital to the patient without cenobamate.

9. The method according to claim 8, wherein the therapeutically effective amount of phenobarbital is decreased to adjust about 25% to about 45% increase in AUC of phenobarbital obtained after the co-administration to the level of AUC obtained after the administration of phenobarbital to the patient without cenobamate.

10. The method according to claim 1, wherein the antiepileptic drug is phenytoin.

11. The method according to claim 10, wherein the therapeutically effective amount of phenytoin is decreased by about 7% to about 55% by weight compared to a therapeutically effective amount of the patient in case of its monotherapy.

12. The method according to claim 11, wherein the therapeutically effective amount of phenytoin is decreased by about 10% to about 40% by weight compared to a therapeutically effective amount of the patient in case of its monotherapy.

13. The method according to claim 10, wherein the therapeutically effective amount of phenytoin is decreased to adjust about 10% to about 100% increase in AUC of phenytoin obtained after the co-administration to the level of AUC obtained after the administration of phenytoin to the patient without cenobamate.

14. The method according to claim 13, wherein the therapeutically effective amount of phenytoin is decreased to adjust about 10% to about 60% increase in AUC of phenytoin obtained after the co-administration to the level of AUC obtained after the administration of phenytoin to the patient without cenobamate.

*   *   *   *   *