IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SK BIOPHARMACEUTICALS CO., LTD. AND SK LIFE SCIENCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED, AUROBINDO PHARMA U.S.A., INC., AND ZENARA PHARMA PVT. LIMITED., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. _____ ) ) ) ) ) ) ) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)
(ZENARA)**

Plaintiffs hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee Received Notice:  May 13, 2024

Date of Expiration of Patent:  *See below

Thirty Month Stay Deadline:  **September 10, 2027

\* U.S. Patent No. 7,598,279 expires October 30, 2032.
 U.S. Patent No. 11,654,133 expires on June 16, 2039.

\*\* This deadline is calculated pursuant to 21 U.S.C. 355(j)(5)(F)(ii), which applies in this case.

Dated: June 18, 2024

*/s/ Megan E. Dellinger*
Attorney(s) for Plaintiffs