IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SK BIOPHARMACEUTICALS CO., LTD. AND SK LIFE SCIENCE, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. _____ ) |
| AUROBINDO PHARMA LIMITED, AUROBINDO PHARMA U.S.A., INC., AND ZENARA PHARMA PVT. LIMITED., | ) ) ) ) |
| Defendants. | ) |

## PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs SK Biopharmaceuticals Co., Ltd. and SK Life Sciences, Inc. state the following:

1. Plaintiff SK Biopharmaceuticals Co., Ltd. is publicly traded, and is a subsidiary of SK Inc., a publicly-traded corporation;

2. Plaintiff SK Life Science, Inc. is a wholly owned subsidiary of SK Biopharmaceuticals Co., Ltd.

| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| | */s/ Megan E. Dellinger* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Megan E. Dellinger (#5739) |
| Jeffrey H. Lerner | 1201 North Market Street |
| Daniel W. Cho | P.O. Box 1347 |
| Priscilla T. Dodson | Wilmington, DE 19899 |
| COVINGTON & BURLING LLP | (302) 658-9200 |
| One CityCenter | jblumenfeld@morrisnichols.com |
| 850 Tenth Street NW | mdellinger@morrisnichols.com |
| Washington, DC 20001-4956 | |
| (202) 662-6000 | *Attorneys for Plaintiffs* |

Alexa Hansen
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-6000

June 18, 2024