IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SK BIOPHARMACEUTICALS CO., LTD., et al., :
:
        Plaintiffs, :
   v. : C.A. No. 24-718-JLH
:
AUROBINDO PHARMA LIMITED, et al., :
:
        Defendants. :

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, undersigned counsel moves the admission *pro hac vice* of Shashank Upadhye, Yixin Tang, and Brent Batzer of Upadhye Tang LLP to represent Defendant Zenara Pharma Pvt. Limited in the above-referenced case. I further certify that the total annual fee of $150.00 will be paid to the Clerk's office contemporaneously with the filing of this motion.

OF COUNSEL:

Shashank Upadhye
Yixin Tang
Brent Batzer
UPADHYE TANG LLP
109 Symonds Drive, #174
Hinsdale, IL 60522-0174

Dated: July 1, 2024

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Zenara Pharma Pvt. Limited*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Shashank Upadhye, Yixin Tang, and Brent Batzer of Upadhye Tang LLP to represent Defendant Zenara Pharma Pvt. Limited is GRANTED.

DATED this _____ day of July 2024.

_____
THE HONORABLE JENNIFER L. HALL

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Illinois and New York and the Commonwealth of Massachusetts and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $50.00 will be paid to the Clerk's Office contemporaneously with the filing of this motion.

>/s/ Shashank Upadhye
> Shashank Upadhye
> UPADHYE TANG LLP
> 109 Symonds Drive, #174
> Hinsdale, IL 60522-0174
> 312-327-3326
> shashank@ipfdalaw.com

Date: July 1, 2024

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Illinois and New York and the Commonwealth of Massachusetts and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $50.00 will be paid to the Clerk's Office contemporaneously with the filing of this motion.

*/s/ Yixin Tang*
Yixin Tang
UPADHYE TANG LLP
109 Symonds Drive, #174
Hinsdale, IL 60522-0174
312-598-2611
yixin@ipfdalaw.com

Dated: July 1, 2024

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $50.00 will be paid to the Clerk's Office contemporaneously with the filing of this motion.

/s/ Brent Batzer
Brent Batzer
UPADHYE TANG LLP
109 Symonds Drive, #174
Hinsdale, IL 60522-0174
312-598-2612
brent@ipfdalaw.com

Dated: July 1, 2024