IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SK BIOPHARMACEUTICALS CO., LTD., et al., | : |
| Plaintiffs, | : |
| v. | : C.A. No. 24-718-JLH |
| AUROBINDO PHARMA LIMITED, et al., | : |
| Defendants. | : |

**RULE 7.1 NOTICE OF INTERESTED PARTY
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedures, Defendant Zenara Pharma Private Ltd. ("Zenara") state as follows:

No publicly held corporation owns 10% or more of the stock of Zenara Pharma Private Ltd.

OF COUNSEL:

Shashank Upadhye
Yixin Tang
Brent Batzer
UPADHYE TANG LLP
109 Symonds Drive, #174
Hinsdale, IL 60522-0174

Dated: July 1, 2024

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Zenara Pharma Private Ltd*