# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SK BIOPHARMACEUTICALS CO., LTD. AND SK LIFE SCIENCE, INC.<br><br>Plaintiffs,<br><br>v.<br><br>AUROBINDO PHARMA LIMITED, AUROBINDO PHARMA U.S.A., INC., AND ZENARA PHARMA PVT. LIMITED<br><br>Defendants. | Civil Action No. 24-00718-JLH |

## DEFENDANTS' FED. R. CIV. P. 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc. by and through their undersigned attorneys, state as follows:

1. Aurobindo Pharma Limited is a non-governmental, publicly held corporation and has no parent company. No publicly held company owns 10% or more of the stock of Aurobindo Pharma Limited.

2. Aurobindo Pharma USA, Inc. is a wholly owned subsidiary of Aurobindo Pharma Limited.

Dated: August 16, 2024

Of Counsel:

William D. Hare
Christopher Casieri
McNeely, Hare & War, LLP
12 Roszel Road, Suite C104
Princeton, NJ 08540
(202) 640-1801
bill@miplaw.com
chris@miplaw.com

   */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants
Aurobindo Pharma USA, Inc. and
Aurobindo Pharma Ltd.*