# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

———

302 658 9200
302 658 3989 Fax

Megan E. Dellinger
(302) 351-9366
ndellinger@morrisnichols.com

September 25, 2024

The Honorable Christopher J. Burke                    *VIA ELECTRONIC MAIL*
J. Caleb Boggs Federal Building
844 North King Street
Room 2325, Unit 28
Wilmington, DE 19801-3555

Re:    *SK Biopharmaceuticals Co., Ltd., et al. v. Aurobindo Pharma Limited, et al.*,
       C.A. No. 24-718 (JLH) (CJB)

Dear Judge Burke:

Pursuant to the Court's Oral Order (*see, e.g.*, D.I. 20 in C.A. No. 24-718-JHL-CJB), the parties submit this letter, a copy of Your Honor's Case Management Checklist (Ex. A), and an agreed [Proposed] Scheduling Order (Ex. B). If it meets with the Court's approval, the parties request that their [Proposed] Scheduling Order be entered.

These cases are Hatch-Waxman actions. Defendants have filed Abbreviated New Drug Applications seeking to market generic versions of Plaintiffs' Xcopri® (cenobamate) product, which is approved for the treatment of partial-onset seizures in adult patients. Plaintiffs have asserted U.S. Patent No. 11,654,133 against both Defendants, and U.S. Patent No. 7,598,279 against Defendant Zenara, both of which are listed in the Orange Book.

The parties met and conferred on September 23, 2024 and reached agreement on the attached [Proposed] Scheduling Order (Ex. B). The three most significant issues from the Case Management Checklist discussed during the parties' meet and confers were:

- Agreements for locations of depositions and whether the parties agree to remote depositions

- The allowance of expert declarations in connection with motions

- Whether the parties will engage in production of emails, the discussion of which is ongoing

Counsel are available at the Court's convenience, should your Honor have any questions.

Sincerely,

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)

MED/bac
Enclosure