# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SK BIOPHARMACEUTICALS CO., LTD.. AND SK LIFE SCIENCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED., AUROBINDO PHARMA U.S.A., INC., and ZENARA PHARMA PVT. LIMITED, <br><br> Defendants. | C.A. No. 24-00718-JLH-CJB |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents:

**AUROBINDO'S RULE 26(a)(1) INITIAL DISCLOSURES**

**AUROBINDO'S PARAGRAPH 3 DISCLOSURES**

were served upon the attorneys listed below via electronic mail on this 7th day of October, 2024 prior to 5:00 p.m. Eastern:

| | |
|---|---|
| Jack Blumenfeld <br> Megan Dellinger <br> MORRIS, NICHOLS, ARSHT & TUNNELL LLP <br> 1201 North Market Sttreet <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> jblumenfeld@morrisnichols.com <br> mdellinger@morrisnichols.com <br><br> *Attorneys for Plaintiffs* | Jeffrey Lerner <br> Daniel Cho <br> Priscilla Dodson <br> W. Kiersten Choi <br> Kee Young Lee <br> COVINGTON & BURLING LLP <br> One CityCenter <br> 850 Tenth Street NW <br> Washington, DC 20001 <br> jlerner@cov.com <br> dwcho@cov.com <br> pdodson@cov.com <br> wchoi@cov.com <br> kylee@cov.com <br><br> *Attorneys for Plaintiffs* |

> Alexa Hansen
> COVINGTON & BURLING LLP
> Salesforce Tower
> 415 Mission Street, Suite 5400
> San Francisco, CA 94105
> ahansen@cov.com
>
> *Attorneys for Plaintiffs*

Dated: October 7, 2024

| Of Counsel: |    */s/ Kenneth L. Dorsney* |
|---|---|

Of Counsel:
William D. Hare
Christopher Casieri
McNeely, Hare & War, LLP
12 Roszel Road, Suite C104
Princeton, NJ 08540
(202) 640-1801
bill@miplaw.com
chris@miplaw.com

   */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Counsel for Defendants
Aurobindo Pharma USA, Inc.,
Aurobindo Pharma Ltd., and
Eugia Pharma Specialities Ltd.*