IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SK BIOPHARMACEUTICALS CO., LTD., AND SK LIFE SCIENCE, INC. | : : : | |
| Plaintiffs, | : : | |
| v. | : : | C.A. No. 24-718-JLH-CJB |
| AUROBINDO PHARMA LIMITED, AUROBINDO PHARMA U.S.A., INC., AND ZENARA PHARMA PVT. LIMITED, | : : : : | |
| Defendants. | : : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on October 9, 2024, copies of (i) Zenara's Initial Disclosures Pursuant to Paragraph 3 of the Default Standard for Discovery; and (ii) Zenara's Initial Disclosures Pursuant to Rule 26 of the Federal Rules of Civil Procedure were served on the following counsel by electronic mail:

OF COUNSEL:

Jeffery H. Lerner
Daniel W. Cho
Priscilla T. Dodson
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956

Alexa Hansen
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 9410-2533

Jack B. Blumenfeld
Megan Dellinger
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

| | HEYMAN ENERIO |
| --- | --- |
| | GATTUSO & HIRZEL LLP |
| OF COUNSEL: | |
| | */s/ Dominick T. Gattuso* |
| Shashank Upadhye | Dominick T. Gattuso (#3630) |
| Yixin Tang | 300 Delaware Avenue, Suite 200 |
| Brent Batzer | Wilmington, DE 19801 |
| UPADHYE TANG LLP | (302) 472-7300 |
| 109 Symonds Drive, #174 | dgattuso@hegh.law |
| Hinsdale, IL 60522-0174 | |
| shashank@ipfdalaw.com | *Attorneys for Zenara Pharma Private Ltd* |
| yixin@ipfdalaw.com | |
| brent@ipfdalaw.com | |

Dated: October 9, 2024