IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SK BIOPHARMACEUTICALS CO., LTD. and SK LIFE SCIENCE, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 24-718 (JLH) (CJB) |
| AUROBINDO PHARMA LIMITED, AUROBINDO PHARMA U.S.A., INC., and ZENARA PHARMA PVT. LIMITED, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Plaintiffs' Paragraph 3 Initial Disclosures Regarding U.S. Patent No. 11,654,133*; and (2) *Plaintiffs' Initial Disclosures Pursuant to Rule 26(a)(1) Regarding U.S. Patent No. 11,654,133* were caused to be served on October 9, 2024, upon the following in the manner indicated:

Kenneth L. Dorsney, Esquire                                                             *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.*

William D. Hare, Esquire                                                                *VIA ELECTRONIC MAIL*
Christopher Casieri, Esquire
MCNEELY, HARE & WAR, LLP
12 Roszel Road, Suite C104
Princeton, NJ 08540
*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.*

Dominick T. Gattuso, Esquire  
HEYMAN ENERIO GATTUSO & HIRZEL LLP  
300 Delaware Avenue, Suite 200  
Wilmington, DE 19801  
*Attorneys for Defendant Zenara Pharma Pvt. Limited*

*VIA ELECTRONIC MAIL*

Shashank Upadhye, Esquire  
Yixin Tang, Esquire  
Brent Batzer, Esquire  
UPADHYE TANG LLP  
109 Symonds Drive, Suite174  
Hinsdale, IL 60522-0174  
*Attorneys for Defendant Zenara Pharma Pvt. Limited*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Megan E. Dellinger*
_____
Megan E. Dellinger (#5739)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899  
(302) 658-9200  
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs SK Biopharmaceuticals Co., Ltd. and SK Life Science, Inc.*

OF COUNSEL:

Jeffrey H. Lerner  
Daniel W. Cho  
Priscilla G. Dodson  
COVINGTON & BURLING LLP  
One CityCenter  
850 Tenth Street NW  
Washington, DC 20001-4956  
(202) 662-6000

Alexa Hansen  
COVINGTON & BURLING LLP  
Salesforce Tower  
415 Mission Street, Suite 5400  
San Francisco, CA 94105-2533  
(415) 591-6000

October 9, 2024

# CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 9, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |
| William D. Hare, Esquire<br>Christopher Casieri, Esquire<br>MCNEELY, HARE & WAR, LLP<br>12 Roszel Road, Suite C104<br>Princeton, NJ 08540<br>*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |
| Dominick T. Gattuso, Esquire<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>*Attorneys for Defendant Zenara Pharma Pvt. Limited* | *VIA ELECTRONIC MAIL* |
| Shashank Upadhye, Esquire<br>Yixin Tang, Esquire<br>Brent Batzer, Esquire<br>UPADHYE TANG LLP<br>109 Symonds Drive, Suite174<br>Hinsdale, IL 60522-0174<br>*Attorneys for Defendant Zenara Pharma Pvt. Limited* | *VIA ELECTRONIC MAIL* |

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)