IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SK BIOPHARMACEUTICALS CO., LTD. )
and SK LIFE SCIENCE, INC., )
                        Plaintiffs, )
          v. )   C.A. No. 24-718 (JLH)
AUROBINDO PHARMA LIMITED, )
AUROBINDO PHARMA U.S.A., INC., )
and ZENARA PHARMA PVT. LIMITED, )
                        Defendants. )

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the time for the parties to submit a proposed Protective Order pursuant to the Scheduling Order (D.I. 27) is extended to October 23, 2024.

IT IS FURTHER STIPULATED AND AGREED by the parties that defendants shall produce their ANDAs no later than October 18, 2024, as required by the Scheduling Order, and that their ANDAs will be marked "CONFIDENTIAL" but will be treated as "Outside Counsel Eyes Only" in accordance with D. Del. LR 26.2 until the entry of a Protective Order.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Megan E. Dellinger* | */s/ Kenneth L. Dorsney* |
| Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mdellinger@morrisnichols.com | Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com |
| *Attorneys for Plaintiffs SK Biopharmaceuticals Co., Ltd. and SK Life Science, Inc.* | *Attorneys for Defendants Aurobindo Pharma USA, Inc. and Aurobindo Pharma Ltd.* |

HEYMAN ENERIO GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*

_____
Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Zenara Pharma Private Ltd*

October 16, 2024

       IT IS SO ORDERED this _____ day of _____, 2024.

                                                       _____
                                                       United States District Judge