IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SK BIOPHARMACEUTICALS CO., LTD.. AND SK LIFE SCIENCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED., AUROBINDO PHARMA U.S.A., INC., and ZENARA PHARMA PVT. LIMITED, <br><br> Defendants. | C.A. No. 24-00718-JLH-CJB |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents:

**AUROBINDO'S CORE TECHNICAL DOCUMENTS**

were served upon the attorneys listed below via electronic mail and FTP site on the 17th day of October, 2024 prior to 5:00 p.m. Eastern:

    Jeffrey Lerner
    Daniel Cho
    Priscilla Dodson
    W. Kiersten Choi
    Kee Young Lee
    COVINGTON & BURLING LLP
    One CityCenter
    850 Tenth Street NW
    Washington, DC 20001
    skbp-xcopri-cov@cov.com

    Alexa Hansen
    COVINGTON & BURLING LLP
    Salesforce Tower
    415 Mission Street, Suite 5400
    San Francisco, CA 94105
    ahansen@cov.com

    *Attorneys for Plaintiffs*

Dated: October 18, 2024

Of Counsel:
William D. Hare
Christopher Casieri
McNeely, Hare & War, LLP
12 Roszel Road, Suite C104
Princeton, NJ 08540
(202) 640-1801
bill@miplaw.com
chris@miplaw.com

    */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Counsel for Defendants*
*Aurobindo Pharma USA, Inc.,*
*Aurobindo Pharma Ltd., and*
*Eugia Pharma Specialities Ltd.*