# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SK BIOPHARMACEUTICALS CO., LTD., <br> AND SK LIFE SCIENCE, INC. <br><br> Plaintiffs, <br> v. <br><br> AUROBINDO PHARMA LIMITED, <br> AUROBINDO PHARMA U.S.A., INC., <br> AND ZENARA PHARMA PVT. LIMITED, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | C.A. No. 24-718-JLH-CJB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on October 18, 2024, a copy of Zenara's Core Technical Document Production, Bates Nos. ZENARA_CENO_000001 – ZENARA_CENO_034354, was served on the following counsel by electronic mail:

| | |
|---|---|
| OF COUNSEL: <br><br> Jeffery H. Lerner <br> Daniel W. Cho <br> Priscilla T. Dodson <br> COVINGTON & BURLING LLP <br> One CityCenter <br> 850 Tenth Street NW <br> Washington, DC 20001-4956 <br><br> Alexa Hansen <br> COVINGTON & BURLING LLP <br> Salesforce Tower <br> 415 Mission Street, Suite 5400 <br> San Francisco, CA 9410-2533 | Jack B. Blumenfeld <br> Megan Dellinger <br> MORRIS, NICHOLS, ARSHT <br>    & TUNNELL LLP <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 |

OF COUNSEL:

Shashank Upadhye
Yixin Tang
Brent Batzer
UPADHYE TANG LLP
109 Symonds Drive, #174
Hinsdale, IL 60522-0174
shashank@ipfdalaw.com
yixin@ipfdalaw.com
brent@ipfdalaw.com

Dated: October 18, 2024

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Zenara Pharma Private Ltd*