IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SK BIOPHARMACEUTICALS CO., LTD. and SK LIFE SCIENCE, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | |
| v. | | C.A. No. 24-718 (JLH) (CJB) |
| AUROBINDO PHARMA LIMITED, AUROBINDO PHARMA U.S.A., INC., and ZENARA PHARMA PVT. LIMITED, | | |
| Defendants. | | |

# NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' First Set of Requests to Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc. for the Production of Documents and Things* were caused to be served on November 6, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |
| William D. Hare, Esquire<br>Christopher Casieri, Esquire<br>MCNEELY, HARE & WAR, LLP<br>12 Roszel Road, Suite C104<br>Princeton, NJ 08540<br>*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |

OF COUNSEL:

Jeffrey H. Lerner
Daniel W. Cho
Priscilla G. Dodson
W. Kiersten Choi
Kee Young Lee
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000

Alexa Hansen
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-6000

November 6, 2024

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Megan E. Dellinger*
_____
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs SK Biopharmaceuticals Co., Ltd. and SK Life Science, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 6, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |
| William D. Hare, Esquire<br>Christopher Casieri, Esquire<br>MCNEELY, HARE & WAR, LLP<br>12 Roszel Road, Suite C104<br>Princeton, NJ 08540<br>*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)