# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SK BIOPHARMACEUTICALS CO., LTD.. AND SK LIFE SCIENCE, INC., <br><br>Plaintiffs, <br><br>v. <br><br>AUROBINDO PHARMA LIMITED., AUROBINDO PHARMA U.S.A., INC., and ZENARA PHARMA PVT. LIMITED, <br><br>Defendants. | C.A. No. 24-00718-JLH-CJB |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document:

**DEFENDANTS AUROBINDO PHARMA LIMITED AND AUROBINDO PHARMA U.S.A., INC. 'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF REQUESTS FOR THE PRODUCTION (NOS. 1-38)**

was served upon the attorneys listed below via electronic mail on this 3rd day of December, 2024 prior to 5:00 p.m. Eastern:

| | |
|---|---|
| Jack Blumenfeld <br> Megan Dellinger <br> MORRIS, NICHOLS, ARSHT & TUNNELL LLP <br> 1201 North Market Sttreet <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> jblumenfeld@morrisnichols.com <br> mdellinger@morrisnichols.com <br><br> *Attorneys for Plaintiffs* | Jeffrey Lerner <br> Daniel Cho <br> Priscilla Dodson <br> W. Kiersten Choi <br> Kee Young Lee <br> COVINGTON & BURLING LLP <br> One CityCenter <br> 850 Tenth Street NW <br> Washington, DC 20001 <br> jlerner@cov.com <br> dwcho@cov.com <br> pdodson@cov.com <br> wchoi@cov.com <br> kylee@cov.com <br><br> *Attorneys for Plaintiffs* |

> Alexa Hansen
> COVINGTON & BURLING LLP
> Salesforce Tower
> 415 Mission Street, Suite 5400
> San Francisco, CA 94105
> ahansen@cov.com
>
> *Attorneys for Plaintiffs*

Dated: December 3, 2024

*Of Counsel:*

William D. Hare
Christopher Casieri
McNeely, Hare & War, LLP
12 Roszel Road, Suite C104
Princeton, NJ 08540
(202) 640-1801
bill@miplaw.com
chris@miplaw.com

>    */s/ Kenneth L. Dorsney*
> Kenneth L. Dorsney (#3726)
> Cortlan S. Hitch (#6720)
> MORRIS JAMES LLP
> 500 Delaware Avenue, Suite 1500
> Wilmington, DE 19801
> (302) 888-6800
> kdorsney@morrisjames.com
> chitch@morrisjames.com
>
> *Attorneys for Defendants*
> *Aurobindo Pharma USA, Inc.,*
> *Aurobindo Pharma Ltd.,*