# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SK BIOPHARMACEUTICALS CO., LTD., : <br> AND SK LIFE SCIENCE, INC. : <br> : <br> Plaintiffs, : <br> v. : <br> : <br> AUROBINDO PHARMA LIMITED, : <br> AUROBINDO PHARMA U.S.A., INC., : <br> AND ZENARA PHARMA PVT. LIMITED,: <br> : <br> Defendants. : | | C.A. No. 24-718-JLH-CJB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 6, 2024, a copy of Defendant Zenara Pharma Private Ltd.'s Response to Plaintiffs' First Set of Requests for Production (Nos. 1-66) was served on the following counsel by electronic mail:

OF COUNSEL:

Jeffery H. Lerner
Daniel W. Cho
Priscilla T. Dodson
W. Kiersten Choi
Kee Young Lee
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956

Alexa Hansen
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 9410-2533

Jack B. Blumenfeld
Megan Dellinger
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

OF COUNSEL:

Shashank Upadhye
Yixin Tang
Brent Batzer
UPADHYE TANG LLP
109 Symonds Drive, #174
Hinsdale, IL 60522-0174
shashank@ipfdalaw.com
yixin@ipfdalaw.com
brent@ipfdalaw.com

Dated: December 6, 2024

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Zenara Pharma Private Ltd*