IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SK BIOPHARMACEUTICALS CO., LTD. and SK LIFE SCIENCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED, AUROBINDO PHARMA U.S.A., INC., and ZENARA PHARMA PVT. LIMITED, <br><br> Defendants. | C.A. No. 24-718 (JLH) (CJB) |
| SK BIOPHARMACEUTICALS CO., LTD. and SK LIFE SCIENCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MSN PHARMACEUTICALS INC. and MSN LABORATORIES PRIVATE LIMITED, <br><br> Defendants. | C.A. No. 24-1270 (JLH) |

**STIPULATION AND [PROPOSED] ORDER REGARDING
CONSOLIDATION AND SCHEDULE**

WHEREAS, the above-captioned actions involve overlapping patents and the parties agree that there is substantial overlap in the legal and factual issues in these actions such that there are efficiencies to be gained from consolidation; and

WHEREAS, the parties agree to consolidation of the above-captioned actions to promote efficiency and conserve the resources of the Court and the parties;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that:

(1) The above-captioned actions are consolidated;

(2) C.A. No. 24-718-JLH-CJB shall be the lead case, and all filings shall be made in C.A. No. 24-718-JLH-CJB;

(3) The Protective Order in C.A. No. 24-718-JLH-CJB (D.I. 36) shall govern C.A. No. 24-1270;

(4) The Scheduling Order in C.A. No. 24-718-JLH-CJB (D.I. 27) including the modifications detailed below shall govern C.A. No. 24-1270, except for the following modifications as between Plaintiffs and the MSN defendants only to account for those deadlines that have already passed in the consolidated action:

| MSN Case Event | Deadline |
| --- | --- |
| MSN's Production of Core Technical Documents | December 13, 2024 |
| Deadline for Production of File Histories | December 13, 2024 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) and Paragraph 3 of the Delaware Default Standard for Discovery by Plaintiffs and MSN | December 20, 2024 |
| Disclosure of Asserted Claims to MSN | December 20, 2024 |
| Initial Infringement Contentions to MSN | January 10, 2025 |

(5) The parties agree to the following modifications to the Scheduling Order in C.A. No. 24-718-JLH-CJB (D.I. 27). The rest of the deadlines shall remain the same.

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Zenara Produces Initial Invalidity Contentions for U.S. Patent No. 7,598,279 | February 12, 2025 | Same |
| Defendants Produce Initial Invalidity Contentions for U.S. Patent No. 11,654,133 | February 12, 2025 | March 5, 2025 |
| Deadline to Amend Pleadings/Joinder | February 28, 2025 | Same |
| Claim Construction: Exchange list of terms | March 5, 2025 | March 19, 2025 |

| Event | Current Deadline | New Deadline |
|---|---|---|
| Claim Construction: Exchange constructions and intrinsic evidence | March 26, 2025 | April 1, 2025 |
| Claim Construction: Exchange rebuttal evidence | April 9, 2025 | April 10, 2025 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Megan E. Dellinger

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs SK Biopharmaceuticals Co., Ltd. and SK Life Science, Inc.*

MORRIS JAMES LLP

/s/ Kenneth L. Dorsney

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Aurobindo Pharma USA, Inc. and Aurobindo Pharma Ltd.*

HEYMAN ENERIO GATTUSO & HIRZEL LLP

/s/ Dominick T. Gattuso

Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Zenara Pharma Private Ltd*

COZEN O'CONNOR P.C.

/s/ Kaan Ekiner

Kaan Ekiner (#5607)
1201 North. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

*Attorneys for Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited*

December 10, 2024

SO ORDERED this ___ day of _____ 2024.

_____
J.

3