IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SK BIOPHARMACEUTICALS CO., LTD. and SK LIFE SCIENCE, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 24-718 (JLH) (CJB) CONSOLIDATED |
| AUROBINDO PHARMA LIMITED, et al., | ) ) | |
| Defendants. | ) | |

# NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' First Set of Interrogatories to Zenara Pharma Pvt. Limited (No. 1)* were caused to be served on December 11, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Dominick T. Gattuso, Esquire<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>*Attorneys for Defendant Zenara Pharma Pvt. Limited* | *VIA ELECTRONIC MAIL* |
| Shashank Upadhye, Esquire<br>Yixin Tang, Esquire<br>Brent Batzer, Esquire<br>UPADHYE TANG LLP<br>109 Symonds Drive, Suite174<br>Hinsdale, IL 60522-0174<br>*Attorneys for Defendant Zenara Pharma Pvt. Limited* | *VIA ELECTRONIC MAIL* |

OF COUNSEL:

Jeffrey H. Lerner
Daniel W. Cho
Priscilla G. Dodson
W. Kiersten Choi
Tobias Ma
Kee Young Lee
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC  20001-4956
(202) 662-6000

Alexa Hansen
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA  94105-2533
(415) 591-6000

December 11, 2024

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*
_____
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs SK Biopharmaceuticals Co., Ltd. and SK Life Science, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 11, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Dominick T. Gattuso, Esquire<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>*Attorneys for Defendant Zenara Pharma Pvt. Limited* | *VIA ELECTRONIC MAIL* |
| Shashank Upadhye, Esquire<br>Yixin Tang, Esquire<br>Brent Batzer, Esquire<br>UPADHYE TANG LLP<br>109 Symonds Drive, Suite174<br>Hinsdale, IL 60522-0174<br>*Attorneys for Defendant Zenara Pharma Pvt. Limited* | *VIA ELECTRONIC MAIL* |

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)