# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SK BIOPHARMACEUTICALS CO., LTD. and SK LIFE SCIENCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED et al., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 24-718 (JLH) (CJB) ) CONSOLIDATED ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 20, 2024, a copy of (1) Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited's Rule 26(a)(1) Initial Disclosures; and (2) Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited's Initial Disclosures Pursuant to Paragraph 3 of the District of Delaware Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI") were served on the following counsel of record for Plaintiffs by email:

Jack B. Blumenfeld
Jeremy A. Tigan
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

Alexa Hansen
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
ahansen@cov.com

Jeffrey H. Lerner
Daniel W. Cho
Priscilla G. Dodson
W. Kiersten Choi
Tobias Ma
Kee Young Lee
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4656
jlerner@cov.com
dwcho@cov.com
pdodson@cov.com
wchoi@cov.com
tma@cov.com
kylee@cov.com

Dated: December 20, 2024

*Of Counsel*:

W. Blake Coblentz (*pro hac vice* to be filed)
Aaron S. Lukas (*pro hac vice* to be filed)
**COZEN O'CONNOR**
2001 M Street, NW
Suite 500
Washington, DC 20036
(202) 912-4800
wcoblentz@cozen.com
alukas@cozen.com

Keri L. Schaubert (*pro hac vice* to be filed)
**COZEN O'CONNOR**
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
(212) 509-9400
kschaubert@cozen.com

Respectfully submitted,

*/s/ Kaan Ekiner*
Kaan Ekiner (#5607)
**COZEN O'CONNOR**
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

*Attorneys for Defendants*
*MSN Pharmaceuticals Inc. and MSN*
*Laboratories Private Limited*