IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SK BIOPHARMACEUTICALS CO., LTD. and SK LIFE SCIENCE, INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | |
| v. | | C.A. No. 24-718 (JLH) (CJB) CONSOLIDATED |
| AUROBINDO PHARMA LIMITED, et al., | | |
| Defendants. | | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' First Set of Interrogatories (No. 1)* were caused to be served on December 20, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |
| William D. Hare, Esquire<br>Christopher Casieri, Esquire<br>MCNEELY, HARE & WAR, LLP<br>12 Roszel Road, Suite C104<br>Princeton, NJ 08540<br>*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |
| Shashank Upadhye, Esquire<br>Yixin Tang, Esquire<br>Brent Batzer, Esquire<br>UPADHYE TANG LLP<br>109 Symonds Drive, Suite174<br>Hinsdale, IL 60522-0174<br>*Attorneys for Defendant Zenara Pharma Pvt. Limited* | *VIA ELECTRONIC MAIL* |
| Kaan Ekiner, Esquire<br>COZEN O'CONNOR P.C. | *VIA ELECTRONIC MAIL* |

1201 North. Market Street, Suite 1001
Wilmington, DE 19801
*Attorneys for Defendants MSN Pharmaceuticals*
*Inc. and MSN Laboratories Private Limited*

W. Blake Coblentz, Esquire                                   VIA ELECTRONIC MAIL
Aaron S. Lukas, Esquire
COZEN O'CONNOR P.C.
2001 M Street, N.W., Suite 500
Washington, DC 20036
*Attorneys for Defendants MSN Pharmaceuticals*
*Inc. and MSN Laboratories Private Limited*

Keri L. Schaubert, Esquire                                   VIA ELECTRONIC MAIL
COZEN O'CONNOR P.C.
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
*Attorneys for Defendants MSN Pharmaceuticals*
      *Inc. and MSN Laboratories Private Limited*

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Megan E. Dellinger*

OF COUNSEL:                                                  _____
                                                             Jeremy A. Tigan (#5239)
Jeffrey H. Lerner                                            Megan E. Dellinger (#5739)
Daniel W. Cho                                                1201 North Market Street
Priscilla G. Dodson                                          P.O. Box 1347
W. Kiersten Choi                                             Wilmington, DE 19899
Tobias Ma                                                    (302) 658-9200
Kee Young Lee                                                jtigan@morrisnichols.com
COVINGTON & BURLING LLP                                      mdellinger@morrisnichols.com
One CityCenter
850 Tenth Street NW                                          *Attorneys for Plaintiffs SK Biopharmaceuticals*
Washington, DC 20001-4956                                    *Co., Ltd. and SK Life Science, Inc.*
(202) 662-6000

Alexa Hansen
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-6000

December 20, 2024

# CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 20, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>Attorneys for Defendants Aurobindo Pharma<br>Limited and Aurobindo Pharma U.S.A., Inc. | VIA ELECTRONIC MAIL |
| William D. Hare, Esquire<br>Christopher Casieri, Esquire<br>MCNEELY, HARE & WAR, LLP<br>12 Roszel Road, Suite C104<br>Princeton, NJ  08540<br>Attorneys for Defendants Aurobindo Pharma<br>Limited and Aurobindo Pharma U.S.A., Inc. | VIA ELECTRONIC MAIL |
| Dominick T. Gattuso, Esquire<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>Attorneys for Defendant Zenara Pharma Pvt.<br>Limited | VIA ELECTRONIC MAIL |
| Shashank Upadhye, Esquire<br>Yixin Tang, Esquire<br>Brent Batzer, Esquire<br>UPADHYE TANG LLP<br>109 Symonds Drive, Suite174<br>Hinsdale, IL  60522-0174<br>Attorneys for Defendant Zenara Pharma Pvt.<br>Limited | VIA ELECTRONIC MAIL |

Kaan Ekiner, Esquire  *VIA ELECTRONIC MAIL*
COZEN O'CONNOR P.C.
1201 North. Market Street, Suite 1001
Wilmington, DE 19801
*Attorneys for Defendants MSN Pharmaceuticals*
*Inc. and MSN Laboratories Private Limited*

W. Blake Coblentz, Esquire  *VIA ELECTRONIC MAIL*
Aaron S. Lukas, Esquire
COZEN O'CONNOR P.C.
2001 M Street, N.W., Suite 500
Washington, DC 20036
*Attorneys for Defendants MSN Pharmaceuticals*
*Inc. and MSN Laboratories Private Limited*

Keri L. Schaubert, Esquire  *VIA ELECTRONIC MAIL*
COZEN O'CONNOR P.C.
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
*Attorneys for Defendants MSN Pharmaceuticals*
*Inc. and MSN Laboratories Private Limited*

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)