IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SK BIOPHARMACEUTICALS CO., LTD. and SK LIFE SCIENCE, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 24-718 (JLH) (CJB) CONSOLIDATED |
| AUROBINDO PHARMA LIMITED, et al., | ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Disclosure of Asserted Claims* were caused to be served on December 20, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Kaan Ekiner, Esquire<br>COZEN O'CONNOR P.C.<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>*Attorneys for Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited* | *VIA ELECTRONIC MAIL* |
| W. Blake Coblentz<br>Aaron S. Lukas, Esquire<br>COZEN O'CONNOR P.C.<br>2001 M Street, N.W., Suite 500<br>Washington, DC 20036<br>*Attorneys for Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited* | *VIA ELECTRONIC MAIL* |

| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| --- | --- |
| | */s/ Megan E. Dellinger* |
| OF COUNSEL: | Jeremy A. Tigan (#5239) |
| | Megan E. Dellinger (#5739) |
| Jeffrey H. Lerner | 1201 North Market Street |
| Daniel W. Cho | P.O. Box 1347 |
| Priscilla G. Dodson | Wilmington, DE 19899 |
| W. Kiersten Choi | (302) 658-9200 |
| Tobias Ma | jtigan@morrisnichols.com |
| Kee Young Lee | mdellinger@morrisnichols.com |
| COVINGTON & BURLING LLP | |
| One CityCenter | *Attorneys for Plaintiffs SK Biopharmaceuticals Co., Ltd. and SK Life Science, Inc.* |
| 850 Tenth Street NW | |
| Washington, DC 20001-4956 | |
| (202) 662-6000 | |

Alexa Hansen
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-6000

December 23, 2024

# CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 23, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Kaan Ekiner, Esquire<br>COZEN O'CONNOR P.C.<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>*Attorneys for Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited* | *VIA ELECTRONIC MAIL* |
| W. Blake Coblentz<br>Aaron S. Lukas, Esquire<br>COZEN O'CONNOR P.C.<br>2001 M Street, N.W., Suite 500<br>Washington, DC 20036<br>*Attorneys for Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited* | *VIA ELECTRONIC MAIL* |
| Keri L. Schaubert, Esquire<br>COZEN O'CONNOR P.C.<br>3 WTC, 175 Greenwich Street, 55th Floor<br>New York, NY 10007<br>*Attorneys for Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited* | *VIA ELECTRONIC MAIL* |

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)