IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SK BIOPHARMACEUTICALS CO., LTD. and SK LIFE SCIENCE, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 24-718 (JLH) (CJB) CONSOLIDATED |
| AUROBINDO PHARMA LIMITED, et al., | ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' First Set of Requests to MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited for the Production of Documents and Things* were caused to be served on December 23, 2024, upon the following in the manner indicated:

Kaan Ekiner, Esquire  *VIA ELECTRONIC MAIL*
COZEN O'CONNOR P.C.
1201 North Market Street, Suite 1001
Wilmington, DE 19801
*Attorneys for Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited*

W. Blake Coblentz  *VIA ELECTRONIC MAIL*
Aaron S. Lukas, Esquire
COZEN O'CONNOR P.C.
2001 M Street, N.W., Suite 500
Washington, DC 20036
*Attorneys for Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited*

Keri L. Schaubert, Esquire  *VIA ELECTRONIC MAIL*
COZEN O'CONNOR P.C.
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
*Attorneys for Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited*

OF COUNSEL:

Jeffrey H. Lerner
Daniel W. Cho
Priscilla G. Dodson
W. Kiersten Choi
Tobias Ma
Kee Young Lee
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000

Alexa Hansen
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-6000

December 23, 2024

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*
_____
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs SK Biopharmaceuticals Co., Ltd. and SK Life Science, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 23, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Kaan Ekiner, Esquire<br>COZEN O'CONNOR P.C.<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>*Attorneys for Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited* | *VIA ELECTRONIC MAIL* |
| W. Blake Coblentz<br>Aaron S. Lukas, Esquire<br>COZEN O'CONNOR P.C.<br>2001 M Street, N.W., Suite 500<br>Washington, DC 20036<br>*Attorneys for Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited* | *VIA ELECTRONIC MAIL* |
| Keri L. Schaubert, Esquire<br>COZEN O'CONNOR P.C.<br>3 WTC, 175 Greenwich Street, 55th Floor<br>New York, NY 10007<br>*Attorneys for Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited* | *VIA ELECTRONIC MAIL* |

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)