# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SK BIOPHARMACEUTICALS CO., LTD. and SK LIFE SCIENCE, INC., | ) ) ) |
| Plaintiffs, | ) ) C.A. No. 24-718 (JLH) (CJB) ) CONSOLIDATED |
| v. | ) ) |
| AUROBINDO PHARMA LIMITED et al., | ) ) |
| Defendants. | ) ) ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of W. Blake Coblentz, Aaron S. Lukas, Keri L. Schaubert, and Geng Hua of Cozen O'Connor to represent Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited in the above-captioned action.

Dated: January 2, 2025

Respectfully submitted,

*/s/ Kaan Ekiner*
Kaan Ekiner (#5607)
**COZEN O'CONNOR**
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

*Attorneys for Defendants*
*MSN Pharmaceuticals Inc. and MSN Laboratories*
*Private Limited*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of W. Blake Coblentz, Aaron S. Lukas, Keri L. Schaubert, and Geng Hua is GRANTED.

Dated: _____                    _____
                                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the District of Columbia and State of Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/2024, I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  January 2, 2025  */s/ W. Blake Coblentz*
W. Blake Coblentz
**COZEN O'CONNOR**
2001 M Street, N.W., Suite 500
Washington, DC 20036
(202) 912-4837
wcoblentz@cozen.com

# CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/2024, I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: January 2, 2025

*/s/ Aaron S. Lukas*
Aaron S. Lukas
**COZEN O'CONNOR**
2001 M Street, N.W., Suite 500
Washington, DC 20036
(202) 912-4823
alukas@cozen.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/2024, I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: January 2, 2025

*/s/ Keri L. Schaubert*
Keri L. Schaubert
**COZEN O'CONNOR**
3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007
(212) 883-2258
kschaubert@cozen.com

# CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the District of Columbia and State of Maryland, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/2024, I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: January 2, 2025

*/s/ Geng Hua*
Geng Hua
**COZEN O'CONNOR**
2001 M Street, N.W., Suite 500
Washington, DC 20036
(202) 280-6505
ghua@cozen.com