IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SK BIOPHARMACEUTICALS CO., LTD., <br> AND SK LIFE SCIENCE, INC. | : <br> : <br> : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 24-718-JLH-CJB |
| | : | |
| AUROBINDO PHARMA LIMITED, <br> AUROBINDO PHARMA U.S.A., INC., <br> AND ZENARA PHARMA PVT. LIMITED, | : <br> : <br> : <br> : | |
| Defendants. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 10, 2025, a copy of Defendant Zenara Pharma Private Ltd.'s Response to First Set of Interrogatories (No. 1) was served on the following counsel by electronic mail:

| | |
|---|---|
| OF COUNSEL: | Jeremy A. Tigan <br> Megan Dellinger |
| Jeffery H. Lerner <br> Daniel W. Cho <br> Priscilla T. Dodson <br> W. Kiersten Choi <br> Tobias Ma <br> Kee Young Lee <br> COVINGTON & BURLING LLP <br> One CityCenter <br> 850 Tenth Street NW <br> Washington, DC 20001-4956 | MORRIS, NICHOLS, ARSHT <br> & TUNNELL LLP <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 |
| Alexa Hansen <br> COVINGTON & BURLING LLP <br> Salesforce Tower <br> 415 Mission Street, Suite 5400 <br> San Francisco, CA 9410-2533 | |

OF COUNSEL:

Shashank Upadhye
Yixin Tang
Brent Batzer
UPADHYE TANG LLP
109 Symonds Drive, #174
Hinsdale, IL 60522-0174
shashank@ipfdalaw.com
yixin@ipfdalaw.com
brent@ipfdalaw.com

Dated: January 10, 2025

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Zenara Pharma Private Ltd*