IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SK BIOPHARMACEUTICALS CO., LTD. and SK LIFE SCIENCE, INC., | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | |
| v. | | C.A. No. 24-718 (JLH) (CJB) CONSOLIDATED |
| AUROBINDO PHARMA LIMITED, et al., | | |
| Defendants. | | |

# NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Initial Infringement Claim Chart* were caused to be served on January 10, 2025, upon the following in the manner indicated:

Kaan Ekiner, Esquire                                                                                   *VIA ELECTRONIC MAIL*
COZEN O'CONNOR P.C.
1201 North Market Street, Suite 1001
Wilmington, DE 19801
*Attorneys for Defendants MSN Pharmaceuticals*
*Inc. and MSN Laboratories Private Limited*

W. Blake Coblentz                                                                                      *VIA ELECTRONIC MAIL*
Aaron S. Lukas, Esquire
Geng Hua, Esquire
COZEN O'CONNOR P.C.
2001 M Street, N.W., Suite 500
Washington, DC 20036
*Attorneys for Defendants MSN Pharmaceuticals*
*Inc. and MSN Laboratories Private Limited*

Keri L. Schaubert, Esquire                                                                             *VIA ELECTRONIC MAIL*
COZEN O'CONNOR P.C.
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
*Attorneys for Defendants MSN Pharmaceuticals*
*Inc. and MSN Laboratories Private Limited*

| | |
|---|---|
| OF COUNSEL:<br><br>Jeffrey H. Lerner<br>Daniel W. Cho<br>Priscilla G. Dodson<br>W. Kiersten Choi<br>Tobias Ma<br>Kee Young Lee<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC 20001-4956<br>(202) 662-6000<br><br>Alexa Hansen<br>COVINGTON & BURLING LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105-2533<br>(415) 591-6000<br><br>January 10, 2025 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Megan E. Dellinger*<br>_____<br>Jeremy A. Tigan (#5239)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jtigan@morrisnichols.com<br>mdellinger@morrisnichols.com<br><br>*Attorneys for Plaintiffs SK Biopharmaceuticals Co., Ltd. and SK Life Science, Inc.* |

# CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 10, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Kaan Ekiner, Esquire<br>COZEN O'CONNOR P.C.<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>*Attorneys for Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited* | *VIA ELECTRONIC MAIL* |
| W. Blake Coblentz<br>Aaron S. Lukas, Esquire<br>Geng Hua, Esquire<br>COZEN O'CONNOR P.C.<br>2001 M Street, N.W., Suite 500<br>Washington, DC 20036<br>*Attorneys for Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited* | *VIA ELECTRONIC MAIL* |
| Keri L. Schaubert, Esquire<br>COZEN O'CONNOR P.C.<br>3 WTC, 175 Greenwich Street, 55th Floor<br>New York, NY 10007<br>*Attorneys for Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited* | *VIA ELECTRONIC MAIL* |

*/s/ Megan E. Dellinger*
_____
Megan E. Dellinger (#5739)