# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SK BIOPHARMACEUTICALS CO., LTD. ) <br> AND SK LIFE SCIENCE, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AUROBINDO PHARMA LIMITED, *et al.*, ) <br> ) <br> ) <br> Defendants. ) | Civil Action No. 24-00718-JLH-CJB <br> CONSOLIDATED |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document:

**DEFENDANTS AUROBINDO PHARMA LIMITED AND**
**AUROBINDO PHARMA U.S.A., INC.'S RESPONSE TO PLAINTIFFS'**
**FIRST SET OF INTERROGATORIES (NO. 1)**

was served upon the attorneys listed below via electronic mail on this 31st day of January, 2025

prior to 5:00 p.m. Eastern:

| | |
|---|---|
| Jack Blumenfeld <br> Megan Dellinger <br> MORRIS, NICHOLS, ARSHT & TUNNELL LLP <br> 1201 North Market Sttreet <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> jblumenfeld@morrisnichols.com <br> mdellinger@morrisnichols.com <br> <br> *Attorneys for Plaintiffs* | Jeffrey Lerner <br> Daniel Cho <br> Priscilla Dodson <br> W. Kiersten Choi <br> Kee Young Lee <br> Tobias Ma <br> COVINGTON & BURLING LLP <br> One CityCenter <br> 850 Tenth Street NW <br> Washington, DC 20001 <br> jlerner@cov.com <br> dwcho@cov.com <br> pdodson@cov.com <br> wchoi@cov.com <br> kylee@cov.com <br> tma@cov.com <br> <br> *Attorneys for Plaintiffs* |

Alexa Hansen
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
ahansen@cov.com

*Attorneys for Plaintiffs*

Dated: January 31, 2025

*Of Counsel:*

William D. Hare
Christopher Casieri
McNeely, Hare & War, LLP
12 Roszel Road, Suite C104
Princeton, NJ 08540
(202) 640-1801
bill@miplaw.com
chris@miplaw.com

   */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*Aurobindo Pharma USA, Inc.,*
*Aurobindo Pharma Ltd.,*