IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SK BIOPHARMACEUTICALS CO., LTD., <br> AND SK LIFE SCIENCE, INC. <br><br> Plaintiffs, <br> v. <br><br> AUROBINDO PHARMA LIMITED, <br> AUROBINDO PHARMA U.S.A., INC., <br> AND ZENARA PHARMA PVT. LIMITED, <br><br> Defendants. | C.A. No. 24-718-JLH-CJB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 31, 2025, a copy of Defendant Zenara Pharma Private Ltd.'s Response to First Common Interrogatories (No. 1) [HIGHLY CONFIDENTIAL] was served on the following counsel by electronic mail:

OF COUNSEL:

Jeffery H. Lerner
Daniel W. Cho
Priscilla T. Dodson
W. Kiersten Choi
Tobias Ma
Kee Young Lee
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956

Alexa Hansen
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 9410-2533

Jeremy A. Tigan
Megan Dellinger
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

| | |
|---|---|
| OF COUNSEL:<br><br>Shashank Upadhye<br>Yixin Tang<br>Brent Batzer<br>UPADHYE TANG LLP<br>109 Symonds Drive, #174<br>Hinsdale, IL 60522-0174<br>shashank@ipfdalaw.com<br>yixin@ipfdalaw.com<br>brent@ipfdalaw.com<br><br>Dated: January 31, 2025 | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP<br><br>*/s/ Dominick T. Gattuso*<br>Dominick T. Gattuso (#3630)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law<br><br>*Attorneys for Zenara Pharma Private Ltd* |