# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SK BIOPHARMACEUTICALS CO., LTD. and SK LIFE SCIENCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED et al., <br><br> Defendants. | C.A. No. 24-718 (JLH) (CJB) <br> CONSOLIDATED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 31, 2025, a copy of Defendants MSN Pharmaceuticals Inc.'s and MSN Laboratories Private Limited's Objections and Responses to Plaintiffs' First Set of Interrogatories (No. 1) was served on the following counsel of record for Plaintiffs by email:

Jack B. Blumenfeld
Jeremy A. Tigan
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

Alexa Hansen
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
ahansen@cov.com

Jeffrey H. Lerner
Daniel W. Cho
Priscilla G. Dodson
W. Kiersten Choi
Tobias Ma
Kee Young Lee
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4656
jlerner@cov.com
dwcho@cov.com
pdodson@cov.com
wchoi@cov.com
tma@cov.com
kylee@cov.com

Dated: January 31, 2025

*Of Counsel*:

W. Blake Coblentz
Aaron S. Lukas
**COZEN O'CONNOR**
2001 M Street, NW
Suite 500
Washington, DC 20036
(202) 912-4800
wcoblentz@cozen.com
alukas@cozen.com

Keri L. Schaubert
**COZEN O'CONNOR**
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
(212) 509-9400
kschaubert@cozen.com

Respectfully submitted,

*/s/ Kaan Ekiner*
Kaan Ekiner (#5607)
**COZEN O'CONNOR**
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

*Attorneys for Defendants*
*MSN Pharmaceuticals Inc. and MSN*
*Laboratories Private Limited*