IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SK BIOPHARMACEUTICALS CO., LTD., AND SK LIFE SCIENCE, INC. <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED, AUROBINDO PHARMA U.S.A., INC., AND ZENARA PHARMA PVT. LIMITED, <br><br> Defendants. | C.A. No. 24-718-JLH-CJB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on February 12, 2025, a copy of Defendant Zenara Pharma Private Ltd.'s Initial Invalidity Contentions as to U.S. Patent No. 7,598,279 was served on the following counsel by electronic mail:

OF COUNSEL:

Jeffery H. Lerner
Daniel W. Cho
Priscilla T. Dodson
W. Kiersten Choi
Tobias Ma
Kee Young Lee
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956

Alexa Hansen
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 9410-2533

Jeremy A. Tigan
Megan Dellinger
MORRIS, NICHOLS, ARSHT
   & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

OF COUNSEL:

Shashank Upadhye
Yixin Tang
Brent Batzer
UPADHYE TANG LLP
109 Symonds Drive, #174
Hinsdale, IL 60522-0174
shashank@ipfdalaw.com
yixin@ipfdalaw.com
brent@ipfdalaw.com

Dated: February 12, 2025

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Zenara Pharma Private Ltd*