# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

**Megan E. Dellinger**
(302) 351-9366
mdellinger@morrisnichols.com

April 3, 2025

The Honorable Christopher J. Burke  *VIA ELECTRONIC FILING*
J. Caleb Boggs Federal Building  *AND HAND DELIVERY*
844 North King Street
Room 2325, Unit 28
Wilmington, DE 19801-3555

Re: *SK Biopharmaceuticals Co., Ltd., et al. v. Aurobindo Pharma Limited, et al.*,
C.A. No. 24-718 (JLH) (CJB)

Dear Judge Burke:

The parties in the above-referenced action write to advise the Court that no party has identified any claim terms for construction. Accordingly, the parties respectfully request that the Court cancel all remaining claim construction deadlines set forth in the Scheduling Order (D.I. 27, as amended by D.I. 43), including the deadline for technology tutorials, and that the *Markman* hearing set for July 23, 2025 at 11:00 a.m. be taken off the Court's calendar.

Respectfully,

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)

MED/lev

cc: Clerk of the Court (via hand delivery)
All Counsel of Record (via electronic filing and e-mail)