IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SK BIOPHARMACEUTICALS CO., LTD., | : | |
| AND SK LIFE SCIENCE, INC. | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 24-718-JLH-CJB |
| | : | |
| AUROBINDO PHARMA LIMITED, | : | CONSOLIDATED |
| AUROBINDO PHARMA U.S.A., INC., | : | |
| AND ZENARA PHARMA PVT. LIMITED, | : | |
| | : | |
| Defendants. | : | |

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that, on June 26, 2025, a copy of Zenara's First Set of Requests

for the Production of Documents and Things was served on the following counsel by electronic

mail:

OF COUNSEL:

Jeffery H. Lerner
Daniel W. Cho
Priscilla T. Dodson
W. Kiersten Choi
Tobias Ma
Kee Young Lee
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956

Alexa Hansen
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 9410-2533

Jeremy A. Tigan
Megan Dellinger
MORRIS, NICHOLS, ARSHT
  & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

OF COUNSEL:

Shashank Upadhye
Yixin Tang
Brent Batzer
UPADHYE TANG LLP
109 Symonds Drive, #174
Hinsdale, IL 60522-0174
shashank@ipfdalaw.com
yixin@ipfdalaw.com
brent@ipfdalaw.com

Dated: June 26, 2025

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Zenara Pharma Private Ltd*