# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SK BIOPHARMACEUTICALS CO., LTD. and SK LIFE SCIENCE, INC., | ) ) ) |
| Plaintiffs, | ) C.A. No. 24-718-JLH-CJB ) |
| v. | ) LEAD CASE ) CONSOLIDATED |
| AUROBINDO PHARMA LIMITED et al., | ) ) |
| Defendants. | ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 26, 2025, a true and correct copy of Defendants' First Set of Joint Requests for the Production of Documents and Things (Nos. 1-71) was served on the following counsel of record for Plaintiffs by email:

Jeremy A. Tigan
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

Alexa Hansen
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
ahansen@cov.com

Jeffrey H. Lerner
Daniel W. Cho
Priscilla G. Dodson
W. Kiersten Choi
Tobias Ma
Kee Young Lee
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4656
jlerner@cov.com
dwcho@cov.com
pdodson@cov.com
wchoi@cov.com
tma@cov.com
kylee@cov.com

Dated: June 26, 2025

Respectfully submitted,

*/s/ Kaan Ekiner*
Kaan Ekiner (#5607)
COZEN O'CONNOR

*Of Counsel*:

W. Blake Coblentz
Aaron S. Lukas
Geng Hua
COZEN O'CONNOR
2001 M Street, NW
Suite 500
Washington, DC 20036
(202) 912-4800
wcoblentz@cozen.com
alukas@cozen.com
ghua@cozen.com

Keri L. Schaubert
COZEN O'CONNOR
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
(212) 509-9400
kschaubert@cozen.com

1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

*Attorneys for Defendants
MSN Pharmaceuticals Inc. and MSN
Laboratories Private Limited*