IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SK BIOPHARMACEUTICALS CO., LTD., | : | |
| AND SK LIFE SCIENCE, INC. | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 24-718-JLH-CJB |
| | : | |
| AUROBINDO PHARMA LIMITED, | : | CONSOLIDATED |
| AUROBINDO PHARMA U.S.A., INC., | : | |
| AND ZENARA PHARMA PVT. LIMITED, | : | |
| | : | |
| Defendants. | : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, undersigned counsel moves the admission *pro hac vice* of Christopher M. Bruno of Upadhye Tang LLP to represent Defendant Zenara Pharma Private Ltd. in the above-referenced case. I further certify that the total annual fee of $50.00 will be paid to the Clerk's office contemporaneously with the filing of this motion.

OF COUNSEL:

Shashank Upadhye
Yixin Tang
Brent Batzer
Christopher M. Bruno
UPADHYE TANG LLP
109 Symonds Drive, #174
Hinsdale, IL 60522-0174
shashank@ipfdalaw.com
yixin@ipfdalaw.com
brent@ipfdalaw.com
chris@ipfdalaw.com

Dated: July 25, 2025

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Zenara Pharma Private Ltd*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Christopher M. Bruno of Upadhye Tang LLP to represent Defendant Zenara Pharma Private Ltd. is GRANTED.

DATED this _____ day of _____ 2025.

_____
THE HONORABLE GREGORY B. WILLIAMS

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the State of New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $50.00 will be paid to the Clerk's Office contemporaneously with the filing of this motion.

                                                      */s/ Christopher M. Bruno*
                                                      Christopher M. Bruno
                                                      UPADHYE TANG LLP
                                                      109 Symonds Drive, #174
                                                      Hinsdale, IL 60522-0174
                                                      chris@ipfdalaw.com

Date: July 25, 2025