IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SK BIOPHARMACEUTICALS CO., LTD. and SK LIFE SCIENCE, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 24-718 (JLH) (CJB) CONSOLIDATED |
| AUROBINDO PHARMA LIMITED, et al., | ) ) | |
| Defendants. | ) | |

# NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Responses and Objections to Defendants' First Set of Joint Requests For Production (Nos. 1-71)* were caused to be served on July 28, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |
| William D. Hare, Esquire<br>Christopher Casieri, Esquire<br>MCNEELY, HARE & WAR, LLP<br>12 Roszel Road, Suite C104<br>Princeton, NJ 08540<br>*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |

Dominick T. Gattuso, Esquire  *VIA ELECTRONIC MAIL*
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
*Attorneys for Defendant Zenara Pharma Pvt. Limited*

Shashank Upadhye, Esquire  *VIA ELECTRONIC MAIL*
Yixin Tang, Esquire
Brent Batzer, Esquire
Christopher M. Bruno, Esquire
UPADHYE TANG LLP
109 Symonds Drive, Suite174
Hinsdale, IL 60522-0174
*Attorneys for Defendant Zenara Pharma Pvt. Limited*

Kaan Ekiner, Esquire  *VIA ELECTRONIC MAIL*
COZEN O'CONNOR P.C.
1201 North Market Street, Suite 1001
Wilmington, DE 19801
*Attorneys for Defendants MSN Pharmaceuticals*
*Inc. and MSN Laboratories Private Limited*

W. Blake Coblentz  *VIA ELECTRONIC MAIL*
Aaron S. Lukas, Esquire
Geng Hua, Esquire
COZEN O'CONNOR P.C.
2001 M Street, N.W., Suite 500
Washington, DC 20036
*Attorneys for Defendants MSN Pharmaceuticals*
*Inc. and MSN Laboratories Private Limited*

Keri L. Schaubert, Esquire  *VIA ELECTRONIC MAIL*
COZEN O'CONNOR P.C.
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
*Attorneys for Defendants MSN Pharmaceuticals*
*Inc. and MSN Laboratories Private Limited*

OF COUNSEL:

Jeffrey H. Lerner
Daniel W. Cho
Priscilla G. Dodson
W. Kiersten Choi
Tobias Ma
Kee Young Lee
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC  20001-4956
(202) 662-6000

Alexa Hansen
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA  94105-2533
(415) 591-6000

July 28, 2025

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Megan E. Dellinger*
_____
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs SK Biopharmaceuticals Co., Ltd. and SK Life Science, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 28, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>*Attorneys for Defendants Aurobindo Pharma Limited*<br>*and Aurobindo Pharma U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |
| William D. Hare, Esquire<br>Christopher Casieri, Esquire<br>MCNEELY, HARE & WAR, LLP<br>12 Roszel Road, Suite C104<br>Princeton, NJ 08540<br>*Attorneys for Defendants Aurobindo Pharma Limited*<br>*and Aurobindo Pharma U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |
| Dominick T. Gattuso, Esquire<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>*Attorneys for Defendant Zenara Pharma Pvt. Limited* | *VIA ELECTRONIC MAIL* |
| Shashank Upadhye, Esquire<br>Yixin Tang, Esquire<br>Brent Batzer, Esquire<br>Christopher M. Bruno, Esquire<br>UPADHYE TANG LLP<br>109 Symonds Drive, Suite174<br>Hinsdale, IL 60522-0174<br>*Attorneys for Defendant Zenara Pharma Pvt. Limited* | *VIA ELECTRONIC MAIL* |

Kaan Ekiner, Esquire  *VIA ELECTRONIC MAIL*
COZEN O'CONNOR P.C.
1201 North Market Street, Suite 1001
Wilmington, DE 19801
*Attorneys for Defendants MSN Pharmaceuticals*
*Inc. and MSN Laboratories Private Limited*

W. Blake Coblentz  *VIA ELECTRONIC MAIL*
Aaron S. Lukas, Esquire
Geng Hua, Esquire
COZEN O'CONNOR P.C.
2001 M Street, N.W., Suite 500
Washington, DC 20036
*Attorneys for Defendants MSN Pharmaceuticals*
*Inc. and MSN Laboratories Private Limited*

Keri L. Schaubert, Esquire  *VIA ELECTRONIC MAIL*
COZEN O'CONNOR P.C.
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
*Attorneys for Defendants MSN Pharmaceuticals*
*Inc. and MSN Laboratories Private Limited*

*/s/ Megan E. Dellinger*
_____
Megan E. Dellinger (#5739)