SK BIOPHARMACEUTICALS CO., LTD.    )
and SK LIFE SCIENCE, INC.,    )
   )
       Plaintiffs,    )
   )
   v.    )   C.A. No. 24-718 (JLH) (CJB)
   )   CONSOLIDATED
AUROBINDO PHARMA LIMITED, et al.,    )
   )
       Defendants.    )

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Responses and Objections to Zenara's First Set of Requests For Production (No. 1)* were caused to be served on July 28, 2025, upon the following in the manner indicated:

Dominick T. Gattuso, Esquire                *VIA ELECTRONIC MAIL*
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
*Attorneys for Defendant Zenara Pharma Pvt. Limited*


Shashank Upadhye, Esquire                *VIA ELECTRONIC MAIL*
Yixin Tang, Esquire
Brent Batzer, Esquire
Christopher M. Bruno, Esquire
UPADHYE TANG LLP
109 Symonds Drive, Suite174
Hinsdale, IL 60522-0174
*Attorneys for Defendant Zenara Pharma Pvt. Limited*

OF COUNSEL:

Jeffrey H. Lerner
Daniel W. Cho
Priscilla G. Dodson
W. Kiersten Choi
Tobias Ma
Kee Young Lee
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000

Alexa Hansen
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-6000

July 28, 2025

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

_____
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs SK Biopharmaceuticals
Co., Ltd. and SK Life Science, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 28, 2025, upon the following in the manner indicated:

Dominick T. Gattuso, Esquire                                    *VIA ELECTRONIC MAIL*
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
*Attorneys for Defendant Zenara Pharma Pvt. Limited*


Shashank Upadhye, Esquire
Yixin Tang, Esquire                                             *VIA ELECTRONIC MAIL*
Brent Batzer, Esquire
Christopher M. Bruno, Esquire
UPADHYE TANG LLP
109 Symonds Drive, Suite174
Hinsdale, IL  60522-0174
*Attorneys for Defendant Zenara Pharma Pvt. Limited*


/s/ *Megan E. Dellinger*

Megan E. Dellinger (#5739)