IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SK BIOPHARMACEUTICALS CO., LTD. and SK LIFE SCIENCE, INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 24-718 (JLH) (CJB) ) CONSOLIDATED |
| AUROBINDO PHARMA LIMITED, et al., | ) ) ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for Plaintiffs SK Biopharmaceuticals Co., Ltd. and SK Life Science, Inc. and for Defendants Aurobindo Pharma Limited, Aurobindo Pharma U.S.A., Inc., MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited to substantially complete their document productions is extended through and including September 12, 2025.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Megan E. Dellinger* | */s/ Cortlan S. Hitch* |
| Jeremy A. Tigan (#5239) Megan E. Dellinger (#5739) 1201 North Market Street P.O. Box 1347 Wilmington, DE 19899 (302) 658-9200 jtigan@morrisnichols.com mdellinger@morrisnichols.com | Kenneth L. Dorsney (#3726) Cortlan S. Hitch (#6720) 500 Delaware Avenue, Suite 1500 Wilmington, DE 19801 (302) 888-6800 kdorsney@morrisjames.com chitch@morrisjames.com |
| *Attorneys for Plaintiffs SK Biopharmaceuticals Co., Ltd. and SK Life Science, Inc.* | *Attorneys for Defendants Aurobindo Pharma USA, Inc. and Aurobindo Pharma Ltd.* |

| | |
|---|---|
| Cozen O'Connor P.C. | Heyman Enerio Gattuso & Hirzel LLP |
| */s/ Kaan Ekiner* | */s/ Dominick T. Gattuso* |
| Kaan Ekiner (#5607)<br>1201 North. Market Street, Suite 1001<br>Wilmington, DE  19801<br>(302) 295-2046<br>kekiner@cozen.com | Dominick T. Gattuso (#3630)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>(302) 472-7300<br>dgattuso@hegh.law |
| *Attorneys for Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited* | *Attorneys for Zenara Pharma Private Ltd* |

August 6, 2025