IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SK BIOPHARMACEUTICALS CO., LTD. and SK LIFE SCIENCE, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 24-718 (JLH) (CJB) CONSOLIDATED |
| AUROBINDO PHARMA LIMITED, et al., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Plaintiffs' Supplemental Paragraph 3 Initial Disclosures Regarding U.S. Patent No. 7,598,279*; and (2) *Plaintiffs' Supplemental Initial Disclosures Pursuant to Rule 26(a)(1) Regarding U.S. Patent No. 7,598,279*, were caused to be served on August 22, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Dominick T. Gattuso, Esquire<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>*Attorneys for Defendant Zenara Pharma Pvt. Limited* | *VIA ELECTRONIC MAIL* |
| Shashank Upadhye, Esquire<br>Yixin Tang, Esquire<br>Brent Batzer, Esquire<br>Christopher M. Bruno, Esquire<br>UPADYE TANG LLP<br>109 Symonds Drive, Suite174<br>Hinsdale, IL 60522-0174<br>*Attorneys for Defendant Zenara Pharma Pvt. Limited* | *VIA ELECTRONIC MAIL* |

|  |  |
|---|---|
| OF COUNSEL:<br><br>Jeffrey H. Lerner<br>Daniel W. Cho<br>Priscilla G. Dodson<br>W. Kiersten Choi<br>Tobias Ma<br>Kee Young Lee<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC  20001-4956<br>(202) 662-6000<br><br>Alexa Hansen<br>COVINGTON & BURLING LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, CA  94105-2533<br>(415) 591-6000<br><br>August 22, 2025 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Megan E. Dellinger*<br>_____<br>Jeremy A. Tigan (#5239)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jtigan@morrisnichols.com<br>mdellinger@morrisnichols.com<br><br>*Attorneys for Plaintiffs SK Biopharmaceuticals Co., Ltd. and SK Life Science, Inc.* |

# CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 22, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Dominick T. Gattuso, Esquire<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>*Attorneys for Defendant Zenara Pharma Pvt. Limited* | *VIA ELECTRONIC MAIL* |
| Shashank Upadhye, Esquire<br>Yixin Tang, Esquire<br>Brent Batzer, Esquire<br>Christopher M. Bruno, Esquire<br>UPADYE TANG LLP<br>109 Symonds Drive, Suite174<br>Hinsdale, IL 60522-0174<br>*Attorneys for Defendant Zenara Pharma Pvt. Limited* | *VIA ELECTRONIC MAIL* |

/s/ *Megan E. Dellinger*

Megan E. Dellinger (#5739)