IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SK BIOPHARMACEUTICALS CO., LTD. AND SK LIFE SCIENCE, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 24-00718-JLH-CJB CONSOLIDATED |
| AUROBINDO PHARMA LIMITED, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF CHANGE OF ADDRESS

Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc. ("Aurobindo" or "Defendants") hereby notifies the Court and all parties of record that effective immediately the mailing address for Kenneth L. Dorsney and Cortlan S. Hitch of MORRIS JAMES LLP has changed to the following address:

MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800

The firm affiliation and all other contact information remains unchanged.

Dated: September 10, 2025

                                                      */s/ Kenneth L. Dorsney*
                                                     Kenneth L. Dorsney (#3726)
                                                     Cortlan S. Hitch (#6720)
                                                     MORRIS JAMES LLP
                                                     3205 Avenue North Boulevard, Suite 100
                                                     Wilmington, DE 19803
                                                     (302) 888-6800
                                                     kdorsney@morrisjames.com
                                                     chitch@morrisjames.com

                                                     *Attorneys for Defendants*
                                                     *Aurobindo Pharma USA, Inc. and*
                                                     *Aurobindo Pharma Ltd.*

1