IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SK BIOPHARMACEUTICALS CO., LTD., :
AND SK LIFE SCIENCE, INC.     :
       :
    Plaintiffs,    :
    v.    :   C.A. No. 24-718-JLH-CJB
       :
AUROBINDO PHARMA LIMITED,   :   CONSOLIDATED
AUROBINDO PHARMA U.S.A., INC.,   :
AND ZENARA PHARMA PVT. LIMITED,:
       :
    Defendants.    :

**<u>NOTICE OF SERVICE</u>**

PLEASE TAKE NOTICE that, on September 19, 2025, a copy of Zenara's Revised First

Set of Requests for the Production of Documents and Things (Nos. 1-72) was served on the

following counsel by electronic mail:

| | |
|---|---|
| OF COUNSEL: | Jeremy A. Tigan |
| | Megan Dellinger |
| Jeffery H. Lerner | MORRIS, NICHOLS, ARSHT |
| Daniel W. Cho |   & TUNNELL LLP |
| Priscilla T. Dodson | 1201 North Market Street |
| W. Kiersten Choi | P.O. Box 1347 |
| Tobias Ma | Wilmington, DE 19899 |
| Kee Young Lee | |
| COVINGTON & BURLING LLP | |
| One CityCenter | |
| 850 Tenth Street NW | |
| Washington, DC 20001-4956 | |
| | |
| Alexa Hansen | |
| COVINGTON & BURLING LLP | |
| Salesforce Tower | |
| 415 Mission Street, Suite 5400 | |
| San Francisco, CA 9410-2533 | |

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

OF COUNSEL:

Shashank Upadhye
Yixin Tang
Brent Batzer
UPADHYE TANG LLP
109 Symonds Drive, #174
Hinsdale, IL 60522-0174
shashank@ipfdalaw.com
yixin@ipfdalaw.com
brent@ipfdalaw.com

Dated: September 19, 2025

/s/ Dominick T. Gattuso
Dominick T. Gattuso (#3630)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Zenara Pharma Private Ltd*