IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SK BIOPHARMACEUTICALS CO., LTD. and SK LIFE SCIENCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 24-718 (JLH) (CJB) <br> CONSOLIDATED |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Responses and Objections to Zenara's First Set of Requests for Production (Nos. 1-72)* were caused to be served on October 20, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Dominick T. Gattuso, Esquire <br> HEYMAN ENERIO GATTUSO & HIRZEL LLP <br> 222 Delaware Avenue, Suite 900 <br> Wilmington, DE  19801 <br> *Attorneys for Defendant Zenara Pharma Pvt. Limited* | *VIA ELECTRONIC MAIL* |
| Shashank Upadhye, Esquire <br> Yixin Tang, Esquire <br> Brent Batzer, Esquire <br> Christopher M. Bruno, Esquire <br> UPADYE TANG LLP <br> 109 Symonds Drive, Suite174 <br> Hinsdale, IL  60522-0174 <br> *Attorneys for Defendant Zenara Pharma Pvt. Limited* | *VIA ELECTRONIC MAIL* |

OF COUNSEL:

Jeffrey H. Lerner
Daniel W. Cho
Priscilla G. Dodson
W. Kiersten Choi
Tobias Ma
Kee Young Lee
Florina Lam
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC  20001-4956
(202) 662-6000

Alexa Hansen
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA  94105-2533
(415) 591-6000

October 20, 2025

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs SK Biopharmaceuticals Co., Ltd. and SK Life Science, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 20, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Dominick T. Gattuso, Esquire<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Defendant Zenara Pharma Pvt. Limited* | *VIA ELECTRONIC MAIL* |
| Shashank Upadhye, Esquire<br>Yixin Tang, Esquire<br>Brent Batzer, Esquire<br>Christopher M. Bruno, Esquire<br>UPADYE TANG LLP<br>109 Symonds Drive, Suite174<br>Hinsdale, IL  60522-0174<br>*Attorneys for Defendant Zenara Pharma Pvt. Limited* | *VIA ELECTRONIC MAIL* |

/s/ *Jeremy A. Tigan*

Jeremy A. Tigan (#5239)