IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SK BIOPHARMACEUTICALS CO., LTD. and SK LIFE SCIENCE, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 24-718 (JLH) (CJB) CONSOLIDATED |
| AUROBINDO PHARMA LIMITED, et al., | ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for reply expert reports be extended from July 10, 2026 to July 17, 2026. No other deadlines or provisions of the Scheduling Order, as modified (D.I. 27, 43, 103, 133) are affected by this Stipulation.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs SK Biopharmaceuticals Co., Ltd. and SK Life Science, Inc.*

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Aurobindo Pharma USA, Inc. and Aurobindo Pharma Ltd.*

COZEN O'CONNOR P.C.

/s/ Kaan Ekiner

Kaan Ekiner (#5607)
1201 North. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

*Attorneys for Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited*

HEYMAN ENERIO GATTUSO & HIRZEL LLP

/s/ Dominick T. Gattuso

Dominick T. Gattuso (#3630)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Apotex Inc.*

July 8, 2026

SO ORDERED this _______ day of ___________________, 2026.

______________________________
UNITED STATES DISTRICT COURT JUDGE