IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SK BIOPHARMACEUTICALS CO., LTD. and SK LIFE SCIENCE, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 24-718 (JLH) (CJB) CONSOLIDATED |
| AUROBINDO PHARMA LIMITED, et al., | ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadlines for the submission of *Daubert* briefing are extended as set forth in the table below. No other deadlines or provisions of the Scheduling Order, as modified (D.I. 27, 43, 103, 133, and 140) are affected by this Stipulation.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| *Daubert* Motions and Opening Briefs | September 29, 2026 | October 2, 2026 |
| Answering *Daubert* Briefs | October 13, 2026 | October 23, 2026 |
| Reply *Daubert* Briefs | October 20, 2026 | November 3, 2026 |
| Submission of Pretrial Order | February 4, 2027 | Unchanged |
| Pretrial Conference | February 11, 2027 @ 10:00 a.m. | Unchanged |
| 5-day Bench Trial | February 22, 2027 | Unchanged |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs SK Biopharmaceuticals Co., Ltd. and SK Life Science, Inc.*

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Aurobindo Pharma USA, Inc. and Aurobindo Pharma Ltd.*

HEYMAN ENERIO GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*

Dominick T. Gattuso (#3630)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Apotex Inc.*

September 25, 2026

SO ORDERED this _______ day of ____________________, 2026.

______________________________________
U.S.D.J.