# EXHIBIT 3

[redacted]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SK BIOPHARMACEUTICALS CO., LTD., AND SK LIFE SCIENCE, INC., )
)
)
)
PLAINTIFFS, )
)
VS. ) NO. 24-718-JLH-CJB
)
AUROBINDO PHARMA LIMITED, ET AL., )
)
)
DEFENDANTS. )
______________________________)

[redacted]

VIDEO-RECORDED DEPOSITION OF DR. MICHAEL C. SMITH, TAKEN AT 209 SOUTH LASALLE STREET, 7TH FLOOR, CHICAGO, ILLINOIS, BEFORE DONNA M. KAZAITIS, IL-CSR, COMMENCING AT THE HOUR OF 8:58 A.M. ON MONDAY, AUGUST 17, 2026.

---------------------------------------------

DIGITAL EVIDENCE GROUP
1730 M STREET, NW, SUITE 812
WASHINGTON, DC 20036
202.232.0646

THIS CENOBAMATE HOPING FOR SEIZURE FREEDOM, YOU MIGHT HAVE TO GO DOWN ON THE PHENYTOIN ALREADY EVEN BEFORE YOU GET TO SEIZURE FREEDOM. BECAUSE OF THE CHANGE OF THE LEVEL AND IF YOU DON'T CHANGE THE PHENYTOIN LEVEL, THEY WILL BECOME GROSSLY TOXIC AND SYMPTOMATICALLY TOXIC AND REQUIRING HOSPITALIZATION.

SO WHEN CENOBAMATE IS -- WHEN CENOBAMATE IS ADDED TO PHENYTOIN, THE PHENYTOIN DOSAGE HAS TO BE DECREASED OVER TIME AS THE CENOBAMATE IS INCREASED BECAUSE OTHERWISE THERE WILL BE GROSS TOXICITY.

Q. ALL RIGHT. IN OTHER WORDS, PHYSICIANS NOWADAYS ARE ENCOURAGED TO TAKE PHENOBARBITAL OR PHENYTOIN OUT OF THE MIXTURE OF DRUGS A PATIENT IS TAKING DUE TO THEIR KNOWN ADVERSE EFFECTS AND DRUG-DRUG INTERACTIONS; RIGHT?

A. THAT'S CORRECT.

MR. TANG: THIS MIGHT BE A GOOD TIME TO TAKE A BREAK FOR LUNCH.

MS. HANSEN: OKAY.

THE VIDEOGRAPHER: GOING OFF THE

STATE THAT A CERTAIN ANTISEIZURE MEDICATION NEEDS TO BE USED WITH CENOBAMATE. BUT IF THAT MEDICATION IS USED, THEN IT GIVES INSTRUCTION OF HOW TO USE IT PROPERLY.

Q. ALL RIGHT. SO IN THIS TABLE YOU ALSO SEE ROWS PERTAINING TO PHENYTOIN AND PHENOBARBITAL; RIGHT?

A. YES.

Q. SO FOR THE ROW PERTAINING TO PHENYTOIN, IS IT STILL YOUR TESTIMONY THAT THE INFORMATION IN THAT ROW OF TABLE 5 IN APOTEX'S ANDA IS NOT DESIGNED TO CAUSE A PHYSICIAN TO PICK PHENYTOIN IN PARTICULAR AND COMBINE IT WITH CENOBAMATE TO TREAT THAT PHYSICIAN'S PATIENTS; RIGHT?

A. IT IS DOESN'T SAY THAT YOU SHOULD SELECT PHENYTOIN, NO. IT SAYS IF YOU SELECT PHENYTOIN OR IF THEY'RE ALREADY ON PHENYTOIN, THAT THIS IS THE APPROPRIATE WAY, THEY'RE INSTRUCTED THAT THIS IS THE APPROPRIATE WAY TO USE IT SAFELY.

Q. IN THE CLINICAL RECOMMENDATION COLUMN IN TABLE 5, AND LET'S FIND THE ROW FOR PHENYTOIN.

Q. NOW, WHEN IT GETS TO THE CLINICAL RECOMMENDATION COLUMN, THAT ROW KIND OF EXPANDS AND GOT MERGED WITH ANOTHER AED WHICH IS CALLED DESMETHYLCLOBAZAM; RIGHT?

A. THAT IS CORRECT.

Q. SO DESMETHYLCLOBAZAM ACTUALLY IS NOT AN AED ITSELF BUT IT'S THE ACTIVE METABOLITE OF CLOBAZAM; RIGHT?

A. THAT IS DEBATABLE. SOME PEOPLE WANT TO PRODUCE N-METHYLCLOBAZAM ALL BY ITSELF AND NOT CLOBAZAM. BUT IT IS AN ACTIVE METABOLITE.

Q. ALL RIGHT. SO BY LISTING PHENOBARBITAL AND THIS DESMETHYLCLOBAZAM IN THIS TABLE, TABLE 5 OF THE APOTEX ANDA, THIS IS NOT GOING TO BE TAKEN BY A PHYSICIAN AS AN INSTRUCTION THAT THEY SHOULD BE USING PHENOBARBITAL WITH CENOBAMATE OR DESMETHYLCLOBAZAM WITH CENOBAMATE; RIGHT?

MS. HANSEN: OBJECTION, FORM.

THE WITNESS: THIS CHART DOES NOT SUGGEST THAT -- IT'S NOT RECOMMENDING THAT WE USE PHENOBARBITAL OR CLOBAZAM OR DESMETHYLCLOBAZAM.

BUT IF WE DECIDE TO USE THEM, THIS GIVES PROPER INSTRUCTIONS IN THE SAFE USE.

BY MR. TANG:

Q. THE CLINICAL RECOMMENDATION COLUMN THAT INTERSECTS WITH THE PHENOBARBITAL ROW STATES "BECAUSE OF A POTENTIAL FOR AN INCREASE IN THE RISK OF ADVERSE REACTIONS FROM THESE DRUGS, CONSIDER A REDUCTION IN DOSAGE OF PHENOBARBITAL OR CLOBAZAM AS CLINICALLY APPROPRIATE WHEN USED CONCOMITANTLY WITH CENOBAMATE." DO YOU SEE THAT?

A. YES.

Q. AND THIS STATEMENT POINTS TO A RISK OF ADVERSE REACTIONS FROM PHENOBARBITAL AND CLOBAZAM; RIGHT?

A. WHEN EXPOSED, THE LEVEL OF PHENOBARBITAL AND THE LEVEL OF THE DESMETHYLCLOBAZAM DRAMATICALLY INCREASE, AND SO THE SIDE EFFECTS OF BOTH THESE MEDICATIONS ARE SEDATION, SO BOTH OF THEM CAN INCREASE SEDATION. AND WE DECREASE THE DOSING OF THEIR MEDICATIONS TO DECREASE SEDATION.

Q. INFORMATION ON A POTENTIAL RISK OF

YOU HOW TO DO IT IF YOU DECIDE TO USE CENOBAMATE WITH PHENOBARBITAL. IT TELLS YOU HOW TO DO THAT SAFELY.

Q. IN YOUR OPINION SECTION 14 WAS NOT DESIGNED TO ENCOURAGE A PHYSICIAN TO PICK EITHER PHENOBARBITAL OR PHENYTOIN AND TO COMBINE IT WITH CENOBAMATE FOR TREATMENT PURPOSES; RIGHT?

A. THAT IS CORRECT.

Q. IN FACT, IN THE ENTIRE ANDA, EITHER THE APOTEX ANDA OR THE AUROBINDO ANDA SECTIONS THAT YOU REVIEWED, YOU DID NOT SEE ANY INSTRUCTION FOR A PHYSICIAN TO PARTICULARLY PICK PHENOBARBITAL OR PHENYTOIN AND COMBINE IT WITH CENOBAMATE FOR TREATMENT; RIGHT?

A. I SAW NO --

MS. HANSEN: OBJECTION, FORM.

THE WITNESS: I SAW NO INDICATION IN ANY OF THE LITERATURE THAT THE COMPANY IS EVER SUGGESTING ADDING CENOBAMATE TO ANYTHING. THAT IS, THEY'RE NOT MAKING ANY RECOMMENDATION ABOUT WHAT IT SHOULD BE ADDED TO.